**ILLOVSKY GATES & CALIA LLP**
EUGENE ILLOVSKY, State Bar No. 117892
KEVIN CALIA, State Bar No. 227406
1611 Telegraph Avenue, Suite 806
Oakland, CA 94612
Eugene@illovskygates.com
Kevin@illovskygates.com
(415) 500-6640

**CLIFFORD CHANCE LLP**
JOSEPH A. OSTOYICH *(pro hac vice* forthcoming*)*
WILLIAM LAVERY *(pro hac vice* forthcoming*)*
STEVE NICKELSBURG *(pro hac vice* forthcoming*)*
DANIELLE MORELLO *(pro hac vice* forthcoming*)*
DOROTHEA R. ALLOCCA *(pro hac vice* forthcoming*)*
2001 K Street NW
Washington, DC 20006-1001
Telephone: 202.253.9077
joseph.ostoyich@cliffordchance.com
william.lavery@cliffordchance.com
steve.nickelsburg@cliffordchance.com
danielle.morello@cliffordchance.com
dodi.allocca@cliffordchance.com

*Attorneys for Plaintiff PACCAR Inc*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAIMLER TRUCK NORTH AMERICA LLC,<br><br>INTERNATIONAL MOTORS, INC.LLC,<br><br>PACCAR INC, and<br><br>VOLVO GROUP NORTH AMERICA LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CALIFORNIA AIR RESOURCES BOARD; STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board; GAVIN NEWSOM, in his official capacity as the Governor of California.<br><br>　　　　Defendants. | CASE NO.: 2:25-at-01037<br><br>RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF PACCAR INC |

RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiff, PACCAR Inc, by and through its undersigned counsel, discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that it has no parent company and no publicly traded company owns 10% or more of its shares.

Dated August 11, 2025  ILLOVSKY GATES & CALIA LLP

*[signature: Eugene Illovsky]*

Eugene Illovsky
*Counsel for Plaintiff PACCAR Inc*