GIBSON, DUNN & CRUTCHER LLP
BENJAMIN WAGNER, State Bar No. 163581
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5395
Facsimile: 640.849.5095
BWagner@gibsondunn.com

RACHEL S. BRASS, State Bar No. 219301
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8293
Facsimile: 415.393.8306
RBrass@gibsondunn.com

STACIE B. FLETCHER (*pro hac vice* forthcoming)
MIGUEL A. ESTRADA (*pro hac vice* forthcoming)
VERONICA J.T. GOODSON, State Bar No. 314367
1700 M Street N.W.
Washington, D.C. 20036-4504
Telephone: 202.955.8500
Facsimile: 202.467.0539
SFletcher@gibsondunn.com
MEstrada@gibsondunn.com
VGoodson@gibsondunn.com

*Attorneys for Plaintiff Daimler Truck North America LLC*
(additional counsel on signature pages)

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAIMLER TRUCK NORTH AMERICA LLC, INTERNATIONAL MOTORS, INC., PACCAR INC., and VOLVO GROUP NORTH AMERICA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA AIR RESOURCES BOARD; STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board; and GAVIN NEWSOM, in his official capacity as the Governor of California,<br><br>Defendants. | CASE NO. 2:25-cv-02255-DC<br><br>**PLAINTIFFS'** *EX PARTE* **APPLICATION AND MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMIT FOR THEIR MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Dena Coggins<br>Action Filed: August 11, 2025 |

Gibson, Dunn & Crutcher LLP

PLAINTIFFS' *EX PARTE* APPLICATION AND MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED
PAGE LIMIT FOR THEIR MOTION FOR A PRELIMINARY INJUNCTION
CASE NO. 2:25-CV-02255-DC

## *EX PARTE* APPLICATION

Pursuant to Local Rule 233 and Section I-E of this Court's Standing Order in Civil Cases, Plaintiffs hereby apply *ex parte* for an order granting their motion for administrative relief to exceed the 25-page limit for Plaintiffs' joint motion for a preliminary injunction by 10 pages, for a total of 35 pages. Rather than file four separate and largely duplicative motions of 25 pages each, Plaintiffs are contemporaneously filing a single joint motion for a preliminary injunction, which requests urgent injunctive relief on behalf of four Plaintiffs against multiple government officials on seven causes of action. Brass Decl. ¶ 8. Given the number of claims and parties, the complicated legal and factual landscapes that backdrop this matter, and the countervailing desire to avoid multiple filings, Plaintiffs have good cause to request a modest 10-page extension, for a total limit of 35 pages, in the form of *ex parte* relief. *Id.* ¶ 7–8. Given the time-sensitivity of the issues, and the inability to obtain agreement from Defendants on page limits, Plaintiffs are filing the 35-page brief concurrently.

Plaintiffs first emailed Defendants' counsel yesterday asking for an agreement on page limits. *Id.* ¶¶ 2–3. Defendants declined to agree until a judge was assigned. *Id.* ¶ 3. After an assignment was finalized, Plaintiffs sent Defendants another email requesting the same extension. *Id.* ¶ 4. The next day and the day of this filing, Tuesday, August 12, Plaintiffs' counsel also met and conferred on the page-limit question with Defendants' counsel by videoconference. *Id.* ¶ 5. As of the filing of this motion, Defendants have not been prepared to offer a position on Plaintiffs' page-extension request or stipulate to an agreed proposal to the Court. *Id.* ¶¶ 5–6.

Plaintiffs' joint motion seeks preliminary injunctive relief necessary to prevent substantial, near-term, and irreparable injuries to each Plaintiff. Brass Decl. ¶¶ 5, 7. Plaintiffs sought to avoid the motion altogether through outreach starting in early May, *see id.* ¶¶ 12–16; but Plaintiffs can afford to wait no longer. *See* Ps' Mot. Prelim. Inj. at 30–40. Plaintiffs will be irreparably harmed if this Court's consideration of the merits of their motion for a preliminary injunction is delayed by its resolution of the antecedent administrative question whether Plaintiffs are entitled to a page extension under the standard timeframe provided by Local Rule 233 or Section I-B of this Court's Standing Order in Civil Cases. *Id.*; Brass Decl. ¶¶ 5, 7. Plaintiffs thus have good cause for requesting *ex parte* relief.

Gibson, Dunn & Crutcher LLP

2

PLAINTIFFS' *EX PARTE* APPLICATION AND MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED
PAGE LIMIT FOR THEIR MOTION FOR A PRELIMINARY INJUNCTION
CASE NO. 2:25-CV-02255-DC

*Ex parte* relief is routinely granted: (1) to allow the movant "to file an overlong brief" and (2) when necessary to avoid a threat of immediate or irreparable injury. *Moore v. Chase*, Inc., No. 1:14-cv-01178-SKO, 2015 WL 4636750, at *2 (E.D. Cal. Aug. 3, 2015) (citation omitted). As a result, *ex parte* relief is warranted here on at least two grounds.

In the interest of fairness, Plaintiffs also request that the Court permit Defendants at least the same number of additional pages for any consolidated response. Brass Decl. ¶ 9. For avoidance of doubt, Plaintiffs also will not oppose any reasonable request for additional pages by Defendants. *Id.* Plaintiffs also request 20 pages for their reply brief. *Id.* ¶ 10.

This Application is based upon the attached Motion for Administrative Relief; the declaration of Rachel S. Brass, which is filed concurrently; all other pleadings, papers, documents, and records on file with the Court; and any such other and further arguments and evidence as may properly be presented to the Court.

DATED: August 12, 2025            Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: _____
BENJAMIN WAGNER
RACHEL S. BRASS
STACIE B. FLETCHER
MIGUEL A. ESTRADA
VERONICA J.T. GOODSON

*Attorneys for Plaintiff Daimler Truck North America LLC (additional counsel on signature pages)*

3

PLAINTIFFS' *EX PARTE* APPLICATION AND MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMIT FOR THEIR MOTION FOR A PRELIMINARY INJUNCTION
CASE NO. 2:25-CV-02255-DC

**MOTION FOR ADMINISTRATIVE RELIEF**

Pursuant to Local Rule 233 and Section I-E of this Court's Standing Order in Civil Cases, Plaintiffs bring this Motion to request a modest 10-page extension to the page limit for Plaintiffs' Motion for a Preliminary Injunction. This Court has considerable discretion to grant leave to exceed the page limits set forth in the Civil Local Rules. *See United States v. W.R. Grace*, 526 F.3d 499, 509 (9th Cir. 2008) (en banc). In this Court, such relief is often given for good cause shown—especially when the movant gives leave for the nonmoving party to similarly exceed the page limitation also, as is the case here. *E.g.*, *Miller v. Tahoe Reg'l Plan. Agency*, 2023 WL 7284853, at *11 (E.D. Cal. Nov. 2, 2023); *U.S. Equal Emp. Opportunity Comm'n v. Sunshine Raisin Corp.*, 2023 WL 4352426, at *1 (E.D. Cal. June 13, 2023); Brass Decl. ¶¶ 8–9.

Here, Plaintiffs have good cause for requesting administrative relief to exceed the page limit. Brass Decl. ¶ 8. Under the Local Rules, each Plaintiff could have filed a stand-alone motion, but that would have been inefficient and would have involved significant duplication of argument. Had they done so, as many as 100 pages of briefing could have been filed. *Id.* In the interest of judicial economy, Plaintiffs accordingly filed a consolidated motion while still setting forth each Plaintiff's particular reasons for seeking injunctive relief, as Plaintiffs must do to obtain relief. *Id.* Given the number of claims and parties and the complicated legal and factual backdrops of this matter, however, a consolidated motion requires a modest extension of this Court's page limit. *Id.*

As mentioned, Plaintiffs asked twice by email and also in a thirty-minute video conference call for an agreement on page limits. Brass Decl. ¶¶ 2–6. Defendants, for their part, said they were unprepared at this time to offer a position on the request or to stipulate to a mutual page expansion. *Id.* Although Plaintiffs cannot afford to wait for Defendants to make up their minds, in the interest of fairness, Plaintiffs request that the Court also enter an order allowing Defendants at least a comparable extension for any consolidated brief in opposition, as well as an extension to 20 pages for a consolidated reply. *Id.* ¶¶ 9–10. Plaintiffs remain happy to meet and confer regarding any additional page extension Defendants believe they require, and they would also agree to adjust the briefing schedule related to Plaintiffs' preliminary injunction provided that any such schedule is Court approved, provides

Gibson, Dunn & Crutcher LLP

4

PLAINTIFFS' *EX PARTE* APPLICATION AND MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED
PAGE LIMIT FOR THEIR MOTION FOR A PRELIMINARY INJUNCTION
CASE NO. 2:25-CV-02255-DC

1  Plaintiffs 10 days in which to reply, and is heard on September 19, 2025. *Id.* ¶ 11. Accordingly,
2  Plaintiffs are filing their 35-page preliminary injunction motion concurrently with this *ex parte* motion.
3       For good cause shown, Plaintiffs therefore respectfully request that the Court grant Plaintiffs'
4  motion for administrative relief and extend the page limit for Plaintiffs' motion for a preliminary
5  injunction from 25 to 35 pages, and that the Court grant a corresponding extension of any consolidated
6  responding brief by Defendants. Finally, Plaintiffs request that the Court extend the page limit for
7  Plaintiffs' reply to any consolidated brief from 15 to 20 pages.

Dated: August 12, 2025                                    Respectfully submitted,

*/s/ Benjamin Wagner*
_____
BENJAMIN WAGNER, State Bar No. 163581
**GIBSON, DUNN & CRUTCHER LLP**
BENJAMIN WAGNER, State Bar No. 163581
310 University Avenue
Palo Alto, CA  94301-1744
Telephone:     650.849.5395
Facsimile:      640.849.5095
BWagner@gibsondunn.com

RACHEL S. BRASS, State Bar No. 219301
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:     415.393.8293
Facsimile:      415.393.8306
RBrass@gibsondunn.com

STACIE B. FLETCHER (*pro hac vice* pending)
MIGUEL ESTRADA (*pro hac vice* pending)
VERONICA J.T. GOODSON, State Bar No. 314367
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone:     202.955.8500
Facsimile:      202.467.0539
SFletcher@gibsondunn.com
MEstrada@gibsondunn.com
VGoodson@gibsondunn.com

*Attorneys for Plaintiff Daimler Truck North America LLC*

Gibson, Dunn & Crutcher LLP

5

PLAINTIFFS' *EX PARTE* APPLICATION AND MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED
PAGE LIMIT FOR THEIR MOTION FOR A PRELIMINARY INJUNCTION
CASE NO. 2:25-CV-02255-DC

| | |
|---|---|
| ROBIN M. HULSHIZER, State Bar No. 158486<br>**LATHAM & WATKINS LLP**<br>ROBIN M. HULSHIZER, State Bar No. 158486<br>ARTHUR FOERSTER*<br>KEVIN M. JAKOPCHEK*<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>Telephone: 312.876.7700<br>Facsimile: 312.993.9767<br>Robin.hulshizer@lw.com<br>Arthur.foerster@lw.com<br>Kevin.jakopchek@lw.com<br><br>BELINDA S. LEE, State Bar No. 199635<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-6538<br>Telephone: 415.391.0600<br>Facsimile: 415.395.8095<br>Belinda.lee@lw.com<br><br>*Attorneys for Plaintiff International Motors, LLC*<br><br><br>JEFFREY M. GOLDMAN, State Bar No. 233840<br>**TROUTMAN PEPPER LOCKE LLP**<br>JEFFREY M. GOLDMAN, State Bar No. 233840<br>350 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>Telephone:    213.928.9800<br>Facsimile:    213.928.9850<br>jeffrey.goldman@troutman.com<br><br>T. SCOTT MILLS, State Bar No. 313554<br>600 Peachtree Street, N.E., Suite 3000<br>Atlanta, Georgia 30308-2305<br>Telephone:    404.885.3000<br>Facsimile:    404.885.3900<br>scott.mills@troutman.com<br><br>JEREMY HEEP*<br>DANIEL J. BOLAND*<br>3000 Two Logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA 19103<br>Telephone:    215.981.4000<br>Facsimile:    215.981.4750<br>jeremy.heep@troutman.com<br>daniel.boland@troutman.com<br><br>*Attorneys for Plaintiff Volvo Group North America, LLC* | EUGENE ILLOVSKY, State Bar No. 117892<br>**ILLOVSKY GATES & CALIA LLP**<br>EUGENE ILLOVSKY, State Bar No. 117892<br>KEVIN CALIA, State Bar No. 227406<br>1611 Telegraph Avenue, Suite 806<br>Oakland, CA 94612<br>Telephone:  415.500.6643<br>Eugene@illovskygates.com<br>Kevin@illovskygates.com<br><br>**CLIFFORD CHANCE LLP**<br>JOSEPH A. OSTOYICH*<br>WILLIAM LAVERY*<br>STEVE NICKELSBURG*<br>DANIELLE MORELLO*<br>DOROTHEA R. ALLOCCA*<br>2001 K Street NW<br>Washington, DC 20006-1001<br>Telephone: 202.253.9077<br>joseph.ostoyich@cliffordchance.com<br>william.lavery@cliffordchance.com<br>steve.nickelsburg@cliffordchance.com<br>danielle.morello@cliffordchance.com<br>dodi.allocca@cliffordchance.com<br><br>*Attorneys for Plaintiff PACCAR Inc*<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>*Application for pro hac vice pending or forthcoming |

Gibson, Dunn & Crutcher LLP

6

PLAINTIFFS' *EX PARTE* APPLICATION AND MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED
PAGE LIMIT FOR THEIR MOTION FOR A PRELIMINARY INJUNCTION
CASE NO. 2:25-CV-02255-DC