# EXHIBIT A

| | |
|---|---|
| **Subject:** | Daimler Truck North America, et. al v. California Air Resources Board, et. al, Case No. 2:25-at-01037 (E.D. Cal) - Request for Waiver of Service and Stipulation to Administrative Motion re Page Limit in Forthcoming PI Motion |
| **Date:** | Monday, August 11, 2025 at 2:58:04 PM Eastern Daylight Time |
| **From:** | Fletcher, Stacie B. <SFletcher@gibsondunn.com> |
| **To:** | Rob.Bonta@doj.ca.gov <Rob.Bonta@doj.ca.gov>, Lisa.Plank@doj.ca.gov <Lisa.Plank@doj.ca.gov>, shannon.dilley@arb.ca.gov <shannon.dilley@arb.ca.gov>, jonathan.wiener@doj.ca.gov <jonathan.wiener@doj.ca.gov>, Benjamin Lempert <Benjamin.Lempert@doj.ca.gov> |
| **CC:** | Wagner, Benjamin <BWagner@gibsondunn.com>, Brass, Rachel S. <RBrass@gibsondunn.com>, Goodson, Veronica J.T. <VGoodson@gibsondunn.com> |
| **Attachments:** | waiver of service.pdf, Daimler Truck North America v CARB_ED Cal_2025-08-11[61].pdf |

Counsel—

I represent Plaintiff Daimler Truck North America LLC in *Daimler Truck North America, et. al v. California Air Resources Board, et. al*, which was filed today in the United States District Court for the Eastern District of California. I am writing to request cooperation on three procedural matters in the interest of efficient case management.

**First**, pursuant to Federal Rule of Civil Procedure 4(d), Plaintiffs respectfully request a waiver of service of process for each Defendant. Waiving formal service of process will conserve the resources of all parties, consistent with the rule's purpose of promoting efficiency.

Please let us know at your earliest convenience whether you are willing to waive service of summons by executing the attached Waiver of Service form.

**Second**, to streamline proceedings, we further request that Defendants agree to accept service by email for all future filings in this matter. Doing so will expedite communications among the parties and avoid unnecessary burdens and mailing delays.

**Third**, Plaintiffs intend to seek a preliminary injunction. Given the overlapping factual and legal issues presented by the four Plaintiffs and to avoid the unnecessary duplication of argument across four separate motions, Plaintiffs intend to file a single, consolidated motion for preliminary injunction not to exceed 35 pages in length. Plaintiffs will seek administrative relief to expand the page limit accordingly. We respectfully request that Defendants stipulate to a motion for this administrative relief to promote judicial economy and streamline the briefing of all parties. In the interest of fairness and to maintain parity between the parties, Plaintiffs would stipulate to an expanded 35-page limit for any joint opposition to the preliminary injunction motion by Defendants.

Please let us know **no later than 2:30pm PT today** whether you are willing to stipulate to the proposed 35-page limit for the joint preliminary injunction motion and any corresponding joint opposition brief.

We appreciate your prompt attention to these requests and look forward to your response.

Best,
Stacie Fletcher

**Stacie B. Fletcher**
Partner

T: +1 202.887.3627 | M: +1 202.664.9586
SFletcher@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-5306