# EXHIBIT C

| | |
|---|---|
| **Subject:** | RE: Daimler Truck North America, et. al v. California Air Resources Board, et. al, Case No. 2:25-at-01037 (E.D. Cal) - Request for Waiver of Service and Stipulation to Administrative Motion re Page Limit in Forthcoming PI Motion |
| **Date:** | Tuesday, August 12, 2025 at 8:47:30 PM Eastern Daylight Time |
| **From:** | Fletcher, Stacie B. <SFletcher@gibsondunn.com> |
| **To:** | Jonathan Wiener <Jonathan.Wiener@doj.ca.gov>, Benjamin Lempert <Benjamin.Lempert@doj.ca.gov> |
| **CC:** | Cecilia Segal <Cecilia.Segal@doj.ca.gov>, Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>, David Meeker <David.Meeker@doj.ca.gov>, Wagner, Benjamin <BWagner@gibsondunn.com>, Brass, Rachel S. <RBrass@gibsondunn.com>, Goodson, Veronica J.T. <VGoodson@gibsondunn.com> |

Counsel,

Plaintiffs have duly considered your proposal today to delay the filing of any motion for preliminary injunction. As you acknowledged on our call, Plaintiffs first provided CARB with the opportunity to engage on these issues in May, and have continued to do so over a period of months. Plaintiffs now find themselves in the position of facing irreparable injury and can afford to delay no longer. We are happy to discuss any CARB proposals at any time, but in the meantime, the Plaintiffs must act to protect their rights.

We also note that you have not responded substantively on our requests (1) for an extension of the page limits, (2) to accept service of motions by emails, or (3) on a preferred format of overnight service. We remain willing to work with Defendants on all of those issues, as well as on a briefing schedule that affords Defendants more time to respond while preserving the September 19, 2025 hearing date we are noticing.

Best,
Stacie

---

**From:** Fletcher, Stacie B. <SFletcher@gibsondunn.com>
**Sent:** Tuesday, August 12, 2025 11:08 AM
**To:** Jonathan Wiener <Jonathan.Wiener@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>
**Cc:** Cecilia Segal <Cecilia.Segal@doj.ca.gov>; Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>; Wagner, Benjamin <BWagner@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>
**Subject:** RE: Daimler Truck North America, et. al v. California Air Resources Board, et. al, Case No. 2:25-at-01037 (E.D. Cal) - Request for Waiver of Service and Stipulation to Administrative Motion re Page Limit in Forthcoming PI Motion

Jon,

Yes, we are available at 11:30 am PT, and we will send a calendar invitation. We also will send an attendance list in advance as counsel for our co-plaintiffs may join.

Best,
Stacie

---

**From:** Jonathan Wiener <Jonathan.Wiener@doj.ca.gov>
**Sent:** Tuesday, August 12, 2025 10:42 AM
**To:** Fletcher, Stacie B. <SFletcher@gibsondunn.com>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>
**Cc:** Cecilia Segal <Cecilia.Segal@doj.ca.gov>; Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>; Wagner, Benjamin <BWagner@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>
**Subject:** Re: Daimler Truck North America, et. al v. California Air Resources Board, et. al, Case No. 2:25-at-01037 (E.D. Cal) - Request for Waiver of Service and Stipulation to Administrative Motion re Page Limit in Forthcoming PI Motion

**This Message Is From an External Sender**
This message came from outside your organization.

Thank you for this Stacie. I have added several colleagues to this thread and removed the Attorney General, as well as Lisa Plank and Shannon Dilley.

We are available at 11:30 Pacific this morning. If that works for you, will you circulate a call-in link.

Thank you,

Jon

---

**From:** Fletcher, Stacie B. <SFletcher@gibsondunn.com>
**Sent:** Monday, August 11, 2025 7:57 PM
**To:** Jonathan Wiener <Jonathan.Wiener@doj.ca.gov>; Rob Bonta <Rob.Bonta@doj.ca.gov>; Lisa Plank <Lisa.Plank@doj.ca.gov>; shannon.dilley@arb.ca.gov <shannon.dilley@arb.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>
**Cc:** Wagner, Benjamin <BWagner@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>
**Subject:** RE: Daimler Truck North America, et. al v. California Air Resources Board, et. al, Case No. 2:25-at-01037 (E.D. Cal) - Request for Waiver of Service and Stipulation to Administrative Motion re Page Limit in Forthcoming PI Motion

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Jon,

As you may have seen, this matter has been assigned to District Judge Dena M. Coggins. In my previous email, I mentioned that Plaintiffs intend to seek a preliminary injunction on all claims. Judge Coggins's standing order—which I have attached to this email—requires that prior to the filing of a motion, "counsel shall meet and confer to meaningfully discuss the substance of the contemplated motion and potential resolution," as well as "resolve minor procedural or other non-substantive matters prior to filing the motion." To that end, and because Plaintiffs intend to file a motion for a preliminary injunction as soon as tomorrow, can you please let us know a good time to discuss the following matters tomorrow morning? We will make ourselves available at any time.

*First*, as mentioned in my earlier email, we request that Defendants agree to accept service by email for all future filings in this matter to streamline proceedings. Doing so will expedite communications among the parties and avoid unnecessary burdens and mailing delays. If you prefer overnight mail, please let us know if you prefer UPS, FedEx, or some other carrier.

*Second*, Plaintiffs intend to file a single, consolidated motion for a preliminary injunction on all claims. The standing order provides for a 25-page limit on moving and opposition briefs, and a 15-page limit for reply briefs. Given the complicated factual and legal issues presented by the four Plaintiffs, and in the interest of fairness, Plaintiffs propose that the Parties jointly stipulate to an expanded 35-page limit for Plaintiffs' joint motion and Defendants' joint opposition, as well as an expanded 20-page limit for Plaintiffs' reply brief.

*Third*, Plaintiffs intend to request a hearing on their joint motion for a preliminary injunction on September 19. Although Plaintiffs would prefer to reach an agreement on a schedule, Plaintiffs are likewise prepared to request expeditated consideration of their motion for a preliminary injunction pursuant to L.R. 233.

Best,

Stacie

---

**From:** Jonathan Wiener <Jonathan.Wiener@doj.ca.gov>

**Sent:** Monday, August 11, 2025 5:30 PM
**To:** Fletcher, Stacie B. <SFletcher@gibsondunn.com>; Rob Bonta <Rob.Bonta@doj.ca.gov>; Lisa Plank <Lisa.Plank@doj.ca.gov>; shannon.dilley@arb.ca.gov; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>
**Cc:** Wagner, Benjamin <BWagner@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>
**Subject:** RE: Daimler Truck North America, et. al v. California Air Resources Board, et. al, Case No. 2:25-at-01037 (E.D. Cal) - Request for Waiver of Service and Stipulation to Administrative Motion re Page Limit in Forthcoming PI Motion

Stacie,

We are discussing waiving service with our clients and will get back to you on that point soon.

We may be willing to stipulate to page limits and a schedule, but we cannot do so today. We need a bit more time to talk to our clients, and would like to see the standing order of the judge to whom the case is assigned before we can determine the most appropriate course. It would also be helpful to know which claims you plan to move on, if you can share that information.

Thanks, and let me know if you have any further questions.

Jon

---

**From:** Fletcher, Stacie B. <SFletcher@gibsondunn.com>
**Sent:** Monday, August 11, 2025 11:58 AM
**To:** Rob Bonta <Rob.Bonta@doj.ca.gov>; Lisa Plank <Lisa.Plank@doj.ca.gov>; shannon.dilley@arb.ca.gov; Jonathan Wiener <Jonathan.Wiener@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>
**Cc:** Wagner, Benjamin <BWagner@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>
**Subject:** Daimler Truck North America, et. al v. California Air Resources Board, et. al, Case No. 2:25-at-

01037 (E.D. Cal) - Request for Waiver of Service and Stipulation to Administrative Motion re Page Limit in Forthcoming PI Motion

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Counsel—

I represent Plaintiff Daimler Truck North America LLC in *Daimler Truck North America, et. al v. California Air Resources Board, et. al*, which was filed today in the United States District Court for the Eastern District of California. I am writing to request cooperation on three procedural matters in the interest of efficient case management.

**First**, pursuant to Federal Rule of Civil Procedure 4(d), Plaintiffs respectfully request a waiver of service of process for each Defendant. Waiving formal service of process will conserve the resources of all parties, consistent with the rule's purpose of promoting efficiency.

Please let us know at your earliest convenience whether you are willing to waive service of summons by executing the attached Waiver of Service form.

**Second**, to streamline proceedings, we further request that Defendants agree to accept service by email for all future filings in this matter. Doing so will expedite communications among the parties and avoid unnecessary burdens and mailing delays.

**Third**, Plaintiffs intend to seek a preliminary injunction. Given the overlapping factual and legal issues presented by the four Plaintiffs and to avoid the unnecessary duplication of argument across four separate motions, Plaintiffs intend to file a single, consolidated motion for preliminary injunction not to exceed 35 pages in length. Plaintiffs will seek administrative relief to expand the page limit accordingly. We respectfully request that Defendants stipulate to a motion for this administrative relief to promote judicial economy and streamline the briefing of all parties. In the interest of fairness and to maintain parity between the parties, Plaintiffs would stipulate to an expanded 35-page

limit for any joint opposition to the preliminary injunction motion by Defendants.

Please let us know **no later than 2:30pm PT today** whether you are willing to stipulate to the proposed 35-page limit for the joint preliminary injunction motion and any corresponding joint opposition brief.

We appreciate your prompt attention to these requests and look forward to your response.

Best,

Stacie Fletcher


**Stacie B. Fletcher**
Partner

T: +1 202.887.3627 | M: +1 202.664.9586
SFletcher@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-5306

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.