IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIMLER TRUCK NORTH AMERICA LLC, INTERNATIONAL MOTORS, INC., PACCAR INC., and VOLVO GROUP NORTH AMERICA LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CALIFORNIA AIR RESOURCES BOARD; STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board; and GAVIN NEWSOM, in his official capacity as the Governor of California,<br><br>　　　　　Defendants. | CASE NO. 2:25-cv-02255-DC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS'** *EX PARTE* **APPLICATION AND MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMIT FOR THEIR MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Judge:　　　Hon. Dena Coggins<br>Action Filed:　August 11, 2025 |

For good cause shown, Plaintiffs' *ex parte* application and motion for administrative relief to exceed the page limits for their motion for a preliminary injunction is **GRANTED**.

1. Plaintiffs may file a consolidated motion not to exceed thirty-five (35) pages;
2. Defendants may file a consolidated brief in opposition to Plaintiffs' motion for a preliminary injunction of at least thirty-five (35) pages; and
3. Plaintiffs may file a consolidated reply brief in support of their motion for a preliminary injunction not to exceed twenty (20) pages.

**IT IS SO ORDERED**.

DATED: _____

                                                 Honorable Dena Coggins
                                                 United States District Court Judge

2

[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION AND MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMIT FOR THEIR MOTION FOR A PRELIMINARY INJUNCTION
CASE NO. 2:25-CV-02255-DC

Gibson, Dunn & Crutcher LLP