# EXHIBIT A



333 West Wacker Drive, Suite 810
Chicago, Illinois, 60606
Phone/Fax: (312) 929-1970
www.truckandenginemanufacturers.org

May 20, 2025

Mr. Steve Cliff
Executive Officer
California Air Resources Board
1001 I Street
Sacramento, California 95814

Dear Steve:

A great deal has happened since the Clean Truck Partnership was signed in 2023. I suspect that I do not need to memorialize all the circumstances that have changed, but I do want to note those of greatest concern to EMA's members, and which warrant discussion of regulatory changes to the ACT requirements:

- CARB has withdrawn its request for a preemption waiver for the ACF rule, a necessary corollary to the ACT rule, and CARB is taking formal regulatory action to eliminate most of the substance of ACF.

- We now know more about the market realities related to the reluctance of customers to purchase HDOH ZEVs and the regulatory and practical impediments to developing required recharging infrastructures needed to support the operation of HDOH ZEVs.

- The expected development and deployment of the necessary electric recharging infrastructure has not occurred on the scale or timeline we envisioned, and the federal government has recently abandoned its vital funding commitments to help build out that requisite infrastructure.

- The various Section 177 states have faced greater than anticipated challenges in implementing CARB's regulations and are adopting delays, changes, or exemptions to when and how those regulations will be enforced.

- Multiple lawsuits have been filed (in state court in Nebraska and federal court in the Northern District of Illinois) challenging the legality of the CTP. In addition, Congress has begun taking actions that undermine the ACT.

- It appears that CARB will not seek any new waiver determinations from the current EPA Administrator for the amended ACT regulations, which raises several important preemption-related issues.

A Non Governmental Organization in Special Consultative Status with the Economic and Social Council of the United Nations

Mr. Steve Cliff
May 20, 2025
Page 2

      As a result of those and other issues, we should promptly discuss needed regulatory changes, such as the repeal of ACT (as CARB agreed to do with the ACF), the elimination of Paragraph 2 of the CTP, or any requirement that the OEMs comply with the ACT's requirements without a valid waiver from the EPA.

      I look forward to hearing from you.

                            Very truly yours,

                            Jed R. Mandel