# EXHIBIT B

**Subject:** RE: AmFree v. EMA | Counsel Discussion, Class 8 OEMs & CARB
**Date:** Monday, July 21, 2025 at 11:30:05 AM Eastern Daylight Time
**From:** Jonathan Wiener <Jonathan.Wiener@doj.ca.gov>
**To:** Fletcher, Stacie B. <SFletcher@gibsondunn.com>
**CC:** Brass, Rachel S. <RBrass@gibsondunn.com>, Goodson, Veronica J.T. <VGoodson@gibsondunn.com>

> **This Message Is From an External Sender**
> This message came from outside your organization.

Hi Stacie. We definitely have not forgotten about this request. We are still discussing and planning to follow up soon.

Best,

Jon

---

**From:** Fletcher, Stacie B. <SFletcher@gibsondunn.com>
**Sent:** Monday, July 7, 2025 6:27 PM
**To:** Jonathan Wiener <Jonathan.Wiener@doj.ca.gov>
**Cc:** Brass, Rachel S. <RBrass@gibsondunn.com>; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>
**Subject:** RE: AmFree v. EMA | Counsel Discussion, Class 8 OEMs & CARB

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Thank you for the update!

---

**From:** Jonathan Wiener <Jonathan.Wiener@doj.ca.gov>
**Sent:** Monday, July 7, 2025 9:22 PM
**To:** Fletcher, Stacie B. <SFletcher@gibsondunn.com>
**Cc:** Brass, Rachel S. <RBrass@gibsondunn.com>; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>
**Subject:** RE: AmFree v. EMA | Counsel Discussion, Class 8 OEMs & CARB

Stacie,

Thank you for patience. We are discussing the concerns you expressed and should be able to get back to you with some times for a follow-up conversation shortly.

Jon

---

**From:** Fletcher, Stacie B. <SFletcher@gibsondunn.com>
**Sent:** Monday, July 7, 2025 7:08 AM
**To:** Jonathan Wiener <Jonathan.Wiener@doj.ca.gov>
**Cc:** Brass, Rachel S. <RBrass@gibsondunn.com>; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>
**Subject:** AmFree v. EMA | Counsel Discussion, Class 8 OEMs & CARB

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Jon,

I write to follow up on our June 25 discussion with the heavy-duty on-highway OEMs named as defendants in the Nebraska litigation. Now that we have received the June 30 second amended complaint in *AmFree v. EMA*, and are past the holiday weekend, can you please let us know if CARB has further information in response to our May 20 letter and June 25 discussion and, if so, a good time this week to discuss?

If you let us know good times for your team, we are happy to coordinate scheduling with the other manufacturers.

Thank you,
Stacie

**Stacie B. Fletcher**
Partner

T: +1 202.887.3627 | M: +1 202.664.9586
SFletcher@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-5306

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.