# EXHIBIT E

| | |
|---|---|
| **From:** | Hebert, Annette@ARB[annette.hebert@arb.ca.gov] |
| **Sent:** | Fri 9/1/2023 7:53:15 PM (UTC) |
| **To:** | Jed R. Mandel[JMandel@clpchicago.com] |
| **Subject:** | RE: NM Take on Tim French messaging |

We all need to do better on messaging and partnership.  I have distrust flying around at CARB now on EMA, and trying to correct that issue.  I need you to help do the same if we really want this partnership to work as you and I envisioned.  We will have enough challenges together to deal with as issues arise and need to have a certain level of trust to be successful.

Have a good 3 day weekend.

# Annette Hébert, Deputy Executive Officer

Southern California Headquarters and Mobile Source Compliance
California Air Resources Board
(626)329-7068 Mobile
(951)542-3197 VoIP
(916)322-3302 Sacramento
annette.hebert@arb.ca.gov
Pronouns (she/her)



**From:** Jed R. Mandel <JMandel@clpchicago.com>
**Sent:** Friday, September 1, 2023 12:45 PM
**To:** Hebert, Annette@ARB <annette.hebert@arb.ca.gov>
**Subject:** Re: NM Take on Tim French messaging

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

I guess it's in the eye of the beholder. Our written — formal — comments will carefully and accurately state our views (which will be consistent with our agreement).

   Jed

Sent from my iPhone

1

On Sep 1, 2023, at 2:11 PM, Hebert, Annette@ARB <annette.hebert@arb.ca.gov> wrote:

Jed, as I mentioned we followed up with NM directly to see what their take was on the conversation with Tim. Summarized below:

New Mexico reported that Tim French/EMA met with them on Wednesday of this week and NM invited Guillermo Ortiz/NRDC to sit in on the meeting.

New Mexico reported Tim French/EMA made a number of points including:
1. Encouraged NM to "reconsider adopting" Omnibus asserting that is would be unenforceable by the end of the year
2. Stated EMA is "willing to not oppose" ACT but then immediately raised a number of concerns or objections or negative predictions

   1. Stated Infrastructure in NM is not ready
   2. Stated OEMs and/or dealers will be unable to make sufficient ZEV deliveries in NM
   3. Stated Sufficient charging in the early market will require 1:1 new charger to new truck ratios and more likely require a larger number of chargers than trucks at a 1.5:1 new chargers per new truck ratio
   4. Stated NM utilities are not ready.

3. Asked a number of questions about timing, process, comment opportunities, etc. in a way that New Mexico stated they perceived as conveying that these future EMA comments would not be supportive of NM ACT adoption.
4. New Mexico stated that he appeared to "confuse" ACT and ACF requirements and further made inquiries about NM's 100% 2036 requirement intentions in ways that to NM conveyed his expectation or insistence that the 100% 2036 is a part of ACT that NM must adopt as part of ACT.
5. A number of comments on cost: "You are not CA", that CA has affordability programs for businesses that NM does not have
6. NM reported that Tim French stated that S177 states would not be able to meet the targets of ACT.

2

# Annette Hébert, Deputy Executive Officer

Southern California Headquarters and Mobile Source Compliance

California Air Resources Board

(626)329-7068 Mobile

(951)542-3197 VoIP

(916)322-3302 Sacramento

annette.hebert@arb.ca.gov

Pronouns (she/her)



3