# EXHIBIT H

| | |
|---|---|
| **From:** | Timothy A. French |
| **To:** | FEELEY Eric * DEQ; Guilfoil, Elena (ECY); sharon.weber@mass.gov; peg.hanna@dep.nj.gov; james.clyne@dec.ny.gov |
| **Cc:** | motoole@nescaum.org |
| **Subject:** | Omnibus and ACT Implementation Issues |
| **Date:** | Wednesday, May 22, 2024 11:50:00 AM |

Dear All: I have spoken with each of you in the past regarding your respective states' opt-ins to CARB's Omnibus Low-NOx (Omnibus) and Advanced Clean Trucks (ACT) regulations. As you may know, EMA (and its OEM members) and CARB entered into the Clean Trucks Partnership (CTP) Agreement last June, which established a consensual path forward toward cleaner conventionally-fueled trucks, and increasing percentages of ZEV trucks. Among the several commitments made under the CTP agreement, EMA and its members agreed to not oppose state opt-ins to the Omnibus regulations as of the 2027 model year or to the ACT regulations, subject to ongoing concerns about infrastructure readiness and certain other issues. For its part, CARB agreed to make substantive amendments to both the Omnibus and ACT regulations, and those amendments are in process.

Consistent with the CTP, EMA wants to work with you and your respective states to try to ensure a smooth implementation of the Omnibus and CARB regulations in a manner that is consistent with the opt-in procedures and that avoids any unintended market disruptions. To that end, I am writing to see if we could set up a coordinated virtual meeting with you all to discuss a number of implementation issues that are arising. Since your states are scheduled to implement the CARB regulations in model year 2025, it would be very helpful to discuss the implementation issues in a group setting as soon as practicable, as opposed to trying to have multiple separate discussions.

Please let me know your availability for such a virtual meeting over the next 2-3 weeks. Once I have your responses, we will finalize the details for the meeting. Thank you in advance for your consideration of our request. Tim French.

**Timothy A. French**
Truck & Engine Manufacturers Association
333 West Wacker Drive ▪ Suite 810
Chicago, Illinois ▪ 60606
(312) 929-1954 direct ▪ (312) 572-6688 fax
tfrench@emamail.org

*Please consider the environment before printing this email.*

Confidentiality Notice:  This communication is confidential and may contain privileged information.  If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.