# EXHIBIT B

# EXECUTIVE DEPARTMENT
# STATE OF CALIFORNIA

**EXECUTIVE ORDER N-27-25**

**WHEREAS** in 1967, Governor Ronald Reagan established the California Air Resources Board, committing California to aggressively address the serious issue of air pollution in the state, including from vehicle tailpipe emissions; and

**WHEREAS** for more than 50 years, California has worked closely with the auto industry and other stakeholders to adopt new vehicle standards that are feasible, cost-effective and significantly reduce harmful air pollution; and

**WHEREAS** reducing air pollution from transportation, including toxic air pollutants, helps protect the health of Californians, reducing premature death, illness, hospital visits, health care costs, and school and work absenteeism, in addition to addressing a changing climate that is threatening the health and safety of Californians in unprecedented ways, and costing the State more than $16 billion a year from disasters like drought and wildfire; and

**WHEREAS** zero-emission vehicle technologies and equipment needed to reduce transportation pollution are experiencing significant global demand, making American manufacturers' investments in these technologies critical to the nation's global market competitiveness; and

**WHEREAS** on September 23, 2020, I issued Executive Order N-79-20 establishing, among other things, goals for the State to have 100 percent of in-state sales of new passenger cars and trucks be zero-emission by 2035, 100 percent of medium-and heavy-duty vehicles in the State to be zero-emission by 2045 for all operations where feasible and by 2035 for drayage trucks; and

**WHEREAS** in 2022, I signed into law Assembly Bill 1279 (Chapter 337, Statutes of 2022), which established the policy of the State to achieve carbon neutrality as soon as possible, but no later than 2045; and

**WHEREAS** California has enacted a suite of policies and standards advancing zero-emission technologies in vehicles to reduce emissions of both smog-forming, toxic pollutants and greenhouse gases; and

**WHEREAS** California's policies and standards have spurred global innovation in zero-emission vehicles and technologies and successfully moved the market in California so that in 2024, 25 percent of sales of new light-duty vehicles were zero-emission and 16 percent of medium- and heavy-duty new vehicles sales were zero-emission; and

**WHEREAS** California's Advanced Clean Cars I regulations were the subject of an illegal and ultimately unsuccessful attempt by the first Trump Administration to impede California's authority to protect public health and welfare; and

**WHEREAS** in response to the unprecedented and illegal action by the first Trump Administration, five light-duty vehicle manufacturers elected to make commitments with California to encourage technological innovation and support continued annual greenhouse gas reductions, providing environmental and public health benefits, economic benefits, and regulatory certainty to manufacturers; and

**WHEREAS** on July 5, 2023, the California Air Resources Board reached an agreement with manufacturers that represent over 90 percent of California's truck market, establishing the Clean Truck Partnership under which, in exchange for commitments to work collaboratively with manufacturers to provide lead time to meet specific regulatory requirements before imposing new ones, the manufacturers agreed to meet California's heavy-duty vehicle emission standards that will require the sale and adoption of zero-emissions technology in California, regardless of the outcome of any change in law concerning California's authority to implement its more stringent emissions standards under the federal Clean Air Act; and

**WHEREAS** California's authority was again subject to illegal actions by the current Environmental Protection Agency under the Trump Administration that resulted in the U.S. Congress and President Trump purporting to disapprove the waivers of federal preemption California was granted under the Clean Air Act for California's Advanced Clean Cars II, Advanced Clean Trucks, and Heavy-Duty Omnibus regulations; and

**WHEREAS** these regulations have significant benefits for Californians, including over $45 billion in health savings and thousands of avoided premature deaths; and

**WHEREAS** these federal government efforts would retreat to century-old outdated and ineffective technology, keeping us bound to a fossil fuel industry and manufacturers that benefit from thwarting progress and polluting our communities; and

**WHEREAS** on May 22, 2025, the Attorney General and I announced California's intent to sue to challenge the federal government's unlawful actions in court, and that lawsuit was filed today upon the President signing the resolutions purporting to disapprove the waivers of federal preemption; and

**WHEREAS** California has wide latitude, in making vehicle purchasing decisions for the State's vehicle fleet and decisions to offer public incentives and subsidies, to prioritize directing state funds to those manufacturers who choose to align with state priorities; and

**WHEREAS** the role of California is more important than ever to promote the currently available zero-emission technologies that our future, our health, our economy, and our pocketbook demand.

**NOW THEREFORE, I, GAVIN NEWSOM,** Governor of the State of California by virtue of the power and authority vested in me by the Constitution and the statutes of the State of California, do hereby issue the following Order to become effective immediately.

**IT IS HEREBY ORDERED THAT**:

1. The State of California reaffirms its commitment to accelerate the deployment of zero-emission technologies, including passenger, medium- and heavy-duty vehicles, consistent with the deployment targets and other actions directed in Executive Order N-79-20, to the extent consistent with State law and other legal requirements.

2. The California Air Resources Board shall develop and propose an Advanced Clean Cars III regulation consistent with State and federal law, that reduces greenhouse gas, criteria air pollutant, and toxic emissions from passenger cars and light-duty trucks, medium- and heavy-duty vehicles, to advance progress towards the deployment of clean air

vehicles and technologies in the State, as an additional measure to build on existing regulations or as an alternative measure for deployment if the federal disapprovals of the Advanced Clean Cars II, Advanced Clean Trucks, and Heavy-Duty Omnibus regulations are not invalidated in court.

3. The California Air Resources Board shall identify, maintain, and update publicly available lists of light-duty vehicle manufacturers that are continuing to certify to and follow the requirements of the Advanced Clean Cars II regulation; medium- and heavy-duty vehicle manufacturers that are continuing to certify to and follow the requirements of the Advanced Clean Trucks regulation and the Heavy-Duty Low-NOx Omnibus regulation, or requirements agreed to as part of any agreements between such manufacturer and the California Air Resources Board; and fleets that continue to follow the Zero Emission Airport Shuttle Bus regulation and fleets that take early action in alignment with the Advanced Clean Fleets regulation as currently codified, regardless of the status of those regulations under federal law. Using these lists:

   a. The Department of General Services shall update its vehicle manufacturer purchasing restriction list to align with these lists and assess any additional opportunities to prioritize these manufacturers in government vehicle procurement decisions.

   b. The California Air Resources Board and any other State agencies implementing incentive programs that support the purchase of zero-emission vehicles shall prioritize funding for the listed manufacturers and fleets.

   c. The California Air Resources Board, in developing regulatory strategies or other measures under Paragraph 2, shall explore opportunities for special considerations and flexibilities for listed manufacturers and fleets.

4. The California Air Resources Board shall continue to work with manufacturers consistent with the commitments made in the Clean Truck Partnership, and report to my office every six months on manufacturer progress towards those commitments.

5. The California Air Resources Board, California Energy Commission, Governor's Office of Business and Economic Development, California State Transportation Agency, and Department of Consumer Affairs, shall immediately assess additional actions to advance progress on light-, medium-, and heavy-duty zero-emission vehicle adoption in California, and within 60 calendar days submit to my office recommendations on the development, assessment, and implementation of these additional actions. This assessment should, at a minimum, include strategies to increase consumer protections; strategies to address charging and refueling infrastructure barriers, including enforcement of reliability requirements; voluntary efforts; and efforts that leverage and partner with international and multistate coalitions, and partner governments at the international, state, and local levels.

**I FURTHER DIRECT** that as soon as hereafter possible, the Order be filed in the Office of the Secretary of State and that widespread publicity and notice be given of this Order.

This Order is not intended to, and does not, create any rights or benefits, substantive or procedural, enforceable at law or in equity, against the State of

California, its agencies, departments, entities, officers, employees, or any other person.

      **IN WITNESS WHEREOF** I have hereunto set my hand and caused the Great Seal of the State of California to be affixed this 12th day of June 2025.

_____
GAVIN NEWSOM
Governor of California

**ATTEST:**

_____
SHIRLEY N. WEBER, PH. D
Secretary of State

4