**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAIMLER TRUCK NORTH AMERICA LLC, INTERNATIONAL MOTORS, LLC, PACCAR INC, and VOLVO GROUP NORTH AMERICA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA AIR RESOURCES BOARD; STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board; GAVIN NEWSOM, in his official capacity as the Governor of California.<br><br>Defendants. | CASE NO. 2:25-CV-02255-DC<br><br>**DECLARATION OF CARL HERGART ON BEHALF OF PACCAR INC IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

I, Carl Hergart, pursuant to 28 U.S.C. § 1746, state and declare:

1. I am over eighteen years of age. If called to testify in this matter, I can and will competently testify to the following facts, of which I have personal knowledge, personal experience, and personal participation in communications with business associates.

2. I am a resident of Sammamish, Washington.

3. I received my Master of Science in Engineering Physics from LUND University of Sweden in 1996, and thereafter I obtained my PhD in mechanical engineering from RWTH Aachen University in Aachen, Germany in 2001, specializing in diesel engine development.

4. While studying for my PhD, I started my career as a senior engineer in the automotive industry, working at Ford Motor Company in Germany from 1997 to 2002 and later for General Motors in the U.S. from 2003 to 2005. I then worked in the off-road vehicle industry at Caterpillar, Inc. in Peoria, Illinois for nine years managing various groups in the engine research and development organization. I am the holder of 17 patents in the areas of engine- and powertrain design, and cloud-based data analytics.

5. Since 2014, I have worked at PACCAR Inc. ("PACCAR"), initially serving as a Director of Advanced Powertrain and subsequently as Chief Engineer for Leyland Trucks in the UK. I currently serve as a Senior Director Global Powertrain Planning, Agency Relations, and North America Powertrain Aftersales.

6. In that role, I am responsible for product planning and strategy as well as powertrain definition, integration, and aftersales. This includes powertrain product planning and development including internal combustion engines, as well as electrified powertrains.

7. Several years ago, California received EPA waivers to enforce its emission standards for heavy duty trucks, and PACCAR signed the Clean Truck Partnership agreement ("CTP") in 2023 stating that the company would follow those emissions-related standards.

8. I am an engineer, not a lawyer, but now over the last year or so a number of things have happened to call the validity of the CTP in question, including CARB's decision to withdraw the Advanced Clean Fleets ("ACF") waiver, which means there is no regulatory requirement for customers to buy zero-emission vehicles, and the Congressional Review Act ("CRA") action which invalidates

1
DECLARATION OF CARL HERGART
CASE NO.

the EPA waivers. In addition to these regulatory changes, I also note that the necessary infrastructure to support battery electric trucks, including charging stations, is not in place in California or elsewhere and is not likely to be sufficient to allow for wide-scale adoption of zero-emission vehicles any time soon. Customer demand for battery electric trucks is very low. PACCAR's dealers and customers have raised a number of concerns with these regulations in the CTP, including the range and reliability of battery electric vehicle product offering, the expense associated with both the acquisition and operation of battery electric vehicles, and the effect the added weigh of the batteries would have in reducing truck payload and revenue.

9. PACCAR is a global leader in the design, manufacture and customer support of premium light-, medium and heavy-duty trucks under the Kenworth, Peterbilt and DAF nameplates. The development of a truck is a lengthy and complex process that takes years of hard work, significant engineering time and major financial investments. PACCAR has undertaken significant efforts to develop a 50-mg Low NOx engine and certify it to California's Omnibus standards, and has also built up a credit bank to comply with the Advanced Clean Truck ("ACT") requirements.

10. Right now, though, we have no clarity on what regulatory regime we are required to meet because the federal government says that the CRA revokes CARB's EPA waivers and effectively makes the CARB regime invalid, but California says otherwise.

11. There is no quick resolution of this uncertainty on the horizon. CARB sued the EPA in the Northern District of California claiming the CRA itself is invalid, but my understanding is that lawsuit could take years to resolve.

12. As a result, PACCAR is caught in a tug of war between two enforcement authorities—CARB and EPA—both of whom have authority to impose significant financial penalties for non-compliance with their mandates and both of whom can refuse certification of engine families, precluding the sale of commercial vehicles with resulting downstream harm to dealers, customers, and the public. This tension is particularly difficult given the current lack of customer demand for zero-emission vehicles, including battery- electric trucks. The current regulatory uncertainty leaves us in limbo on critical business decisions that require significant advanced lead time. For example, if ACT is valid, we need to accelerate certain enhancements to our battery electric product portfolio. We are

a partner in a joint venture that is engaged in a multibillion-dollar, multiyear effort to establish domestic manufacturing of batteries, and clarity on ACT would impact how we invest and the timing of those investments for that joint venture.

13. While PACCAR plans to continue developing new trucks with new capabilities, we are to a large extent frozen in making critical decisions about where to prioritize our investment efforts without regulatory clarity. These are decisions that need to be made in the coming months and, in some cases, weeks given the lead time, effort, and investment requirements for new trucks and aftermarket support. Regardless of whether ACT is valid, we remain committed to developing the right products for our customers, whether powered by diesel engines, or battery electric power. Battery electric trucks may be a good solution for certain customers. However, long-haul customers struggle to justify purchasing trucks that cost 2-3 time that of diesel, due to the significant changes necessary to the powertrain as they have a quarter of the range, carry half of the payload and take hours to charge – if they are lucky to find a charging station. ACT requires OEMs to sell increasing percentages of zero emission trucks but there is no regulatory requirement for customers to purchase these them. It is not tenable for PACCAR to wait for the resolution of CARB's lawsuit against the administration to get clarity on whether the CARB regulations are valid or not, given the need for us to make important decisions imminently.

14. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 10, 2025.

_____
Carl Hergart