IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIMLER TRUCK NORTH AMERICA LLC,<br>INTERNATIONAL MOTORS, LLC,<br>PACCAR INC,<br>and VOLVO GROUP NORTH AMERICA LLC,<br><br>          Plaintiffs,<br><br>    v.<br><br>CALIFORNIA AIR RESOURCES BOARD;<br>STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board;<br>and GAVIN NEWSOM, in his official capacity as the Governor of California,<br><br>          Defendants. | Civil Action No. 2:25-cv-02255-DC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiffs have filed a motion for a preliminary injunction (Dkt. XX). Having reviewed the parties' filings (Dkts. XX) and considered the arguments of counsel, the Court finds Plaintiffs have established a likelihood of success on the merits of their claims; that Plaintiffs are likely to suffer irreparable harm in the absence of preliminary relief; that the balance of equities weighs in favor of granting Plaintiffs' motion; and that an injunction is in the public interest.

Accordingly,

**IT IS HEREBY ORDERED**:

1. Plaintiffs' motion for a preliminary injunction (Dkt. XX) is **GRANTED**;

2. While this litigation is pending or until further order of this Court, Defendants are **RESTRAINED** from implementing, enforcing, or attempting to enforce: (1) the Advanced Clean Trucks, Omnibus Low NOx, Advanced Clean Cars II, Advanced Clean Fleets, Heavy-Duty On-Board Diagnostic, and Phase 2 Greenhouse Gas regulations; (2) the Clean Truck Partnership; (3) the May 23, 2025 Manufacturers Advisory Correspondence; and (4) Executive Order N-27-25 insofar as Executive Order N-27-25 compels or coerces any

action by manufacturers of heavy-duty vehicles and engines.

3. While this litigation is pending or until further order of this Court, Defendants are **RESTRAINED** from requiring certification or any other condition precedent for the sale of new heavy-duty vehicles and engines[1] in California and otherwise implementing or enforcing Section 43151 of the California Health & Safety Code.

4. The Court finds no bond necessary.

Dated: _____                    _____
                                          United States District Judge Dena Coggins

---

[1] For purposes of this Order, "heavy-duty vehicles and engines" is defined to include all vehicles and engines, including medium-duty vehicles and engines, covered by the California regulations listed in paragraph 2 of this Order which are manufactured by Plaintiffs.