| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Benjamin B. Wagner (SBN 163581)<br>GIBSON DUNN & CRUTCHER LLP<br>310 University Avenue<br>Palo Alto, CA 94301-1744<br>  *Telephone No:* 650.849.5395<br><br>  *Attorney For:* Plaintiff | *For Court Use Only* |
| *Ref. No. or File No.:*<br>D LAM | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | |
| *Plaintiff:* Daimler Truck North America LLC , et al. ,<br>*Defendant:* California Air Resources Board , et al. | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:25−CV−02255−AC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint

3. a. Party served:   California Air Resources Board
   b. Person served:   Laura Alvis, Office Tech , Authorized to Accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   1001 I Street, Sacramento, CA 95814

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Aug 11 2025 (2) at: 04:15 PM

6. **Person Who Served Papers:**
   a. Michael Morris (2012-33, Sacramento)                          d. **The Fee** for Service was: $237.50
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

08/12/2025
(Date)                                                                                           (Signature)



PROOF OF SERVICE

13912918
(17397616)