| Attorney or Party without Attorney: <br> Benjamin B. Wagner (SBN 163581) <br> GIBSON DUNN & CRUTCHER LLP <br> 310 University Avenue <br> Palo Alto, CA 94301-1744 <br>    *Telephone No:* 650.849.5395 <br><br>    *Attorney For:* Plaintiff | *Ref. No. or File No.:* <br> D LAM | *For Court Use Only* |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:* <br> UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | | |
| *Plaintiff:* Daimler Truck North America LLC , et al. <br> *Defendant:* California Air Resources Board , et al. | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 2:25−CV−02255−AC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint

3.    a.    Party served:     STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board
      b.    Person served:   Laura Alvis, Office Tech, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:    1001 I Street, Sacramento, CA 95814

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Aug 11 2025 (2) at: 04:15 PM

6. **Person Who Served Papers:**
   a. Michael Morris (2012-33, Sacramento)            d. *The Fee* for Service was:   $129.46
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

08/12/2025          /s/
(Date)          (Signature)



PROOF OF SERVICE      13912934
(17397627)