

# United States District Court
# Eastern District of California

| Daimler Truck North America; [See App'x] | Case Number: 2:25-cv-02255-DC-AC |

Plaintiff(s)

V.

| California Air Resources Board; [See App'x] | APPLICATION FOR PRO HAC VICE AND ORDER |

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Dorothea R. Allocca hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: PACCAR Inc

On 03/17/2023 (date), I was admitted to practice and presently in good standing in the District of Columbia Court of Appeals (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/11/2025            Signature of Applicant: /s/ Dorothea R. Allocca

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Dorothea R. Allocca |
| Law Firm Name: | Clifford Chance LLP |
| Address: | 2001 K Street NW |
| City: | Washington    State: DC    Zip: 20006 |
| Phone Number w/Area Code: | (202) 957-3321 |
| City and State of Residence: | Washington, DC |
| Primary E-mail Address: | dodi.allocca@cliffordchance.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Kevin Calia |
| Law Firm Name: | Illovsky Gates & Calia LLP |
| Address: | 1611 Telegraph Ave |
| | Suite 806 |
| City: | Oakland    State: CA    Zip: 94612 |
| Phone Number w/Area Code: | 916-547-4175    Bar # No. 227406 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 12, 2025

Dena Coggins
United States District Judge

# APPENDIX

**<u>PLAINTIFFS</u>**

DAIMLER TRUCK NORTH AMERICA LLC

INTERNATIONAL MOTORS, LLC

PACCAR INC

VOLVO GROUP NORTH AMERICA LLC


**<u>DEFENDANTS</u>**

CALIFORNIA AIR RESOURCES BOARD

STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board

GAVIN NEWSOM, in his official capacity as Governor of California