# UNITED STATES DISTRICT COURT
for the
Eastern District of California

Daimler Truck North America LLC et al.

*Plaintiffs*

v.

California Air Resources Board et al.

*Defendants*

Case No. 2:25-cv-02255-DC

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States

Date: August 14, 2025

/s/ Robert N. Stander
*Attorney's signature*

Robert Stander, DC Bar 1028454
*Printed name and bar number*

P.O. Box 7611, Washington, DC 20044
*Address*

robert.stander@usdoj.gov
*E-mail address*

202-353-5905
*Telephone number*

*FAX number*