ADAM R.F. GUSTAFSON
*Acting Assistant Attorney General*

ROBERT N. STANDER
*Deputy Assistant Attorney General*

JOHN K. ADAMS
DAVID D. MITCHELL
United States Department of Justice
Environment & Natural Resources Div.
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 353-5905
robert.stander@usdoj.gov
john.adams3@usdoj.gov
David.Mitchell@usdoj.gov

ERIC GRANT
*United States Attorney*

EDWARD A. OLSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
(916) 554-2821

*Counsel for Plaintiffs-Intervenors*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIMLER TRUCK NORTH AMERICA LLC, INTERNATIONAL MOTORS, LLC, PACCAR INC, and VOLVO GROUP NORTH AMERICA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA AIR RESOURCES BOARD; STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board, and GAVIN NEWSOM, in his official capacity as the Governor of California,<br><br>Defendants. | Civil Action No. 2:25-cv-02255-DC-AC<br><br>**NOTICE OF MOTION AND MOTION TO INTERVENE AS PLAINTIFFFS BY THE UNITED STATES AND THE U.S. ENVIRONMENTAL PROTECTION AGENCY**<br><br>**Date:** September 19, 2025<br>**Time:** 1:30 p.m.<br>**Location:** Courtroom 8, 13th Floor<br>**Judge:** Hon. Dena Coggins |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on September 19, 2025, or as soon as the matter may be heard, before the Honorable Dena Coggins of the United States District Court for the Eastern District of California in the Robert T. Matsui Federal Courthouse, in Courtroom 8, the United States and US Environmental Protection Agency will and do move this Court to intervene in this action as plaintiffs.

## MOTION TO INTERVENE

The United States of America and the United States Environmental Protection Agency (collectively, the United States) hereby move to intervene in this action as a plaintiff. Fed. R. Civ. P. 24. The United States satisfies the standard for intervention as of right under Rule 24(a) and permissive intervention under Rule 24(b), as shown in the accompanying memorandum of law and proposed Complaint in Intervention.

On August 12, 2025, counsel for the United States requested the parties' consent for its Motion to Intervene as Plaintiff. Plaintiffs stated that they consent to the United States' motion to intervene. Defendants stated that they reserve the right to oppose or otherwise respond to the motion to intervene. On August 14, counsel for the United States met and conferred by video conference with counsel for defendants. Upon conferring, counsel for defendants confirmed that defendants have no position at this time but reserve the right to oppose or otherwise respond to the motion to intervene.

For the reasons stated above, and in the accompanying memorandum and proposed Complaint in Intervention, the motion to intervene should be granted.

|  |  |
|--|--|
|  | Respectfully submitted, |
|  | ADAM R.F. GUSTAFSON<br>*Acting Assistant Attorney General* |
|  | /s/ *Robert N. Stander*<br>ROBERT N. STANDER<br>*Deputy Assistant Attorney General* |
| ERIC GRANT<br>*United States Attorney*<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, California 95814<br>(916) 554-2821 | JOHN K. ADAMS<br>DAVID D. MITCHELL<br>United States Department of Justice<br>Environment & Natural Resources Div.<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>(202) 353-5905<br>robert.stander@usdoj.gov<br>john.adams3@usdoj.gov<br>david.mitchell@usdoj.gov |
|  | *Counsel for Plaintiffs-Intervenors* |

Motion to Intervene
Case No. 2:25-cv-02255-DC-AC                                                                                                    2