# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIMLER TRUCK NORTH AMERICA LLC, INTERNATIONAL MOTORS, LLC, PACCAR INC, and VOLVO GROUP NORTH AMERICA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA AIR RESOURCES BOARD; STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board, and GAVIN NEWSOM, in his official capacity as the Governor of California,<br><br>Defendants. | Civil Action No. 2:25-cv-02255-DC-AC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE** |

Before the Court is the Motion to Intervene as plaintiffs in this action filed by the United States of America and the United States Environmental Protection Agency. Dkt. No. 43. Having reviewed the parties' filings, the Court finds intervention is required under Federal Rule of Civil Procedure 24(a). The Court also finds that intervention is appropriate under Federal Rule of Civil Procedure 24(b).

Accordingly, the Motion to Intervene is **GRANTED.**

IT IS SO ORDERED.

Dated: _____    _____
                         Dena Coggins
                         United States District Judge