GIBSON, DUNN & CRUTCHER LLP
BENJAMIN WAGNER, State Bar No. 163581
310 University Avenue
Palo Alto, CA  94301-1744
Telephone:     650.849.5395
Facsimile:      640.849.5095
BWagner@gibsondunn.com

RACHEL S. BRASS, State Bar No. 219301
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:     415.393.8293
Facsimile:     415.393.8306
RBrass@gibsondunn.com

STACIE FLETCHER, *pro hac vice*
MIGUEL A. ESTRADA, *pro hac vice*
VERONICA J.T. GOODSON, State Bar No. 314367
1700 M Street, N.W.
Washington, D.C.  20036-4504
Telephone:     202.955.8500
Facsimile:     202.467.0539
SFletcher@gibsondunn.com
MEstrada@gibsondunn.com
VGoodson@gibsondunn.com

*Attorneys for Plaintiff Daimler Truck North America LLC*
(additional counsel on signature pages)

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAIMLER TRUCK NORTH AMERICA LLC: INTERNATIONAL MOTORS, LLC, PACCAR INC, and VOLVO GROUP NORTH AMERICA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA AIR RESOURCES BOARD; STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board; and GAVIN NEWSOM, in his official capacity as the Governor of California,<br><br>Defendants. | Civil Action No. 2:25-cv-02255-DC<br><br>**PLAINTIFFS' NOTICE OF OTHER CASES** |

Plaintiffs Daimler Truck North America LLC, International Motors, LLC, PACCAR Inc, and Volvo Group North America LLC file this notice to inform the Court of two unrelated cases: *American Free Enterprise Chamber of Commerce v. Engine Manufacturers Association*, No. 3:24-cv-50504 ("*AmFree*"), filed in the United States District Court for the Northern District of Illinois on December 16, 2024, and *California v. United States*, No. 4:25-cv-04966-HSG ("*California*"), filed in the United States District Court for the Northern District of California on June 12, 2025. Plaintiffs do not believe that these cases are related under Local Rule 123 to the above-captioned matter, *Daimler Truck North America LLC v. California Air and Resources Board*, No. 2:25-cv-02255-DC ("*Daimler*"), but file this notice out of candor and to provide the Court with full information regarding the context of this litigation.

## THIS CASE

Plaintiffs in this action are companies that design, develop, manufacture, and sell heavy-duty vehicles and engines in California and nationwide. Compl. ¶ 1, Dkt. 1. On August 11, 2025, Plaintiffs filed this lawsuit against the California Air Resources Board ("CARB"), Steven Cliff in his official capacity as the Executive Officer of CARB, and Gavin Newsom in his official capacity as Governor of California. *Id.* ¶¶ 26–28. Plaintiffs bring seven counts for declaratory and injunctive relief related to a series of California emissions standards, an Executive Order by Governor Newsom ("Executive Order N-27-25"), May 23, 2025 Manufacturers Advisory Correspondence issued by CARB ("May 23, 2025 MAC"), and the Clean Truck Partnership. *Id.* ¶¶ 71–137. Counts I–III allege express preemption by the Clean Air Act, 42 U.S.C. § 7543(a). *Id.* ¶¶ 71–94. Counts IV and V allege that Executive Order N-27-25, the May 23, 2025 MAC, and the Clean Truck Partnership violate the First Amendment to the United States Constitution and Article I of the California Constitution. *Id.* ¶¶ 95–121. Counts VI and VII bring claims under the California Administrative Procedure Act ("APA") alleging that CARB has promulgated "underground regulations" without regard to the procedural requirements of California law.

**THE TWO UNRELATED CASES**

Plaintiffs wish to inform this Court of two other actions outside this district. First, on December 16, 2024, the American Free Enterprise Chamber of Commerce ("AmFree"), an organization that represents entrepreneurs and businesses, filed a complaint in the United States District Court for the Northern District of Illinois against the Engine Manufacturers Association, eight truck and engine manufacturers (including all four Plaintiffs in this action), and Steven Cliff in his official capacity as the Executive Officer of CARB. *See* Complaint, *AmFree*, No. 3:24-cv-50504 (N.D. Ill), Dkt. 1. *AmFree* involves a single count for declaratory and injunctive relief alleging that the Clean Truck Partnership is preempted by the Clean Air Act. *Id.* Dkts. 1, 14, 103. On August 13, 2025, the United States and the U.S. Environmental Protection Agency ("EPA") moved to intervene as a plaintiff against only Defendant Cliff, *id.* Dkt. 121, citing the United States' unique sovereign interest in ensuring the "proper and consistent application" of national law, *id.* Dkt. 122 at 9–13.

Second, on June 12, 2025, California and several other states filed a complaint in the United States District Court for the Northern District of California against the United States, the EPA, Lee Zeldin in his official capacity as EPA Administrator, and Donald Trump in his official capacity as the President of the United States. Complaint, *California*, No. 4:25-cv-04966-HSG (N.D. Cal.), Dkt. 1. That case challenges the use of the Congressional Review Act by the United States Congress and President to invalidate waivers of Clean Air Act preemption that EPA had previously granted to California. *Id.* ¶¶ 136–143; *see also Diamond Alt. Energy, LLC v. EPA*, 145 S. Ct. 2121, 2131 n.1 (2025) (noting that this "legislation … block[s] [these] California regulations"). When in effect, the preemption waivers allowed California to enforce emissions standards and enabled other states to adopt standards identical to California. *See* 42 U.S.C. §§ 7543(a), 7543(b), 7507.

Local Rule 123 for this District provides that counsel "shall" file a Notice of Related Cases to consider whether cases should be related when counsel has "reason to believe that an action on file … may be related to another action on file." L.R. 123. Under Local Rule 123, two actions are related when: "(1) both actions involve the same parties or are based on the same or similar claim;

(2) both actions involve the same property, transaction, or event; (3) both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort, either because the same result should follow in both actions or otherwise; or (4) for any other reasons, it would entail substantial duplication of labor if the actions were heard by different Judges or Magistrate Judges." "Pursuant to Local Rule 123, cases may only be related if they are *both* filed within the Eastern District." *Coldwell Solar, Inc. v. ACIP Energy LLC*, No. 2:20-cv-768-TLD-CKD, 2021 WL 3857981 at *3 (E.D. Cal. Aug. 30, 2021) (emphasis added); *see also* L.R. 123(c) ("Following the filing of a Notice of Related Cases, the Chief Judge … may, by special order, reassign either action to any Judge or Magistrate Judge sitting in the Eastern District of California.").

Based upon this standard, neither *AmFree* nor *California* are related to this litigation within the meaning of Local Rule 123. Neither was filed *within* the United States District Court for the Eastern District of California. *See Coldwell Solar*, WL 3857981 at *3; L.R. 123(c).

Dated: August 15, 2025                               Respectfully submitted,

*/s/ Benjamin Wagner*
_____
BENJAMIN WAGNER, State Bar No. 163581
**GIBSON, DUNN & CRUTCHER LLP**
BENJAMIN WAGNER, State Bar No. 163581
310 University Avenue
Palo Alto, CA  94301-1744
Telephone:     650.849.5395
Facsimile:      640.849.5095
BWagner@gibsondunn.com

RACHEL S. BRASS, State Bar No. 219301
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:     415.393.8293
Facsimile:      415.393.8306
RBrass@gibsondunn.com

STACIE B. FLETCHER, *pro hac vice*
MIGUEL ESTRADA, *pro hac vice*
VERONICA J.T. GOODSON, State Bar No. 314367
1700 M Street, N.W.
Washington, D.C. 20036-4504

| | |
|---|---|
| | Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br>SFletcher@gibsondunn.com<br>MEstrada@gibsondunn.com<br>VGoodson@gibsondunn.com<br><br>*Attorneys for Plaintiff Daimler Truck North America LLC* |
| /s/ Robin M. Hulshizer | /s/ Joseph A. Ostoyich |
| (as authorized Aug. 15, 2025) | (as authorized Aug. 15, 2025) |
| ROBIN M. HULSHIZER, SBN 158486 | JOSEPH A. OSTOYICH, *pro hac vice* |
| **LATHAM & WATKINS LLP** | **ILLOVSKY GATES & CALIA LLP** |
| ROBIN M. HULSHIZER, SBN 158486<br>ARTHUR FOERSTER, *pro hac vice*<br>KEVIN M. JAKOPCHEK, *pro hac vice*<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>Telephone: 312.876.7700<br>Facsimile: 312.993.9767<br>Robin.hulshizer@lw.com<br>Arthur.foerster@lw.com<br>Kevin.jakopchek@lw.com | EUGENE ILLOVSKY, SBN 117892<br>KEVIN CALIA, State Bar No. 227406<br>1611 Telegraph Avenue, Suite 806<br>Oakland, CA 94612<br>Telephone: 415.500.6643<br>Eugene@illovskygates.com<br>Kevin@illovskygates.com |
| | **CLIFFORD CHANCE LLP** |
| BELINDA S. LEE, State Bar No. 199635<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-6538<br>Telephone: 415.391.0600<br>Facsimile: 415.395.8095<br>Belinda.lee@lw.com | JOSEPH A. OSTOYICH, *pro hac vice*<br>WILLIAM LAVERY, *pro hac vice*<br>STEVE NICKELSBURG, *pro hac vice*<br>DANIELLE MORELLO, *pro hac vice*<br>DOROTHEA R. ALLOCCA, *pro hac vice*<br>2001 K Street NW<br>Washington, DC 20006-1001<br>Telephone: 202.253.9077<br>joseph.ostoyich@cliffordchance.com<br>william.lavery@cliffordchance.com<br>steve.nickelsburg@cliffordchance.com<br>danielle.morello@cliffordchance.com<br>dodi.allocca@cliffordchance.com |
| *Attorneys for Plaintiff International Motors, LLC* | |
| | *Attorneys for Plaintiff PACCAR Inc* |
| /s/ Jeremy Heep | |
| (as authorized Aug. 15, 2025) | |
| JEREMY HEEP, *pro hac vice* | |
| **TROUTMAN PEPPER LOCKE LLP** | |
| JEFFREY M. GOLDMAN, SBN 233840<br>350 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>Telephone: 213.928.9800<br>Facsimile: 213.928.9850<br>jeffrey.goldman@troutman.com | |
| T. SCOTT MILLS, SBN 313554<br>600 Peachtree Street, N.E., Suite 3000 | |

1  Atlanta, Georgia 30308-2305
   Telephone:    404.885.3000
2  Facsimile:    404.885.3900
   scott.mills@troutman.com
3
   JEREMY HEEP, *pro hac vice*
4  DANIEL J. BOLAND, *pro hac vice*
   3000 Two Logan Square
5  Eighteenth & Arch Streets
   Philadelphia, PA 19103
6  Telephone:    215.981.4000
   Facsimile:    215.981.4750
7  jeremy.heep@troutman.com
   daniel.boland@troutman.com
8
   *Attorneys for Plaintiff Volvo Group North America, LLC*

-5-
NOTICE OF OTHER CASES
CASE NO. 2:25-CV-02255-DC