1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MYUNG J. PARK, State Bar No. 210866
   Supervising Deputy Attorney General
3  BENJAMIN P. LEMPERT, State Bar No. 344239
   JONATHAN A. WIENER, State Bar No. 265006
4  M. ELAINE MECKENSTOCK, State Bar No. 268861
   Deputy Attorney General
5   1515 Clay Street, 20th Floor
    P.O. Box 70550
6   Oakland, CA  94612-0550
    Telephone:  (510) 879-0299
7   Fax:  (510) 622-2270
    E-mail:  Elaine.Meckenstock@doj.ca.gov
8  *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAIMLER TRUCK NORTH AMERICA, LLC, INTERNATIONAL MOTORS, LLC., PACCAR INC.,** and **VOLVO GROUP NORTH AMERICA LLC**,<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA AIR RESOURCES BOARD, STEVEN S. CLIFF**, in his official capacity as the Executive Officer of the California Air Resources Board; and **GAVIN NEWSOM**, in his official capacity as the Governor of California,<br><br>Defendants. | 2:25-cv-02255-DC-AC<br><br>**DECLARATION OF M. ELAINE MECKENTOCK IN SUPPORT OF DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND THE TIME TO RESPOND TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND TO PERMIT A SUR-REPLY IF THE UNITED STATES FILES A REPLY**<br><br>Courtroom:   8, 13th Floor<br>Judge:            Hon. Dena Coggins<br>Trial Date:     None Set<br>Action Filed:  August 11, 2025 |

1

I, M. Elaine Meckenstock, declare as follows:

1.  I am a Deputy Attorney General in the California Attorney General's Office, counsel for Defendants in this matter and admitted to practice in this Court. Unless otherwise indicated, this Declaration is based on my personal knowledge; and, if called as a witness, I could and would testify to the statements herein.

2.  Attached hereto as **Exhibit 1** is a true and correct copy of a letter dated August 10, 2025, from Sean Waters, Daimler Truck North America, LLC's Vice President, Product Integrity, to the Chairman of the Federal Trade Commission (FTC). This letter was publicly released in a press release from the FTC dated August 12, 2025 and was downloaded from the link in that press release. The press release is available at *FTC Resolves Antitrust Concerns Arising from Clean Truck Partnership*, https://www.ftc.gov/news-events/news/press-releases/2025/08/ftc-resolves-antitrust-concerns-arising-clean-truck-partnership, last visited August 15, 2025. The letter is available at Daimler Truck Letter of Commitment to FTC, https://www.ftc.gov/system/files/ftc_gov/pdf/Daimler-Truck-Letter-of-Commitment-081025.pdf, last visited August 15, 2025.

3.  Attached hereto as **Exhibit 2** is a true and correct copy of a letter dated August 10, 2025 from Michael Noonan, International Motors, LLC's Vice President – Regulatory, Certification and Compliance, to the Chairman of the FTC. This letter was publicly released in a press release from the FTC dated August 12, 2025 and was downloaded from the link in that press release. The press release is available at *FTC Resolves Antitrust Concerns Arising from Clean Truck Partnership*, https://www.ftc.gov/news-events/news/press-releases/2025/08/ftc-resolves-antitrust-concerns-arising-clean-truck-partnership, last visited August 15, 2025. The letter is available at International Motors, LLC Letter of Commitment to FTC, https://www.ftc.gov/system/files/ftc_gov/pdf/International-Motors-Executed_International_Letter_of_Commitment-081025.pdf, last visited August 15, 2025.

4.  Attached hereto as **Exhibit 3** is a true and correct copy of a letter dated August 10, 2025 from Carl Hergart, PACCAR Inc's Senior Director, Global Powertrain Planning, Agency Relations, and North American Powertrain Aftersales, to the Chairman of the FTC. This letter

2

Decl. I S O Defendants' Mot. to Extend Time to Respond to Prelim. Injunction Mot.  (2:25-cv-02255-DC-AC)

was publicly released in a press release from the FTC dated August 12, 2025 and was downloaded from the link in that press release. The press release is available at *FTC Resolves Antitrust Concerns Arising from Clean Truck Partnership*, https://www.ftc.gov/news-events/news/press-releases/2025/08/ftc-resolves-antitrust-concerns-arising-clean-truck-partnership, last visited August 15, 2025. The letter is available at PACCAR Letter of Commitment to FTC, https://www.ftc.gov/system/files/ftc_gov/pdf/PACCAR-Letter-of-Commitment-081025.pdf, last visited August 15, 2025.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a letter dated August 10, 2025 from Dawn Fenton, Volvo Group North America, LLC's Vice President, Government Relations and Public Affairs, to the Chairman of the FTC. This letter was publicly released in a press release from the FTC dated August 12, 2025 and was downloaded from the link in that press release. The press release is available at *FTC Resolves Antitrust Concerns Arising from Clean Truck Partnership*, https://www.ftc.gov/news-events/news/press-releases/2025/08/ftc-resolves-antitrust-concerns-arising-clean-truck-partnership, last visited August 15, 2025. The letter is available at Volvo Group Letter of Commitment to FTC, https://www.ftc.gov/system/files/ftc_gov/pdf/Volvo-Letter-of-Commitment-081025_1.pdf, last visited August 15, 2025.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the Complaint filed by California and other States in the Northern District of California, Case No. 4:25-cv-04966-HSG (ECF 1), *California v. United States*.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a joint stipulation for a briefing schedule on a preliminary injunction motion in *Chamber of Commerce v. Randolph* in the Central District of California, Case No. 2:24-cv-00801. Under this stipulated schedule—which the court approved—the state defendants had six weeks to prepare and file their opposition brief.

8. On August 15, 2025 at 11:15 am Pacific, I met and conferred with counsel for Plaintiffs and counsel for Movant-Intervenor United States by videoconference. I proposed the preliminary injunction motion briefing and hearing schedule requested in Defendants' Motion for

3

Decl. I S O Defendants' Mot. to Extend Time to Respond to Prelim. Injunction Mot.  (2:25-cv-02255-DC-AC)

1  Administrative Relief to Extend the Time to Respond to Plaintiffs' Motion for Preliminary
2  Injunction and to Permit a Sur-Reply if the United States Files a Reply.
3      9.    Later that day, counsel for Movant-Intervenor United States informed me by email
4  that it would agree to the schedule and page limits requested in this motion on the conditions that
5  Defendants forego opposition to intervention and that the United States is permitted to file a
6  notice, of no more than 5 pages, joining Plaintiffs' preliminary injunction motion on August 27,
7  2025.  Defendants accept those conditions if the relief requested in this motion is granted (but not
8  if it is not).  Attached hereto as **Exhibit 7** is the email providing the United States' position.
9      10.    Also on August 15, 2025, counsel for Plaintiffs informed me by email that they would
10  not agree to the Defendants' proposed briefing schedule and plan to oppose.  Attached hereto as
11  **Exhibit 8** is the email providing Plaintiffs' position.
12
13  I declare under penalty of perjury that the foregoing statements are true and correct.
14  Executed on August 15, 2025.
15
16                                          */s/ M. Elaine Meckenstock*
17                                          M. ELAINE MECKENSTOCK
                                        Deputy Attorney General
18                                          *Attorney for Defendants*
19  SF2025402025
   92022287.docx
20
21
22
23
24
25
26
27
28

4

Decl. I S O Defendants' Mot. to Extend Time to Respond to Prelim. Injunction Mot.  (2:25-cv-02255-DC-AC)