# EXHIBIT 6

Case 2:25-cv-02255-DC-AC    Document 50-7    Filed 08/15/25    Page 1 of 9

1   ROB BONTA
    Attorney General of California
2   MYUNG J. PARK (SBN 210866)
    Supervising Deputy Attorney General
3   M. ELAINE MECKENSTOCK (SBN 268861)
    CAITLAN MCLOON (SBN 302798)
4   EMILY HAJARIZADEH (SBN 325246)
    DYLAN REDOR (SBN 338136)
5   KATHERINE GAUMOND (SBN 349453)
    Deputy Attorneys General
6    300 South Spring Street, Suite 1702
     Los Angeles, CA  90013-1230
7    Telephone:  (213) 269-6438
     Fax:  (916) 731-2128
8    E-mail:  Caitlan.McLoon@doj.ca.gov
    *Attorneys for Defendants Liane M. Randolph,*
9   *Steven S. Cliff, and Robert A. Bonta*

10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  **CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, CALIFORNIA CHAMBER OF COMMERCE, AMERICAN FARM BUREAU FEDERATION, LOS ANGELES COUNTY BUSINESS FEDERATION, CENTRAL VALLEY BUSINESS FEDERATION, and WESTERN GROWERS ASSOCIATION,** | Case No. 2:24-cv-00801-ODW-PVCx **JOINT STIPULATION FOR BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND EXTENDING DEFENDANTS' TIME TO ANSWER** |

                                    Plaintiffs,

         v.

**LIANE M. RANDOLPH, in her official capacity as Chair of the California Air Resources Board, STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board, and ROBERT A. BONTA, in his official capacity as Attorney General of California,**

                                    Defendants.

Date:        N/A
Time:        N/A
Courtroom:   5D
Judge:       The Honorable Otis D. Wright, II

Trial Date:   Not Set
 Complaint Filed: January 30, 2024

Case 2:24-cv-00801-ODW-PVC    Document 80    Filed 02/26/25    Page 2 of 5    Page ID
#:7941
Case 2:25-cv-02255-DC-AC    Document 50-7    Filed 08/15/25    Page 3 of 9

1    Plaintiffs Chamber of Commerce of the United States of America, California

2    Chamber of Commerce, American Farm Bureau Federation, Los Angeles County

3    Business Federation, Central Valley Business Federation, and Western Growers

4    Association (Plaintiffs) and Defendants Liane M. Randolph, in her official capacity

5    as Chair of the California Air Resources Board, and Steven S. Cliff, in his official

6    capacity as Executive Officer of the California Air Resources Board, and Robert A.

7    Bonta, in his official capacity as Attorney General of California (Defendants), by

8    and through their respective counsel of record, hereby stipulate and seek an order

9    from this Court confirming a briefing schedule on Plaintiffs' Motion for

10    Preliminary Injunction and extending time for Defendants to Answer Plaintiffs'

11    First Amended Complaint, as follows:

12    WHEREAS, on January 30, 2024, Plaintiffs filed a complaint for declaratory

13    and injunctive relief against Defendants (Dkt. 1);

14    WHEREAS, on February 22, 2024, Plaintiffs filed a First Amended

15    Complaint against Defendants (Dkt. 28);

16    WHEREAS, on March 27, 2024, Defendants filed a motion to dismiss

17    Plaintiffs' second and third claims in their entirety (Dkt. 38);

18    WHEREAS, on May 24, 2024, Plaintiffs filed a motion for summary

19    judgment on their first claim (Dkt. 48);

20    WHEREAS, on November 5, 2025, the Court entered an order granting

21    Defendants' motion to deny or defer Plaintiffs' motion for summary judgment and

22    denying Plaintiffs' motion for summary judgment (Dkt. 73);

23    WHEREAS, on February 3, 2025, the Court entered an order granting

24    Defendants' motion to dismiss (Dkt. 77);

25    WHEREAS, the Court issued a Notice of Intent to Issue Scheduling Order on

26    April 8, 2025 (Dkt. 76), requiring the parties to hold their Rule 26(f) Conference on

27    or before March 11, 2025;

28    ///

Case 2:24-cv-00801-ODW-PVC    Document 80    Filed 02/26/25    Page 3 of 5    Page ID
#:7942
Case 2:25-cv-02255-DC-AC    Document 50-7    Filed 08/15/25    Page 4 of 9

1      WHEREAS, on February 12, 2025, the parties met and conferred pursuant to

2  Local Rule 7-3, regarding Plaintiffs' intended motion for preliminary injunction;

3      WHEREAS, the parties agree that a stipulated briefing schedule would aid

4  their ability to effectively present to the Court the complex issues likely to be

5  addressed in briefing Plaintiffs' preliminary injunction motion;

6      WHEREAS Plaintiffs filed their preliminary injunction motion on February

7  25, 2025, noticing it for hearing on May 5, 2025;

8      WHEREAS, in light of Plaintiffs' motion for preliminary injunction, the

9  parties agree a short extension of Defendants' answer deadline is reasonable;

10      WHEREFORE, the parties, by and through their counsel of record, HEREBY

11  AGREE AND STIPULATE to the following briefing schedule and answer

12  deadline:

13      1.  Defendants shall file their opposition to Plaintiffs' motion for

14  preliminary injunction on or before April 7, 2025;

15      2.  Plaintiffs shall file their reply in support of their motion for

16  preliminary injunction on or before April 21, 2025;

17      3.  Defendants' deadline to answer Plaintiffs' First Amended

18  Complaint shall be extended from March 10, 2025, to March 17, 2025.

19      **IT IS SO STIPULATED.**

20

21  Dated:  February 26, 2025      OFFICE OF THE ATTORNEY GENERAL

22

23      By:  */s/ Caitlan McLoon*[1]
        Caitlan McLoon

24

25      *Attorneys for Defendants Liane M.
Randolph, Steven S. Cliff, and Robert A.
Bonta*

26

27

28     [1] I hereby attest that the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

3

Case 2:24-cv-00801-ODW-PVC    Document 80    Filed 02/26/25    Page 4 of 5    Page ID
#:7943
Case 2:25-cv-02255-DC-AC    Document 50-7    Filed 08/15/25    Page 5 of 9

1

Dated:  February 26, 2025          GIBSON DUNN

2

3                                    By:   /s/ Bradley Hamburger

4                                         Bradley Hamburger

5                                    *Attorneys for Plaintiffs*
                                     *Chamber of Commerce of the United States*
6                                    *of America, California Chamber of*
                                     *Commerce, American Farm Bureau*
7                                    *Federation, Los Angeles County Business*
                                     *Federation, Central Valley Business*
8                                    *Federation, and Western Growers*
                                     *Association*

9    SA2024300503
     67454874.docx

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          4

Case 2:24-cv-00801-ODW-PVC    Document 80    Filed 02/26/25    Page 5 of 5    Page ID
#:7944
Case 2:25-cv-02255-DC-AC    Document 50-7    Filed 08/15/25    Page 6 of 9

# <u>CERTIFICATE OF SERVICE</u>

Case Name:  **Chamber of Commerce of the United States of America, et al. v. Liane M. Randolph, et al.**

Case No.:   **2:24-cv-00801-ODW-PVCx**

I hereby certify that on <u>February 26, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## JOINT STIPULATION FOR BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND EXTENDING DEFENDANTS' TIME TO ANSWER

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>February 26, 2025</u>, at Los Angeles, California.

| Beatriz Davalos | /s/ Beatriz Davalos |
|---|---|
| Declarant | Signature |

SA2024300503
66591334.docx

Case 2:24-cv-00801-ODW-PVC    Document 80-1    Filed 02/26/25    Page 1 of 3    Page ID
#:7945
Case 2:25-cv-02255-DC-AC    Document 50-7    Filed 08/15/25    Page 7 of 9

1

2

3

4

5

6

7

8

9 UNITED STATES DISTRICT COURT

10 CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12 **CHAMBER OF COMMERCE OF** **THE UNITED STATES OF** | Case No. 2:24-cv-00801-ODW-PVCx |
| 13 **AMERICA, CALIFORNIA** **CHAMBER OF COMMERCE,** | **[PROPOSED] ORDER GRANTING** **STIPULATED BRIEFING** |
| 14 **AMERICAN FARM BUREAU** **FEDERATION, LOS ANGELES** | **SCHEDULE ON PLAINTIFFS'** **MOTION FOR PRELIMINARY** |
| 15 **COUNTY BUSINESS** **FEDERATION, CENTRAL** | **INJUNCTION AND EXTENDING** **DEFENDANTS' TIME TO ANSWER** |
| 16 **VALLEY BUSINESS** **FEDERATION, and WESTERN** | |
| 17 **GROWERS ASSOCIATION,** | Date:        N/A |

18                                        Plaintiffs,    Time:        N/A
Courtroom:   5D

19                    v.                    Judge:       The Honorable Otis D.
Wright, II

20 **LIANE M. RANDOLPH, in her**
**official capacity as Chair of the**    Trial Date:    Not Set

21 **California Air Resources Board,**     Complaint Filed: January 30, 2024
**STEVEN S. CLIFF, in his official**

22 **capacity as the Executive Officer of**
**the California Air Resources Board,**

23 **and ROBERT A. BONTA, in his**
**official capacity as Attorney General**

24 **of California,**

25                                        Defendants.

26

27

28

Case 2:24-cv-00801-ODW-PVC   Document 80-1   Filed 02/26/25   Page 2 of 3   Page ID
#:7946
Case 2:25-cv-02255-DC-AC   Document 50-7   Filed 08/15/25   Page 8 of 9

# [PROPOSED] ORDER

Having considered the parties' Joint Stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1.      Defendants shall file their opposition to Plaintiffs' motion for preliminary injunction on or before April 7, 2025;

2.      Plaintiffs shall file their reply in support of their motion for preliminary injunction on or before April 21, 2025; and

3.      Defendants' deadline to answer Plaintiffs' First Amended Complaint shall be extended from March 10, 2025, to March 17, 2025;

**IT IS SO ORDERED.**

Dated: _____      _____
                              Honorable Otis D. Wright, II
                              United States District Judge

SA2024300503
67454876.docx

[PROPOSED] ORDER GRANTING STIPULATED BRIEFING SCHEDULE
AND EXTENDING ANSWER DEADLINE

# CERTIFICATE OF SERVICE

Case Name:   **Chamber of Commerce of the United States of America, et al. v. Liane M. Randolph, et al.**

Case No.:    **2:24-cv-00801-ODW-PVCx**

I hereby certify that on <u>February 26, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] ORDER GRANTING STIPULATED BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND EXTENDING DEFENDANTS' TIME TO ANSWER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>February 26, 2025</u>, at Los Angeles, California.

| Beatriz Davalos | */s/ Beatriz Davalos* |
|---|---|
| Declarant | Signature |

SA2024300503
66591334.docx

3