# EXHIBIT 7

| | |
|---|---|
| **From:** | Elaine Meckenstock |
| **To:** | "Stander, Robert (ENRD)"; Dodi.Allocca@CliffordChance.com; RBrass@gibsondunn.com; Scott.Mills@troutman.com; ROBIN.HULSHIZER@lw.com; SFletcher@gibsondunn.com; Jonathan Wiener; Benjamin Lempert |
| **Cc:** | Cecilia Segal; David Meeker; BWagner@gibsondunn.com; VGoodson@gibsondunn.com; joseph.ostoyich@cliffordchance.com; Jeremy.Heep@troutman.com; Daniel.Boland@troutman.com; Arthur.Foerster@lw.com; Kevin.Jakopchek@lw.com; eugene@illovskygates.com; Jeffrey.Goldman@troutman.com; WFeldman@gibsondunn.com; Adams, John (ENRD); Mann, Martha (ENRD); Mitchell, David (ENRD) |
| **Subject:** | RE: Meet and confer re: Daimler Truck North America, et. al v. California Air Resources Board, et. al, Case No. 2:25-at-01037 (E.D. Cal) |
| **Date:** | Friday, August 15, 2025 6:01:00 PM |

Thank you, Robert.

**From:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>
**Sent:** Friday, August 15, 2025 5:32 PM
**To:** Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; Dodi.Allocca@CliffordChance.com; RBrass@gibsondunn.com; Scott.Mills@troutman.com; ROBIN.HULSHIZER@lw.com; SFletcher@gibsondunn.com; Jonathan Wiener <Jonathan.Wiener@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>
**Cc:** Cecilia Segal <Cecilia.Segal@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>; BWagner@gibsondunn.com; VGoodson@gibsondunn.com; joseph.ostoyich@cliffordchance.com; Jeremy.Heep@troutman.com; Daniel.Boland@troutman.com; Arthur.Foerster@lw.com; Kevin.Jakopchek@lw.com; eugene@illovskygates.com; Jeffrey.Goldman@troutman.com; WFeldman@gibsondunn.com; Adams, John (ENRD) <John.Adams3@usdoj.gov>; Mann, Martha (ENRD) <Martha.Mann@usdoj.gov>; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>
**Subject:** Re: Meet and confer re: Daimler Truck North America, et. al v. California Air Resources Board, et. al, Case No. 2:25-at-01037 (E.D. Cal)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

We are willing to not oppose 15 pages for a surreply, but please state your nonopposition to our intervention and the other terms of our agreement in your filing this evening. Thank you.

**Robert Stander**
Deputy Assistant Attorney General
Environment and Natural Resources
U.S. Department of Justice

**From:** Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>
**Sent:** Friday, August 15, 2025 8:11:23 PM
**To:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; Dodi.Allocca@CliffordChance.com <Dodi.Allocca@CliffordChance.com>; RBrass@gibsondunn.com <RBrass@gibsondunn.com>; Scott.Mills@troutman.com <Scott.Mills@troutman.com>; ROBIN.HULSHIZER@lw.com <ROBIN.HULSHIZER@lw.com>; SFletcher@gibsondunn.com <SFletcher@gibsondunn.com>;

Jonathan Wiener <Jonathan.Wiener@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>
**Cc:** Cecilia Segal <Cecilia.Segal@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>; BWagner@gibsondunn.com <BWagner@gibsondunn.com>; VGoodson@gibsondunn.com <VGoodson@gibsondunn.com>; joseph.ostoyich@cliffordchance.com <joseph.ostoyich@cliffordchance.com>; Jeremy.Heep@troutman.com <Jeremy.Heep@troutman.com>; Daniel.Boland@troutman.com <Daniel.Boland@troutman.com>; Arthur.Foerster@lw.com <Arthur.Foerster@lw.com>; Kevin.Jakopchek@lw.com <Kevin.Jakopchek@lw.com>; eugene@illovskygates.com <eugene@illovskygates.com>; Jeffrey.Goldman@troutman.com <Jeffrey.Goldman@troutman.com>; WFeldman@gibsondunn.com <WFeldman@gibsondunn.com>; Adams, John (ENRD) <John.Adams3@usdoj.gov>; Mann, Martha (ENRD) <Martha.Mann@usdoj.gov>; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>
**Subject:** [EXTERNAL] RE: Meet and confer re: Daimler Truck North America, et. al v. California Air Resources Board, et. al, Case No. 2:25-at-01037 (E.D. Cal)

Thank you, Robert. Defendants are willing to agree to the first modification you request, as part of an overall agreement here. But they cannot agree that the sur-reply should be limited to 10 pages. Less than 15 pages would compromise Defendants' substantial interests in the complex issues we anticipate the US will speak to in its reply. And we do not think we should be prejudiced in that way because the US is choosing to move to intervene here to litigate issues it could litigate in the normal course, with thorough briefing, in the existing *California v. United States* case in the Northern District.

Please let us know if the US is willing to agree to the proposal with the first modification, but not the second. Otherwise, we will include your position below in the motion we will file later this evening.

Thanks again for your prompt response,
Elaine

---

**From:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>
**Sent:** Friday, August 15, 2025 2:25 PM
**To:** Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; Dodi.Allocca@CliffordChance.com; RBrass@gibsondunn.com; Scott.Mills@troutman.com; ROBIN.HULSHIZER@lw.com; SFletcher@gibsondunn.com; Jonathan Wiener <Jonathan.Wiener@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>
**Cc:** Cecilia Segal <Cecilia.Segal@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>; BWagner@gibsondunn.com; VGoodson@gibsondunn.com; joseph.ostoyich@cliffordchance.com; Jeremy.Heep@troutman.com; Daniel.Boland@troutman.com; Arthur.Foerster@lw.com; Kevin.Jakopchek@lw.com; eugene@illovskygates.com; Jeffrey.Goldman@troutman.com; WFeldman@gibsondunn.com; Adams, John (ENRD) <John.Adams3@usdoj.gov>; Mann, Martha (ENRD) <Martha.Mann@usdoj.gov>; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>
**Subject:** RE: Meet and confer re: Daimler Truck North America, et. al v. California Air Resources Board, et. al, Case No. 2:25-at-01037 (E.D. Cal)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that

appear suspicious.

Counsel,

Subject to the two modifications below, the United States agrees with California's proposal discussed on our meet and confer today. To reiterate, California would agree not to oppose the United States' intervention, and would agree not to oppose the U.S. filing a reply brief in support of the PI motion.

We add the following two modifications:
(1) The U.S. will file a notice on August 27 joining industry plaintiffs' PI motion, and stating the interest of the United States and the need for the PI, limited to 5 pages.
(2) California's sur-reply will be limited to 10 pages.

We do not object to California's proposed schedule, but also do not object to an earlier schedule if California and the OEM plaintiffs so agree. Under California's proposed schedule, the briefing would proceed as follows:

| 8/27 | United States files notice joining OEM Plaintiffs' PI motion. 5 pages. |
| --- | --- |
| 9/23 | California files opposition brief. |
| 10/14 | Plaintiffs file reply briefs. 20 pages. |
| 10/28 | California files a sur-reply responding only to the United States. 10 pages. |

Please let me know if this is agreeable.

**Robert Stander**
Deputy Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice
(202) 717-7067

---

**From:** Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>
**Sent:** Thursday, August 14, 2025 11:36 PM
**To:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; Dodi.Allocca@CliffordChance.com; RBrass@gibsondunn.com; Scott.Mills@troutman.com; ROBIN.HULSHIZER@lw.com; SFletcher@gibsondunn.com; Jonathan Wiener <Jonathan.Wiener@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>
**Cc:** Cecilia Segal <Cecilia.Segal@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>; BWagner@gibsondunn.com; VGoodson@gibsondunn.com; joseph.ostoyich@cliffordchance.com; Jeremy.Heep@troutman.com; Daniel.Boland@troutman.com; Arthur.Foerster@lw.com; Kevin.Jakopchek@lw.com; eugene@illovskygates.com; Jeffrey.Goldman@troutman.com;

WFeldman@gibsondunn.com; Adams, John (ENRD) <John.Adams3@usdoj.gov>

**Subject:** [EXTERNAL] RE: Meet and confer re: Daimler Truck North America, et. al v. California Air Resources Board, et. al, Case No. 2:25-at-01037 (E.D. Cal)

Thanks all.  I just sent a Teams invite for 11:15 Pacific tomorrow.  Please let me know if you do not receive it.

Best,
Elaine

**From:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>
**Sent:** Thursday, August 14, 2025 6:29 PM
**To:** Dodi.Allocca@CliffordChance.com; Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; RBrass@gibsondunn.com; Scott.Mills@troutman.com; ROBIN.HULSHIZER@lw.com; SFletcher@gibsondunn.com; Jonathan Wiener <Jonathan.Wiener@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>
**Cc:** Cecilia Segal <Cecilia.Segal@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>; BWagner@gibsondunn.com; VGoodson@gibsondunn.com; joseph.ostoyich@cliffordchance.com; Jeremy.Heep@troutman.com; Daniel.Boland@troutman.com; Arthur.Foerster@lw.com; Kevin.Jakopchek@lw.com; eugene@illovskygates.com; Jeffrey.Goldman@troutman.com; WFeldman@gibsondunn.com; Adams, John (ENRD) <John.Adams3@usdoj.gov>
**Subject:** Re: Meet and confer re: Daimler Truck North America, et. al v. California Air Resources Board, et. al, Case No. 2:25-at-01037 (E.D. Cal)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

DOJ is available at that time as well.

**Robert Stander**
Deputy Assistant Attorney General
Environment and Natural Resources
U.S. Department of Justice

**From:** Dodi.Allocca@CliffordChance.com <Dodi.Allocca@CliffordChance.com>
**Sent:** Thursday, August 14, 2025 8:43:15 PM
**To:** Elaine.Meckenstock@doj.ca.gov <Elaine.Meckenstock@doj.ca.gov>; RBrass@gibsondunn.com <RBrass@gibsondunn.com>; Scott.Mills@troutman.com <Scott.Mills@troutman.com>; ROBIN.HULSHIZER@lw.com <ROBIN.HULSHIZER@lw.com>; SFletcher@gibsondunn.com <SFletcher@gibsondunn.com>; Jonathan.Wiener@doj.ca.gov <Jonathan.Wiener@doj.ca.gov>; Benjamin.Lempert@doj.ca.gov <Benjamin.Lempert@doj.ca.gov>
**Cc:** Cecilia.Segal@doj.ca.gov <Cecilia.Segal@doj.ca.gov>; David.Meeker@doj.ca.gov <David.Meeker@doj.ca.gov>; BWagner@gibsondunn.com <BWagner@gibsondunn.com>; VGoodson@gibsondunn.com <VGoodson@gibsondunn.com>; joseph.ostoyich@cliffordchance.com

<joseph.ostoyich@cliffordchance.com>; Jeremy.Heep@troutman.com <Jeremy.Heep@troutman.com>; Daniel.Boland@troutman.com <Daniel.Boland@troutman.com>; Arthur.Foerster@lw.com <Arthur.Foerster@lw.com>; Kevin.Jakopchek@lw.com <Kevin.Jakopchek@lw.com>; eugene@illovskygates.com <eugene@illovskygates.com>; Jeffrey.Goldman@troutman.com <Jeffrey.Goldman@troutman.com>; WFeldman@gibsondunn.com <WFeldman@gibsondunn.com>; Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>
**Subject:** [EXTERNAL] Re: Meet and confer re: Daimler Truck North America, et. al v. California Air Resources Board, et. al, Case No. 2:25-at-01037 (E.D. Cal)

Hi all,

Counsel for PACCAR is available. Thanks very much.

Best,
Dodi

Dodi Allocca
Associate
Clifford Chance US LLP
2001 K Street NW
Washington, DC 20006
M: +1 202-957-3321
dodi.allocca@cliffordchance.com

---

**From:** Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>
**Sent:** Thursday, August 14, 2025 8:34 PM
**To:** Brass, Rachel S. <RBrass@gibsondunn.com>; Scott.Mills@troutman.com <Scott.Mills@troutman.com>; ROBIN.HULSHIZER@lw.com <ROBIN.HULSHIZER@lw.com>; Fletcher, Stacie B. <SFletcher@gibsondunn.com>; Jonathan Wiener <Jonathan.Wiener@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>
**Cc:** Cecilia Segal <Cecilia.Segal@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>; Wagner, Benjamin <BWagner@gibsondunn.com>; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; Ostoyich, Joseph (Antitrust-WAS) <joseph.ostoyich@cliffordchance.com>; Allocca, Dodi (Antitrust-WAS) <dodi.allocca@cliffordchance.com>; Jeremy.Heep@troutman.com <Jeremy.Heep@troutman.com>; Daniel.Boland@troutman.com <Daniel.Boland@troutman.com>; Arthur.Foerster@lw.com <Arthur.Foerster@lw.com>; Kevin.Jakopchek@lw.com <Kevin.Jakopchek@lw.com>; eugene@illovskygates.com <eugene@illovskygates.com>; "jeffrey.goldman@troutman.com"@pps.reinject <", jeffrey.goldman@troutman.com"@pps.reinject>; Jeffrey.Goldman@troutman.com <Jeffrey.Goldman@troutman.com>; Feldman, Will <WFeldman@gibsondunn.com>; Stander, Robert (ENRD) <robert.stander@usdoj.gov>
**Subject:** RE: Meet and confer re: Daimler Truck North America, et. al v. California Air Resources Board, et. al, Case No. 2:25-at-01037 (E.D. Cal)

Thanks, Rachel.

Are Paccar's counsel and US DOJ available to meet tomorrow between 11 and 1 Pacific? It appears everyone else is, and that time window works for us.

Elaine

Deputy Attorney General
510-879-0299

---

**From:** Brass, Rachel S. <RBrass@gibsondunn.com>
**Sent:** Thursday, August 14, 2025 5:07 PM
**To:** Scott.Mills@troutman.com; ROBIN.HULSHIZER@lw.com; Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; Fletcher, Stacie B. <SFletcher@gibsondunn.com>; Jonathan Wiener <Jonathan.Wiener@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>
**Cc:** Cecilia Segal <Cecilia.Segal@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>; Wagner, Benjamin <BWagner@gibsondunn.com>; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; joseph.ostoyich@cliffordchance.com; dodi.allocca@cliffordchance.com; Jeremy.Heep@troutman.com; Daniel.Boland@troutman.com; Arthur.Foerster@lw.com; Kevin.Jakopchek@lw.com; eugene@illovskygates.com; "jeffrey.goldman@troutman.com"@pps.reinject; Jeffrey.Goldman@troutman.com; Feldman, Will <WFeldman@gibsondunn.com>; Stander, Robert (ENRD) <robert.stander@usdoj.gov>
**Subject:** RE: Meet and confer re: Daimler Truck North America, et. al v. California Air Resources Board, et. al, Case No. 2:25-at-01037 (E.D. Cal)

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

All,

To enhance coordination and transparency, I'm also adding Robert Stander who has filed for the United States, and invite him to include others as appropriate.

Best,
Rachel

**Rachel S. Brass**
Partner

T: +1 415.393.8293 | M: +1 415.264.5998
RBrass@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715

**From:** Mills, Scott <Scott.Mills@troutman.com>

**Sent:** Thursday, August 14, 2025 3:22 PM

**To:** ROBIN.HULSHIZER@lw.com; Brass, Rachel S. <RBrass@gibsondunn.com>; Elaine.Meckenstock@doj.ca.gov; Fletcher, Stacie B. <SFletcher@gibsondunn.com>; Jonathan.Wiener@doj.ca.gov; Benjamin.Lempert@doj.ca.gov

**Cc:** Cecilia.Segal@doj.ca.gov; David.Meeker@doj.ca.gov; Wagner, Benjamin <BWagner@gibsondunn.com>; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; joseph.ostoyich@cliffordchance.com; dodi.allocca@cliffordchance.com; Jeremy.Heep@troutman.com; Daniel.Boland@troutman.com; Arthur.Foerster@lw.com; Kevin.Jakopchek@lw.com; eugene@illovskygates.com; "‚ jeffrey.goldman@troutman.com"@pps.reinject; Jeffrey.Goldman@troutman.com; Feldman, Will <WFeldman@gibsondunn.com>

**Subject:** RE: Meet and confer re: Daimler Truck North America, et. al v. California Air Resources Board, et. al, Case No. 2:25-at-01037 (E.D. Cal)

All,

Counsel for Volvo is available tomorrow from 9:00 – 1:00 pacific.

Thanks

**Scott Mills**
Associate
**troutman pepper locke**
Direct: 404.885.3699 | Mobile: 404.556.1061
scott.mills@troutman.com

**From:** ROBIN.HULSHIZER@lw.com <ROBIN.HULSHIZER@lw.com>

**Sent:** Thursday, August 14, 2025 6:20 PM

**To:** RBrass@gibsondunn.com; Elaine.Meckenstock@doj.ca.gov; SFletcher@gibsondunn.com; Jonathan.Wiener@doj.ca.gov; Benjamin.Lempert@doj.ca.gov

**Cc:** Cecilia.Segal@doj.ca.gov; David.Meeker@doj.ca.gov; BWagner@gibsondunn.com; VGoodson@gibsondunn.com; joseph.ostoyich@cliffordchance.com; dodi.allocca@cliffordchance.com; Heep, Jeremy <Jeremy.Heep@troutman.com>; Boland, Daniel <Daniel.Boland@troutman.com>; Arthur.Foerster@lw.com; Kevin.Jakopchek@lw.com; Mills, Scott <Scott.Mills@troutman.com>; eugene@illovskygates.com; "‚ jeffrey.goldman@troutman.com"@pps.reinject; Goldman, Jeffrey M. <Jeffrey.Goldman@troutman.com>; WFeldman@gibsondunn.com

**Subject:** RE: Meet and confer re: Daimler Truck North America, et. al v. California Air Resources Board, et. al, Case No. 2:25-at-01037 (E.D. Cal)

Thank you Rachel and Elaine.

Counsel for International can be available 9:30-1 PST tomorrow.

Best, Robin

**Robin M. Hulshizer**
Pronouns: she/her/hers

**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Direct Dial: +1.312.876.7620
Email: robin.hulshizer@lw.com
https://www.lw.com

---

**From:** Brass, Rachel S. <RBrass@gibsondunn.com>
**Sent:** Thursday, August 14, 2025 3:55 PM
**To:** Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; Fletcher, Stacie B. <SFletcher@gibsondunn.com>; Jonathan Wiener <Jonathan.Wiener@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>
**Cc:** Cecilia Segal <Cecilia.Segal@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>; Wagner, Benjamin <BWagner@gibsondunn.com>; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; joseph.ostoyich@cliffordchance.com; dodi.allocca@cliffordchance.com; Jeremy.Heep@troutman.com; Daniel.Boland@troutman.com; Hulshizer, Robin (CH) <ROBIN.HULSHIZER@lw.com>; Foerster, Arthur (CH) <Arthur.Foerster@lw.com>; Jakopchek, Kevin (CH) <Kevin.Jakopchek@lw.com>; Scott.Mills@troutman.com; eugene@illovskygates.com; "jeffrey.goldman@troutman.com"@pps.reinject; Jeffrey.Goldman@troutman.com; Feldman, Will <WFeldman@gibsondunn.com>
**Subject:** RE: Meet and confer re: Daimler Truck North America, et. al v. California Air Resources Board, et. al, Case No. 2:25-at-01037 (E.D. Cal)

Elaine,

We've copied in the rest of the plaintiff counsel; if the DOJ can include them on all correspondence going forward, that would be best. They would of course need to join any meet and confer.

DTNA's counsel is available from 9-1 p.m. tomorrow; we cannot speak for the availability of other OEM counsel.

Best,
Rachel

**Rachel S. Brass**
Partner

T: +1 415.393.8293 | M: +1 415.264.5998
RBrass@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715

**From:** Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>
**Sent:** Thursday, August 14, 2025 1:33 PM
**To:** Fletcher, Stacie B. <SFletcher@gibsondunn.com>; Jonathan Wiener <Jonathan.Wiener@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>
**Cc:** Cecilia Segal <Cecilia.Segal@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>; Wagner, Benjamin <BWagner@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>
**Subject:** Meet and confer re: Daimler Truck North America, et. al v. California Air Resources Board, et. al, Case No. 2:25-at-01037 (E.D. Cal)

Dear Counsel,

We would like to meet and confer with you, as required by Judge Coggins' standing order, about a motion for administrative relief we plan to file to seek an extension of time to give us 5 weeks to respond to your preliminary injunction motion.  We have good availability tomorrow, so if you can provide a few times that work for you, I'm sure we can make one work.

Thank you,
Elaine

Deputy Attorney General
510-879-0299


CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

_____

This email may contain material that is confidential, privileged and/or attorney work

product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

NOTICE: This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. E-mails may be monitored or scanned for security and compliance purposes. For more information, including privacy notices and policies, please visit www.troutman.com. If services are provided by Troutman Pepper Locke UK LLP, please see our London office page (www.troutman.com/offices/london.html) for regulatory information.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

This message and any attachment are confidential and may be privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system. If you are not the intended recipient you must not copy this message or attachment or disclose the contents to any other person.

Clifford Chance as a global firm regularly shares client and/or matter-related data among its different offices and support entities in strict compliance with internal control policies and statutory requirements. Incoming and outgoing email communications may be monitored by Clifford Chance, as permitted by applicable law and regulations.

For further information about Clifford Chance please see our website at www.cliffordchance.com or refer to

any Clifford Chance office.

Switchboard: +1 202 912 5000
Fax: +1 202 912 6000

To contact any other office, visit https://www.cliffordchance.com/people_and_places/people.html

For details of how we process personal data, please see our updated privacy statement at
https://www.cliffordchance.com/Legal_statements/privacy_statement.html

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.