# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| Daimler Truck North America LLC et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:25-cv-02255-DC-AC |
| California Air Resources Board et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
United States, U.S. Environmental Protection Agency.

Date: August 19, 2025

*/s/ David Mitchell*
*Attorney's signature*

David D. Mitchell, IL 6302250
*Printed name and bar number*

P.O. Box 7611
Washington, D.C. 20044
*Address*

david.mitchell@usdoj.gov
*E-mail address*

202-598-9737
*Telephone number*

202-514-8865
*FAX number*