GIBSON, DUNN & CRUTCHER LLP
BENJAMIN WAGNER, SBN 163581
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5395
Facsimile: 640.849.5095
BWagner@gibsondunn.com

RACHEL S. BRASS, SBN 219301
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8293
Facsimile: 415.393.8306
RBrass@gibsondunn.com

STACIE B. FLETCHER, *pro hac vice*
MIGUEL A. ESTRADA, *pro hac vice*
VERONICA J.T. GOODSON, SBN 314367
1700 M Street N.W.
Washington, D.C. 20036-4504
Telephone: 202.955.8500
Facsimile: 202.467.0539
SFletcher@gibsondunn.com
MEstrada@gibsondunn.com
VGoodson@gibsondunn.com

*Attorneys for Plaintiff Daimler Truck North America LLC*
(additional counsel on signature pages)

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAIMLER TRUCK NORTH AMERICA LLC, INTERNATIONAL MOTORS, LLC, PACCAR INC, and VOLVO GROUP NORTH AMERICA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA AIR RESOURCES BOARD; STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board; and GAVIN NEWSOM, in his official capacity as the Governor of California,<br><br>Defendants,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Plaintiffs-Intervenors. | Case No. 2:25-cv-02255-DC<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Dena Coggins<br>Action Filed: August 11, 2025 |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Evidence 201, Plaintiffs Daimler Truck North America LLC, International Motors, LLC, PACCAR Inc, and Volvo Group North America LLC ("Plaintiffs"), by and through counsel, hereby request that the Court take judicial notice of the following documents in connection with Plaintiffs' Motion for Preliminary Injunction:

**Exhibit 1** is a true and accurate copy of a decision from the State of California's Office of Administrative Law ("OAL") issued on August 18, 2025 declining to accept for merits consideration a petition regarding whether the Clean Truck Partnership is an underground regulation.

**Exhibit 2** is a true and accurate copy of Manufacturers Advisory Correspondence issued by Defendant California Air Resources Board ("CARB") on August 25, 2025. *See* CARB, Manufacturers Advisory Correspondence ECCD-2025-08, https://ww2.arb.ca.gov/sites/default/files/2025-08/MAC%20ECCD-2025-08.pdf (last visited Aug. 27, 2025).[1]

Exhibit 1 relates to the administrative process addressed in Paragraph 134 n.22 of Plaintiffs' Complaint, Dkt. 1. Exhibit 2 is cited in the joinder to Plaintiffs' Motion for Preliminary Injunction filed by the Plaintiffs-Intervenors the United States and United States Environmental Protection Agency, Dkt. 57 at 1 n.1.

## ARGUMENT

Federal Rule of Evidence 201 allows the court to take judicial notice of facts that are "not subject to reasonable dispute" because they are (1) "generally known within the trial court's territorial jurisdiction" or (2) "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). A court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2).

Exhibit 1 is a decision rendered by the California Office of Administrative Law, a state agency, on August 18, 2025. Courts have found that state agencies' decisions are appropriate for judicial notice as facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b); *see W. Radio Servs. Co. v. Qwest Corp.*, 530 F.3d 1186, 1192 n.4 (9th Cir. 2008) (taking judicial notice of a petition decision from a state agency); *see also Hamidi*

---

[1] Archived at https://perma.cc/8QMU-RE9M.

*v. Serv. Emps. Int'l Union Loc. 1000*, 386 F. Supp. 3d 1289, 1295 n.1 (E.D. Cal. 2019) (taking judicial notice of letter from California State Controller's Office and advisory from California Attorney General).

Exhibit 2 is regulatory guidance provided by and made public by CARB, a government entity, and "[i]t is appropriate to take judicial notice of [information] made publicly available by government entities." *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998 (9th Cir. 2010).

Accordingly, Plaintiffs respectfully request that the Court take judicial notice of the attached Exhibits 1 and 2.

Dated: August 29, 2025                                    Respectfully submitted,

**GIBSON, DUNN & CRUTCHER LLP**

*/s/ Benjamin Wagner*
BENJAMIN WAGNER, State Bar No. 163581
310 University Avenue
Palo Alto, CA 94301-1744
Telephone:    650.849.5395
Facsimile:    640.849.5095
BWagner@gibsondunn.com

RACHEL S. BRASS, SBN 219301
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:    415.393.8293
Facsimile:    415.393.8306
RBrass@gibsondunn.com

STACIE B. FLETCHER, *pro hac vice*
MIGUEL ESTRADA, *pro hac vice*
VERONICA J.T. GOODSON, SBN 314367
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone:    202.955.8500
Facsimile:    202.467.0539
SFletcher@gibsondunn.com
MEstrada@gibsondunn.com
VGoodson@gibsondunn.com

*Attorneys for Plaintiff Daimler Truck North America LLC*

**LATHAM & WATKINS LLP**                    **CLIFFORD CHANCE LLP**

/s/ Robin M. Hulshizer                              /s/ Joseph A. Ostoyich
(as authorized Aug. 28, 2025)                    (as authorized Aug. 28, 2025)

ROBIN M. HULSHIZER, SBN 158486
ARTHUR FOERSTER, *pro hac vice*
KEVIN M. JAKOPCHEK, *pro hac vice*
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: 312.876.7700
Facsimile: 312.993.9767
Robin.hulshizer@lw.com
Arthur.foerster@lw.com
Kevin.jakopchek@lw.com

BELINDA S. LEE, SBN 199635
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Belinda.lee@lw.com

*Attorneys for Plaintiff International Motors, LLC*

JOSEPH A. OSTOYICH, *pro hac vice*
WILLIAM LAVERY, *pro hac vice*
STEVE NICKELSBURG, *pro hac vice*
DANIELLE MORELLO, *pro hac vice*
DOROTHEA R. ALLOCCA, *pro hac vice*
2001 K Street NW
Washington, DC 20006-1001
Telephone: 202.253.9077
joseph.ostoyich@cliffordchance.com
william.lavery@cliffordchance.com
steve.nickelsburg@cliffordchance.com
danielle.morello@cliffordchance.com
dodi.allocca@cliffordchance.com

**ILLOVSKY GATES & CALIA LLP**

EUGENE ILLOVSKY, SBN 117892
KEVIN CALIA, SBN 227406
1611 Telegraph Avenue, Suite 806
Oakland, CA 94612
Telephone: 415.500.6643
Eugene@illovskygates.com
Kevin@illovskygates.com
*Attorneys for Plaintiff PACCAR Inc*

**TROUTMAN PEPPER LOCKE LLP**

/s/ Jeffrey M. Goldman
(as authorized Aug. 28, 2025)
JEFFREY M. GOLDMAN, SBN 233840
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone:    213.928.9800
Facsimile:    213.928.9850
jeffrey.goldman@troutman.com

T. SCOTT MILLS, SBN 313554
600 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia 30308-2305
Telephone:    404.885.3000
Facsimile:    404.885.3900
scott.mills@troutman.com

JEREMY HEEP, *pro hac vice*
DANIEL J. BOLAND, *pro hac vice*
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103
Telephone:    215.981.4000
Facsimile:    215.981.4750
daniel.heep@troutman.com
daniel.boland@troutman.com
*Attorneys for Plaintiff Volvo Group North America, LLC*

Gibson, Dunn & Crutcher LLP

3

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLS.' MOTION FOR A PRELIMINARY INJUNCTION
CASE NO. 2:25-CV-02255-DC