# EXHIBIT 1



300 Capitol Mall, Suite 1250, Sacramento, CA  95814
Phone: (916) 323-6225 | Fax: (916) 323-6826



**KENNETH J. POGUE**
**DIRECTOR**

August 18, 2025

**VIA US MAIL**
**VIA EMAIL**

Western States Trucking Association
c/o Ellison Wilson Advocacy, LLC
334 N. Euclid Avenue
Upland, CA 91786
ATTN: Patrick Whalen
lobby@ellisonwilson.com

**Re:   CTU2025-0618-01**
**Petition for Office of Administrative Law Determination of Underground Rulemaking by California Air Resources Board**

Dear Western States Trucking Association:

The Office of Administrative Law (OAL) received your petition alleging that the California Air Resources Board (CARB) has issued, used, enforced, or attempted to enforce an underground regulation. OAL declines to accept your petition.

Our decision in no way reflects on the merits of the underlying issue presented by your petition.  It does not constitute a judgment or opinion on any issue raised in your petition. Nothing in our decision restricts your right or ability to pursue this matter directly with CARB or in court.

Sincerely,

Office of Administrative Law


cc:     Steven S. Cliff, Ph.D., Executive Officer
        Randy Reck