1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MYUNG J. PARK, State Bar No. 210866
   Supervising Deputy Attorney General
3  BENJAMIN P. LEMPERT, State Bar No. 344239
   JONATHAN A. WIENER, State Bar No. 265006
4  M. ELAINE MECKENSTOCK, State Bar No. 268861
   Deputy Attorney General
5   455 Golden Gate Ave., Suite 11000
    San Francisco, CA 94102
6   (415) 510-3549
    jonathan.wiener@doj.ca.gov
7  *Attorneys for Defendants*

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAIMLER TRUCK NORTH AMERICA, LLC; INTERNATIONAL MOTORS, LLC; PACCAR INC.;** and **VOLVO GROUP NORTH AMERICA, LLC,**<br><br>Plaintiffs,<br><br>**THE UNITED STATES OF AMERICA;** and **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>**CALIFORNIA AIR RESOURCES BOARD, STEVEN S. CLIFF,** in his official capacity as the Executive Officer of the California Air Resources Board**; and GAVIN NEWSOM,** in his official capacity as the Governor of California**,**<br><br>Defendants. | 2:25-cv-02255-DC-AC<br><br>**JOINT STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO ANSWER OR OTHERWISE RESPOND TO OEM PLAINTIFFS' COMPLAINT AND THE FEDERAL PLAINTIFFS' COMPLAINT IN INTERVENTION** |

1

Pursuant to Civil Local Rule 144, and this Court's Standing and Scheduling Orders, Plaintiffs Daimler Truck North America, LLC, International Motors, LLC, PACCAR Inc., and Volvo Group North America LLC (collectively "OEM Plaintiffs"), Plaintiffs-Intervenors United States and the United States Environmental Protection Agency (collectively, "Federal Plaintiffs"), and Defendants California Air Resources Board (CARB), Steven S. Cliff, in his official capacity as the Executive Officer of CARB, and Gavin Newsom, in his official capacity as the Governor of California (collectively, "Defendants"), acting by and through their respective counsel, stipulate and respectfully submit as follows:

WHEREAS, OEM Plaintiffs filed and served their complaint on August 11, 2025, ECF No. 1;

WHEREAS, Defendants' deadline to answer or otherwise respond to OEM Plaintiffs' complaint is September 2, 2025, Fed. R. Civ. P. 12(a)(1)(A)(i);

WHEREAS, Federal Plaintiffs filed a motion to intervene as plaintiffs and a proposed complaint in intervention on August 14, 2025, ECF No. 43, and the Court granted Federal Plaintiffs' motion on August 20, 2025 and gave Federal Plaintiffs until August 25, 2025 to file their complaint in intervention, ECF No. 54;

WHEREAS, Federal Plaintiffs filed their complaint in intervention on August 22, 2025, ECF No. 56;

WHEREAS, Defendants' deadline to answer or otherwise respond to Federal Plaintiffs' complaint in intervention is September 12, 2025, Fed. R. Civ. P. 12(a)(1)(A)(i);

WHEREAS, the parties hereto have met and conferred and agree that an extension of Defendants' deadline to answer or otherwise respond to OEM Plaintiffs' complaint and Federal Plaintiffs' complaint in intervention is warranted and aligning Defendants' deadlines to respond to both OEM Plaintiffs' and Federal Plaintiffs' complaints would promote efficiency and judicial economy; and

WHEREAS, the parties hereto have not previously requested any time modifications of the responsive pleading deadlines in this case.

NOW, THEREFORE, it is hereby stipulated, subject to this Court's approval, that:

1. Defendants shall respond to OEM Plaintiffs' complaint no later than October 10, 2025; and

2. Defendants shall respond to Federal Plaintiffs' complaint in intervention no later than October 10, 2025.

Dated: August 29, 2025                         Respectfully submitted,

                                               ROB BONTA
                                               Attorney General of California
                                               MYUNG J. PARK
                                               Supervising Deputy Attorney General

                                               */s/ Jonathan A. Wiener*
                                               JONATHAN A. WIENER
                                               Deputy Attorney General
                                               *Attorneys for Defendants*


Dated: August 29, 2025                         Respectfully submitted,

                                               */s/Benjamin Wagner*
                                               BENJAMIN WAGNER
                                               **GIBSON, DUNN & CRUTCHER LLP**
                                               RACHEL S. BRASS
                                               STACIE B. FLETCHER, *pro hac vice*
                                               MIGUEL ESTRADA, *pro hac vice*
                                               VERONICA J.T. GOODSON
                                               *Attorneys for Plaintiff Daimler Truck North America LLC*
                                               (as authorized on August 29, 2025)


Dated: August 29, 2025                         Respectfully submitted,

                                               */s/ Robin M. Hulshizer*
                                               ROBIN M. HULSHIZER, SBN 158486
                                               **LATHAM & WATKINS LLP**
                                               ARTHUR FOERSTER, *pro hac vice*
                                               KEVIN M. JAKOPCHEK, *pro hac vice*
                                               BELINDA S. LEE
                                               *Attorneys for Plaintiff International Motors, LLC*
                                               (as authorized on August 29, 2025)

| | | |
|---|---|---|
| 1 | Dated: August 29, 2025 | Respectfully submitted, |

/s/ *Joseph A. Ostoyich*
JOSEPH A. OSTOYICH, *pro hac vice*
**CLIFFORD CHANCE LLP**
WILLIAM LAVERY, *pro hac vice*
STEVE NICKELSBURG, *pro hac vice*
DANIELLE MORELLO, *pro hac vice*
DOROTHEA R. ALLOCCA, *pro hac vice*

**ILLOVSKY GATES & CALIA LLP**
EUGENE ILLOVSKY
KEVIN CALIA
*Attorneys for Plaintiff PACCAR Inc*
(as authorized on August 29, 2025)

Dated: August 29, 2025                           Respectfully submitted,

/s/ *Jeffrey M. Goldman*
JEFFREY M. GOLDMAN, SBN 233840
**TROUTMAN PEPPER LOCKE LLP**
T. SCOTT MILLS
JEREMY HEEP, *pro hac vice*
DANIEL J. BOLAND, *pro hac vice*
*Attorneys for Plaintiff Volvo Group North America, LLC*
(as authorized on August 29, 2025)

Dated: August 29, 2025                           Respectfully submitted,

ADAM R.F. GUSTAFSON
*Acting Assistant Attorney General*

/s/ *Robert N. Stander*
ROBERT N. STANDER
Deputy Assistant Attorney General
JOHN K. ADAMS
DAVID D. MITCHELL
United States Department of Justice
Environment & Natural Resources Div.

ERIC GRANT
United States Attorney
EDWARD A. OLSEN
Assistant United States Attorney
*Counsel for Plaintiff-Intervenors*
(as authorized on August 29, 2025)

4

**[PROPOSED] ORDER**

Based on the foregoing stipulation of the parties, and for good cause shown, the Court extends the following deadlines as indicated:

1. Defendants shall respond to OEM Plaintiffs' complaint no later than October 10, 2025; and

2. Defendants shall respond to Federal Plaintiffs' complaint in intervention no later than October 10, 2025.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. DENA M. COGGINS
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

Case Name: **Daimler Truck North America v. Air Resources Board**     No.  **2:25-cv-02255-DC-AC**

I hereby certify that on <u>August 29, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **JOINT STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO ANSWER OR OTHERWISE RESPOND TO OEM PLAINTIFFS' COMPLAINT AND THE FEDERAL PLAINTIFFS' COMPLAINT IN INTERVENTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 29, 2025</u>, at San Francisco, California.

| H. Truong | *(signature)* |
|---|---|
| Declarant | Signature |

SF2025402025
44780463.docx