| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>BENJAMIN WAGNER, SBN 163581<br>310 University Avenue<br>Palo Alto, CA  94301-1744<br>Telephone:     650.849.5395<br>Facsimile:     640.849.5095<br>BWagner@gibsondunn.com<br><br>RACHEL S. BRASS, SBN 219301<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111-3715<br>Telephone:     415.393.8293<br>Facsimile:     415.393.8306<br>RBrass@gibsondunn.com | STACIE B. FLETCHER, *pro hac vice*<br>MIGUEL A. ESTRADA, *pro hac vice*<br>VERONICA J.T. GOODSON, SBN 314367<br>1700 M Street N.W.<br>Washington, D.C. 20036-4504<br>Telephone:     202.955.8500<br>Facsimile:     202.467.0539<br>SFletcher@gibsondunn.com<br>MEstrada@gibsondunn.com<br>VGoodson@gibsondunn.com<br><br>*Attorneys for Plaintiff Daimler Truck North America LLC*<br>(additional counsel on signature pages) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIMLER TRUCK NORTH AMERICA LLC, INTERNATIONAL MOTORS, LLC, PACCAR INC, and VOLVO GROUP NORTH AMERICA LLC,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　　　　　v.<br><br>CALIFORNIA AIR RESOURCES BOARD; STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board; and GAVIN NEWSOM, in his official capacity as the Governor of California,<br><br>　　　　　　　　Defendants,<br><br>　　　　　　　　v.<br><br>THE UNITED STATES OF AMERICA, and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>　　　　　　　　Plaintiffs-Intervenors. | Case No. 2:25-cv-02255-DC<br><br>**PLAINTIFF DAIMLER TRUCK NORTH AMERICA'S NOTICE OF REQUEST TO SEAL DOCUMENTS**<br><br>Judge:　　　Hon. Dena Coggins<br>Action Filed:　August 11, 2025 |

1  Pursuant to Civil Local Rules 140 (b) and 141(b) and Judge Coggins' Standing Order § III, Plaintiff Daimler Truck North America LLC ("DTNA"), by and through counsel, hereby provides Notice of Plaintiff's Request to file documents under seal.

The documents DTNA seeks to file under seal, the proposed order, and the documents themselves have been e-mailed to this Court and have been served on outside counsel for all parties. Redacted public versions of the documents are being concurrently filed on the docket.

DTNA seeks to file portions of the Declaration of Daniel Potter in Support of DTNA's Motion to Expedite ("Declaration") under seal as public dissemination of the confidential and competitively sensitive information contained in the Declaration would, if disclosed, harm DTNA.

Further, DTNA seeks to file those portions of DTNA's Motion to Expedite for Administrative Relief to Expedite Hearing ("Motion") which rely upon the information under seal in the Declaration as those portions of the Motion would similarly expose "proprietary or trade secret information" to the public as contemplated in L.R. 140(b). DTNA requests that the highlighted portions of the Motion and Declaration be redacted.

Dated: August 29, 2025

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER LLP**

*/s/ Benjamin Wagner*

BENJAMIN WAGNER, State Bar No. 163581
310 University Avenue
Palo Alto, CA 94301-1744
Telephone:   650.849.5395
Facsimile:    640.849.5095
BWagner@gibsondunn.com

RACHEL S. BRASS, SBN 219301
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:   415.393.8293
Facsimile:    415.393.8306
RBrass@gibsondunn.com

STACIE B. FLETCHER, *pro hac vice*
MIGUEL ESTRADA, *pro hac vice*
VERONICA J.T. GOODSON, SBN 314367
1700 M Street, N.W.
Washington, D.C. 20036-4504

Telephone:   202.955.8500
Facsimile:   202.467.0539
SFletcher@gibsondunn.com
MEstrada@gibsondunn.com
VGoodson@gibsondunn.com

*Attorneys for Plaintiff Daimler Truck North America LLC*