# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAIMLER TRUCK NORTH AMERICA, LLC; INTERNATIONAL MOTORS, LLC; PACCAR INC.;** and **VOLVO GROUP NORTH AMERICA, LLC,**<br><br>Plaintiffs,<br><br>**THE UNITED STATES OF AMERICA;** and **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>**CALIFORNIA AIR RESOURCES BOARD, STEVEN S. CLIFF,** in his official capacity as the Executive Officer of the California Air Resources Board**; and GAVIN NEWSOM,** in his official capacity as the Governor of California**,**<br><br>Defendants. | 2:25-cv-02255-DC-AC<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF DAIMLER TRUCK NORTH AMERICA'S MOTION FOR ADMINISTRATIVE RELIEF TO EXPEDITE THE HEARING ON PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

Plaintiff Daimler Truck North America LLC's Motion for Administrative Relief to Expedite the Hearing on Plaintiffs' Motion for a Preliminary Injunction is hereby **DENIED.** The hearing on Plaintiffs' Motion for a Preliminary Injunction will remain as calendared in the Court's Minute Order of August 20, 2025 (ECF 54).

**IT IS SO ORDERED.**

Dated: _____

                                          Honorable Dena M. Coggins
                                          United States District Court Judge