GIBSON, DUNN & CRUTCHER LLP
BENJAMIN WAGNER, SBN 163581
310 University Avenue
Palo Alto, CA  94301-1744
Telephone:  650.849.5395
Facsimile:  640.849.5095
BWagner@gibsondunn.com

RACHEL S. BRASS, SBN 219301
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:  415.393.8293
Facsimile:  415.393.8306
RBrass@gibsondunn.com

STACIE B. FLETCHER, *pro hac vice*
MIGUEL A. ESTRADA, *pro hac vice*
VERONICA J.T. GOODSON, SBN 314367
1700 M Street N.W.
Washington, D.C. 20036-4504
Telephone:  202.955.8500
Facsimile:  202.467.0539
SFletcher@gibsondunn.com
MEstrada@gibsondunn.com
VGoodson@gibsondunn.com

*Attorneys for Plaintiff Daimler Truck North America LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAIMLER TRUCK NORTH AMERICA LLC, INTERNATIONAL MOTORS, LLC, PACCAR INC, and VOLVO GROUP NORTH AMERICA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA AIR RESOURCES BOARD; STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board; and GAVIN NEWSOM, in his official capacity as the Governor of California,<br><br>Defendants,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Plaintiffs-Intervenors. | Case No. 2:25-cv-02255-DC<br><br>**PLAINTIFF DAIMLER TRUCK NORTH AMERICA'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO EXPEDITE**<br><br>Judge: Hon. Dena Coggins<br>Action Filed: August 11, 2025 |

Gibson, Dunn & Crutcher LLP

PLAINTIFF DAIMLER TRUCK NORTH AMERICA'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT
OF MOTION TO EXPEDITE
CASE NO. 2:25-CV-02255-DC

Pursuant to Federal Rule of Civil Procedure 7(b), Local Rule 233, and Section I.B of Judge Coggins' Standing Order, Plaintiff Daimler Truck North America LLC ("DTNA") respectfully requests leave to file a reply in support of its Motion for Administrative Relief to Expedite Hearing ("Motion to Expedite," Dkt. 64). Due to the imminent irreparable harm exacerbated by CARB's August 25, 2025 Manufacturers Advisory Correspondence ("August 25 MAC"), DTNA seeks a fair opportunity to respond to Defendants' incomplete characterization of the relevant facts and applicable legal standard. A copy of the proposed reply is attached as an exhibit to this motion.

Counsel for DTNA contacted counsel for Defendants to obtain their position on this motion. Counsel for Defendants confirmed they oppose this motion. The other OEM Plaintiffs consent to the motion and Intervenor-Plaintiffs do not oppose it.

A district court has discretion to permit and consider a reply for good cause shown. *See Befitel v. Global Horizons, Inc.*, 461 F. Supp. 1218, 1220 (D. Haw. 2006) (granting a motion for leave to file a reply, finding that the reply's brevity and tendency to clarify issues for the court constituted good cause). The arguments set forth in the attached reply are supported by good cause, as they help to clarify the issues and provide a more complete and accurate record for resolving DTNA's request for an expedited hearing. Granting leave to reply would not cause prejudice or undue delay. DTNA respectfully requests leave to file the accompanying reply in support of an expedited hearing.

Dated: September 4, 2025

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER LLP**

*/s/ Benjamin Wagner*

BENJAMIN WAGNER, State Bar No. 163581
310 University Avenue
Palo Alto, CA 94301-1744
Telephone:   650.849.5395
Facsimile:    640.849.5095
BWagner@gibsondunn.com

RACHEL S. BRASS, SBN 219301
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:   415.393.8293
Facsimile:    415.393.8306
RBrass@gibsondunn.com

Gibson, Dunn & Crutcher LLP

1

PLAINTIFF DAIMLER TRUCK NORTH AMERICA'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO EXPEDITE
CASE NO. 2:25-CV-02255-DC

STACIE B. FLETCHER, *pro hac vice*
MIGUEL ESTRADA, *pro hac vice*
VERONICA J.T. GOODSON, SBN 314367
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone:   202.955.8500
Facsimile:   202.467.0539
SFletcher@gibsondunn.com
MEstrada@gibsondunn.com
VGoodson@gibsondunn.com

*Attorneys for Plaintiff Daimler Truck North America LLC*

Gibson, Dunn & Crutcher LLP

2

PLAINTIFF DAIMLER TRUCK NORTH AMERICA'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO EXPEDITE
CASE NO. 2:25-CV-02255-DC