UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIMLER TRUCK NORTH AMERICA LLC, et al., | No. 2:25-cv-02255-DC-AC |
| Plaintiffs, | |
| v. | ORDER DENYING PLAINTIFF DAIMLER TRUCK NORTH AMERICA LLC'S MOTION TO EXPEDITE HEARING |
| CALIFORNIA AIR RESOURCES BOARD, et al., | (Doc. Nos. 64, 68, 70) |
| Defendants. | |

This matter is before the court on Plaintiff Daimler Truck North America LLC's ("Daimler") motion to expedite the hearing on Plaintiffs' motion for a preliminary injunction (Doc. Nos. 64, 70) and motion for leave to file a reply in support of its motion to expedite (Doc. No. 68).

First, as to Plaintiff Daimler's motion for leave to file a reply in support of its motion to expedite, the court finds it appropriate to permit Plaintiff Daimler to respond to the arguments raised in Defendants' opposition to the motion to expedite. Thus, the court will grant Plaintiff Daimler's motion for leave to file a reply (Doc. No. 68). The court has considered the proposed reply that Plaintiff Daimler attached as an exhibit to its motion for leave to file a reply. (Doc. No. 68-2.)

Second, Plaintiff Daimler seeks to expedite the hearing on Plaintiffs' motion for a

1    preliminary injunction—specifically to advance the hearing currently set for October 31, 2025 to
2    October 17, 2025. (Doc. No. 64, 70.) However, Plaintiff Daimler already proposed an October 17,
3    2025 hearing date in its opposition to Defendants' motion for an extension of the briefing
4    schedule and hearing on Plaintiffs' motion. (Doc. No. 52.) The court rejected that proposed
5    alternative date in an order issued on August 20, 2025. (Doc. No. 54.)

6          The arguments Plaintiff Daimler advances are substantively the same as the arguments
7    already considered by this court in setting the October 31, 2025 hearing date. For example,
8    Plaintiff Daimler asserted in its opposition filed on August 18, 2025 that "Plaintiffs are unable to
9    plan for model year (MY) 2026—which starts on January 1, 2026 and requires significant lead-
10   time to implement—without knowing *what* vehicles they can sell in California, and under what
11   conditions they can sell them," and "Plaintiffs' need for urgent relief is even more pronounced
12   considering that CARB's certification process can take 60 days or even longer." (Doc. No. 52 at
13   3.) Plaintiff Daimler advances these same arguments in its motion to expedite. (*See* Doc. No. 70
14   at 3) ("Model year 2026 commences on January 1, and CARB's process for reviewing
15   certification applications takes 60 days or even longer.").

16         In the instant motion, Plaintiff Daimler points to a subsequent Manufacturers Advisory
17   Correspondence issued by the California Air Resources Board ("CARB") on August 25, 2025
18   ("August 25 MAC") as support for the motion. Specifically, that the August 25 MAC states
19   "[t]hat manufacturers must follow preempted emissions standards and obtain CARB certification
20   for 'model year 2025 and subsequent model years,' and threaten[s] that failing to comply with
21   these preempted laws and certification requirements may incur retroactive enforcement if federal
22   law changes later." (Doc. No. 70 at 2.) Notably, in Plaintiff Daimler's opposition to Defendants'
23   motion for an extension of the briefing schedule and hearing on Plaintiffs' motion (Doc. No. 52),
24   Plaintiff Daimler expressed similar concerns regarding CARB's intention to enforce their
25   standards and asserted that Plaintiffs "risk permanently losing sales and customer goodwill, and
26   incurring unrecoverable California certification costs for [Model Year] MY26." (*Id.* at 3–4.)

27         The court does not find a sufficient basis to expedite the hearing on plaintiffs' motion for
28   preliminary injunction, particularly given that Plaintiff Daimler could have sought preliminary

injunctive relief months earlier, including shortly after it received what it deemed to be unsatisfactory responses from CARB in late May 2025. (*See* Doc. No. 23 at 23–24.) Thus, the court will deny Plaintiff Daimler's motion to expedite the hearing on Plaintiffs' motion for a preliminary injunction.

Accordingly:

1. Plaintiff Daimler's motion for leave to file a reply in support of its motion to expedite (Doc. No. 68) is GRANTED, and the court has considered the proposed reply (Doc. No. 68-2); and

2. Plaintiff Daimler's motion to expedite the hearing on Plaintiffs' motion for a preliminary injunction (Doc. Nos. 64, 70) is DENIED.

IT IS SO ORDERED.

Dated:   **September 5, 2025**

Dena Coggins
United States District Judge

3