1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MYUNG J. PARK, State Bar No. 210866
   Supervising Deputy Attorney General
3  BENJAMIN P. LEMPERT, State Bar No. 344239
   DAVID M. MEEKER, State Bar No. 273814
4  JONATHAN A. WIENER, State Bar No. 265006
   M. ELAINE MECKENSTOCK, State Bar No. 268861
5  Deputy Attorney General
     1515 Clay Street, 20th Floor
6    P.O. Box 70550
     Oakland, CA  94612-0550
7    Telephone:  (510) 879-0299
     Fax:  (510) 622-2270
8    E-mail:  Elaine.Meckenstock@doj.ca.gov
   *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAIMLER TRUCK NORTH AMERICA, LLC; INTERNATIONAL MOTORS, LLC; PACCAR, INC.;** and **VOLVO GROUP NORTH AMERICA, LLC,**<br><br>Plaintiffs,<br><br>**THE UNITED STATES OF AMERICA;** and **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>**CALIFORNIA AIR RESOURCES BOARD, STEVEN S. CLIFF,** in his official capacity as the Executive Officer of the California Air Resources Board; and **GAVIN NEWSOM,** in his official capacity as the Governor of California,<br><br>Defendants. | 2:25-cv-02255-DC-AC<br><br>**DECLARATION OF M. ELAINE MECKENSTOCK IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:         October 31, 2025<br>Time:         1:30 PM<br>Courtroom:  8, 13th Floor<br>Judge:        Hon. Dena Coggins<br>Trial Date:   Not Set<br>Action Filed: August 11, 2025 |

I, M. Elaine Meckenstock, declare as follows:

1. I am a Deputy Attorney General in the California Attorney General's Office, counsel for Defendants in this matter, and admitted to practice in this Court. Unless otherwise indicated, this Declaration is based on my personal knowledge, and, if called as a witness, I could and would testify to the statements herein.

2. A true and correct copy of excerpts of the California Air Resources Board's Proposed 2022 State Strategy for the State Implementation Plan, dated August 12, 2022, is attached hereto as **Exhibit A1**. Exhibit A1 is publicly available at:

https://ww2.arb.ca.gov/sites/default/files/2022-08/2022_State_SIP_Strategy.pdf.

3. A true and correct copy of excerpts of the California Air Resources Board's Revised Proposed 2016 State Strategy for the State Implementation Plan, dated March 7, 2017, is attached hereto as **Exhibit A2**. Exhibit A2 is publicly available at:

https://ww2.arb.ca.gov/sites/default/files/classic/planning/sip/2016sip/rev2016statesip.pdf.

4. A true and correct copy of pages 1-33 of the American Lung Association's State of the Air 2025 Report is attached hereto as **Exhibit A3**. Exhibit A3 is publicly available at and was downloaded and excerpted from: https://www.lung.org/getmedia/5d8035e5-4e86-4205-b408-865550860783/State-of-the-Air-2025.pdf.

5. A true and correct copy of a United States Environmental Protection Agency webpage that lists 8-hour Ozone (2015) nonattainment areas is attached hereto as **Exhibit A4**. Exhibit A4 is publicly available at: https://www3.epa.gov/airquality/greenbook/jnc.html.

6. A true and correct copy of a United States Environmental Protection Agency webpage that lists particulate matter-2.5 (2012) nonattainment areas is attached hereto as **Exhibit A5**. Exhibit A5 is publicly available at:

https://www3.epa.gov/airquality/greenbook/knc.html.

7. A true and correct copy of a Stipulation and Order to Hold Case in Abeyance Pending Outcome of Rulemaking, filed May 5, 2025, entered in *State of Nebraska v. Cliff*, 2:24-cv-01364, is attached hereto as **Exhibit A6**.

8. A true and correct copy of a United States Environmental Protection Agency decision document titled "California State Motor Vehicle and Nonroad Engine Pollution Control Standards; The "Omnibus" Low NOx Regulation; Waiver of Preemption" is attached hereto as **Exhibit A7**. Exhibit A7 is publicly available at and was downloaded from: https://nepis.epa.gov/Exe/ZyPDF.cgi?Dockey=P101DB1C.pdf.

9. A true and correct copy of a United States Environmental Protection Agency decision document titled "California State Motor Vehicle and Engine Pollution Control Standards; Advanced Clean Cars II; Waiver of Preemption" is attached hereto as **Exhibit A8**. Exhibit A8 is publicly available at and was downloaded from: https://nepis.epa.gov/Exe/ZyPDF.cgi?Dockey=P101DAS6.pdf.

10. A true and correct copy of decision B-334309 of the United States Government Accountability Office titled "Environmental Protection Agency—Applicability of the Congressional Review Act to Notice of Decision on Clean Air Act Waiver of Preemption," and dated November 30, 2023, is attached hereto as **Exhibit A9**. Exhibit A9 is publicly available at and was downloaded from: https://www.gao.gov/assets/870/863746.pdf.

11. A true and correct copy of a "One Pager" from Mike Lee, United States Senator for Utah, regarding the "Stop CARB Act" is attached hereto as **Exhibit A10**. Exhibit A10 is publicly available at and was downloaded from: https://www.lee.senate.gov/services/files/D7060B80-6E13-4481-8EC6-63155F546C1A.

12. A true and correct copy of a press release from Representative Troy E. Nehls regarding the "Stop CARB Act" is attached hereto as **Exhibit A11**. Exhibit A11 is publicly available at and was downloaded from: https://nehls.house.gov/media/press-releases/rep-troy-e-nehls-introduces-stop-carb-act.

13. A true and correct copy of a news release from the United States Environmental Protection Agency dated February 14, 2025, is attached hereto as **Exhibit A12**. Exhibit A12 is publicly available at and was downloaded from: https://www.epa.gov/newsreleases/trump-epa-transmit-california-waivers-congress-accordance-statutory-reporting.

Decl. of M. Elaine Meckenstock ISO Defendants' Opposition to Plaintiffs' Motion for PI (2:25-cv-02255-DC-AC)

14. A true and correct copy of transmissions from the United States Environmental Protection Agency to the President of the United States Senate, dated February 19, 2025, is attached hereto as **Exhibit A13**.

15. A true and correct copy of a second transmission from the United States Environmental Protection Agency to the President of the United States Senate, dated February 19, 2025, is attached hereto as **Exhibit A14**.

16. A true and correct copy of United States Government Accountability Office document B-337179, titled "Observations Regarding the Environmental Protection Agency's Submission of Notices of Decision on Clean Air Act Preemption Waivers as Rules Under the Congressional Review Act," and dated March 6, 2025, is attached hereto as **Exhibit A15**. Exhibit A15 is publicly available at and was downloaded from:

https://www.gao.gov/assets/880/875948.pdf.

17. A true and correct copy of a transmission from the United States Environmental Protection Agency to the President of the United States Senate, dated March 5, 2025, is attached hereto as **Exhibit A16**.

18. A true and correct copy of an executive order entitled "Unleashing American Energy" dated January 20, 2025, is attached hereto as **Exhibit A17**. Exhibit A17 is publicly available at and was downloaded from: https://www.whitehouse.gov/presidential-actions/2025/01/unleashing-american-energy/.

19. A true and correct copy of a news release from Boyden Gray PLLC dated January 9, 2025, is attached hereto as **Exhibit A18**. Exhibit A18 is publicly available at and was downloaded from: https://boydengray.com/buschbacher-conde-discuss-how-to-overturn-cas-ev-mandate-in-the-wall-street-journal/.

20. A true and correct copy of a webpage titled "Executive Management" from International's website is attached hereto as **Exhibit A19**. Exhibit A19 is publicly available at and was downloaded from: https://www.international.com/our-company/people/leadership.

21. A true and correct copy of a webpage from Daimler Truck North America's website is attached hereto as **Exhibit A20**. Exhibit A20 is publicly available at and was downloaded

3

1 from:

2 https://northamerica.daimlertruck.com/company/details?tx_dtnasitepackage_pipersonshow%5Bac
3 tion%5D=show&tx_dtnasitepackage_pipersonshow%5Bcontroller%5D=Person&tx_dtnasitepack
4 age_pipersonshow%5Bperson%5D=4&cHash=258878cc4138f2ee94744c28a2998e17.

5     22. A true and correct copy of a press release from Volvo Group's website announcing
6 Greg Higgins as SVP – Legal & Compliance, and dated November 21, 2022, is attached hereto as
7 **Exhibit A21**. Exhibit A21 is publicly available at and was downloaded from:
8 https://www.volvogroup.com/en/news-and-media/news/2022/nov/greg-higgins-named-svp-legal-
9 compliance-general-counsel-for-mack-trucks-and-volvo-trucks-north-
10 america.html#:~:text=The%20Volvo%20Group%20recently%20announced%20that%20effective
11 %20January,and%20has%20served%20since%202015%20as%20senior%20counsel.

12     23. A true and correct copy of a transmission of a pre-publication rule from the United
13 States Environmental Protection Agency to the President of the United States Senate, dated
14 February 20, 2025, is attached hereto as **Exhibit A22**.

15     24. A true and correct copy of a letter from Russell Vought, Director, White House
16 Office of Management and Budget to Gene Dodaro, Comptroller General at the United States
17 Government Accountability Office, dated June 18, 2025, is attached hereto as **Exhibit A23**.
18 Exhibit A23 is publicly available at and was downloaded from: https://www.whitehouse.gov/wp-
19 content/uploads/2025/03/CA-Waiver-Letter-to-GAO.pdf.

20     25. A true and correct copy of decision B-337175 of the United States Government
21 Accountability Office titled "U.S. Department of the Interior, Bureau of Land Management—
22 Applicability of the Congressional Review Act to North Dakota Field Office Record of Decision
23 and Approved Resource Management Plan," and dated June 25, 2025, is attached hereto as
24 **Exhibit A24**. Exhibit A24 is publicly available at and was downloaded from:
25 https://www.gao.gov/assets/880/879448.pdf.

26     26. A true and correct copy of a public document titled "Senate Floor Activity –
27 Wednesday, May 21, 2025", is attached hereto as **Exhibit A25**. Exhibit A25 is publicly available
28

at and was downloaded from:

https://www.senate.gov/legislative/LIS/floor_activity/05_21_2025_Senate_Floor.htm.

27. A true and correct copy of a news article from the Times of San Diego entitled "Republicans in Congress Are Preparing to Break Decades of Precedent to Block Climate Policy," dated February 27, 2025, is attached hereto as **Exhibit A26**. Exhibit A26 is publicly available at and was downloaded from:

https://timesofsandiego.com/politics/2025/02/27/republicans-in-congress-are-preparing-to-break-decades-of-precedent-to-block-climate-policy/.

28. A true and correct copy of a news article from The New York Times entitled "Republican Plan to Kill California's E.V. Policies Hits Senate Snag," dated April 4, 2025, is attached hereto as **Exhibit A27**. Exhibit A27 is publicly available at and was downloaded from:

https://www.nytimes.com/2025/04/04/climate/california-ev-waiver-senate.html.

29. A true and correct copy of a news article from E&E News entitled "Senate GOP plots demise of California clean car rules," dated May 20, 2025, is attached hereto as **Exhibit A28**. Exhibit A28 is publicly available at: https://www.eenews.net/articles/senate-gop-plots-demise-of-california-clean-car-rules/.

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on September 16, 2025.

*/s/ M. Elaine Meckenstock*
Deputy Attorney General
*Attorney for Defendants*

5

Decl. of M. Elaine Meckenstock ISO Defendants' Opposition to Plaintiffs' Motion for PI (2:25-cv-02255-DC-AC)