# Exhibit A1

# Proposed
# 2022 State Strategy for the State Implementation Plan

## August 12, 2022



This document has been reviewed by the staff of the California Air Resources Board and approved for publication. Approval does not signify that the contents necessarily reflect the views and policies of the California Air Resources Board, nor does the mention of trade names or commercial products constitute endorsement or recommendation for use.

Electronic copies of this document are available for download from the California Air Resources Board's Internet site at: *https://ww2.arb.ca.gov/resources/documents/2022-state-strategy-state-implementation-plan-2022-state-sip-strategy*. In addition, written copies may be obtained from the Public Information Office, California Air Resources Board, 1001 I Street, 1st Floor, Visitors and Environmental Services Center, Sacramento, California 95814. Because of current travel, facility, and staffing restrictions, the California Air Resources Board's offices may have limited public access. Please contact Candace Clawson, Office Technician, at candace.clawson@arb.ca.gov if you need physical copies of the documents.

For individuals with sensory disabilities, this document is available in Braille, large print, audiocassette or computer disk. Please contact CARB's Disability Coordinator at (916) 323-4916 by voice or through the California Relay Services at 711, to place your request for disability services. If you are a person with limited English and would like to request interpreter services, please contact CARB's Bilingual Manager at (916) 323-7053.

For questions, contact:

Austin Hicks
Air Pollution Specialist
South Coast Air Quality Planning Section
California Air Resources Board
Phone: (279) 208-7240
Email: *austin.hicks@arb.ca.gov*

Or

Ariel Fideldy
Manager
South Coast Air Quality Planning Section
California Air Resources Board
Phone: (279) 208-7225
Email: *ariel.fideldy@arb.ca.gov*

# Executive Summary

The *2022 State Strategy for the State Implementation Plan* (2022 State SIP Strategy) is a Statewide planning document that identifies the strategies and controls under State authority that are needed to reduce emissions to reduce ground-level ozone, otherwise known as smog. These measures are needed across the State of California for areas to meet the federal 70 parts per billion (ppb) 8-hour ozone standard (70 ppb ozone standard) set by the U.S. Environmental Protection Agency (U.S. EPA) in 2015. More specifically, this document describes the State's proposed commitments to develop control measures and reduce emissions from State-regulated sources as needed to support attainment by the required attainment dates; these State measures and commitments will be incorporated into regional State Implementation Plans (SIPs) for the 70 ppb ozone standard for each nonattainment area, due to U.S. EPA in 2022.

This document, the Proposed 2022 State SIP Strategy, is California Air Resources Board's (CARB or Board) release of the 2022 State SIP Strategy being proposed for Board consideration. On January 31, 2022, the CARB released the *Draft 2022 State SIP Strategy* which built off of the *2022 State SIP Strategy: Draft Measures* document released in October 2021 and included additional measures and information needed to support nonattainment areas SIPs. This document now identifies all of the proposed measures, associated emissions reductions, and other elements needed to support attainment of the 70 ppb ozone standard. With the Proposed 2022 State SIP Strategy, CARB is exploring and proposing an unprecedented variety of new measures to reduce emissions from the sources under our authority using all mechanisms available. This level of action is needed to ensure federal air quality standards are attained and to deliver on our commitments to protect public health, particularly in light of the growing body of evidence on the adverse impacts of air pollution.

CARB has over 50 years of experience reducing emissions from mobile and other sources of pollution under State authority that have improved air quality and helped mitigate climate change. During the 1960s, there were as many as 186 smog alerts in a single year; today, alerts have been eliminated due to improvement in air quality. The State and our most polluted regions have seen dramatic improvements in air quality, all while California has achieved prosperous economic growth and become a world leader in environmental policies and clean technologies. Even with this progress, more than half (21 million out of nearly 40 million) of Californians live in areas that exceed the most

**Figure 1 – Ozone Air Quality Progress in California**

stringent 70 ppb ozone standard[1], with many areas also exceeding the previous ozone standards of 75 and 80 ppb, as seen in Figure 1. Further, a disproportionate number of those most impacted by high ozone levels live in low-income and disadvantaged communities that also typically experience greater exposure to diesel exhaust and other toxic air pollutants compared to surrounding areas.

In 2015, U.S. EPA lowered the 8-hour ozone standard from 75 ppb to the more health protective level of 70 ppb. Nineteen areas in California are nonattainment for the 70 ppb ozone standard (Figure 2); included within these nonattainment areas are over 99 percent of the disadvantaged communities in the State. Controlling ozone precursor emissions, in particular oxides of nitrogen (NOx), is key to attaining the federal ozone standards. Since mobile sources account for about three-fourths of NOx emissions statewide, many of these nineteen areas in California will need significant mobile source emissions reductions to meet the 70 ppb ozone standard in attainment years which range from 2020 through 2037. The 2037 attainment year applies to Extreme classified areas who have the most critical ozone air quality challenges. California has the only two areas in the nation with an Extreme classification for the 70 ppb ozone standard, the South Coast Air Basin (South Coast) and the San Joaquin Valley (Valley). While the Proposed 2022 State SIP Strategy is being developed primarily as a roadmap for attaining the 70 ppb ozone standard, the emissions reductions will also support attainment of other ozone (e.g. 80 ppb, 75 ppb) and fine particulate (PM2.5) national ambient air quality standards (NAAQS), make progress towards the State air quality standards, and improve visibility across the State.



Figure 2 - 70 ppb Ozone Nonattainment Areas

Many low-income and disadvantaged communities within the nonattainment areas, and across the State, continue to experience disproportionately high levels of air pollution and the resulting detrimental impacts to their health. Research shows large disparities in exposure to pollution between white and non-white populations in California, and between disadvantaged communities and other communities, with Black and Latino populations experiencing significantly greater air pollution impacts than white populations. Mobile source pollution shows some of the highest disparities; a CARB-funded study indicated that on average, mobile sources account for over 30 percent of total PM2.5 exposures.[2] Research has shown that mobile sources are the largest sources of pollution exposure disparity for Black populations and disadvantaged community residents, when compared to the average population in California. Specifically, mobile sources accounted for 45 percent of exposure disparity for the

---

[1] Based on 2020 monitored ozone design values contoured over population by census tract
[2] Apte et al (2019). A Method to Prioritize Sources for Reducing High PM2.5 Exposures in Environmental Justice Communities in California. CARB Research Contract Number 17RD006

potential requirements to require that only the cleanest vessels and aircraft visit California, given the severity of our attainment challenges. Strong federal and international action is critical as these sources represent an increasing fraction of ozone-forming emissions in California.

California's South Coast is the region facing the greatest challenge in meeting the 70 ppb ozone standard, and continues to drive towards attainment of the previous 75 and 80 ppb 8-hour ozone standards. That said, approximately 47 percent of the reductions needed to meet the standard in South Coast by 2037 will come from ongoing implementation of the existing control program.

**Figure 9 – South Coast Air Basin NOx Emissions under Current Control Program (emissions out to 100 nautical miles)[9]**



However, more emissions reductions are needed in South Coast beyond the existing control program to reach the NOx carrying capacity of approximately 60 tpd established by the South Coast Air Quality Management District needed to meet the 70 ppb ozone standard. Figure 9 shows that although existing control programs are expected to reduce total NOx in South Coast from 350 tpd in 2018 to 184 tpd in 2037, an additional 124 tpd of reductions are needed by 2037 to achieve the 60 tpd NOx emissions carrying capacity. Of the 124 tpd of NOx emissions reductions needed, the Proposed 2022 State SIP Strategy measures will provide an estimated 89.3 tpd of NOx emissions reductions in 2037 for the South Coast. Further, an additional 6.4 tpd of NOx emissions reductions will be achieved from measures in the 2016 State SIP Strategy that were very recently adopted or are to be adopted in the coming year, and are thus yet to be incorporated into the baseline emissions inventory, as discussed in Chapter 4. The multipronged approach described in this document is critical to driving the technology development and deployment of the most stringent engine standards and zero-emission technologies into the fleet, needed not just to attain the 70 ppb ozone standards but also to meet California's GHG emission reduction goals.

---

[9] Source: CARB 2022 CEPAM v1.01; represents the current baseline emissions with adopted CARB and district measures

standards will require sustained emissions reductions strategies over coming decades and underscores the ongoing need for continuing transformation of California's transportation sector to non-combustion sources of energy.

## Emission Reduction Needs

As discussed in Chapter 1, the reductions that will continue to accrue from implementation of the existing mobile source control program will reduce NOx emissions in 2037 by over 42 percent[37] statewide from today's levels. The key challenges driving the need for emissions reduction measures are meeting ozone standards in the South Coast and San Joaquin Valley. Further reductions will also be necessary to provide for attainment in other nonattainment areas including the Coachella Valley, Eastern Kern County, the Sacramento Metro area, Ventura County, and Western Mojave Desert. The potential emission reduction commitments have been identified and are included here in the Proposed 2022 State SIP Strategy. However, they will be proposed for consideration at the time each nonattainment area SIP is brought to the Board for consideration.

### South Coast Emission Reduction Needs

Figure 11 illustrates the ozone air quality progress that has occurred in the South Coast over the past twenty years. In 2000, the entire South Coast region violated the 70 ppb ozone standard and the less stringent ozone standards of 75 and 80 ppb, with some communities experiencing 8-hour ozone levels over 120 ppb. Today, ozone concentrations have declined significantly. However, millions of people in South Coast still breathe unhealthy air, many of them living in the Inland Empire and Northern Los Angeles County. Further, there are communities that exceed not only the 70 ppb ozone standard, but the previous 75 and 80 ppb 8-hour ozone standards as well. The measures in the Proposed 2022 State SIP Strategy provide emissions reductions towards attaining all standards and will provide critical health benefits for communities across the region.

**Figure 11 - South Coast Ozone Progress**



---

[37] Source: CARB 2022 CEPAM v1.01; represents the current baseline emissions with adopted CARB and district measures

CARB and the South Coast Air Quality Management District (AQMD) collaborated to determine the reductions needed to attain the 70 ppb ozone standard. Meeting the ozone standards continues to drive overall emission reduction needs in the South Coast, and substantial reductions beyond those being achieved with the current control program will be needed to meet the standard in 2037. While ROG reductions will provide near-term benefits in some portions of the South Coast, the 70 ppb ozone standard can only be met through significant NOx emissions reductions. The air quality modeling indicates NOx emissions will need to be at a level of 60 tpd, requiring a decline of approximately 124 tpd from baseline 2037 levels, to provide for attainment in the remaining portions of the region that do not yet meet the standard. From today's levels, reaching 60 tpd will require an approximately 83 percent reduction by 2037.

Achieving an 83 percent reduction in NOx emissions will require comprehensive and coordinated efforts to address emissions from both stationary and mobile sources through ongoing implementation of already adopted measures, as well as new actions. Actions at the federal, State, and local levels have resulted in significant reductions for both mobile and stationary source NOx emissions between 1990 and today. These efforts have been the driver for the substantial air quality progress that has occurred to date in the South Coast region. Looking forward, continued implementation of current controls will reduce mobile source NOx emissions a further 52 percent by 2037.

## San Joaquin Valley Emission Reduction Needs

Ozone levels in the San Joaquin Valley have shown ongoing improvement over the last twenty years. While there was relatively modest progress in the early years, ozone levels over the last decade have decreased significantly in response to accelerated NOx emissions reductions, as shown in Figure 12. Since 2000, peak ozone concentrations have decreased drastically, and the number of days exceeding the standard has dropped significantly. Current control programs will continue the pace of NOx reductions from mobile sources, with a further 65 percent reduction by 2037.