# Exhibit A3



# State of the Air
## 2025 Report

# Table of Contents

### About this Report

Acknowledgements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Why State of the Air? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Methodology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

### Key Findings

Key Findings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

Ozone Pollution Trends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

Short-term Particle Pollution Trends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

Year-Round Particle Pollution Trends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

Populations at Risk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

Most Polluted Places to Live . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

Cleanest Places to Live . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

### Health Impact of Air Pollution

Health Effects of Particle Pollution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

Health Effects of Ozone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

People at Risk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

### Recommendations for Action

Defend EPA Funding . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34

Defend EPA Rules . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35

Move Forward at the State, City, Community and Individual Levels . . . . . . . . . . . . . . . . 36

### Data Tables

Understanding Grades and Tables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

Table 1: Populations at Risk by Grade and by Pollutant . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

Table 2 a-c: Populations at Risk in 25 Most Polluted Cities, by Pollutant . . . . . . . 39–41

Table 3 a-c: Cleanest Cities, by Pollutant . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42–44

Table 4 a-c: Cleanest Counties, by Pollutant . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45–48

State Data Tables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50

# Acknowledgments

The American Lung Association "State of the Air" 2025 is the result of the hard work of many.

We would like to thank Allen S. Lefohn, Ph.D., of A.S.L. and Associates, who compiled the data, and John Balmes, M.D., who served as expert volunteer reviewer for the health impacts section. Special thanks this year goes to the air quality professionals who agreed to share stories about how the work they do makes a difference.

Great appreciation goes to the National Association of Clean Air Agencies, who strove to make this report better through comments, review and concerns. Many of its members reviewed and commented on their state data to verify their accuracy. We also appreciate the assistance of members of the Association of Air Pollution Control Agencies, some of whom also reviewed data from their states. We appreciate them all as our partners in the fight against air pollution. The results in this report should in no way be construed as a comment on the work any of these agencies do.

"State of the Air" 2025 would not have been possible but for the first twenty formative years of inspiration, dedication and hard work of the late Janice E. Nolen. Her spirit still guides us all.

The American Lung Association assumes sole responsibility for the content of "State of the Air" 2025.

American Lung Association
55 W. Wacker Drive, Suite 1150
Chicago, IL 60601

Advocacy Office
1331 Pennsylvania Avenue, NW, Suite 1425 North
Washington, DC 20004
(800) 586-4872

Lung.org/sota

Copyright ©2025 by the American Lung Association.

American Lung Association and State of the Air are registered trademarks of the American Lung Association.

# Why "State of the Air"?

The Clean Air Act requires the U.S. Environmental Protection Agency (EPA) to set health-based limits, called National Ambient Air Quality Standards (NAAQS), for six dangerous outdoor air pollutants: particulate matter, ozone, nitrogen dioxide, sulfur dioxide, carbon monoxide and lead. "State of the Air" looks at two of the most widespread and dangerous pollutants from this group, fine particulate matter and ozone.

The NAAQS identify what is considered a safe level of each pollutant to breathe, based on the most recent health and medical science, including an adequate margin of safety for those most at risk. These standards require states and local governments to take steps to reduce emissions to attain the standards. The standards also serve to alert families with children, seniors, individuals with lung or heart conditions, and others about dangerous air pollution levels through color-coded air quality alerts. This enables them to take necessary precautions to minimize their exposure. Under the Clean Air Act, the standards must be based solely on what is needed to protect health and must be periodically updated as the science evolves.

Setting national health-based standards and requiring states that violate the standards to enact plans to clean up their air pollution problems have been a great benefit to the public health of the nation. Since the Clean Air Act was passed in 1970, the combined emissions of six key air pollutants have fallen by 78%, according to EPA. But as "State of the Air" 2025 shows, many millions of people in this country are still breathing unhealthy air.

## Purpose and history of "State of the Air"

In the year 2000, the American Lung Association launched its annual "State of the Air" report to provide the public with easy-to-understand information about the quality of the air in their communities based on the credible data and sound science that EPA is required to use to set and enforce the air quality standards.

For the first several years, "State of the Air" focused solely on ozone pollution and included data for five populations at increased risk—children, older adults, children with asthma, adults with asthma and people with emphysema. In 2004, changes to the air quality standards and the deployment of air pollution monitoring enabled the addition of short-term and year-round fine particle pollution ($PM_{2.5}$) to the report. Over time, accumulating scientific evidence has shown significant health harms from both ozone and particle pollution among other groups of vulnerable individuals. "State of the Air" has accommodated this new information by gradually adding populations-at-risk categories to its reporting. "State of the Air" 2025 now includes data for 10 vulnerable groups.

Since its inception, "State of the Air" has been tremendously successful in raising awareness about particle pollution and ozone, two of the most dangerous and pervasive air pollutants nationwide. The American Lung Association is proud and grateful that the public, the media, clean air advocates and decision-makers have used this report every day, year after year, to call attention to the work that remains to be done to protect the public from the threat of air pollution.

## How "State of the Air" can be used

We write and release "State of the Air" every year to make information on air quality and health clear and accessible to everyone. We show the progress each community has made and how much more needs to be done to achieve healthy air. In this report, you'll find information on local air quality nationwide. You'll also find the latest research on how air pollution affects health. With these tools, you can take proactive steps to safeguard both your lungs and your family's lungs from unhealthy air.

Every year, "State of the Air" also includes recommendations for actions that both policymakers and individual people can take to improve air quality. This year, the report highlights threats to the staff, funding and work of the U.S. Environmental Protection Agency that put clean air at risk for people across the country. We ask that you join

us in taking advocacy action to protect EPA and its clean air progress. Your voice and your individual perspective are more powerful now than ever. Please share your story and add your name to our petition – and then, take the next step. Reach out to your representatives at every level of government, share the "State of the Air" results for your community, and call on them to take action to protect EPA in the interest of public health.

# State of the Air 2025 Methodology

## Statistical Methodology: The Air Quality Data

### Data Sources

**Ozone and short-term particle pollution.** The data on air quality throughout the United States were obtained from the U.S. Environmental Protection Agency's Air Quality System (AQS). The American Lung Association contracted with Dr. Allen S. Lefohn, A.S.L. & Associates, Montana, to characterize the hourly averaged ozone concentration information and the 24-hour averaged $PM_{2.5}$ concentration information for the three-year period for 2021–2023 for each monitoring site.

**Year-round particle pollution.** Design values for the annual $PM_{2.5}$ concentrations by county for the period 2021–2023 were retrieved November 18, 2024 from data posted on August 8, 2024 at the U.S. Environmental Protection Agency's website at https://www.epa.gov/air-trends/air-quality-design-values.

The Lung Association received critical assistance from members of the National Association of Clean Air Agencies and the Association of Air Pollution Control Agencies. With their assistance, all state and local agencies were provided the opportunity to review and comment on the data in draft tabular form. The Lung Association reviewed any discrepancies with the agencies and, if needed, with Dr. Lefohn at A.S.L. & Associates. The American Lung Association wishes to express its continued appreciation to the state and local air directors for their willingness to assist in ensuring that the characterized data used in this report are correct.

### Ozone Data Analysis

The 2021, 2022 and 2023 AQS hourly ozone data were used to calculate the daily 8-hour maximum concentration for each ozone-monitoring site. The hourly averaged ozone data were downloaded on June 26, 2024, following the close of the authorized period for quality review and assurance certification of data. Only the hourly average ozone concentrations derived from FRM and FEM monitors were used in the analysis. The data were considered for a three-year period for the same reason that EPA uses three years of data to determine compliance with the ozone standard: to prevent a situation in which anomalies of weather or other factors in any single year create air pollution levels that inaccurately reflect normal conditions. For each county, the highest 8-hour daily maximum concentration was identified for each day with sufficient data based on the EPA-defined ozone season for 2021, 2022, and 2023.

The current national ambient air quality standard for ozone is 70 parts per billion (ppb) measured over eight hours. The EPA's Air Quality Index (AQI) reflects the 70 ppb standard. A.S.L. & Associates prepared a table by county that summarized, for each of the three years, the number of days the ozone level was within the ranges identified by EPA based on the Air Quality Index:

| 8-hour Ozone Concentration | Air Quality Index Levels |
|---|---|
| 0–54 ppb | ■ Good (Green) |
| 55–70 ppb | ■ Moderate (Yellow) |
| 71–85 ppb | ■ Unhealthy for Sensitive Groups (Orange) |
| 86–105 ppb | ■ Unhealthy (Red) |
| 106–200 ppb | ■ Very Unhealthy (Purple) |
| >200 ppb | ■ Hazardous (Maroon) |

For this report, the objective was to identify the number of days that 8-hour daily maximum concentrations in each county occurred within the defined ranges. This approach provided an indication of the level of pollution for all monitored days, not just those days that fell under the requirements for attaining the national ambient air quality standards. Therefore, no data capture criteria were applied to eliminate monitoring sites or to require a number of valid days for the ozone season.

The daily maximum 8-hour average concentration for a given day is derived from the highest of the 17 consecutive 8-hour averages beginning with the 8-hour period from 7:00 a.m. to 3:00 p.m. and ending with the 8-hour period from 11:00 p.m. to 7:00 a.m. the following day. This follows the process EPA uses for the current ozone standard adopted in 2015. All valid days of data within the ozone season were used in the analysis. However, for computing an 8-hour average, at least 75 percent of the hourly concentrations (i.e., 6-8 hours) had to be available for the 8-hour period. In addition, an 8-hour daily maximum average was identified if valid 8- hour averages were available for at least 75 percent of possible hours in the day (i.e., at least 13 of the possible 17 8-hour averages). Because EPA includes days with inadequate data (i.e., not 75 percent complete) if the standard value is exceeded, our data capture methodology also included the site's 8-hour value if at least one valid 8-hour period were available, and it was 71 ppb or higher.

As instructed by the Lung Association, A.S.L. & Associates included the exceptional (e.g., wildfires) and natural events (e.g., stratospheric intrusions) that were identified in the database and identified for the Lung Association the dates and monitoring sites that experienced such events. Some data have been flagged by the state or local air pollution control agency to indicate that they had raised issues with EPA about those data. For each day across all sites within a specific county, the highest daily maximum 8-hour average ozone concentration was recorded and then the results were summarized by county for the number of days the ozone levels were within the ranges identified above.

Following receipt of the above information, the American Lung Association identified the number of days each county, with at least one ozone monitor, experienced air quality designated as orange (Unhealthy for Sensitive Groups), red (Unhealthy) or purple (Very Unhealthy). When some monitored data were collected sometime during the three-year period, but insufficient data were available in any year, an "incomplete" was identified for the 3-year period. Insufficient data exist for various reasons. For example, when a specific monitor was used for a special study and the monitor was then discontinued in other years, an "incomplete" is assigned.

ii   Analysis of the daily $PM_{2.5}$ data for "State of the Air" 2024 was completed in January 2024, before EPA announced the finalization of the revised $PM_{2.5}$ NAAQS and Air Quality Index. The values used in this report are based on the 2012 Air Quality Index.

## Short-Term Particle Pollution Data Analysis

For each county, A.S.L. & Associates identified the maximum daily 24-hour AQS $PM_{2.5}$ concentration for each day with sufficient monitoring information in 2021, 2022 and 2023. The 24-hour averaged $PM_{2.5}$ data were downloaded on August 27, 2024 from the EPA website following the correction of the hourly values by the EPA of the $PM_{2.5}$ data associated with monitors using method codes 236 and 238. Using the downloaded $PM_{2.5}$ daily data from the EPA website, A.S.L. & Associates prepared a table by county that summarized, for each of the three years, the number of days the $PM_{2.5}$ concentration was within the ranges identified by EPA based on the Air Quality Index, as adopted by the EPA on February 7, 2024:

| 24-hour $PM_{2.5}$ Concentration | Air Quality Index Levels |
|---|---|
| 0.0 µg/m³ to 9.0 µg/m³ | 🟩 Good (Green) |
| 9.1 µg/m³ to 35.4 µg/m³ | 🟨 Moderate (Yellow) |
| 35.5 µg/m³ to 55.4 µg/m³ | 🟧 Unhealthy for Sensitive Groups (Orange) |
| 55.5 µg/m³ to 125.4 µg/m³ | 🟥 Unhealthy (Red) |
| 125.5 µg/m³ to 225.4 µg/m³ | 🟪 Very Unhealthy (Purple) |
| greater than or equal to 225.5 µg/m³ | 🟫 Hazardous (Maroon) |

All previous data collected for 24-hour average $PM_{2.5}$ were characterized using the AQI thresholds listed above.

For this report, the objective was to identify the number of days that the maximum in each county of the daily $PM_{2.5}$ concentration occurred within the defined ranges. This approach provided an indication of the level of pollution for all monitored days, not just those days that fell under the requirements for attaining the national ambient air quality standards. Therefore, no data capture criteria were used to eliminate monitoring sites. Included in the analysis are data collected using only FRM and FEM methods, which reported 24-hour averaged data.

As instructed by the Lung Association, A.S.L. & Associates included the exceptional and natural events that were identified in the database and identified for the Lung Association the dates and monitoring sites that experienced such events. Some data have been flagged by the state or local air pollution control agency to indicate that they had raised issues with EPA about those data. For each day across all sites within a specific county, the highest daily maximum 24-hour $PM_{2.5}$ concentration was recorded and then the results were summarized by county for the number of days the concentration levels were within the ranges identified above.

Following receipt of the above information, the American Lung Association identified the number of days each county, with at least one $PM_{2.5}$ monitor, experienced air quality designated as orange (Unhealthy for Sensitive Groups), red (Unhealthy), purple (Very Unhealthy) or maroon (Hazardous).

# Description of County Grading System

## Ozone and Short-Term Particle Pollution (24-hour PM$_{2.5}$)

The grades for ozone and short-term particle pollution (24-hour PM$_{2.5}$) were based on a weighted average calculation. To determine weighted averages, the Lung Association followed these four steps separately for each pollutant in each county:

1.  Assigned weighting factors to each category of the Air Quality Index. Days of poor air quality were given the following weighting factors:

    | | |
    |---|---|
    | **Orange days** | **1.0** |
    | **Red days** | **1.5** |
    | **Purple days** | **2.0** |
    | **Maroon days** | **2.5** |

    This ensured that days when the air pollution levels were worse received appropriately greater weight.

2.  Multiplied the total number of days within each AQI category by its assigned factor, and added all the categories to calculate a total:

    **Total = [Orange days x 1] + [Red days x 1.5] + [Purple days x 2] + [Maroon days x 2.5]**

3.  Divided the total by three to determine the weighted average, since the monitoring data were collected over a three-year period:

    **Weighted Average = Total ÷ 3**

Weighted average was then used to determine each county's grades for ozone and 24-hour PM$_{2.5}$ according to the following table:

| Weighted Average | Grade |
|---|---|
| 0.0 | A |
| 0.3 to 0.9 | B |
| 1.0 to 2.0 | C |
| 2.1 to 3.2 | D |
| 3.3 or higher | F |

All counties with a weighted average of zero (corresponding to no exceedances of the standard over the three-year period) were given a grade of "A."

For ozone, an "F" grade was set to generally correlate with the number of unhealthy air days that would place a county in nonattainment for the ozone standard.

For short-term particle pollution, fewer unhealthy air days are required for an F than for nonattainment under the PM$_{2.5}$ standard. The 2006 24-hour PM$_{2.5}$ standard is set to allow two percent of the days during the three years to exceed 35 µg/m³ (called a "98th percentile" form) before violating the standard. That would be roughly 21 unhealthy days in three years. The grading used in this report would allow only about one percent of the days to be over 35 µg/m³ (called a "99th percentile" form) of the PM$_{2.5}$. The American Lung Association supports using the tighter limits in a 99th percentile form as a more appropriate standard that is intended to protect the public from short-term episodes or spikes in pollution.

Weighted averages allow comparisons to be drawn based on severity of air pollution. For example, if one county had nine orange days and no red days, it would earn a weighted average of 3.0 and a D grade. However, another county that had only seven orange days but also two red days, which signify days with more serious air pollution, would have a weighted average of 3.3, and would receive an F.

Note that this system differs significantly from the methodology EPA uses to determine violations of both the ozone and the 24-hour PM$_{2.5}$ standards. EPA determines whether a county violates the ozone standard based on the fourth maximum daily 8-hour ozone reading each year averaged over three years. Multiple days of unhealthy air beyond the highest four in each year are not considered. By contrast, the system used in this report recognizes when a community's air quality repeatedly results in unhealthy air throughout the three years. Consequently, some counties will receive grades of "F" in this report, showing repeated instances of unhealthy air, while still meeting the EPA's 2015 ozone standard. The American Lung Association's position is that the evidence shows that the 2015 ozone standard fails to adequately protect public health.

Counties were ranked by weighted average. Metropolitan areas were ranked by the highest weighted average among the counties within a given Metropolitan Statistical Area as of 2023 as defined by the White House Office of Management and Budget (OMB).

Weighted average values that appeared in prior reports may not be directly comparable to values in the current report as standards and the AQI may have changed. Therefore, for use in the Lung Association's online resources for the "State of the Air" report at Lung.org/sota, values from earlier years are updated according to the current standard and Air Quality Index.

## Year-Round Particle Pollution (Annual PM$_{2.5}$)

Since no comparable Air Quality Index exists for year-round particle pollution (annual PM$_{2.5}$), the grading was based on the 2024 National Ambient Air Quality Standard for annual PM$_{2.5}$ of 9.0 μg/m$^3$. Counties that EPA listed as being at or below 9.0 μg/m$^3$ were given grades of "Pass." Counties that EPA listed as being at or above 9.1 μg/m$^3$ were given grades of "Fail." Where insufficient data existed for EPA to determine a design value, those counties received a grade of "Incomplete."

A design value is the calculated concentration of a pollutant based on the form of the national ambient air quality standard and is used by EPA to determine whether the air quality in a county meets the standard. Counties were ranked by design value. Metropolitan areas were ranked by the highest design value among the counties within a given Metropolitan Statistical Area as of 2023 as defined by the OMB.

## Statistical Methodology: Population Data

The Lung Association calculates the county populations at risk from these pollutants based on the population from the entire county where the monitor is located. The Lung Association then calculates the metropolitan populations at risk based upon the largest metropolitan area that contains that county. Not only do people from that county or metropolitan area circulate within the county and the metropolitan area, but the air pollution also circulates to that monitor from throughout the county and metropolitan area.

Details about how the populations-at-risk numbers are derived can be found in Understanding Grades and Tables.

# Key Findings



**Nearly half** of the U.S. population live with unhealthy levels of air pollution



**A changing climate** is making the job of cleaning up the air more difficult

The "State of the Air" 2025 report finds that even after decades of successful efforts to reduce sources of air pollution, 46% of Americans—156.1 million people—are living in places that get failing grades for unhealthy levels of ozone or particle pollution. This is nearly 25 million more people breathing unhealthy air compared to last year's report, and more than in any other "State of the Air" report in the last ten years.

Extreme heat, drought and wildfires are contributing to worsening levels of air pollution across much of the U.S., exposing a growing proportion of the population to ozone and particle pollution that put their health at risk.

The "State of the Air" report looks at two of the most widespread and dangerous air pollutants, fine particles and ozone. The air quality data used in the report are collected at official monitoring sites across the United States by federal, state, local and Tribal governments. The Lung Association calculates values reflecting the air pollution problem and assigns grades for daily and long-term measures of particle pollution and daily measures of ozone. Those values are also used to rank cities (metropolitan areas) and counties. This year's report presents data from 2021, 2022 and 2023, the most recent three years of quality-assured nationwide air pollution data publicly available. See **About This Report** for more detail about the methodology for data collection and analysis.

"State of the Air" 2025 is the 26th edition of this annual report, which was first published in 2000. From the beginning, the findings in "State of the Air" have reflected the successes of the Clean Air Act, as emissions from transportation, power plants and manufacturing have been reduced over time. Over the last decade, however, the findings of the report have added to the extensive evidence that a changing climate is making it harder to protect this hard-fought progress on air quality and human health. Increases in high ozone days and spikes in particle pollution related to extreme heat, drought and wildfires are putting millions of people at risk and adding challenges to the work that states and cities are doing across the nation to clean up air pollution.

After several years of reporting that the worst of the nation's air quality problems were increasingly concentrated in western states, "State of the Air" 2025 finds the geographic distribution of air pollution shifting back East. The year 2023, which is included in this year's report for the first time, brought improved conditions to the west coast but also a deadly heat wave in Texas and an unprecedented blanket of smoke from wildfires in Canada that drove levels of ozone and particle pollution in dozens of central and eastern states higher than they have been in many years.

Again this year, "State of the Air" finds that the burden of living with unhealthy air is not shared equally. Research has shown that communities of color are disproportionately exposed to unhealthy air and are also more likely to be living with one or more chronic conditions that make them more vulnerable to air pollution, including asthma, diabetes and heart disease. Although people of color make up 41.2% of the overall population of the U.S., they are 50.2% of the people living in a county with at least one failing grade. Notably, Hispanic individuals are nearly three times as likely as white individuals to live in a community with three failing grades.

In "State of the Air" 2025, the metropolitan areas that ranked worst in the country for each of the three pollutant measures are unchanged from last year's report. Bakersfield, California tops the list for worst short-term particle pollution for the third straight year. Bakersfield also continues to be the metropolitan area with the worst level of year-round particle pollution for the 6th year in a row. Los Angeles is the city with the worst ozone pollution in the nation, as it has been in 25 of the 26 years of reporting in "State of the Air"—although city residents are exposed to an average of 77 fewer days of unhealthy levels of ozone each year than they were in 2000.



**More than 125 million people** live in counties with **F grades** for ozone smog.

## Ozone Pollution Trends

Ozone air pollution is making breathing difficult for more people living in the U.S. than any other single pollutant. In the years 2021, 2022, and 2023, 37% of the population, some 125.2 million people, were exposed to levels of ozone that put their health at risk. This is an increase of 24.6 million people over last year's figure, and includes tens of millions of infants and children, people age 65 or older and others whose conditions make them especially vulnerable to health harm from air pollution.

After several years of successful reductions in ozone pollution in many parts of the country thanks to clean-up measures enacted under the Clean Air Act, the results in "State of the Air" 2025 are a distressing reversal of that progress. The places that earned an "F" grade for ozone in this year's report were spread across 211 counties in 35 states and Washington DC. Ninety-three more counties earned an "F" grade than in last year's report, and 10 more states saw at least one of their counties added to the list. Many places that were considered untroubled by ozone smog in recent years of the report saw their air quality worsen, sometimes by quite a lot—137 counties lost their A grade, including 10 that went from an A to an F.

The hardest hit region of the country for this change is a large swath of states extending north to south from the Midwest and the Plains down to Texas. The worsening ozone was due in large part to two factors that came together in 2023—in the North, the transport of ozone-forming pollutants generated by the extensive, climate change-driven wildfires in Canada, and in the South, high temperatures combined with emissions creating ideal conditions for ozone formation.

**Average Change in Ozone Weighted Average by State 2020-2022 to 2021-2023**



The severity of the problem and the abruptness of the change are unprecedented in magnitude. Nationwide, nearly five times as many counties' ozone levels worsened as improved. Nine states saw the number of unhealthy days for ozone get worse in every one of their counties monitored for this pollutant, including all 27 monitored counties in Indiana, all 23 in Illinois, and all 17 in Missouri.

### The Role of Wildfires in Ozone Formation

In May and June of 2023, Canada experienced its worst wildfire season on record. Smoke plumes from those fires spread across the states of the Upper Midwest and Northeast. In addition to smoke blanketing those states with high levels of particle pollution, the Upper Midwest experienced the highest regional-scale surface ozone levels ever recorded so early in the season. By analyzing findings from air quality monitors, satellites and measurements of atmospheric chemistry taken from research aircraft, scientists found a clear link between the fires and the extreme levels of ozone pollution hundreds of miles downwind.

Wildfire smoke is a very visible and well-recognized source of unhealthy levels of particle pollution. As worsening heat and drought driven by a changing climate have increased the number, size and intensity of wildfires in the U.S. and neighboring Canada, the number and severity of high particle pollution days have also been increasing.

At the same time, the role of wildfires in the development of ozone smog has been less obvious and less well-documented. The chemistry of ozone formation is complex and variable. Many different potential emission sources contribute its precursor components. That complexity, together with the variable mixture of pollutants in wildfire smoke, have made understanding and quantifying the relationship between wildfires and ozone a challenge for atmospheric scientists.

Burning of plants and other organic material, known as biomass, in wildland fires produces particulate matter along with hundreds of reactive gases, including nitrogen dioxide ($NO_2$), volatile organic compounds (VOCs) and carbon monoxide. All of these gases can play a role in ozone formation, especially in sunny and hot conditions. These emissions undergo a series of chemical moves as the smoke plume moves away from the source of the fire. In general, ozone production increases as the plume ages and moves downwind. Plumes that drift over reservoirs of $NO_2$ pollution, such as urban centers and industrial corridors with highways, railroads and ports, are also more likely to produce elevated ozone levels.

Whether or not a particular wildfire event produces significantly elevated levels of ozone depends on a number of factors that affect the emission and transport of precursor gases. This includes the temperature of the combustion, the duration of active flame production (more $NO_2$ is produced during periods of active flaming than when a fire is smoldering), wind direction and how close to the surface the plume is transported.

Years of successful cleanup of emissions from transportation, energy generation and industrial processes have contributed to falling ozone levels across much of the country since the first "State of the Air" report was published in 2000. Unfortunately, as was shown in 2023, one bad fire season has the potential to offset that progress, at least temporarily, creating new challenges for air pollution control efforts and putting the health of the communities affected at increased risk.

**Sources**

Cooper O.R. et al. Early surface 2023 wildfires generated record-breaking surface ozone anomalies across the U.S. Upper Midwest. Geophysical Research Letters. 2024; 51:e2024GL111481.

Lin M et al. Reactive nitrogen partitioning enhances the contribution of Canadian wildfire plumes to U.S. ozone air quality. Geophysical Research Letters. 2024; 51:e2024GL10969.

In spite of these startling results, it is worthwhile pointing out that a handful of western states experienced something of a respite in this year's report. More counties improved than worsened in California, Idaho, Nevada, New Mexico and Wyoming, even though ozone levels in many of their counties continued to be unhealthy on many days.

Despite the widespread worsening in parts of the country, the list of the Worst 25 cities for ozone pollution in "State of the Air" 2025 and their order of ranking remains relatively stable compared with last year's report.

The largest changes in rank are for Tulsa, OK, worsening from 31st to 19th worst, and for St. Louis, MO, from 30th to 21st worst. Both were most recently on the Worst 25 list in the 2016 report. Sheboygan, WI is the only other city to join the list this year, having last appeared on the 2021 most polluted list. Those three new cities take the places of San Luis Obispo, CA and Reno, NV, which improved enough to move off the worst 25 list, and Grand Rapids, MI, which worsened significantly, but not enough to remain on the list.

In one small piece of good news, none of the cities on the Worst 25 list reported a worst-ever average number of days of ozone smog. In fact, four cities, all in California—Fresno (for its fifth year in a row), Bakersfield, Sacramento, and Visalia—recorded their fewest-ever number of unhealthy days for ozone, though they all still earned "F" grades.

The geographical distribution of cities on the Worst 25 list repeats the pattern seen over



**25 Cities Most Polluted by Ozone**

the last decade—the highest levels of ozone air pollution continue to occur in the West. California retains its position of being the state with the most metro areas on the list with 9 of the 25 most-polluted cities. Arizona, Colorado, Nevada, New Mexico, Oklahoma, Texas and Utah account for 12 others. They are joined this year by four more easterly cities, Chicago, New York, St. Louis, and Sheboygan.

Although cleanup of ozone precursor pollutants from industrial, power generation, and mobile sources has been working to reduce ozone concentrations, the impact of climate change has resulted in widespread wildfire disasters and has also meant higher temperatures, dry, sunny skies and more frequent stagnation events. Taken together, these conditions produced much higher numbers of unhealthy ozone days than would otherwise be the case.

## Short-term Particle Pollution Trends

In the years 2021, 2022 and 2023, there were 77.2 million people living in counties across the U.S. that earned an F grade for unhealthy spikes in particle pollution. This represents an increase of 12.1 million more people than in last year's report, the seventh straight year of increasing health threat from this deadly pollutant.



**77 million people** live in counties with **F grades** for daily particle pollution.

Even compared with the past several years of "State of the Air" reports—in which many cities and counties experienced their highest weighted average number of days ever reported for fine particle pollution—results this year are again worse. In "State of the Air" 2025, 154 counties in 27 states get failing grades for short-term particle pollution. This is 44 more counties and 8 more states, plus Washington DC, than in last year's report. Although 27 counties in the West, including 17 counties in California, improved enough to get passing grades this year, those improvements are more than offset by the 68 counties that have been added, many of them in the Midwest and East. Connecticut, DC, Georgia, Illinois, New York, Ohio, South Dakota, Virginia and Wisconsin are all represented on the F list for the first time in years.

Wildfire has clearly emerged as a major driving factor in determining where in the country people are being exposed to unhealthy spikes in particle pollution. As states and counties experience shifting conditions of heat and precipitation—"good fire years" and "bad fire years"—their levels of air pollution can vary significantly. For example, compared to the disastrous 2020 fire year in California, the three years included in "State of the Air" 2025 were relatively better in the state, allowing counties like Santa Barbara and Marin to go from an F to an A grade in this year's report. In contrast, smoke from extensive wildfires in Canada in 2023 resulted in extremely high levels of fine particle pollution on many days throughout parts of the northeastern and north central U.S. that have not historically been thought of as "fire country."

Wildfires are also continuing to increase the severity of pollution, with smoke in eastern states resulting in this report's highest ever number of red and purple days for particle pollution (1,280 and 231 days, respectively). These are levels on the Air Quality Index that carry strong health warnings. On red Unhealthy days, not only are members of sensitive groups likelier to "experience more serious health effects," but also "some members of the general public may experience health effects." On purple Very Unhealthy days, "the risk of health effects is increased for everyone."



Days of Unhealthy Particle Pollution Continue to Rise

There were also 27 maroon Hazardous days, the highest category, days on which a health warning of emergency conditions is issued, saying, "Everyone is more likely to be affected." Although this is fewer maroon days than in "State of the Air" 2023 and 2024, it is a sharp change from the fewer than ten maroon days reported from 2004 to 2016.

This year's report finds that the health of 56.3 million people across 140 counties in 25 states was put at risk on severely polluted Very Unhealthy (purple) and Hazardous (maroon) days for fine particle pollution. This is 24 million more people than in last year's report. This is drastically worse than the findings in last year's "State of the Air" and a shocking demonstration of a trend that not only is continuing but worsening as a consequence of climate change.

In better news, comparing cities ranked the worst 25 in last year's report with those in this year's, the average number of days per year that residents were exposed to high levels of fine particle pollution decreased by about three days. (However, it was to a still seriously poor weighted average of 16.5 days.) All but one of the ten worst cities on the list improved in this year's report, including Bakersfield, California, which experienced a weighted average of 17.5 fewer bad air days in 2021-2023 for spikes in particle pollution. The exception was Visalia, California, which recorded its highest level of particle pollution spikes in the history of the report—for the third year in a row.

## 25 Cities Most Polluted by Daily PM



As a result of the geographic shifts in high levels of particle pollution, eight of last year's Worst 25 cities have been replaced in this year's report. Medford, Oregon and Lancaster and Pittsburgh, Pennsylvania rejoined the list after a one-year hiatus. Worsened air quality in Indianapolis, Indiana; Detroit, Michigan; and Bismarck, North Dakota led to them being added to the list. Helena, Montana and Minot, North Dakota, both newly designated Metropolitan Statistical Areas in 2023, join the list for the first time, though Helena's air quality would have put it among the worst 25 in last year's report had it been classified as a metro region.

Improved enough to leave the Worst 25 list this year are the western cities of Phoenix, Arizona; Chico, Salinas, and San Diego, California; Denver, Colorado; Boise City, Idaho; Las Vegas, Nevada and Portland, Oregon.

## **85 million people**
live in counties with failing grades for year-round particle pollution



# Year-round Particle Pollution Trends

"State of the Air" 2025 finds that 85 million people living in 115 counties across 31 states have been exposed to year-round levels of particle pollution that do not meet the annual air quality standard. This is a small improvement over the 90.7 million people living in places that got failing marks in last year's report, but still a sobering reminder of the widespread, chronic nature of this deadly form of air pollution.

When looking nationwide at all the counties with measurements for this pollutant, the average severity of annual particle pollution is effectively unchanged since last year's report. By its nature, the year-round measure of average particle pollution is not as changeable from year to year as the daily measure. Variations over time may look smaller, but because they typically represent recurring exposures over many days and weeks, seemingly minor differences can have a big impact on public health.

Annual particle pollution levels are most often highest in places that are subject to multiple sources of emissions all year long, such as from highways, oil and gas extraction, power generation and industry. The additional pollution load from wildfire smoke, though comparatively short-lived in any one location, can strongly influence that location's annual average. In this year's report, this influence can be seen reflected in geographic shifts similar to that seen with short-term particle pollution.

Unsurprisingly, given the transport of wildfire smoke across the country, the states with the worst changes from last year's report are mainly in the north central and eastern parts of the U.S. Ten states, ranging from North Dakota to Maryland, saw the year-round average for fine particle pollution get worse in every one of their counties monitored for this pollutant.

In contrast, though California still ranks near the top for worst statewide average, there were 37 million more people living with improved levels than with worse levels compared with last year's report. All but one of California's 42 counties for which comparisons could be made show improvement.

In "State of the Air" 2025, the 25 most polluted cities for year-round particle pollution bucked the worsening trend of recent years by improving an average of about 0.4 micrograms per cubic meter (from 12.35 to 11.98 $\mu g/m^3$). Thirteen of them, all in western states, improved. Fresno-Hanford-Corcoran and Los Angeles-Long Beach, California, posted their lowest levels ever, though they are still among the worst five. Eleven metro areas worsened compared with their levels in last year's report. One (Indianapolis-Carmel-Muncie, IN) was unchanged. None of the 25 most polluted cities for this measure posted their worst-ever levels of year-round particle pollution.

## 25 Cities Most Polluted by Annual PM



Because of the geographic shift in areas of worse or improved particle pollution, there are more shifts in the rankings on the Worst 25 list than usual. Though the four worst metro areas keep their same ranks as in last year's report, most of the others on the list have moved up or down quite a bit.

Six metro areas experienced levels of air pollution that moved them onto the Worst 25 list. Cleveland, Ohio posted the most dramatic shift in the country, resulting in its rank dropping from 54th to 9th worst. Kalamazoo, Michigan and Brownsville and Texarkana, Texas are all making an appearance on this list for the first time. Missoula, Montana rejoins the list after a three-year absence. St. Louis, Missouri rounds out the additions this year.

Improving enough to leave the list are Augusta, Georgia; Chico, California; Kansas City, Missouri; Las Vegas and Reno, Nevada; Oklahoma City, Oklahoma and Corpus Christi, Texas.

## Populations at Risk

More than 265 million people live in the 885 counties with enough monitoring data to be assigned a grade for at least one pollutant in this year's report. The majority of U.S. counties actually don't have monitors—which means that many communities, especially rural ones, don't have official monitored information on their air quality.

### Addressing Data Gaps in Unmonitored Counties

"State of the Air" has long served as a trusted resource for tracking national trends in ozone and particle pollution, but many counties remain unmonitored, leaving communities without access to vital air quality information. To help close these gaps, the American Lung Association's "Something in the Air" reports explore the potential of using emerging technologies to expand the understanding of pollution exposure in under-monitored regions.

The "Something in the Air" series is intended to supplement the "State of the Air" report, providing a clearer picture of air quality where monitoring is limited. By utilizing satellite data and other emerging data tools to complement monitoring networks and expand air quality assessment, community members and decision-makers can better identify pollution hotspots, strengthen research and advocate for more comprehensive clean air protections. Together, these efforts work toward the same goal of ensuring all communities, especially those most at risk, have the information needed to fight for cleaner, healthier air. Learn more at Lung.org/something-in-the-air.

It is important to note that the population numbers included in this section are only for those places that collect air pollution data, and do not reflect the entire population of these groups in the U.S. The availability of data, and hence the population that is included in this report, differs for each pollutant.

All 156.1 million people in the U.S. living in places with failing grades for unhealthy levels of ozone or particle pollution are at risk of harm to their health. But some groups of people are especially vulnerable to illness and death from their exposure. See **People at Risk** for more detail about the factors that contribute to increased risk.



The number of people in these high-risk groups in "State of the Air" 2025 are as follows:

- **Children and older adults—**More than 34.6 million children under age 18 and some 25.2 million adults age 65 and over live in counties that received an F for at least one pollutant. Close to 9.5 million children and more than 6.7 million seniors live in counties failing all three measures.

- **People with underlying health conditions**
  - **Asthma—**More than 2.5 million children and nearly 11.8 million adults with asthma live in counties that received an F for at least one pollutant. More than 638,000 children and some 3.1 million adults with asthma live in counties failing all three measures.
  - **Chronic Obstructive Pulmonary Disease (COPD)—**Some 6.8 million people with COPD live in counties that received an F for at least one pollutant. Close to 1.7 million people with COPD live in counties failing all three measures.
  - **Lung Cancer—**Nearly 72,000 people diagnosed with lung cancer as of 2021 live in counties that received an F for at least one pollutant, and about 17,500 people ever diagnosed with lung cancer live in counties failing all three measures.
  - **Cardiovascular Disease—**Close to 9.7 million people with cardiovascular disease live in counties that received an F for at least one pollutant. Nearly 2.5 million people live in counties failing all three measures.
  - **Pregnancy—**Adverse impacts from air pollution have been shown both for those who are pregnant as well as for the developing fetus. More than 1.7 million pregnancies were recorded in 2023 in counties that received at least one failing grade for air pollution. Of those, close to 453,000 were in counties that received failing grades for all three measures.

- **People experiencing poverty—**Nineteen million people with incomes meeting the federal poverty definition live in counties that received an F for at least one pollutant. Close to 5.7 millig grade for ozone and/or particle pollution. Over 26.0 million people of color live in counties that received failing grades on all three measures, including some 15.2 million Hispanics.

For more detail about the number of people at risk by grade and by pollutant, see *Data Table 1*. The populations at risk are also included by county in the *State Data Tables*.

## Most Polluted Places to Live

In addition to the 25 worst cities for each pollutant listed above, the 25 most polluted counties for ozone and particle pollution are ranked in the tables below.

| Ozone Ranking | State | County | WA | PM Ranking | State | County | WA | Annual PM Ranking | State | County | DV |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | California | San Bernardino | 153.7 | 1 | California | Kern | 44.3 | 1 | California | Kern | 16.2 |
| 2 | California | Riverside | 113.7 | 2 | Alaska | Fairbanks North Star Borough | 38.7 | 2 | California | Tulare | 15.7 |
| 3 | California | Los Angeles | 98.5 | 3 | California | Tulare | 36.5 | 3 | California | Fresno | 14.8 |
| 4 | California | Tulare | 88.7 | 3 | Oregon | Lane | 36.5 | 4 | Oregon | Lane | 14.4 |
| 5 | California | Kern | 72.8 | 5 | California | Fresno | 28.8 | 5 | California | Kings | 14.1 |
| 6 | Arizona | Maricopa | 54.8 | 6 | California | Kings | 26.5 | 6 | California | Plumas | 14 |
| 7 | California | Fresno | 46.8 | 7 | California | Siskiyou | 26.2 | 7 | California | San Bernardino | 13.1 |
| 8 | Colorado | Jefferson | 36.7 | 8 | Oregon | Klamath | 20.8 | 8 | California | Stanislaus | 13 |
| 9 | Texas | Harris | 34.8 | 9 | Nevada | Douglas | 19.2 | 8 | Michigan | Wayne | 13 |
| 10 | California | San Diego | 27.5 | 10 | California | Inyo | 18.7 | 10 | Montana | Lincoln | 12.8 |
| 11 | Utah | Salt Lake | 25.7 | 11 | Nevada | Washoe | 18.5 | 11 | California | Riverside | 12.6 |
| 12 | Texas | Denton | 25.5 | 12 | Nevada | Carson City | 17.5 | 12 | Texas | Harris | 12.5 |
| 13 | Colorado | Douglas | 25.2 | 13 | California | Plumas | 17.3 | 13 | Washington | Okanogan | 12.3 |
| 14 | Utah | Uintah | 24.5 | 14 | Montana | Ravalli | 14.5 | 14 | California | Los Angeles | 12.2 |
| 15 | New Mexico | Eddy | 24.3 | 15 | California | Riverside | 14 | 14 | Ohio | Cuyahoga | 12.2 |
| 16 | California | Placer | 22.5 | 16 | Washington | Yakima | 13.8 | 16 | Alaska | Fairbanks North Star Borough | 12.1 |
| 17 | Nevada | Clark | 22.2 | 17 | Washington | Okanogan | 13.3 | 17 | Oregon | Klamath | 12 |
| 18 | Texas | Tarrant | 21.5 | 18 | Idaho | Lemhi | 12.8 | 18 | Indiana | Marion | 11.9 |
| 19 | Colorado | Larimer | 20.8 | 19 | Montana | Silver Bow | 12.3 | 19 | California | Siskiyou | 11.7 |
| 20 | California | Stanislaus | 20.5 | 19 | Washington | Snohomish | 12.3 | 20 | Pennsylvania | Allegheny | 11.6 |
| 21 | Illinois | Cook | 20.3 | 21 | California | Nevada | 12.2 | 21 | Illinois | Cook | 11.3 |
| 22 | Connecticut | Fairfield | 20.2 | 22 | California | Stanislaus | 12 | 22 | California | San Joaquin | 11.2 |
| 23 | Colorado | Arapahoe | 19.5 | 22 | Oregon | Jackson | 12 | 22 | California | Sutter | 11.2 |
| 24 | California | Imperial | 19.3 | 22 | Washington | Stevens | 12 | 22 | Ohio | Butler | 11.2 |
| 25 | Arizona | Pinal | 19.2 | 25 | North Dakota | Burleigh | 11.7 | 25 | California | Mendocino | 11 |

Twenty-seven counties, listed alphabetically by state below, received failing grades for all three measures of pollution:

| | |
|---|---|
| Arizona | Maricopa, Pinal |
| California | Fresno, Imperial, Kern, Kings, Los Angeles, Madera, Merced, Orange, Riverside, Sacramento, San Bernardino, Stanislaus, Sutter, Tulare |
| Illinois | Cook |
| Indiana | Lake, Marion |
| Michigan | Wayne |
| Ohio | Butler, Cuyahoga |
| Pennsylvania | Philadelphia |
| Nevada | Washoe |
| Utah | Salt Lake |
| Wisconsin | Milwaukee, Waukeshaw |

## Cleanest Places to Live

Many cities in the U.S. enjoy air that is considered clean for one or more of the pollution measures tracked in "State of the Air." In this year's report, 35 of the cities for which there is monitoring data had zero high ozone days and 22 cities had zero days with high levels of short-term particle pollution. This is a considerable worsening from last year's report, when 55 cities had no days of high ozone and 75 had no spikes in particle pollution. Because year-round particle pollution is scored differently, the cleanest cities for this measure can be ranked, and the best 25 are considered cleanest. See **Data Tables 3a-c.**

In another grim indicator of the deterioration of air quality nationwide in this year's report, only two cities—Bangor, Maine and San Juan-Bayamón, Puerto Rico—rank on all three cleanest cities lists. They both earned an A for ozone and short-term particle pollution and are among the 25 cities with the lowest year-round particle levels.

The other four cities that made the Cleanest Places to Live list last year, Johnson City-Kingsport-Bristol, TN-VA, Lincoln-Beatrice, NE, Urban Honolulu, HI and Wilmington NC, all had at least one bad particle pollution day that cost them an A and a return to the cleanest cities list.

# Health Impact of Air Pollution

Years of scientific research have clearly established that particle pollution and ozone are a threat to human health at every stage of life, increasing the risk of premature birth, causing or worsening lung and heart disease, and shortening lives. Some groups of people are more at risk of illness and death than others, because they are more likely to be exposed, or are more vulnerable to health harm, or often both.

## Air pollution can harm children and adults in many ways



**Respiratory**
Wheezing and coughing
Shortness of breath
Asthma attacks
Worsening COPD
Lung cancer

**Other**
Premature death
Susceptibility to infections
Heart attacks and strokes
Impaired cognitive functioning
Metabolic disorders
Preterm births and low birth weight

## Health Effects of Particle Pollution

Particle pollution – also known as particulate matter or soot – is a deadly and growing threat to public health in communities around the country. The more researchers learn about the health effects of particle pollution, the more dangerous it is recognized to be.

### What is particle pollution?

Particle pollution refers to a mixture of tiny bits of solids and liquids in the air we breathe. Particle pollution comes from many sources. Factories, power plants, and diesel- and gasoline-powered vehicles and equipment either directly emit fine particles or generate other pollutants, such as nitrogen oxides ($NO_x$) and sulfur oxides ($SO_x$), known as precursors because they can then form into fine particles in the atmosphere. Other sources of particle pollution include wildfires, burning wood in wood stoves or residential fireplaces and burning biomass for electricity.

Researchers and regulators categorize particles according to size, grouping them as coarse, fine and ultrafine. Coarse particles, called $PM_{10}$, can include wind-blown dust, ash, pollen and smoke. Fine particles, $PM_{2.5}$, are most often a by-product of burning wood or fossil fuels, and may include components such as toxic compounds, salts and metals. The tiniest are called ultrafine particles, or $PM_{0.1}$. They are also produced by combustion and are included in the larger category of $PM_{2.5}$.

Individual fine particles are too small to be visible, but when pollution levels are high, they can make the air appear thick and hazy.



The differences in size make a difference in how particles affect our health. Our bodies' natural defenses help us to keep the coarse particles we inhale out of the deepest parts of our lungs, although these particles do deposit in the larger airways. However, those defenses do not keep smaller fine or ultrafine particles from penetrating deep into the lungs and even all the way into the air sacs. Many of these particles get trapped there, while the smallest are so tiny that they can pass from the air sacs into the bloodstream and disperse to other organs of the body.

## What can particles do to your health?

Particle pollution can be very dangerous to breathe, especially at higher concentrations. It can trigger illness, hospitalization and premature death. Researchers estimate that $PM_{2.5}$ is responsible for more than 50,000 premature deaths in the United States every year.[1]

## Short-Term Exposure

Short-term spikes in fine particle pollution that last from a few hours to a few days can kill. Premature deaths from breathing these particles can occur on the very day that particle levels are high, or up to a month or two afterward. Most premature deaths are from respiratory and cardiovascular causes. Fine particle pollution does not just make people die a few days earlier than they might otherwise—in many cases these deaths would not have occurred for years if the air were cleaner.[2]

Studies linking short-term exposure to $PM_{2.5}$ to death from all causes have been accumulating for a number of years. Taken together, this body of research provides consistent evidence of positive associations between fine particle pollution and mortality across diverse geographic locations and in populations with a wide range of demographic characteristics. In 2019, an international study looking at 499 cities across the globe reinforced these consistent findings.[3]

Exposure to even low levels of fine particles can be deadly. Looking nationwide in a 2017 study, researchers found that older adults faced a higher risk of premature death even when levels of short-term particle pollution remained well below the current national standard. This was consistent whether the older adults lived in cities, suburbs or rural areas.[4] Another study published in 2018 using data from 135 U.S. cities found a causal relationship between mortality and exposure to $PM_{2.5}$ at concentrations below the federal standard.[5]

Particle pollution also has many other harmful effects, ranging from decreased lung function to heart attacks. Extensive research has linked short-term increases in particle pollution to:

- increased mortality in infants;[6]
- increased hospital admissions for cardiovascular disease, including heart attacks and strokes;[7]
- increased hospital admissions and emergency department visits for chronic obstructive pulmonary disease (COPD);[8]
- increased severity of asthma attacks and hospitalization for asthma among children.[9,10]

## Year-Round Exposure

Decades of research have firmly established that breathing particle pollution day in and day out can also be deadly. Across numerous seminal studies that looked at different groups of people living in different parts of the country, the results consistently showed a clear relationship between long-term exposure to particulate matter and mortality.[11]

Research using publicly available data on a cohort of more than one million adults in the U.S. reconfirmed that long-term exposure to $PM_{2.5}$ was associated with elevated risk of early death. The increased risk was primarily associated with death from cardiovascular and respiratory causes, including heart disease, stroke, influenza and pneumonia. Researchers also found a similar association between exposure to fine particle pollution and an increased risk of death from lung cancer among never-smokers.[12] Another study of 68.5 million Medicare-enrolled adults in the United States between 2000 and 2016 found a 6-8% increase in risk of all-cause mortality for every 10µg/m$^3$ increase in the annual average $PM_{2.5}$.[13]

Research has also linked year-round exposure to particle pollution to a wide array of serious health effects at every stage of life, from conception through old age. Among

individuals who are pregnant, fetuses and children, long-term particle pollution exposure is linked to:

- Increased risk of preterm birth and low birth weight;[14]
- Increased fetal and infant mortality;[15]
- Impaired neurological development and cognition;[16]
- Reduced lung development and impaired lung function in children;[17]
- Higher likelihood of children developing asthma.[18]

In adults, long-term particle pollution exposure is linked to:

- Increased risk from existing cardiovascular and respiratory disease, including a worsening of heart disease, atherosclerosis and COPD;[19,20]
- Higher likelihood of developing diabetes and subsequent complications;[21,22]
- Higher likelihood of getting lung cancer and of dying from it;[23]
- Impaired cognitive functioning and an increased risk of Parkinson's disease, Alzheimer's disease and other dementias later in life;[24,25]
- Increased risk of clinical depression and anxiety.[26]

The good news is that cleaning up particle pollution makes a difference. Research has shown a consistent relationship between decreasing $PM_{2.5}$ concentrations and improving respiratory health in children and reduced mortality of adults in communities that have reduced their levels of year-round particle pollution.[27,28]

## Who is most at risk from particle pollution?

Anyone who lives where particle pollution levels are high is at risk. Some people face greater risk, however, based on their underlying health and other characteristics. [See the **People at Risk** section for more information about vulnerable groups] Research has shown that the groups at the greatest risk from particle pollution include:

- Pregnant people and fetuses;[29]
- Infants, children and people age 65 and older;[30]
- People with lung disease, especially asthma, but also people with COPD;[31]
- People with cardiovascular disease;[32]
- People with lung cancer;[33]
- People of color;[34]
- Current or former smokers;[35]
- People with low incomes;[36] and
- People who are obese or have diabetes.[37]

## Health Effects of Ozone Pollution

Ground-level ozone, sometimes known as smog, is one of the most widespread and dangerous pollutants in the United States. Scientists have studied the effects of ozone on human health for decades. Hundreds of studies have confirmed that ozone harms people at levels currently found in many parts of the United States.

### What is Ozone Pollution?

Ozone is a gas composed of molecules with three oxygen atoms. (The oxygen we need for life is made up of molecules with two oxygen atoms.) Ozone forms in the lower atmosphere when a combination of pollutants, usually nitrogen oxides (NOx) and volatile organic compounds (VOCs), "cook" together in sunlight through a series of chemical reactions. NOx and VOCs are produced primarily when fossil fuels such as gasoline, diesel, oil, natural gas or coal are burned or when solvents and some other chemicals evaporate. NOx is emitted from power plants, motor vehicles and other sources of

high-heat combustion. VOCs are emitted from motor vehicles, oil and gas operations, chemical plants, refineries, factories, gas stations, paint, consumer products and other sources. If these ingredients are present under the right conditions, they react to form ozone. Sunlight is key, with higher temperatures increasing ozone production. Because the reactions take place in the atmosphere, ozone often shows up downwind of the sources of the original emissions, sometimes many miles from where it formed.



Ozone air pollution is sometimes called ground-level ozone, to distinguish it from the much higher-altitude stratospheric ozone layer that protects people from damaging ultraviolet rays from the sun.

## What Can Ozone Pollution Do to Your Health?

Ozone gas is a powerful lung irritant. When it is inhaled into the lungs, it reacts with the delicate lining of the small airways, causing inflammation and other damage that can impact multiple body systems. Ozone exposure can also shorten lives.

Ozone has a serious effect on the respiratory system, both in the short term and over the course of years of exposure.

When ozone levels are high, many people experience breathing problems such as chest tightness, coughing and shortness of breath, often within hours of exposure. Even healthy young adults may experience respiratory symptoms and decreased lung function.[38]

Other breathing problems that have been tied to short-term exposure to ozone include:

- Worsening of symptoms, increased medication use, and increased emergency department visits and hospital admissions for people with asthma and COPD;[39]
- Susceptibility to respiratory infections such as pneumonia, resulting in an increased likelihood of emergency department visits and hospitalizations.[40]

Living with ozone pollution long term may cause lasting damage to respiratory health, including:

- Development of new cases of asthma in children;[41]
- Damage to the airways, leading to development of COPD;[42]
- Increased allergic response.[43]

The inflammation and oxidative stress caused by short- and long-term exposure to ozone can also do damage to tissues, genes and proteins throughout the body, which can cause or worsen other disease conditions over time. These include:

- Potential increased risk of metabolic disorders, including glucose intolerance, hyperglycemia and diabetes;[44]
- Potential impact on the central nervous system, including brain inflammation, structural changes and increased risk of cognitive decline;[45,46]
- Increased likelihood of reproductive and developmental harm, including reduced fertility, pregnancy complications, preterm birth, stillbirth and low birth weight;[47,48]
- Possible cardiovascular effects.[49]

The damage ozone does to the body can be deadly. Recent research has affirmed earlier findings that short-term exposure to ozone, even at levels below the current standard, likely increases the risk of premature death, particularly for older adults.[50]

There is also a growing body of evidence that long-term exposures to ambient ozone may be associated with an increased risk of cardiovascular and respiratory disease mortality.[51]

## Who is Most at Risk from Ozone Pollution?

Anyone who spends time outdoors where ozone pollution levels are high may be at risk. Some people face a higher-than-average risk, however, because of their underlying health and other characteristics. [See the **People at Risk** section for more information about vulnerable groups.] Research has shown that the groups at greatest risk from ozone pollution include:

- Pregnant people and fetuses;[52]
- Children;
- Anyone 65 and older;
- People with existing lung disease such as asthma and COPD;
- People who work or exercise outdoors.[53]

# People at Risk

The health burden of air pollution is not evenly shared. Some people are more at risk of illness and death from air pollution than others. Several key factors affect an individual's level of risk:

- Exposure – Where someone lives, where they go to school and where they work makes a big difference in how much air pollution they breathe. In general, the higher the exposure, the greater the risk of harm.
- Susceptibility – Individuals who are pregnant and their fetuses, children, older adults and people living with chronic conditions, especially heart and lung disease, may be physically more susceptible to the health impacts of air pollution than other adults.
- Access to healthcare – Whether or not a person has health coverage, a healthcare provider, and access to linguistically and culturally appropriate health information may influence their overall health status and how they are impacted by environmental stressors like air pollution.
- Psychosocial stress – There is increasing evidence that non-physical stressors such as poverty, racial/ethnic discrimination and residency status can amplify the harmful effects of air pollution.

These risk factors are not mutually exclusive and often interact in ways that lead to significant health inequities among subgroups of the population. Taken all together, these high-risk categories account for a large proportion of the U.S. population.

## People of color

Research has shown that people of color are more likely to be exposed to air pollution and more likely to suffer harm to their health from air pollution than white people.[54,55] Much of this inequity can be traced to the long history of systemic racism in the United States. Practices such as redlining, the discriminatory outlining of so-called "riskier" neighborhoods by mortgage lenders, institutionalized residential segregation in the 20th century, impairing the ability of many people of color to build wealth and limiting their mobility and political power. Over the years, decision-makers have found it easier to place sources of pollution such as power plants, industrial facilities, landfills and highways, in economically disadvantaged communities of color than in more affluent, predominantly white neighborhoods. The resulting disproportionate exposure to air pollution has contributed to high rates of emergency department visits for asthma and other diseases.[56,57]

People of color are also more likely than white people to be living with one or more

chronic conditions that make them more susceptible to the health impacts of air pollution, including asthma and diabetes.[58]

## People experiencing poverty

There is evidence that having low income or living in lower income areas puts people at increased risk from air pollution, although the correlation is not as strong as with race and ethnicity.[59,60] People living in poverty are more likely to live in close proximity to sources of pollution and have fewer resources to relocate than people with more financial security.[61] Poverty itself, along with the problems that beset many low-income communities, such as lack of safety, green space, and high-quality food access, have been associated with increased psychosocial distress and chronic stress, which in turn make people more vulnerable to pollution-related health effects.[62] People with low income also have lower rates of health coverage and less access to quality and affordable health care to provide relief to them when they get sick.

## Children

Children are both more susceptible to harm from air pollution and more likely to be exposed than adults. The growth and development of a child's lungs and breathing ability start in utero and continue into early adulthood. Long-term exposure to particle pollution during pregnancy and early childhood has been linked to reduced lung growth and long-term exposure to ozone has been linked to increased potential for the development of asthma. The developing brain and heart may also be affected, with life-long consequences.[63] In addition, the body's defenses that help adults fight off infections are still developing in children. Children have more respiratory infections than adults, which also seem to increase their susceptibility to air pollution.[64]

Children breathe more rapidly and inhale more air relative to their size than do adults. They are more likely to spend time outdoors, running around, being active and breathing hard. Consequently, they are more exposed to polluted outdoor air than adults typically are.

## Older adults

Much of the illness and premature death caused by air pollution occurs in older adults, who are at increased risk of harm for several reasons. As a person ages, the normal process of thinning and weakening of the lung tissue and the supporting muscle and bones of the ribcage results in diminishing lung function over time. The impairment that results from exposure to air pollutants then has an add-on effect, putting stress on the lungs and heart. Older people are also more likely to be living with chronic diseases, and there is evidence that co-existing chronic lung, heart or circulatory conditions may worsen following exposure to environmental pollutants.[65]

The strength of the immune system also declines with age, leaving older people at greater risk of contracting infections and less able to get them under control before they become serious. Because exposure to air pollution increases susceptibility to respiratory infections, it also increases the risk of severe illness and death in older adults.

## People with underlying health conditions

For the millions of people in the U.S. living with illnesses such as asthma, COPD, diabetes, heart disease and lung cancer, exposure to air pollution places them at greater risk of harm to their health than those without disease. The cellular injury and systemic inflammation triggered by breathing ozone and particle pollution put additional stress on people's lungs, heart and other organs already compromised by disease. This can result in a worsening of symptoms, increased medication use, more frequent emergency department visits and hospitalizations, an overall reduced quality of life and far too often premature death.

## Individuals who are pregnant and fetuses

Pregnancy is always a susceptible time for both the person who is pregnant and the developing fetus. The pregnant body undergoes dramatic physiological changes in hormone levels, metabolism and circulation throughout the months of gestation. The rapid and complex development of the fetus is a precisely timed and sequenced process. The inflammation and oxidative stress resulting from exposure to air pollution during pregnancy can increase the risk of hypertensive disorders, including preeclampsia, and lead to intrauterine inflammation and damage to the placenta that can disrupt the growth and development of the fetus. Fetal health may also be impacted in a number of ways by environmental contaminants that have been shown to cross the placenta.[66]

Exposure to both ozone and particle pollution during pregnancy is associated with premature birth, low birth weight and stillbirth. These risks are amplified when the individual who is pregnant is also at higher risk of health harm from air pollution in other ways, such living in poverty or having asthma.[67]

## People with a smoking history

There is some evidence suggesting that current and former smokers are at greater risk of health harm from exposure to fine particle pollution compared with never-smokers. They are more likely to develop lung cancer and to die prematurely.[68] Smoking damages the lungs, heart, blood vessels and other organs.[69] This impairment leaves the person with a smoking history more vulnerable to the health impact of air pollution than a never-smoker.

### Endnotes

1. Health Effects Institute. State of Global Air. Boston, MA. 2024.

2. U.S. EPA. Integrated Science Assessment for Particulate Matter. December 2019 EPA/600/R-19/188. Section 11.1.

3. Liu C, Chen R, Sera RF, Vicedo-Cabrera AM, Guo Y, Tong S, Coelho MSZS, Saldiva PHN, Lavigne E, Matus P, Valdes Ortega PN, Osorio Garcia S, Pascal M, Stafoggia M, Scortichini M, Hashizume M, Honda Y, Hurtado-Diaz M, Cruz J, Nunes B, Teixeira JP, Kim H, Tobias A, Íñiguez C, Forsberg B, Åström C, Ragettli MS, Guo Y-L, Chen B-Y, Bell ML, Wright CY, Scovronick N, Garland RM, Milojevic A, Kyselý J, Urban A, Orru H, Indermitte E, Jaakkola JJK, Ryti NRI, Katsouyanni K, Analitis A, Zanobetti A, Schwartz J, Chen J, Wu T, Cohen A, Gasparrini A, Kan H. Ambient Particulate Air Pollution and Daily Mortality in 652 Cities. *N Engl J Med.* 2019; 381(8):705–15.

4. Di Q, Dai L, Wang Y, Zanobetti A, Choirat C, Schwartz JD, Dominici F. Association of Short-Term Exposure to Air Pollution with Mortality in Older Adults. *JAMA.* 2017; 318:2446-2456.

5. Schwartz J, Fong K and Zanobetti A. A national multicity analysis of the causal effect of local pollution, NO2, and PM$_{2.5}$ on mortality. *Environ Health Perspect.* 2018; 126(8):087004-1- 087004-10.

6. U.S. EPA. 2019, Section 9.1.2.6.

7. U.S. EPA. 2019, Section 6.1.2.

8. U.S. EPA. 2019, Section 5.1.2.1.1.

9. U.S. EPA. 2019, Section 5.1.2.1.

10 U.S. EPA. 2019, Section 5.1.2.2.1.

11. U.S. EPA. 2019, Section 11.2.

12. Pope CA, Lefler JS, Ezzati M, Higbee JD, Marshall JD, Kim S, Bechle M, Gilliat KS, Vernon SE, Robinson AL, Burnett RT. Mortality risk and fine particulate pollution in a large, representative cohort of U.S. Adults. *Environ Health Perspect.* 2019; 127(7):077007-1- 077007-9.

13. Wu X, Braun D, Schwartz J, Kioumourtzoglou MA, Dominici F. Evaluating the impact of long-term exposure to fine particulate matter on mortality among the elderly. Sci Adv. 2020; 6.

14. Bekkar B, Pacheco S, Basu R, DeNicola N_Association of air pollution and heat exposure with preterm birth, low birth weight and stillbirth in the U.S.: A systemic review. *JAMA* Network Open. 2020; 3(6):e208243.

15. Bekkar B et al. 2020.

16. Ni Y, Loftus CT, Szpiro AA, Young MT, Hazlehurst MF, Murphy LE, Tylavsky FA, Mason WA, LeWinn KZ, Sathyanarayana S, Barrett ES, Bush NR, Karr CJ. Associations of pre- and postnatal air pollution exposures with child behavioral problems and cognitive performance: A U.S. multi-cohort study. *Environ Health Perspect.* 2022; 130(6).

17. U.S. EPA. 2019, Section 5.2.2.2.1.

18. U.S. EPA. 2019, Section 5.2.3.1.

19. U.S. EPA. 2019, Section 6.2.2.

20. U.S. EPA. 2019, Section 5.2.5.

21. Liu F, Chen G, Huo W, Wang C, Liu S, Li N, Mao S, Hou Y, Lu Y, Xiang H. Associations between long-term exposure to ambient air pollution and risk of type 2 diabetes mellitus: a systematic review and meta-analysis. *Environ Pollut.* 2019; 252(ptB):1235–1245.

22. Wu Y, Zhang S, Qian SE, Cai M, Li H, Wang C, Zou H, Chen H, Vaughn MG, McMillin SE, Lin H. Ambient air pollution associated with incidence and dynamic progression of type 2 diabetes: a trajectory analysis of a population-based cohort. *BMC Med.* 2022; 20:375.

23. U.S. EPA, 2019. Section 10.2.5.1.

24. Shi L, Wu X, Danesh Yazdi M, Braun D, Abu Awad Y, Wei Y, Liu P, Di Q, Wand Y, Schwartz J, Dominici F, Kioumourtzoglou M-A, Zanobetti A. Long-term effects of PM$_{2.5}$ on neurological disorders in the American Medicare population: a longitudinal cohort study. *Lancet Planet Health.* 2020; 4:e557-65.

25. Wilker EH, Osman M and Weisskopf MG. Ambient air pollution and clinical dementia: a systemic review and meta-analysis. *BMJ.* 2023; 381:e071620.

26. Gao X, Jiang M, Huang N, Guo X and Huang T. Long-term air pollution, genetic susceptibility, and the risk of depression and anxiety: a prospective study in the UK Biobank cohort. *Environ Health Perspect.* 2023; 131(1).

27. U.S. EPA. 2019, Section 5.2.11.

28. Pope CA, Ezzati M, Dockery DW. Fine particulate air pollution and life expectancy in the United States. *N Engl J Med.* 2009; 360:376-86.

29. Bekkar B et al. 2020.

30. U.S. EPA. 2019, Section 12.5.1.1.

31. U.S. EPA. 2019, Section 12.3.5.

32. U.S. EPA. 2019, Section 12.3.1.

33. U.S. EPA. 2019, Section 10.2.5.1.

34. U.S. EPA. 2019, Section 12.5.4.

35. U.S. EPA. 2019, Section 12.6.1.

36. U.S. EPA. 2019, Section 12.5.3.

37. U.S. EPA. 2019, Section 12.3.3.

38. U.S.EPA. Integrated Science Assessment for Ozone and Related Photochemical Oxidants. April 2020. EPA/600/R-20/012. Section 3.1.4.1.

39. U.S. EPA. 2020, Sections 31.5 and 3.1.6.

40. U.S. EPA. 2020, Section 3.1.7.

41. U.S. EPA. 2020, Section 3.2.4.1.

42. U.S. EPA. 2020, Section 3.2.4.3.

43. U.S. EPA. 2020, Section 3.2.4.6.

44. U.S. EPA. 2020, Section 5.1.3.

45. U.S. EPA. 2020, Sections 7.2.1 and 7.2.2.

46. Gao Q, Zang E, Bi J, Dubrow R, Lowe SR, Chen H, Zeng Y, Shi L, Chen K. Long-term ozone exposure and cognitive impairment among Chinese older adults: A cohort study. *J Env Int.* 2022; 160:107072.

47. U.S. EPA. 2020, Section 7.1.3.

48. Hao H, Yoo SR, Strickland MJ, Darrow LA, D'Souza RR, Warren, JL, Moss S, Wang H, Zhang H, Chang HH. Effects of air pollution on adverse birth outcomes and pregnancy complication in the U.S state of Kansas (200-2015). *Sci Reports.* 2023; 13:21476.

49. U.S. EPA. 2020, Sections 4.1 and 4.2.

50. Di et al. 2017.

51. Lim CC, Hayes RB. Ahn J, Shao Y, Silverman DT, Jones RR, Garcia C, Bell ML, Thurston GD. Long-term exposure to ozone and cause-specific mortality risk in the United States. *Am J Respir Crit Care Med.* 2019; 200(8):1022–1031.

52. Bekkar B et al. 2020.

53. U.S. EPA. 2020, Section IS.4.4.

54. U.S. EPA. 2019, Section 12.5.4.

55. Liu J, Clark LP, Bechle MJ, Hajat A, Kim S-Y, Robinson AL, Sheppard L, Szpiro AA, Marshall JD. Disparities in air pollution exposure in the United States by race/ethnicity and income, 1990–2010. *Environ Health Perspect.* 2021; 129(12).

56. Lane HM, Morello-Frosch R, Marshall JD, Apte JS. Historical Redlining Is Associated with Present-Day Air Pollution Disparities in U.S. Cities. *Environ Sci Technol Let.* 2022; 9:345-350.

57. Nardone A, Casey JA, Morello-Frosch R, Mujahid M, Balmes JR, Thakur N. Associations Between Historical Residential Redlining and Current Age-Adjusted Rates of Emergency Department Visits Due to Asthma Across Eight Cities in California: An Ecological Study. *Lancet Planet Health.* 2020; 4(1):e24-e31.

58. Centers for Disease Control and Prevention. National Center for Health Statistics. National Health Interview Survey, 2022. Analysis performed by the American Lung Association Epidemiology and Statistics Unit using SPSS software.

59. U.S. EPA. 2019, Section 12.5.3.

60. Liu et al. 2021.

61. Mikati I, Benson AF, Luben TJ, Sacks JD, Richmond-Bryant J. Disparities in Distribution of Particulate Matter Emission Sources by Race and Poverty Status. *Am J Public Health.* 2018; 108(4):480–485.

62. Kioumourtzoglou M-A, Schwartz J, James P, Dominici F, Zanobetti A. PM$_{2.5}$ and mortality in 207 US cities: modification by temperature and city characteristics. *Epidemiology.* 2016; 27(2):221-7.

63. U.S. EPA. 2019, Section 9.1.3.

64. Johnson NM, Hoffmann AR, Behlen JC, Lau C, Pendleton D, Harvey N, Shore R, Li Y, Chen J, Tian Y, Zhang R. Air pollution and children's health—a review of adverse effects associated with prenatal exposure from fine to ultrafine particulate matter. *Environ Health Prev Med.* 2021; 26:72.

65. Yahzdi MD, Wang Y, Di Q, Wei Y, Requia WJ, Shi L, Sabath MB, Dominici F, Coull BA, Evans JS, Koutrakis P, Schwartz JD. Long-term association of Air Pollution and hospital admissions among Medicare patients using a doubly robust additive model. *Circulation.* 2021; 143:1584-1596.

66. Klepak P, Locatelli I, Korošec S, Künzli N, Kukec A. Ambient air pollution and pregnancy outcomes: a comprehensive review. *Environ Research.* 2018; 167:144-159. and identification of environmental public health challenges

67. Bekkar B et al. 2020.

68. U.S. EPA. 2019, Section 12.6.1.

69. U.S. Department of Health and Human Services. *The Health Consequences of Smoking - 50 Years of Progress: A Report of the Surgeon General.* 2014.