# Exhibit A4



# 8-Hour Ozone (2015) Nonattainment Areas

Data is current as of August 31, 2025

**EXTREME**
Los Angeles-South Coast Air Basin, CA
San Joaquin Valley, CA

**SEVERE 15**
Los Angeles-San Bernardino Counties (West Mojave Desert), CA
Riverside County (Coachella Valley), CA
San Diego County, CA

**SERIOUS**
Allegan County, MI
Baltimore, MD
Berrien County, MI
Chicago, IL-IN-WI
Cleveland, OH
Dallas-Fort Worth, TX
Denver Metro/North Front Range, CO
Greater Connecticut, CT
Houston-Galveston-Brazoria, TX
Kern County (Eastern Kern), CA
Las Vegas, NV
Milwaukee, WI
Morongo Band of Mission Indians, CA
Muskegon County, MI
Nevada County (Western part), CA
New York-Northern New Jersey-Long Island, NY-NJ-CT
Northern Wasatch Front, UT
Philadelphia-Wilmington-Atlantic City, PA-NJ-MD-DE
Sacramento Metro, CA
San Antonio, TX
Sheboygan County, WI
St. Louis, MO-IL
Ventura County, CA

**MODERATE**
Louisville, KY-IN
Mariposa County, CA
Pechanga Band of Luiseno Mission Indians of the Pechanga Reservation, CA
Phoenix-Mesa, AZ
Uinta Basin, UT
Washington, DC-MD-VA

**MARGINAL**
Amador County, CA
Butte County, CA
Calaveras County, CA
El Paso-Las Cruces, TX-NM
Imperial County, CA

San Francisco Bay Area, CA
San Luis Obispo (Eastern part), CA
Southern Wasatch Front, UT
Sutter Buttes, CA
Tuolumne County, CA
Yuma, AZ

**MARGINAL (RURAL TRANSPORT)**
Tuscan Buttes, CA

**Discover.**

**Connect.**

**Ask.**

**Follow.**

2025-08-31

2