# Exhibit A5



**You are here:** EPA Home > Green Book > PM-2.5 (2012) Nonattainment Areas

# PM-2.5 (2012) Nonattainment Areas

Data is current as of August 31, 2025

---

**SERIOUS**
Los Angeles-South Coast Air Basin, CA
Plumas County, CA
San Joaquin Valley, CA

**MODERATE**
Allegheny County, PA
Imperial County, CA

**Discover.**              **Connect.**              **Ask.**

                                                     **Follow.**

                                                     **2025-08-31**