# Exhibit A19



**INTERNATIONAL**

Our Company ◼ People ◼ Leadership

# LEADERSHIP

THE EXECUTIVE LEADERSHIP TEAM SETS DAY-TO-DAY OPERATIONS, COMPANY STRATEGY, FINANCIAL AND MANAGEMENT POLICIES, AND THE SUSTAINABILITY ROADMAP.

# EXECUTIVE MANAGEMENT





**Mathias Carlbaum**
President and Chief Executive Officer

VIEW BIO

**Gabriel Duarte-Urrutia**
Executive Vice President and Chief Human Resources Officer

VIEW BIO

**Michael Grah**
Executive Vice President, Research and Development

VIEW BIO



**Dan Kayser**
Executive Vice President, Commercial Operations

VIEW BIO



**Stefan Palmgren**
Executive Vice President, Production and Logistics

VIEW BIO



**Fabio Souza**
Executive Vice President, Service Solutions

VIEW BIO



**Samara Strycker**
Executive Vice President and Chief Financial Officer



**Eleanor Cabreré**
Senior Vice President, General Counsel and



**Tobias Glitterstam**
Senior Vice President, Chief Strategy and

2

VIEW BIO        Corporate Secretary        Transformati...

VIEW BIO                          VIEW BIO



**Robert Oh**
Chief Digital and
Information Officer

VIEW BIO



**Peter Friberg**
Vice President and Chief
Procurement Officer

VIEW BIO

**MATHIAS CARLBAUM**
PRESIDENT AND CHIEF
EXECUTIVE OFFICER

Mathias Carlbaum is the president
and CEO of International and
member of the TRATON SE
Executive Board. He has extensive
experience in sales and
international markets, previously
serving as executive vice
president, Commercial Operations,
Scania CV AB in Sweden. There, he
managed the support functions
critical to sales and marketing
efficiency. Carlbaum held various
roles with Scania since he began as
a marketing trainee in 1997. He
worked as sales and marketing
director for both Scania Hispania
and Scania Latin America. From
there, he became vice president,

**3**



and sales and marketing in America, before working as managing director of Scania Iberica and managing director of Scania do Brasil.

Carlbaum has a Master of Business Administration from Umea University in Sweden.

### GABRIEL DUARTE-URRUTIA
EXECUTIVE VICE PRESIDENT AND CHIEF HUMAN RESOURCES OFFICER

Gabriel Duarte-Urrutia, International's executive vice president and chief human resources officer, is responsible for leading the company's global people strategy across talent, culture, leadership and organizational transformation. With more than 25 years of experience in human resources leadership, Gabriel has built a career leading people strategy across complex, global organizations in the automotive, industrial, healthcare, and technology sectors. His expertise spans transformational change, labor and employee relations, talent development, and expansion across the Americas, Europe and Asia.



Gabriel holds a Bachelor of Business Administration from Universidad Del Noroeste, which later became Universidad del Valle in Mexico.

### MICHAEL GRAHE
EXECUTIVE VICE PRESIDENT, RESEARCH



Michael Grahe, International's executive vice president, Research and Development is responsible for product planning, program management, product development, procurement, quality, supply chain and logistics, and manufacturing. He is also a member of the Executive Board. Previously, Grahe was chief technology officer, TRATON GROUP, and based in Sweden. Grahe also worked for Mercedes-Benz Vans for Daimler in Germany and was the executive officer at Mitsubishi's FUSO Truck & Bus Corporation in Japan. He then returned to Daimler as director of Global Procurement Powertrain Trucks & Buses and thereafter head of Global Controlling R&D and Procurement Daimler Trucks & Buses before joining TRATON.

Grahe has a master's degree in industrial engineering and management from the Technical University Berlin.

### DAN KAYSER
EXECUTIVE VICE PRESIDENT, COMMERCIAL OPERATIONS

Dan Kayser is International's executive vice president, Commercial Operations. Kayser oversees the company's commercial strategy, Dealer Operations, Dealer Sales, National Accounts, Zero Emissions, Bus, and Marketing teams.

Leveraging his more than 30 years of experience in the commercial vehicle industry, Kayser is responsible for driving operational efficiency, expanding business opportunities, and executing plans that achieve milestones in our

**5**



Throughout his career
various roles, particularly in Sales.
He started out as a dealer sales
representative of two independent
International dealerships before he
joined International, where he took
on various Sales Management
roles. He most recently served as
group vice president, National
Accounts.

### STEFAN PALMGREN
EXECUTIVE VICE
PRESIDENT,
PRODUCTION AND
LOGISTICS

Stefan Palmgren, International's
executive vice president,
Production and Logistics, is
responsible for the strategic
direction of all manufacturing,
supply chain and logistics
activities. Palmgren also serves as
head of Industrial Operations
Production at TRATON,
coordinating the group production
strategy and optimizing our global
footprint. Previously, he was head
of Powertrain Production, Scania,
in Sweden and helped launch
TRATON's first modular product.
Palmgren also worked as chief
technology officer Production,
Research & Development and
Purchasing, Scania São Paulo.

Palmgren has a master's degree in
mechanical engineering and
production systems from the
Royal Institute of Technology KTH
in Sweden and a bachelor's degree
from Dartmouth College, Thayer
School of Engineering.



### FABIO SOUZA

EXECUTIVE VICE
PRESIDENT, SE
SOLUTIONS



Fabio Souza, International's executive vice president, Service Solutions, is responsible for the Aftersales team, with a focus on expanding the company's digital strategy. Previously, Souza was the vice president and general manager, Commercial Operations, Scania, in Brazil. Souza held many roles at Scania since he started as a parts analyst in 2001, including as the services manager, Scania Mexico, and managing director, Scania's Commercial Operations in South Africa.

Souza has an industrial engineering degree from The University Center of Faculty of Industrial Engineering in Brazil, a postgrad degree in business administration and marketing from the Higher School of Advertising and Marketing in Brazil and is specialized in administration and management from Stockholm School of Economics.



### SAMARA STRYCKER
EXECUTIVE VICE
PRESIDENT AND CHIEF
FINANCIAL OFFICER

Samara Strycker, International's executive vice president and chief financial officer, is responsible for the overall financial management of the company. Strycker most recently served as senior vice president, corporate controller and treasurer at International. She led post-merger finance integration activities, bringing together cross-cultural teams to share best practices and drive enhanced teamwork. She was previously regional controller, Americas, and assistant controller of General

**7**



career at Pricewater
LLP in 1993.

Strycker is a certified public accountant who earned her bachelor's degree in accounting from Syracuse University.

### ELEANOR CABRERÉ
SENIOR VICE PRESIDENT, GENERAL COUNSEL AND CORPORATE SECRETARY



Eleanor P. Cabreré is International's senior vice president, general counsel and corporate secretary. In this role, she also served as executive sponsor for the Office of the General Counsel's Diversity Committee. Earlier, she was deputy general counsel, corporate secretary and chief litigation counsel. Before joining the company in 2001, Cabreré was in private practice for eight years with several boutique litigation law firms in Chicago.

She has a bachelor's degree in economics from Northwestern University and a juris doctorate from Indiana University's Maurer School of Law, Order of the Barristers.

### TOBIAS GLITTERSTAM
SENIOR VICE PRESIDENT, CHIEF STRATEGY AND TRANSFORMATION OFFICER

Tobias Glitterstam, International's senior vice president, chief Strategy and Transformation officer is responsible for corporate strategy, communications,



government relations solutions. Glitterstar sustainability efforts and focuses on capturing market opportunities for the future transport ecosystem. Glitterstam previously served as vice president and head of the Americas Region of Business Sweden and the Swedish Trade Commissioner to the U.S. Glitterstam spent 16 years at the global consulting firm Accenture, where he served as managing director, Management Consulting, with a focus on the communications and technology industry.

He has a bachelor's degree in business administration from the Lund School of Economics and Management, Lund University, Sweden.

### ROBERT OH
CHIEF DIGITAL AND
INFORMATION OFFICER



Robert Oh, International's chief digital and information officer, is responsible for information technology (IT) strategy and operations and the company's digital transformation efforts. Oh previously led IT, digital transformation, enterprise business process, and global profit and loss management for various Fortune 500 companies. He was most recently executive vice president of corporate digital strategy and chief operating officer of the Digital Innovation Business Unit, Doosan Group in South Korea. He also served as chief information officer and business transformation executive at Hannon Systems in South Korea. Oh also led IT for Newell Brands in Atlanta.

Oh has a bachelor's degree in economics from the University of Washington and a Master's degree in Business Administration from Emory University.

### PETER FRIBERG
VICE PRESIDENT AND CHIEF
PROCUREMENT OFFICER

Peter Friberg, International's vice president and chief procurement officer, is responsible for planning

OUR COMPANY        INDUSTRIES        PRODUCTS        PARTS        SERVICES

| | | | | |
|---|---|---|---|---|
| Vision and Strategy | Bus | Trucks | Fleetrite | Connected Services |
| Sustainability | Construction | Medium | Online Ordering | Fleet Charge |
| Our People | Government and Municipal | Heavy | Parts Specials | |
| Careers | Private and General Freight | Severe | | Fleet Electrification |
| Partnerships | | Legacy Trucks | | Fleet Resources |
| News | | Used Trucks | | |
| Stories | Specialized Hauling | | | Financing |
| Merchandise | Utility | IC Bus | | |
| | Waste and Recycling | Engines and Powertrains | | Maintenance Services |
| Locations | | Features | | Promotions |
| Governance | | Resources | | Sourcewell |
| Investors | | TEM Body Builder | | Warranties |
| Whistleblower Reporting | | | | |
| Contact Us | | | | |

Vision and Strategy | Bus | Trucks | Fleetrite | Connected Services
Sustainability | Construction | Medium | Online Ordering | Fleet Charge
Our People | Government and Municipal | Heavy | Parts Specials
Careers | Private and General Freight | Severe

Dealer Locator
Inventory
Prestige Certified
Technician Recruitment

---

INTERNATIONAL ⌄

    

---

TERMS OF USE  |  PRIVACY NOTICE  |

CONNECTED SERVICES PRIVACY NOTICE  |

FOR DEALERS  |  SUBSCRIBE TO NEWSLETTER

®2025 INTERNATIONAL MOTORS, LLC ALL RIGHTS RESERVED. ALL MARKS ARE TRADEMARKS OF THEIR RESPECTIVE OWNERS.

**11**