# Exhibit A20

DAIMLER TRUCK
North America

Search



# Nichole Tennyson

Chief Legal Officer

As Chief Legal Officer, Nichole Tennyson leads Daimler Truck North America's (DTNA's) legal organization, including integrity and compliance, external affairs, corporate audit, litigation, labor and employment, M&A, commercial and intellectual property, and oversees sustainability governance.

Tennyson's extensive and diverse legal experience spans a 15-year career of increasing, global responsibility advising private and publicly held companies. Prior to joining Daimler Truck North America (DTNA) in 2022, Tennyson worked in the test and measurement technology and aerospace industries, as well as in private practice. Most recently, she served as DTNA's General Counsel.

Tennyson is a member of The Oregon State Bar Association and received her Juris Doctorate with a certificate in business law from Lewis and Clark Law School. She also holds a Bachelor's degree in Business Administration from the University of Arizona.

    

### About Daimler Truck North America

Daimler Truck North America LLC, is a leading provider of comprehensive products, services and technologies for the commercial transportation industry. Daimler Truck North America designs, engineers, manufactures and markets medium- and heavy-duty trucks, school buses, vehicle chassis and their associated technologies, components and solutions under the Freightliner, Western Star, Thomas Built Buses, Freightliner Custom Chassis Corp, Detroit and Daimler Truck Financial Services brands. Daimler Truck North America is a subsidiary of Daimler Truck Holding AG (DTG), one of the world's leading commercial vehicle manufacturers.

> Contact
> Whistleblowing System

Legal Notices and Terms

Privacy Policy

Application Agreement

Not located in the United States?
Visit Daimler Truck Global Website

  

  

 

© 2025 Daimler Truck North America LLC. All rights reserved.

**3**