# Exhibit A21

**VOLVO**

■ Press release – North America

# Greg Higgins Named SVP – Legal & Compliance, General Counsel for Mack Trucks and Volvo Trucks North America

2022-11-21

**The Volvo Group recently announced that effective January 1, 2023, Greg Higgins has been named Senior Vice President – Legal & Compliance, General Counsel, and Secretary for Volvo Trucks North America and Mack Trucks. Higgins joined the company in 2012 and has served since 2015 as senior counsel.**



*The Volvo Group recently announced that effective January 1, 2023, Greg Higgins has been named Senior Vice President – Legal & Compliance, General Counsel, and Secretary for Volvo Trucks North America and Mack Trucks.*

Before joining the Volvo Group, Higgins spent twelve years as a member and partner at Nexsen PLLC in Greensboro, North Carolina.  He holds a bachelor's degree from the University of a, and a juris doctor degree from the Wake Forest University School of Law.  Higgins will

1

continue to be based in Greensboro. He succeeds Therence Pickett, who is retiring from the company.

For further information, please contact Mary Beth Halprin, Volvo Group North America: phone +1 336-389-2375; email mary.beth.halprin@volvo.com

## Related News



■ Press release – North America

2025-09-12

**Volvo Trucks rolls out Load Finder to reduce empty miles and increase revenue**

Volvo Trucks North America is now offering Load Finder, a service that helps carriers streamline logistics operations and turn empty miles into revenue. Unlike other load boards that require costly subscriptions, Load Finder is…



■ Press release – North America

2025-09-12

**Volvo Trucks surpasses 1 million connected trucks worldwide, including 218,000 in North America**

Volvo Trucks has reached a major milestone: more than one million trucks worldwide are now digitally connected, helping fleets and drivers work smarter and safer on the road. In North America alone



■ Press release – North America

2025-09-12

**REMACK® Celebrates 50 Years of Sustainable Remanufacturing Excellence**

Mack Trucks' Remanufacturing Division Marks Golden Anniversary While Supporting Environmental Sustainability and Circular Economy

I am looking for

Job openings

Financial Reports



2

Event Calendar

Image & Video Library

Press Information

Corporate Standards

Student Information

Volvo Group Whistle

Volvo Group Venture Capital

Startup and innovation hub

Accessibility at Volvo Group

EU Data Act

**Follow us in Social Media**

 Facebook

 Instagram

 LinkedIn

 YouTube

**Explore Volvo**

Volvo Trucks

Volvo Penta

Volvo Energy

Volvo CE

    Buses

3

Volvo Autonomous Solutions

Volvo Financial Services

Rokbak

Renault Trucks

Prevost

Nova Bus

Mack Trucks

## Country websites

Australia (English)

Belgium (Nederlands)

Brazil (Português)

China (中文)

France (Français)

Germany (Deutsch)

India (English)

Mexico (Español)

Netherlands (Nederlands)

North America (English)

Peru (Español)

Poland (Polski)

Sweden (Svenska)

4

www.volvogroup.com  |  Contact us  |  Cookies  |  Privacy

© Copyright AB Volvo 2025



5