# Exhibit A25

# Senate Floor Activity - Wednesday, May 21, 2025

The President pro tempore called the Senate to order at 10 a.m., the Chaplain offered a prayer, and the President pro tempore led the Senate in reciting the Pledge of Allegiance to the Flag of the United States of America.

## The Journal

Pursuant to the order of yesterday, the Journal of the proceedings of the Senate was deemed approved to date.

## Certain Procedures Dispensed With

Pursuant to the order of yesterday, the morning hour being deemed expired, and the times for the recognition of the two leaders being reserved.

## Transaction of Morning Business

The following transactions of morning business occurred on today.

## Legislative Business (Wednesday, May 21)

**H.J.Res. 88 (Rep. Joyce)**: A joint resolution providing congressional disapproval under chapter 8 of title 5, United States Code, of the rule submitted by the Environmental Protection Agency relating to "California State Motor Vehicle and Engine Pollution Control Standards; Advanced Clean Cars II; Waiver of Preemption; Notice of Decision".
-- Received in the Senate.
-- Motion to proceed to consideration of measure agreed to in Senate by Yea-Nay Vote. 51 - 46. Record Vote Number: 276
-- Measure laid before Senate by motion.

**S. 1582 (Sen. Hagerty)**: A bill to provide for the regulation of payment stablecoins, and for other purposes.
-- Motion to proceed to measure considered in Senate.
-- Motion to proceed to consideration of measure agreed to in Senate by Yea-Nay Vote. 69 - 31. Record Vote Number: 263
-- Measure laid before Senate by motion.
> **S.Amdt. 2228 (Sen. Ricketts)**: To provide for expedited certification of existing regulatory regimes.
> -- Amendment SA 2228 proposed by Senator Thune for Senator Ricketts.

**S.J.Res. 55 (Sen. Capito)**: A joint resolution providing for congressional disapproval under chapter 8 of title 5, United States Code, of the rule submitted by the National Highway Traffic Safety Administration relating to "Federal Motor Vehicle Safety Standards; Fuel System Integrity of Hydrogen Vehicles; Compressed Hydrogen Storage System Integrity; Incorporation by Reference".

Case 2:25-cv-02255-DC-AC    Document 73-26    Filed 09/16/25    Page 3 of 4

-- Senate Committee on Commerce, Science, and Transportation discharged, by petition, pursuant to 5 U.S.C. 802(c).

-- Placed on Senate Legislative Calendar under General Orders. Calendar No. 85

-- Motion to proceed to consideration of measure agreed to in Senate by Yea-Nay Vote. 53 - 46. Record Vote Number: 264

-- Measure laid before Senate by motion.

-- Point of order by Senator Thune that points of order are in order under the Congressional Review Act given sections 802(d)(1), 802(d)(2), and 802(d)(4) are in conflict with one another raised in Senate.

-- The Chair, under the provisions of Rule XX, submits the question to the Senate for its decision: Shall points of order be in order under the Congressional Review Act?.

-- Motion to table the point of order made by Senator Thune, the question being: Shall points of order be in order under the Congressional Review Act? rejected in Senate by Yea-Nay Vote. 46 - 52. Record Vote Number: 265

-- Point of order by Senator Schumer that points of order are not in order under section 802(d)(1) of the Congressional Review Act raised in Senate.

-- Ruling of the Chair that the point of order raised by Senator Schumer with respect to the appeal that two points of order are not in order at the same time ruled out of order.

-- Motion by Senator Schumer to appeal the ruling of the chair that two points of order are not in order at the same time.

-- Motion to table the appeal that two points of order are not in order at the same time agreed to in Senate by Yea-Nay Vote. 51 - 46. Record Vote Number: 266

-- Ruling of the Chair that the point of order raised by Senator Schumer that two points of order are not in order at the same time sustained.

-- Point of order by Senator Thune: Shall points of order be in order under the Congressional Review Act? agreed to in Senate by Yea-Nay Vote. 51 - 46. Record Vote Number: 273

-- Ruling of the Chair that the point of order raised by Senator Thune that points of order be in order under the Congressional Review Act sustained.

-- Point of order by Senator Thune: Shall Joint Resolutions that meet all the requirements of Section 802 of the Congressional Review Act or are disapproving of agency actions which have been determined to be rules subject to the Congressional Review Act by a legal decision from the Government Accountability Office, be entitled to expedited procedures under the Congressional Review Act? agreed to in Senate by Yea-Nay Vote. 51 - 46. Record Vote Number: 274

-- Ruling of the Chair that the point of order raised by Senator Thune with respect to Joint Resolutions that meet all the requirements of Section 802 of the Congressional Review Act or are disapproving of agency actions which have been determined to be rules subject to the Congressional Review Act by a legal decision from the Government Accountability Office, be entitled to expedited procedures under the Congressional Review Act was sustained.

-- Passed Senate without amendment by Yea-Nay Vote. 51 - 46. Record Vote Number: 275

# Adjournment

Under the authority of the order of today, at 1:21 a.m, the Presiding Officer (Mr. Rounds in the

chair) declared the Senate adjourned, under its order of today, until 10 a.m. tomorrow.