# Exhibit B1

Gavin Newsom, Governor
Yana Garcia, CalEPA Secretary
Liane M. Randolph, Chair

Manufacturers Advisory Correspondence (MAC) ECCD-2025-03

To:     All Manufacturers Of

- Light-Duty Vehicle Test Groups
- Medium-Duty Vehicle Test Groups
- Heavy-Duty Engine Families
- Medium-Duty Engine Families
- Heavy-Duty Greenhouse Gas Vehicle Families and Trailer Families
- Zero-Emission Powertrain Families
- Zero-Emissions Vehicles
- Airport Shuttles
- And All Other Interested Parties

Date:   May 23, 2025

Subject: Regulatory Guidance for Advanced Clean Cars II Regulation (ACCII), Zero-Emission Powertrain Certification Regulation, Advanced Clean Trucks Regulation (ACT), Heavy-Duty Engine and Vehicle Omnibus Regulation, Zero-Emission Airport Shuttle Regulation, and the Heavy-Duty Vehicle and Engine Emission Warranty and Maintenance Provisions

This Manufacturers Advisory Correspondence (MAC) provides necessary guidance in response to Congressional resolutions of disapproval related to California Air Resources Board (CARB) regulations which California contends are the result of illegal actions and are thus invalid.[1] The regulations that are the subject of these disputed resolutions are applicable to manufacturers and fleets listed above for their model year 2026 Light-Duty Vehicle Test

---

[1] *See* S.J.Res.45 - 119th Congress (2025-2026): A joint resolution providing for congressional disapproval under chapter 8 of title 5, United States Code, of the rule submitted by the Environmental Protection Agency relating to "California State Motor Vehicle and Engine Pollution Control Standards; Advanced Clean Cars II; Waiver of Preemption; Notice of Decision", S.J.Res.45, 119th Cong. (2025), *https://www.congress.gov/bill/119th-congress/senate-joint-resolution/45*; S.J.Res.46 - 119th Congress (2025-2026): A joint resolution providing for congressional disapproval under chapter 8 of title 5, United States Code, of the rule submitted by the Environmental Protection Agency relating to "California State Motor Vehicle and Engine Pollution Control Standards; Heavy-Duty Vehicle and Engine Emission Warranty and Maintenance Provisions; Advanced Clean Trucks; Zero Emission Airport Shuttle; Zero-Emission Power Train Certification; Waiver of Preemption; Notice of Decision", S.J.Res.46, 119th Cong. (2025), *https://www.congress.gov/bill/119th-congress/senate-joint-resolution/46*; (2025), *https://www.congress.gov/bill/119th-congress/senate-joint-resolution/45*; S.J.Res.47 - 119th Congress (2025-2026): A joint resolution providing for congressional disapproval under chapter 8 of title 5, United States Code, of the rule submitted by the Environmental Protection Agency relating to "California State Motor Vehicle and Engine and Nonroad Engine Pollution Control Standards; The 'Omnibus' Low NOx Regulation; Waiver of Preemption; Notice of Decision", S.J.Res.47, 119th Cong. (2025), *https://www.congress.gov/bill/119th-congress/senate-joint-resolution/47*..

MAC ECCD-2025-03

Page 2

Groups, Medium-Duty Vehicle Test Groups, Heavy-Duty Engine Families, Medium-Duty Engine Families, and Heavy-Duty and Light-Duty Vehicle Evaporative Emissions Families.

Certification for the 2026 model year is well underway. Assuming the disputed resolutions are signed by the President, CARB will continue to accept and process certification applications for model year 2026. This is necessary to provide certainty to affected parties and consumers, provide consistent treatment of regulated entities, maintain stability in the market, facilitate meeting the commitments of the Clean Truck Partnership, ensure the requirements of certification[2] are met to enable lawful vehicle sales in California under Health and Safety Code sections 43100 and 43151 through 43153, and continue to implement provisions of California law that are not affected by the resolutions prompting this guidance. Further program-specific information follows below.

**Additional information will be forthcoming regarding future model years.**

Advanced Clean Cars II Regulation

CARB will continue to accept and process certification applications for 2026 model year light-duty zero-emission and plug-in hybrid electric vehicles under the certification provisions in title 13, California Code of Regulations (CCR), 1962.4, as amended November 30, 2022. CARB will not implement the annual zero-emission vehicle requirement for the 2026 model year but will recognize values generated by vehicles certified to title 13, CCR, section 1962.4.

CARB will continue to accept and process certification applications for 2026 model year light-duty internal-combustion engine and plug-in hybrid electric vehicles and chassis-certified medium-duty vehicles under the certification provisions of title 13, CCR, sections 1961.4, 1962.6, 1968.2, 1976, and 1978, as amended November 30, 2022.

Zero-Emission Powertrain Certification

CARB will continue to accept and process certification applications and administer the Zero Emission Powertrain Certification Procedure, title 13, CCR, section 1956.8, and title 17, CCR, section 95663, as it existed on January 21, 2020, and the Standards and Test procedures incorporated in the Zero Emission Powertrain Certification Procedure, as they existed on January 21, 2020. This supports implementing the Clean Truck Partnership and maintains vehicle eligibility in CARB's voluntary incentive programs.

Advanced Clean Trucks (ACT) Regulation

CARB will continue to accept and process manufacturer sales reports for medium- and heavy-duty engines and vehicles under the requirements of the Advanced Clean Trucks regulations in title 13, CCR, division 3, chapter 1, article 2, sections 1963, 1963.1, 1963.2, 1963.3, 1963.4, and 1963.5.

---

[2] Note, this guidance is not intended to and does not provide an exhaustive list of CARB's certification requirements.

MAC ECCD-2025-03

Page 3

Heavy-Duty Engine and Vehicle Omnibus Regulation

CARB has issued Executive Orders of Certification for Omnibus-compliant engines sold in California, including 24 Omnibus Executive Orders for model year 2024 and 23 Executive Orders for model year 2025.

CARB will continue to accept and process certification applications for model year 2025 and 2026 model year medium- and heavy-duty vehicles under the certification requirement of the Heavy-Duty Engine and Vehicle Omnibus regulation, set forth in title 13, CCR, sections 2139.5, and 2169.1 through 2169.8, including provisions in sections 1900, 1956.8, 1961.2, 1965, 1968.2, 1971.1, 1971.5, 2035, 2036, 2111, 2112, 2113, 2114, 2115, 2116, 2117, 2118, 2119, 2121, 2123, 2125, 2126, 2127, 2128, 2129, 2130, 2131, 2133, 2137, 2139, 2140, 2141, 2142, 2143, 2144, 2145, 2146, 2147, 2148, 2149, 2166, 2166.1, 2167, 2168, 2169, 2170, 2423, and 2485; and in title 17, CCR, sections 95662 and 95663, as they existed on December 22, 2021, and the Standards and Test procedures incorporated in the Omnibus regulation, as they existed on December 22, 2021, and as amended on December 28, 2023.

Zero-Emission Airport Shuttles

CARB will not implement the fleet requirement to replace a zero-emission airport shuttle with a zero-emission airport shuttle in the Zero-Emission Airport Shuttle regulation for privately owned fleets for calendar year 2026. CARB will continue to accept reports submitted by zero-emission shuttle bus fleets under title 17, CCR, section 95690.4.

Heavy-Duty Vehicle and Engine Emission Warranty and Maintenance Provisions

CARB will continue to administer the 2018 Heavy-Duty Vehicle and Engine Emission Warranty and Maintenance provisions of title 13, CCR, sections 1956.8, 2035, 2036, and 2040, as they existed on June 12, 2019.

If you have any questions regarding this MAC, please contact Timothy Antcliff, Vehicle Program Specialist, at *timothy.antcliff@arb.ca.gov*.

Sincerely,

Steven S. Cliff, Ph.D., Executive Officer
California Air Resources Board