# EXHIBIT D

# Timeline of Relevant Events



*See "All Actions: H.J.Res.87 — 119th Congress (2025-2026)," https://www.congress.gov/bill/119th-congress/house-joint-resolution/87/all-actions (last accessed on September 25, 2025); "All Actions: H.J.Res.88 — 119th Congress (2025-2026)," https://www.congress.gov/bill/119th-congress/house-joint-resolution/88/all-actions (last accessed on September 25, 2025); "All Actions: H.J.Res.89 — 119th Congress (2025-2026)," https://www.congress.gov/bill/119th-congress/house-joint-resolution/89/all-actions (last accessed on September 25, 2025).