IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIMLER TRUCK NORTH AMERICA LLC, INTERNATIONAL MOTORS, LLC, PACCAR INC, and VOLVO GROUP NORTH AMERICA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA AIR RESOURCES BOARD; STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board; and GAVIN NEWSOM, in his official capacity as the Governor of California,<br><br>Defendants,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Plaintiffs-Intervenors. | CASE NO. 2:25-cv-02255-DC<br><br>**[REVISED PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:          Hon. Dena Coggins<br>Action Filed:  August 11, 2025 |

Plaintiffs have filed a motion for a preliminary injunction (Dkt. 23). Having reviewed the parties' filings (Dkts. 23, 73, XX) and considered the arguments of counsel, the Court finds Plaintiffs have established a likelihood of success on the merits of their claims; that Plaintiffs are likely to suffer irreparable harm in the absence of preliminary relief; that the balance of equities weighs in favor of granting Plaintiffs' motion; and that an injunction is in the public interest.

Accordingly,

**IT IS HEREBY ORDERED:**

1. Plaintiffs' motion for a preliminary injunction (Dkt. 23) is **GRANTED**;

2. While this litigation is pending or until further order of this Court, Defendants are **RESTRAINED** from implementing, enforcing, attempting to enforce, or threatening to enforce: (1) the Advanced Clean Trucks, Omnibus Low NOx, Advanced Clean Cars II, Advanced Clean Fleets, Heavy-Duty On-Board Diagnostic, and Phase 2 Greenhouse Gas regulations; (2) the Clean Truck Partnership; (3) the May 23, 2025 Manufacturers Advisory Correspondence; (4) Executive Order N-27-25 insofar as Executive Order N-27-25 compels or coerces any action by manufacturers of heavy-duty vehicles and engines; (5) the August 25, 2025 Manufacturers Advisory Correspondence; and (6) the September 22, 2025 Emergency Vehicle Emissions Regulation.

3. Defendants are **RESTRAINED** from retroactively enforcing the above regulations based on acts taken while this injunction was in force.

4. While this litigation is pending or until further order of this Court, Defendants are **RESTRAINED** from (1) requiring certification or any other condition precedent for the sale of new heavy-duty vehicles and engines[1] in California and (2) otherwise implementing, enforcing, or threatening to enforce Section 43151 of the California Health & Safety Code (Section imposing certification requirement).

5. The Court finds no bond necessary.

---

[1] For purposes of this Order, "heavy-duty vehicles and engines" is defined to include all vehicles and engines, including medium-duty vehicles and engines, covered by the California regulations listed in paragraph 2 of this Order which are manufactured by Plaintiffs.

1

[REVISED PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 2:25-CV-02255-DC

DATED: _____

                                                Honorable Dena Coggins
                                                United States District Court Judge