# Exhibit 2

# Advanced Clean Trucks Credit Summary Through the 2024 Model Year

**CONTACT**

Advanced Clean Fleets

**Email** zevfleet@arb.ca.gov

**Phone** (866) 634-3735

**(Updated July 8, 2025)**

This is a summary of annual vehicle sales data reported by manufacturers, credit balances, and credit transactions as reported in the Advanced Clean Trucks Reporting System as of March 30, 2025. This report covers vehicle manufacturers who have submitted a report to the California Air Resources Board regarding their production and delivery for sale of on-road medium- and heavy-duty vehicles with a gross vehicle weight rating over 8,500 pounds (lbs.).

## Manufacturer Vehicle Sales and Credits

In 2024, manufacturers sold 131,552 Class 2b-8 vehicles in California, where 30,026 (or 22.8 %) were zero-emission vehicles (ZEV). Table 1 below displays the reported total number of 2024 model year medium- and heavy-duty vehicles produced and delivered for sale in California. No Class 2b-8 near-zero emission vehicles[1] (NZEV) were produced and delivered for sale in California. Combined sales from 2021 through the 2024 model year (MY) total 57,268 ZEVs.

Table 1 - Total 2024 Model Year Medium- and Heavy-Duty Vehicles Sales

| Manufacturer (Parent Company) | Total Vehicle Sales | Total ZEV Sales | Tractor Sales | ZE Tractor Sales |
|---|---|---|---|---|
| **Autocar** | 719 | 87 | - | - |
| **Battle Motors** | - | - | - | - |

1

| Manufacturer (Parent Company) | Total Vehicle Sales | Total ZEV Sales | Tractor Sales | ZE Tractor Sales |
|---|---|---|---|---|
| **Blue Bird** | 448 | 277 | - | - |
| **BYD** | 127 | 127 | 58 | 58 |
| **Daimler** | 2,977 | 217 | 1,255 | 152 |
| **Ford** | 42,809 | 4,653 | - | - |
| **GM** | 36,179 | 6,948 | - | - |
| **GreenPower** | 2 | 2 | - | - |
| **Hexagon Purus** | 4 | 4 | 4 | 4 |
| **Hyundai** | - | - | - | - |
| **Isuzu** | 193 | 16 | - | - |
| **Lion Electric** | 44 | 44 | - | - |
| **Mercedes Benz** | 5,844 | 269 | - | - |
| **Micro Bird** | 118 | 67 | - | - |
| **Navistar** | 543 | 162 | 54 | - |
| **Nikola Motor** | 62 | 62 | 62 | 62 |
| **Nissan** | 49 | - | - | - |

| Manufacturer (Parent Company) | Total Vehicle Sales | Total ZEV Sales | Tractor Sales | ZE Tractor Sales |
|---|---|---|---|---|
| Orange EV | - | - | - | - |
| Oshkosh | 51 | 51 | - | - |
| Paccar | 2,885 | 108 | 760 | 13 |
| Rivian | 6,270 | 6,270 | - | - |
| Rizon | 36 | 36 | - | - |
| Sea Electric | - | - | - | - |
| Stellantis | 21,448 | 252 | - | - |
| Tesla | 10,078 | 10,078 | 62 | 62 |
| Volvo | 492 | 122 | 368 | 71 |
| XOS Trucks | 174 | 174 | - | - |
| Total | 131,552 | 30,026 | 2,623 | 422 |

Table 2 below displays the total credits and deficits, and the Class 7-8 ZE tractor credits and deficits for each manufacturer for their 2024 MY.

Table 2 - Reported 2024 MY Credits/Deficits

| Manufacturer (Parent Company) | Total 2024 ZEV Credits | Total 2024 Deficits | 2024 ZE Tractor Credits | 2024 Tractor Deficits |
|---|---|---|---|---|

3

| Manufacturer (Parent Company) | Total 2024 ZEV Credits | Total 2024 Deficits | 2024 ZE Tractor Credits | 2024 Tractor Deficits |
|---|---|---|---|---|
| Autocar | 174.0 | - | - | - |
| Battle Motors | - | - | - | - |
| Blue Bird | 537.0 | - | - | - |
| BYD | 248.5 | - | 145.0 | - |
| Daimler | 491.5 | 413.7 | 380.0 | 156.9 |
| Ford | 3,722.4 | 2,092.1 | - | - |
| GM | 1,475.2 | 1,273.1 | - | - |
| GreenPower | 4.0 | - | - | - |
| Hexagon Purus | 10.0 | - | 10.0 | - |
| Hyundai | - | - | - | - |
| Isuzu | 16.0 | 17.2 | - | - |
| Lion Electric | 85.0 | - | - | - |
| Mercedes Benz | 215.2 | 233.8 | - | - |
| Micro Bird | 67.0 | - | - | - |
| Navistar | 273.5 | 76.9 | - | 6.8 |

| Manufacturer (Parent Company) | Total 2024 ZEV Credits | Total 2024 Deficits | 2024 ZE Tractor Credits | 2024 Tractor Deficits |
|---|---|---|---|---|
| **Nikola Motors** | 155.0 | - | 155.0 | - |
| **Nissan** | - | 2.0 | - | - |
| **Oshkosh** | 102.0 | - | - | - |
| **Orange EV** | - | - | - | - |
| **Paccar** | 189.0 | 459.9 | 32.5 | 95.0 |
| **Rivian** | 5,016.0 | 250.8 | - | - |
| **Rizon** | 36.0 | - | - | - |
| **Sea Electric** | - | - | - | - |
| **Stellantis** | 201.6 | 931.9 | - | - |
| **Tesla** | 155.0 | - | 155.0 | - |
| **Volvo** | 254.0 | 65.1 | 177.5 | 46.0 |
| **XOS Trucks** | 261.0 | - | - | - |
| **Total** | 13,688.9 | 5,816.5 | 1,055.0 | 304.7 |

**Manufacturer Credit Transfers**

- I. Advanced Clean Trucks Credits

5

Table 3 displays the ACT credit traded between manufacturers through 2025 and reported by March 30, 2025.

Table 3 - ACT Credit Trades

| From (Transferor) | To (Transferee) | Credits | Vehicle Model Year | Vehicle Class | Credit Type | Year of Trade |
|---|---|---|---|---|---|---|
| Rivian | PACCAR | 200.0 | 2022 | Class 2b-3 | ZEV | 2024 |
| Rivian | PACCAR | 1,300.0 | 2023 | Class 2b-3 | ZEV | 2024 |
| Rivian | Ford | 6,925.6 | 2023 | Class 2b-3 | ZEV | 2024 |
| Nikola | Volvo | 120.0 | 2022 | Class 7-8 Tractor | ZEV | 2024 |
| Nikola | Volvo | 22.5 | 2023 | Class 7-8 Tractor | ZEV | 2024 |
| Tesla | PACCAR | 145.0 | 2023 | Class 7-8 Tractor | ZEV | 2024 |
| Nikola | Stellantis | 155.0 | 2024 | Class 7-8 Tractor | ZEV | 2025 |
| Tesla | PACCAR | 105.0 | 2024 | Class 7-8 Tractor | ZEV | 2025 |

- II. Advanced Clean Cars Credits

*Table 4 displays the number of ZEVs that are being allocated to earn ACC credits and the number of ACT credits that were forgone with the transfer.*

Table 4 - ACT Credit Allocations to ACC from 2021 through 2024 Model Years

6

| Manufacturer (Parent Company) | Number of Class 2b/3 ZEVs Allocated to ACC | Total ACT Credits Forgone with the Transfer to ACC | Model Year |
| --- | --- | --- | --- |
| Ford | 1,233 | 986.4 | 2022 |
| Rivian | 5,039 | 4,031.2 | 2022 |
| Rivian | 936 | 748.8 | 2023 |
| General Motors | 5,104 | 4,083.2 | 2024 |
| Tesla | 10,016 | 8,012.8 | 2024 |

## Manufacturer Credit Balances

Table 5 displays the credit balances for each manufacturer from 2021 to 2024 MY data reported in Advanced Clean Trucks Reporting System. The ZEV credit balance reflects the remaining total credit balance for each manufacturer as of March 30, 2025.

Table 5 – Net Total ZEV and Tractor Credit Balance

| Manufacturer (Parent Company) | Total Credit Balance at the End of 2024 | Tractor Credit Balance at the End of 2024 |
| --- | --- | --- |
| **Autocar** | **184.0** | - |
| **Battle Motors** | **2.0** | - |
| **Blue Bird** | **1,257.0** | - |
| **BYD** | **624.5** | **412.5** |

7

| Manufacturer (Parent Company) | Total Credit Balance at the End of 2024 | Tractor Credit Balance at the End of 2024 |
|---|---|---|
| **Daimler** | **698.3** | **633.1** |
| **Ford** | **13,127.9** | **-** |
| **GM** | **655.5** | **-** |
| **GreenPower** | **235.0** | **-** |
| **Hexagon Purus** | **10.0** | **10.0** |
| **Hyundai** | **87.5** | **87.5** |
| **Isuzu** | **-1.2** | **-** |
| **Lightning eMotors** | **184.4** | **-** |
| **Lion Electric** | **164.5** | **-** |
| **Mercedes Benz** | **-18.6** | **-** |
| **Micro Bird** | **103.0** | **-** |
| **Motiv** | **67.0** | **-** |
| **Navistar** | **812.8** | **-** |
| **Nikola Motor** | **-** | **-** |
| **Nissan** | **-2.0** | **-** |

8

| Manufacturer (Parent Company) | Total Credit Balance at the End of 2024 | Tractor Credit Balance at the End of 2024 |
|---|---|---|
| **Orange EV** | 420.0 | - |
| **Oshkosh** | 102.0 | - |
| **Paccar** | 1,876.1 | 430.0 |
| **Rivian** | 4,765.2 | - |
| **Rizon** | 36.0 | - |
| **Sea Electric** | 32.0 | - |
| **Stellantis** | -575.3 | - |
| **Tesla** | 50.0 | 50.0 |
| **Volvo** | 1,130.9 | 1,046.5 |
| **XOS Trucks** | 751.5 | - |
| **Totals** | 26,781.2 | 2,676.4 |

## ZEV Sales Trend

The following figure shows that reported annual vehicle sales and annual ZEV sales have increased for the fourth consecutive year. In addition, the percentage of ZEV sales has also increased each year with the 2024 MY ZEV sales accounting for 22.8% of total sales.

Figure 1 – Annual Sales and Annual ZEV Sales Trend

9



## ZEV Sales Summary

In 2024, manufacturers sold 30,026 ZEVs which accounted for 22.8% of total annual sales. Since ACT reporting began, total ZEV sales and total vehicle sales have increased for the fourth consecutive year with 2024 representing the highest ZEV sales percentage and annual ZEVs sold to date.

Most manufacturers have earned excess ZEV credits beyond 2024 model-year targets, including Autocar, Bluebird, BYD, Daimler, Ford, GreenPower, GM, Hexagon Purus, Hyundai, Lion Electric, Micro Bird, Motiv, Navistar, Nikola Motors, Orange EV, Oshkosh, PACCAR, Rivian, Rizon, Sea Electric, Tesla, Volvo, and XOS Trucks.

This report satisfies the public disclosure requirement provided in Cal.Code Regs., tit. 13, §1963.5 (a)(3).

[1] NZEV is an on-road hybrid electric vehicle that has the capability to charge the battery from an off- vehicle conductive or inductive electric source and achieves minimum all-electric range.

(800) 242-4450 | helpline@arb.ca.gov
1001 I Street, Sacramento, CA 95814
P.O. Box 2815, Sacramento, CA 95812



Copyright © 2025 State of California