# **Exhibit 4**



# Voluntary Fireplace Program

## Basic Information

EPA's Voluntary Fireplace Program encourages the development and sale of lower-emitting wood-burning fireplaces and retrofit devices. The program covers new masonry and prefabricated (low-mass) fireplaces, as well as retrofit devices for existing fireplaces. Fireplace retrofits can reduce pollution up to 70 percent if installed properly

In order to qualify a fireplace or retrofit device, manufacturers must follow detailed certification and qualification steps per the partnership agreement, and models must be tested by an accredited independent laboratory <https://epa.gov/burnwise/epa-approved-test-labs-and-third-party-certifiers-residential-wood-heaters>. EPA has sole responsibility for qualifying models under the Voluntary Fireplace Program.

**Note: The wood-burning fireplaces and retrofit devices that "qualify" under the EPA's Voluntary Fireplace Program are not "certified" per EPA's Wood Heater New Source Performance Standard.**

To participate in the Voluntary Fireplace Program manufacturers must:

- Sign EPA's partnership agreement <https://epa.gov/burnwise/burn-wise-fireplace-program-partnership-agreement>

## Related Information

- Program partners <https://epa.gov/burnwise/voluntary-fireplace-program-partners>
- Qualified fireplaces and retrofit devices <https://epa.gov/burnwise/list-qualified-fireplaces-and-fireplace-retrofit-devices>
- Consumers: fireplace and fireplace retrofit information <https://epa.gov/burnwise/choosing-right-fireplace-or-fireplace-retrofit-device>

- Use a descriptive hang tag on fireplaces and retrofit devices to provide information on emissions

  - Fireplace Hang Tag <https://epa.gov/burnwise/fireplace-and-retrofit-device-hang-tags>

  - Fireplace Retrofit Device Hang Tag <https://epa.gov/burnwise/fireplace-and-retrofit-device-hang-tags>

- Display information about the voluntary program in fireplace sales areas

- Include text in the owner's manual of each qualified model about proper operation and maintenance, including how and what to burn

- Submit sales and test data on improved fireplaces

# Test Method

Fireplaces will be tested using ASTM methods E2558 and E2515, as outlined in the partnership agreement <https://epa.gov/burnwise/burn-wise-fireplace-program-partnership-agreement>. EPA will qualify models achieving a Phase 2 particulate matter emission level of 5.1 g/kg.

# Program Support

EPA provides program support to assist partners, and to encourage the purchase of cleaner, more efficient fireplaces, including:

- Labels for models that meet the EPA program requirements

- Program fact sheet and Questions & Answers <https://epa.gov/burnwise/voluntary-fireplace-program-frequent-questions-and-fact-sheet>

- Outreach materials <https://epa.gov/burnwise/burn-wise-outreach-materials-burn-wood-right-way>

Wood-burning appliances that qualify under the EPA's Voluntary Fireplace Program are not certified per EPA's Wood Heater New Source Performance Standard. Contact your state or local air quality agency <https://epa.gov/burnwise/wood-smoke-resources-your-state> for clarification on wood-burning appliances that may legally be installed in your area.

If you are a manufacturer and would like to participate in the program, email Burn Wise at Burnwise@epa.gov.

- 📄 EPA Voluntary Fireplace Program Partnership Agreement (pdf) <https://www.epa.gov/sites/default/files/2013-11/documents/fppartnershipagreement0612.pdf> (589.45 KB)

Last updated on June 6, 2025

- 📄 EPA Voluntary Fireplace Program Partnership Agreement (pdf) <https://www.epa.gov/