# Exhibit 5



# About Store Certification

**On this page:**

- GreenChill Certification
- How to Apply for Certification
- Application Process
- New Eligibility Criteria in 2025
- Store Certification Document Library

Any food retail store - whether the store is existing, newly constructed, or remodeled - can apply for GreenChill Store Certification. **There is no fee to apply.**

> New criteria is coming in 2025.

## GreenChill Certification

The U.S. EPA's GreenChill Program recognizes individual food retail stores' achievements in environmentally friendlier refrigeration through its Store Certification Program. Stores earn certification by achieving specific environmental performance criteria that go above and beyond federal requirements. Any food retail store (e.g., supermarkets, grocery stores, cooperatives, supercenters, and wholesale clubs) in the United States can apply.

### Key Resources

- 📄 Draft GreenChill Store Certification Guidance (pdf) <https://www.epa.gov/system/files/documents/2024-11/draft-greenchill-store-certification-new-guidance-2025.pdf> (349.79 KB)

There are many benefits to participating in the GreenChill Store Certification Program, including:

- **Protect the Environment, Save Money.** A typical food retail store's refrigeration system leaks about one quarter of its refrigerant charge each year, which can impact a store's financial outlook, contribute to climate change, and harm the ozone layer. GreenChill Certified Stores go above and beyond federal requirements to address these environmental concerns while reducing refrigerant and maintenance costs.

- **Earn Publicity.** GreenChill recognizes Certified Stores during an annual recognition event <https://epa.gov/greenchill/greenchill-recognition>, shares information on Certified Stores on the GreenChill website and social media platforms, and provides materials to help stores promote their environmental achievements.

- **Demonstrate Commitment to Sustainability.** Today's customers want to do business with stores that share their values. Achieving GreenChill Store Certification for your store provides recognition of your company's leadership in and commitment to environmental protection.

# How to Apply for Certification

Any food retail store in the United States can apply for GreenChill Store Certification, whether the store is newly constructed, fully operational, or remodeled. To apply for certification, a store must fill

- 📄 Sample GreenChill Store Certification Application (xlsx) <https://www.epa.gov/system/files/documents/2024-11/sample-greenchill-store-certification-application.xlsx> (722.67 KB)

- 📄 Legacy GreenChill Store Certification Criteria (pdf) <https://www.epa.gov/sites/default/files/documents/gcstorecert.pdf> (128.6 KB)

- Legacy GreenChill Store Certification Program Guidance <https://epa.gov/greenchill/greenchill-store-certification-program-guidance>

in the Store Certification Application Workbook <https://epa.gov/system/files/documents/2024-11/sample-greenchill-store-certification-application.xlsx> with the store's type and amount of refrigerants, refrigeration loads, refrigerant emissions, and technologies. All newly constructed stores must be leak tested at installation according to the standards in GreenChill Installation Leak Tightness Guidelines <https://epa.gov/sites/default/files/documents/leakguidelines.pdf>. Once a store has submitted its application, EPA will review the information to confirm and issue certification. GreenChill Certification is valid for one year. After one year, stores must reapply to retain GreenChill Certification. GreenChill certification may be re-earned annually, as long as a store meets the certification criteria on an annual basis. Applications are accepted on a rolling basis. There is no fee to apply.

- GreenChill Bulk Application (xlsx) <https://www.epa.gov/system/files/documents/2022-07/bulk-application-for-greenchill-store-certification.xlsx> (673.94 KB)
- GreenChill Certification Form: Newly Constructed Stores (docx) <https://www.epa.gov/sites/default/files/2013-12/greenchilartcertformnewconstruction_12_3_13_0.docx> (140.42 KB)
- GreenChill Certification Form: Operational Stores (doc) <https://www.epa.gov/sites/default/files/2018-10/greenchillartcertformoperationalstores_10.8.2018.doc> (246 KB, 2018/08/10)

## Application Process

The GreenChill Store Certification application process follows four steps.

   

Complete Application | Submit Application | Await Notification from EPA | Store Certification and Plaque

### Step 1. Complete the Application

There is a single application workbook <https://epa.gov/system/files/documents/2024-11/sample-greenchill-store-certification-application.xlsx> for stores seeking GreenChill Store Certification. The information required for

each submission depends on the store's installation date, if the store is newly constructed or operational, and if the store has previously earned certification. Guidelines and protocols exist to help companies in the application process. GreenChill has issued a draft guidance <https://epa.gov/system/files/documents/2024-11/draft-greenchill-store-certification-new-guidance-2025.pdf> that describes the criteria in greater detail.

### Step 2. Submit the Application
Email your application and all required attachments to GreenChill@epa.gov.

### Step 3. Await Notification from EPA
Once your application is received, EPA will begin the review process. After a decision is made, EPA will notify you via email.

### Step 4. Store Certification and Plaque
If your store achieves certification, you will receive a digital certificate and an order form for a plaque.

# New Eligibility Criteria in 2025

Stores seeking GreenChill Certification fall into one of two categories, depending on the date their refrigeration equipment was installed. The  Sample GreenChill Store Certification Application (xlsx) <https://www.epa.gov/system/files/documents/2024-11/sample-greenchill-store-certification-application.xlsx> (722.67 KB) automatically conducts calculations and screens stores against these eligibility criteria. Please note that this initial screening is not official until EPA verifies the application and issues certification. Additional information appears in the  Draft GreenChill Store Certification Guidance (pdf) <https://www.epa.gov/system/files/documents/2024-11/draft-greenchill-store-certification-new-guidance-2025.pdf> (349.79 KB) .

- GreenChill Recertification Form (doc) <https://www.epa.gov/sites/default/files/2018-10/greenchillartcertform_recertification_10.8.2018_2.doc> (249.5 KB, 2018/08/10)
- GreenChill Store Certification Fact Sheet (pdf) <https://www.epa.gov/sites/default/files/2020-11/documents/gc_storecertprogram_11.12.20.pdf> (441.91 KB, January 2025)
- View all GreenChill resources <https://epa.gov/greenchill/resources-and-reports>

## Category 1 – Installed before January 1, 2025

GreenChill will evaluate the store to determine if it qualifies as GreenChill Silver-, Gold-, or Platinum-Level.

| Level | GWP-weighted Refrigerant Charge-to-Load Ratio (pounds/MBTU/hour) | GWP-weighted Annual Emissions-to-Load (MTCO$_2$e/MBTU/hour) |
|---|---|---|
| Platinum | <1,600 | <0.03 |
| Gold | 1,600-2,000 | 0.03-0.08 |
| Silver | >2,000-2,400 | >0.08-0.13 |

MTCO$_2$e: metric tons carbon dioxide equivalent

## Category 2 – Installed after January 1, 2025

GreenChill will evaluate the store to determine if it qualifies as "GreenChill Certified."

| Category 2 stores must meet *all* these criteria | Category 2 stores must meet at least *two* of the following criteria |
|---|---|
| <ul><li>Use of primary refrigerant with GWP <150</li><li>Low charge-to-load ratio equivalent to Category 1 Platinum-Level</li><li>New installs: Leak tightness testing</li><li>Operational: Emissions rate equivalent to Category 1 Platinum-Level</li></ul> | <ul><li>Use of primary refrigerant with GWP <10</li><li>Use of qualifying advanced technology</li><li>Use of an approved technician training program</li><li>Use of refrigerant in HVAC systems with GWP <400</li><li>Use of reclaimed refrigerant for initial charge and/or servicing, or recovery of refrigerant for reclaim</li></ul> |

# Store Certification Document Library

- 📄 Draft GreenChill Store Certification Guidance (pdf) <https://www.epa.gov/system/files/documents/2024-11/draft-greenchill-store-certification-new-guidance-2025.pdf> (349.79 KB)
- 📄 Sample GreenChill Store Certification Application (xlsx) <https://www.epa.gov/system/files/documents/2024-11/sample-greenchill-store-certification-application.xlsx> (722.67 KB)
- 📄 Legacy GreenChill Store Certification Program Guidance (pdf) <https://www.epa.gov/sites/default/files/2020-11/documents/greenchill_store_certification_program_guidance_11.12.20.pdf> (435.11 KB)
- 📄 Legacy GreenChill Store Certification Criteria (pdf) <https://www.epa.gov/sites/default/files/documents/gcstorecert.pdf> (128.6 KB)
- 📄 GreenChill Store Certification Bulk Application Guidance (pdf) <https://www.epa.gov/system/files/documents/2022-07/bulk-application-guidance-document.pdf> (373.59 KB)
- 📄 GreenChill Bulk Application (xlsx) <https://www.epa.gov/system/files/documents/2022-07/bulk-application-for-greenchill-store-certification.xlsx> (673.94 KB)
- 📄 GreenChill Certification Form: Newly Constructed Stores (docx) <https://www.epa.gov/sites/default/files/2013-12/greenchilartcertformnewconstruction_12_3_13_0.docx> (140.42 KB)
- 📄 GreenChill Certification Form: Operational Stores (doc) <https://www.epa.gov/sites/default/files/2018-10/greenchillartcertformoperationalstores_10.8.2018.doc> (246 KB, 2018/08/10)
- 📄 GreenChill Recertification Form (doc) <https://www.epa.gov/sites/default/files/2018-10/greenchillartcertform_recertification_10.8.2018_2.doc> (249.5 KB, 2018/08/10)
- 📄 GreenChill Installation Leak Tightness Guidelines (pdf) <https://www.epa.gov/sites/default/files/documents/leakguidelines.pdf> (456.1 KB)
- 📄 Installation Leak Tightness Testing Verification Form (docx) <https://www.epa.gov/sites/default/files/2013-08/leak_tightness_testing_verification_form_5_15_13_2.docx> (240.54 KB)
- 📄 GreenChill Store Certification Protocol for Combined Systems (pdf) <https://www.epa.gov/sites/default/files/2020-11/documents/greenchill_protocol_for_combined_refrigeration_and_ac_systems_11.12.20.pdf> (265.13 KB)
- 📄 GreenChill Store Certification Protocol for Separate Sub-Cooling Racks (pdf) <https://www.epa.gov/sites/default/files/2020-11/documents/greenchill_protocol_for_separate_sub_cooling_racks_11.12.20.pdf> (221.27 KB)

- 📄 GreenChill Store Certification Protocol for Prep Room Refrigeration (pdf) <https://www.epa.gov/sites/default/files/2020-11/documents/greenchill_protocol_for_stores_with_prep_room_refrigeration_11.12.20.pdf> (223.44 KB)

- 📄 GreenChill Protocol for a Refrigeration Rack with an AC Load (pdf) <https://www.epa.gov/sites/default/files/2020-11/documents/greenchill_protocol_for_a_refrigeration_rack_with_an_ac_load_11.12.20.pdf> (266.38 KB)

- 📄 Greenchill Store Certification Protocol for Condensing Units (pdf) <https://www.epa.gov/sites/default/files/2020-11/documents/greenchill_store_certification_protocol_for_condensing_units_11.12.20.pdf> (100.09 KB)

- 📄 GreenChill Store Certification Protocol for Self-Contained Cases as the Primary System (pdf) <https://www.epa.gov/sites/default/files/2020-11/documents/greenchill_store_certification_protocol_self_contained_cases_as_primary_system_11.12.20.pdf> (229.59 KB)

Last updated on April 11, 2025