# Exhibit 7



**The FTC is closed due to the lapse in funding**

Learn about the status of FTC online services and website information updates during the lapse in funding.



For Release

# FTC Resolves Antitrust Concerns Arising from Clean Truck Partnership

Truck manufacturers agree to act independently and avoid entering into future anticompetitive agreements with a state regulator

August 12, 2025

**Tags:** Competition | Bureau of Competition | Energy | Manufacturing

Today, the Federal Trade Commission closed its investigation into whether several truck and engine manufacturers and their trade association violated the antitrust laws by entering the "Clean Truck Partnership" with the California Air Resources Board (CARB). The Commission has determined that written commitments made by the manufacturers to the Commission, backed by reporting and disclosure obligations, have accomplished the objectives of this investigation.

Four manufacturers—Daimler Truck, International Motors, PACCAR, and Volvo Group—control up to 99% of the heavy-duty truck market in the United States. Under the Clean Truck Partnership, these four manufacturers agreed in 2023 to abide by a series of CARB regulations limiting truck sales and greenhouse gas emissions. The Commission's view, detailed in the closing statement, is that the structure of the Clean Truck Partnership raised several antitrust concerns:

- The agreement forced manufacturers to produce "zero emissions" engines rather than internal combustion engines, and these output restrictions remained in place even if the CARB regulations were later invalidated;

- The agreement did not foreclose one truck manufacturer from enforcing its restrictions against a competing truck manufacturer; and

- The agreement locked in place terms with limited political accountability and opportunity for elected officials to modify them.

Since the FTC opened its investigation, President Trump has signed legislation revoking CARB's waivers from the Environmental Protection Agency, and the manufacturers largely have disclaimed the Clean Truck Partnership agreement. The FTC moved quickly to obtain major commitments from the four truck manufacturers and their trade association that would build on those developments.

"CARB's regulatory overreach posed a major threat to American trucking and, in our view, presented serious antitrust concerns," said Taylor C. Hoogendoorn, Deputy Director of the Bureau of Competition. "The Bureau is pleased that the leading heavy-duty truck manufacturers agreed to a course correction. The Commission's swift action will put the Clean Truck Partnership squarely in the rearview mirror and prevent repeats of CARB's troubling regulatory gambit."

The letters from Daimler Truck, International Motors, PACCAR, and Volvo Group to the Commission state that the Clean Truck Partnership is unenforceable and that none of the manufacturers has ever or will ever attempt to enforce the Clean Truck Partnership's terms against another manufacturer. Additionally, the manufacturers commit to acting independently and without regard for the Clean Truck Partnership's restrictive provisions in attempting to sell heavy-duty trucks. Importantly, the manufacturers also agree not to enter any restrictive agreement with a U.S. state regulator or government permitting cross-enforcement among competitors or containing an agreement to comply with regulatory limits a state has no authority to impose or enforce.

To bolster that prospective relief, the Truck & Engine Manufacturers Association, which represents a much larger range of truck manufacturers and was involved in negotiating the Clean Truck Partnership, has also agreed not to negotiate or enter into future agreements like the Clean Truck Partnership on behalf of its members.

The Commission vote agreeing to close the investigation and accept the letter commitments was 3-0. Chairman Andrew N. Ferguson issued a statement joined by Commissioner Melissa Holyoak and Commissioner Mark R. Meador.

The Federal Trade Commission works to promote competition, and to protect and educate consumers. The FTC will never demand money, make threats, tell you to transfer money, or promise

you a prize. You can learn more about how competition benefits consumers, file an antitrust complaint, or comment on a proposed merger. For the latest news and resources, follow the FTC on social media, subscribe to press releases, and read our blog.

## Contact Information

### Media Contact

Christopher Bissex
Office of Public Affairs
202-326-2446