1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MYUNG J. PARK, State Bar No. 210866
   Supervising Deputy Attorney General
3  BENJAMIN P. LEMPERT, State Bar No. 344239
   DAVID M. MEEKER, State Bar No. 273814
4  CECILIA D. SEGAL, State Bar No. 310935
   JONATHAN A. WIENER, State Bar No. 265006
5  M. ELAINE MECKENSTOCK, State Bar No. 268861
   Deputy Attorney General
6    1515 Clay Street, 20th Floor
     P.O. Box 70550
7    Oakland, CA  94612-0550
     Telephone:  (510) 879-0299
8    Fax:  (510) 622-2270
     E-mail:  Elaine.Meckenstock@doj.ca.gov
9  *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAIMLER TRUCK NORTH AMERICA, LLC; INTERNATIONAL MOTORS, LLC; PACCAR, INC.;** and **VOLVO GROUP NORTH AMERICA, LLC,**<br><br>Plaintiffs,<br><br>**THE UNITED STATES OF AMERICA;** and **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br><br>Plaintiff-Intervenors<br><br>v.<br><br>**CALIFORNIA AIR RESOURCES BOARD, STEVEN S. CLIFF,** in his official capacity as the Executive Officer of the California Air Resources Board; and **GAVIN NEWSOM,** in his official capacity as the Governor of California,<br><br>Defendants. | 2:25-cv-02255-DC-AC<br><br>**DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE NOTICE OF CASE FILED IN CALIFORNIA SUPERIOR COURT** |

1

1    Under Local Rule 233 and Section I-E of this Court's Standing Order in Civil Cases, Defendants respectfully request administrative relief: leave to file notice of a case filed by the California Air Resources Board (CARB) in the Superior Court of California, County of Alameda, on October 27, 2025, against Daimler Truck North America LLC; International Motors, LLC; PACCAR Inc; and Volvo Group North America LLC (all Plaintiffs here). Defendants seek to apprise the Court of *CARB v. Daimler Truck North America LLC* out of candor and to provide the Court and all parties with full information in advance of the hearing on Plaintiffs' and Plaintiff-Intervenors' Motions for a Preliminary Injunction on October 31, 2025.

In the Superior Court case—*CARB v. Daimler Truck North America LLC, et al.*—CARB alleges that these entities breached a valid and enforceable contract with CARB—the Clean Truck Partnership (CTP)—by disavowing any intention to comply with the sales commitments to which they voluntarily agreed. This is not appropriate for a notice of related case under Local Rule 123 because *CARB v. Daimler Truck North America* was not "filed within the Eastern District." *Coldwell Solar, Inc. v. ACIP Energy LLC*, No. 2:20-CV-00768-TLN-CKD, 2021 WL 3857981, at *3 (E.D. Cal. Aug. 30, 2021). It is also not "based on the same or a similar claim," E.D. Cal. L.R. 123, as the private party Plaintiffs here do not allege breach of contract, *see* ECF 1. Thus, to the extent notifying the Court of this case constitutes filing "supplementary material" under Local Rule 230(m), Defendants require leave to do so.

Defendants informed Plaintiffs and Plaintiff-Intervenors of *CARB v. Daimler Truck North America* and this motion during a meet and confer on October 27, 2025. Plaintiffs and Plaintiff-Intervenors were unable to provide their position on this motion during the meet and confer. Defendants are filing this motion without that position in the interest of providing the parties and the Court with notice of this development with as much time as possible before the October 31 hearing on Plaintiffs' and Plaintiff-Intervenors' Motions for a Preliminary Injunction.

| | |
|---|---|
| Dated: October 27, 2025 | Respectfully submitted,<br><br>ROB BONTA<br>Attorney General of California<br>MYUNG J. PARK<br>Supervising Deputy Attorney General<br><br><br>*/s/ M. Elaine Meckenstock*<br>M. ELAINE MECKENSTOCK<br>Deputy Attorney General<br>*Attorneys for Defendants* |

3

Defendants' Mot. for Admin. Relief for Leave to File Notice of Cal. Superior Court Case (2:25-cv-02255-DC-AC)