IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAIMLER TRUCK NORTH AMERICA, LLC; INTERNATIONAL MOTORS, LLC; PACCAR, INC.;** and **VOLVO GROUP NORTH AMERICA, LLC,**<br><br>Plaintiffs,<br><br>**THE UNITED STATES OF AMERICA;** and **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br><br>Plaintiff-Intervenors<br><br>v.<br><br>**CALIFORNIA AIR RESOURCES BOARD, STEVEN S. CLIFF,** in his official capacity as the Executive Officer of the California Air Resources Board**;** and **GAVIN NEWSOM,** in his official capacity as the Governor of California**,**<br><br>Defendants. | 2:25-cv-02255-DC-AC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE NOTICE OF CASE FILED IN CALIFORNIA SUPERIOR COURT** |

1

For good cause shown, Defendants' Motion for Administrative Relief for Leave to File Notice of Case Filed in California Superior Court is **GRANTED**. Defendants' [Proposed] Notice of Case Filed in California Superior Court is deemed filed as proposed.

**IT IS SO ORDERED.**

Dated: _____       _____
                                                                                                    Honorable Dena Coggins
                                                                                                    United States District Court Judge

2

[Proposed] Order Granting Defendants' Mot. for Admin. Relief for Leave to File Notice (2:25-cv-02255-DC-AC)