Rob Bonta, State Bar No. 202668
Attorney General of California
Myung J. Park, State Bar No. 210866
Supervising Deputy Attorney General
Benjamin P. Lempert, State Bar No. 344239
David M. Meeker, State Bar No. 273814
Cecilia D. Segal, State Bar No. 310935
Jonathan A. Wiener, State Bar No. 265006
M. Elaine Meckenstock, State Bar No. 268861
Deputy Attorney General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-0299
 Fax:  (510) 622-2270
 E-mail:  Elaine.Meckenstock@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAIMLER TRUCK NORTH AMERICA, LLC; INTERNATIONAL MOTORS, LLC; PACCAR, INC.;** and **VOLVO GROUP NORTH AMERICA, LLC,**<br><br>Plaintiffs,<br><br>**THE UNITED STATES OF AMERICA;** and **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br><br>Plaintiff-Intervenors<br><br>v.<br><br>**CALIFORNIA AIR RESOURCES BOARD, STEVEN S. CLIFF,** in his official capacity as the Executive Officer of the California Air Resources Board; and **GAVIN NEWSOM,** in his official capacity as the Governor of California**,**<br><br>Defendants. | 2:25-cv-02255-DC-AC<br><br>**DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND CASE MANAGEMENT DEADLINES** |

1

Defendants' Mot. for Admin. Relief to Extend F.R.C.P. 26(f) Deadlines (2:25-cv-02255-DC-AC)

1    Under Local Rule 233 and Section I-E of this Court's Standing Order in Civil Cases, Defendants respectfully request administrative relief: an extension of time for the parties to confer under Federal Rule of Civil Procedure 26 and Local Rule 240(b) until two months after the hearing on Defendants' pending motions to dismiss—to allow the Court to rule on those motions and potentially significantly limit the scope of any discovery. The current deadline for the parties to confer under Federal Rule of Civil Procedure 26 and Local Rule 240(b), and to submit a joint status report that includes the Rule 26(f) discovery plan, is November 3, 2025. ECF 12. Defendants request that the Court extend the deadline for the Rule 26 conference and joint status report until after the Court rules on the motions to dismiss to provide the parties with clarity about which defendants and claims remain before the start of discovery.

    Defendants moved to dismiss one or more Defendants and one or more claims from each of the two complaints in this case on October 10, 2025, and noticed the motions for a hearing on November 21, 2025. ECF 77, 78. Plaintiffs and Plaintiff-Intervenors opposed those motions on October 24, 2025. ECF 83, 84. The parties have agreed to extend the deadline for Defendants to file replies in support of their motions to dismiss to November 18, 2025, and to reset the hearing on those motions to December 5, 2025. The parties are currently drafting a Joint Stipulation and Proposed Order to file with the Court.

    Good cause exists to extend the deadline for the Rule 26 conference and joint status report because it will conserve the parties' and the Court's resources by ensuring the parties do not engage in unnecessary discovery. "Where, as here, the operative complaint is challenged by motion practice, delaying discovery until the claims and defenses in the case are better defined reduces expenses, minimizes the burden of unnecessary discovery, and conserves judicial resources." *Zavala v. Kruse-Western, Inc.*, No. 1:19-cv-00239-DAD-SKO, 2019 WL 3219254, at *2 (E.D. Cal. July 17, 2019) (internal quotation marks and citations omitted). Accordingly, courts routinely postpone these Rule 26 deadlines until after motions to dismiss are resolved. *See also, e.g.*, *Contentguard Holdings, Inc. v. ZTE Corp.*, No. 12cv1226-CAB (MDD), 2013 WL 12072533, at *2 (S.D. Cal. Jan. 16, 2013) ("It would be inefficient and cause unnecessary expense for the parties to engage in discovery on claims that may not survive and defenses and

2

Defendants' Mot. for Admin. Relief to Extend F.R.C.P. 26(f) Deadlines (2:25-cv-02255-DC-AC)

counterclaims that may not be asserted."); *Wine v. Merit Sys. Prot. Bd.,* No. 25-CV-03336-JCS, 2025 WL 2721374, at *1 (N.D. Cal. Sept. 24, 2025) (describing procedural history, including grant of federal agency Defendants' request to delay the Rule 26(f) conference until after motion to dismiss was resolved). Defendants have moved to dismiss the Governor from the case entirely and to dismiss six of the seven counts in the private party Plaintiffs' complaint. *See* ECF 77, 78. Thus, if the Court grants Defendants' motions to dismiss, in whole or in part, the Court's ruling could substantially narrow the scope of relevant and proportionate discovery in this case. This short extension will also not prejudice Plaintiffs or Plaintiff-Intervenors.

Defendants met and conferred with Plaintiffs about this motion on October 27, 2025. All Plaintiffs indicated they do not believe discovery is necessary to the claims they intend to pursue. But Plaintiffs were nonetheless unwilling to agree to the requested extension. Rather, Plaintiffs were only willing to agree to extend the current November 3 deadline by nine days to November 12, which would require the parties to move forward with a Rule 26(f) conference in the coming days—well before the Court will hear, much less rule on, Defendants' motions to dismiss. While Plaintiffs indicated discovery is not necessary to pursue their claims, Defendants may seek discovery, depending in part on which Defendants and claims remain in the case.

Defendants respectfully request the Court extend the deadline for the parties to confer under Federal Rule of Civil Procedure 26 and Local Rule 240(b), and to submit a joint status report that includes the Rule 26(f) discovery plan, until February 5, 2026—two months after the Court hears Defendants' motions to dismiss.

Dated: October 27, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

*/s/ M. Elaine Meckenstock*
M. ELAINE MECKENSTOCK
Deputy Attorney General
*Attorneys for Defendants*

3

Defendants' Mot. for Admin. Relief to Extend F.R.C.P. 26(f) Deadlines (2:25-cv-02255-DC-AC)