1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DAIMLER TRUCK NORTH AMERICA,            No. 2:25-cv-02255-DC-AC
     LLC, et al.,
12
                    Plaintiffs,
13                                            ORDER RELATING AND REASSIGNING
        v.                                    CASE
14
     CALIFORNIA AIR RESOURCES
15   BOARD, et al.,

16                  Defendants.

17   _____

     AMERICAN FREE ENTERPRISE              No.  2:25-cv-03255-TLN-SCR
18   CHAMBER OF COMMERCE,

19                  Plaintiff,             **New Case No.  2:25-cv-03255-DC-AC**

20      v.

21   ENGINE MANUFACTURERS
     ASSOCIATION, et al.
22
                    Defendants.
23
     _____
24

25        An examination of the above-captioned actions reveals that they are related within the

26   meaning of Local Rule 123(a). Accordingly, assignment of the above-captioned actions to the

27   same district judge and magistrate judge will promote substantial efficiency and economy for the

28   court and is likely to be convenient for the parties.

                                                1

1    An order relating cases under this court's Local Rule 123 merely assigns them to the same

2    district judge and magistrate judge—it does not consolidate the cases. The local rules of this

3    district authorize the district judge with the lowest numbered case to order the reassignment of

4    any higher numbered cases to himself or herself, upon determining that this assignment is likely

5    to effect a savings of judicial effort. L.R. 123(c). Such good cause appearing here, the court

6    orders that Case No. 2:25-cv-03255-TLN-SCR is reassigned to the undersigned and Magistrate

7    Judge Allison Claire. The caption on documents filed in the reassigned case shall be shown as:

8    2:25-cv-03255-DC-AC.

9    It is further ordered that the Clerk of the Court make appropriate adjustment in the

10   assignment of civil cases to compensate for this reassignment.

11

12

13    IT IS SO ORDERED.

14   Dated:    **November 25, 2025**

15                                                  Dena Coggins
                                                    United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

2