# Exhibit 1

| | |
|---|---|
| **From:** | Elaine Meckenstock |
| **To:** | Brass, Rachel S.; Fletcher, Stacie B.; David Meeker; Jonathan Wiener; Benjamin Lempert; Cecilia Segal |
| **Cc:** | Stander, Robert (ENRD); Adams, John (ENRD); joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Goodson, Veronica J.T.; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD); Feldman, Will |
| **Subject:** | RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board--Case Management Conference Statement |
| **Date:** | Monday, January 12, 2026 7:31:19 PM |

Dear Rachel,

Thank you for reaching out, and I apologize for the delayed response. Today has been a very busy day here. I first wanted to understand the basis for the January 15 deadline you referenced. We do not see any reference to a meet-and-confer deadline in the court's order setting the February 5 report deadline; and, to the extent you are drawing on Rule 26(f)(1), we do not think the 21 days referenced therein is relevant because there is no conference scheduled with the court and no deadline for the court to issue a scheduling order. Can you share the basis for the January 15 deadline?

In any event, we were planning to reach out this week, as Defendants' position on the Rule 26(f) conference is the same as in the motion we previously filed, and the Court granted: that the parties should not expend resources planning for discovery until the motions to dismiss are resolved. So we would like to know if Plaintiffs would stipulate to a further extension of the Rule 26(f) conference—by 3 months—given that the Court has not yet ruled on the motions to dismiss. If Plaintiffs will not agree, then we will need to meet-and-confer so that we can file another motion.

David and I are available in the following windows to meet-and confer about that extension motion. These windows would also work to meet and confer about other topics, except, to be clear, we are not agreeing to a Rule 26(f) conference. As noted, we think that should come after the parties have had time to assess the district court's order on the motions to dismiss.

- Tuesday, January 13: 1-3 Pacific
- Wednesday, January 14: 12-1 Pacific

Please let us know Plaintiffs' position on extending the case management deadlines, and, in the event we are not in agreement, which of these times works for Plaintiffs to meet and confer. And if Plaintiffs wish to hold a meet and confer that is <u>not</u> the Rule 26(f) conference, please let us know the general subject matter and what times work for you all.

Thanks,
Elaine

---

**From:** Brass, Rachel S. <RBrass@gibsondunn.com>
**Sent:** Friday, January 9, 2026 4:35 PM
**To:** Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; Fletcher, Stacie B. <SFletcher@gibsondunn.com>; David Meeker <David.Meeker@doj.ca.gov>; Jonathan Wiener <Jonathan.Wiener@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; Adams, John (ENRD) <John.Adams3@usdoj.gov>; joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com;

Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Feldman, Will <WFeldman@gibsondunn.com>
**Subject:** Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board--Case Management Conference Statement

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Counsel,

Our deadline to meet and confer in advance of the case management statement due in February is January 15.  Can you please send 3-4 slots next week on or before the 15th when you could have that call?  As a practical matter, we think an hour would be most productive, although we'd hope we can be more efficient.

Best,
Rachel


**Rachel S. Brass**
Partner

T: +1 415.393.8293 | M: +1 415.264.5998
RBrass@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

2