# Exhibit 2

| | |
|---|---|
| **From:** | Elaine Meckenstock |
| **To:** | Brass, Rachel S.; Fletcher, Stacie B.; David Meeker; Jonathan Wiener; Benjamin Lempert; Cecilia Segal |
| **Cc:** | Stander, Robert (ENRD); Adams, John (ENRD); joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Goodson, Veronica J.T.; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD); Feldman, Will |
| **Subject:** | RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board--Case Management Conference Statement |
| **Date:** | Wednesday, January 21, 2026 5:40:43 PM |

Thanks, Rachel.  Will you be able to get back to us tomorrow (Thursday) morning Pacific?  If there is no agreement tomorrow, we are considering filing the motion for admin relief to extend the February 5 deadline—that is, unless Plaintiffs have reconsidered and would stipulate to that (given we seem to be in agreement on taking that off calendar for now).  If the parties are subject to a February 5 deadline, there is work we would need to begin very soon, so we want to get something on file with the court regarding that deadline.

Best,
Elaine

**From:** Brass, Rachel S. <RBrass@gibsondunn.com>
**Sent:** Tuesday, January 20, 2026 4:21 PM
**To:** Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; Fletcher, Stacie B. <SFletcher@gibsondunn.com>; David Meeker <David.Meeker@doj.ca.gov>; Jonathan Wiener <Jonathan.Wiener@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; Adams, John (ENRD) <John.Adams3@usdoj.gov>; joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Feldman, Will <WFeldman@gibsondunn.com>
**Subject:** RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board--Case Management Conference Statement

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Elaine,

Thank you for your note.  Given the holiday, we are still caucusing with our respective clients on your counterproposals.  We will get back to you shortly once we are aligned.

Best,
Rachel

**Rachel S. Brass**
Partner

1

T: +1 415.393.8293 | M: +1 415.264.5998
RBrass@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715

---

**From:** Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>
**Sent:** Friday, January 16, 2026 2:20 PM
**To:** Fletcher, Stacie B. <SFletcher@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; David Meeker <David.Meeker@doj.ca.gov>; Jonathan Wiener <Jonathan.Wiener@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; Adams, John (ENRD) <John.Adams3@usdoj.gov>; joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Feldman, Will <WFeldman@gibsondunn.com>
**Subject:** RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board--Case Management Conference Statement

Dear Rachel and Stacie,

Thank you for drafting a stipulation reflecting the proposal you shared at Wednesday's meet and confer and for confirming then—and over email—that we are in agreement that the Rule 26(f) and other case management deadlines should be vacated or at least extended. We think that is particularly logical in light of Plaintiffs' intentions to amend their complaints to challenge additional actions.

Defendants are willing to agree to Plaintiffs' proposed briefing schedule for the motions for leave to amend. We are also willing to agree to some schedule for the follow-on actions in Plaintiffs' proposal but cannot agree to the dates as proposed. We have no way of knowing when court orders will come that trigger Plaintiffs' proposed deadlines. Accordingly, we think deadlines with only three or seven days to address next steps are too tight, as we or our clients (or both) may be particularly busy or out-of-the-office when those triggers occur. In addition, consistent with our position in the scheduling motion the Court granted, we do not intend to expend significant resources planning for discovery until we know what claims and which Defendants remain in the case after 12(b) motion practice. For that reason, we will need longer than three weeks to prepare for the Rule 26(f) conference. Moreover, we do not understand why the proposed timelines are so tight, given that Plaintiffs waited months to seek leave to amend their complaints (and opted not to do so as of right after the motions to dismiss were filed).

The timelines to which Defendants are willing to agree are reflected in the attached (in redline). We note in this regard that it may well be possible to move more quickly, depending on the circumstances at the time, but we cannot commit to the schedule as proposed when we cannot know now what those future circumstances may be.

We made a few other suggested edits with explanatory comment bubbles.

Please let us know if would like to discuss further or are willing to agree to the revised text and schedule.
Thanks,
Elaine

2

**From:** Fletcher, Stacie B. <SFletcher@gibsondunn.com>
**Sent:** Thursday, January 15, 2026 5:30 PM
**To:** Brass, Rachel S. <RBrass@gibsondunn.com>; Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>; Jonathan Wiener <Jonathan.Wiener@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; Adams, John (ENRD) <John.Adams3@usdoj.gov>; joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Feldman, Will <WFeldman@gibsondunn.com>
**Subject:** RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board--Case Management Conference Statement

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Elaine,

I'm following up given the time difference for many of the counsel in this case.   Regardless, no stipulation or motion needs to be filed tonight, and we are happy to meet and confer about path forward over the next week.  Since we effectively agree on the extension for the CMC deadline, we want to find a path to reduce burden on the court.

Best,
Stacie

**Stacie B. Fletcher**
Partner

T: +1 202.887.3627 | M: +1 202.664.9586
SFletcher@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-5306

**From:** Brass, Rachel S. <RBrass@gibsondunn.com>
**Sent:** Wednesday, January 14, 2026 7:04 PM
**To:** Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; Fletcher, Stacie B. <SFletcher@gibsondunn.com>; David Meeker <David.Meeker@doj.ca.gov>; Jonathan Wiener <Jonathan.Wiener@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal

3

<Cecilia.Segal@doj.ca.gov>
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; Adams, John (ENRD) <John.Adams3@usdoj.gov>; joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Feldman, Will <WFeldman@gibsondunn.com>
**Subject:** RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board--Case Management Conference Statement

Elaine and Robert,

Thank you for your time today. The OEM plaintiffs have prepared the attached stipulation and proposed order. We welcome your comments.

Elaine,

If you do not plan to offer revisions or otherwise agree, we appreciate the courtesy of notice before you file a stand-alone motion with respect to the February 5 CMC deadline.

Best,
Rachel

**Rachel S. Brass**
Partner

T: +1 415.393.8293 | M: +1 415.264.5998
RBrass@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715

---

**From:** Brass, Rachel S. <RBrass@gibsondunn.com>
**Sent:** Tuesday, January 13, 2026 4:01 PM
**To:** Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; Fletcher, Stacie B. <SFletcher@gibsondunn.com>; David Meeker <David.Meeker@doj.ca.gov>; Jonathan Wiener <Jonathan.Wiener@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; Adams, John (ENRD) <John.Adams3@usdoj.gov>; joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Feldman, Will <WFeldman@gibsondunn.com>
**Subject:** RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources

4

Board--Case Management Conference Statement

Elaine,

We are available to meet and confer regarding CARB's anticipated motion, but it is our view that we will also need to use that conference to talk through some case management related items. We read the Court's requirement that we include a "26(f) discovery plan" in her initial case management order, see Dkt. 12 at 2, as adopting the conference timing requirements of that rule. And even to the extent that the 21-day time limit were inapplicable, the rule requires the parties to confer "as soon as practicable," which sounds like is tomorrow given your availability. That said, we understand your position to be that you refuse to discuss the Rule 26(f) topics, so we don't plan on walking through that list.

OEM Plaintiffs are available to confer tomorrow from 12-1 PT and propose using that time to confer regarding Defendants' anticipated motion to move the report due date, Plaintiffs' anticipated motion for leave to amend their complaints, and whether we can agree to a stipulation that addresses both. We understand that time works for the United States as well.

I'm happy to send a Teams and will do so now.

Rachel

**Rachel S. Brass**
Partner

T: +1 415.393.8293 | M: +1 415.264.5998
RBrass@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715

---

**From:** Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>
**Sent:** Monday, January 12, 2026 7:31 PM
**To:** Brass, Rachel S. <RBrass@gibsondunn.com>; Fletcher, Stacie B. <SFletcher@gibsondunn.com>; David Meeker <David.Meeker@doj.ca.gov>; Jonathan Wiener <Jonathan.Wiener@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; Adams, John (ENRD) <John.Adams3@usdoj.gov>; joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Feldman, Will <WFeldman@gibsondunn.com>
**Subject:** RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board--Case Management Conference Statement

5

Dear Rachel,

Thank you for reaching out, and I apologize for the delayed response. Today has been a very busy day here. I first wanted to understand the basis for the January 15 deadline you referenced. We do not see any reference to a meet-and-confer deadline in the court's order setting the February 5 report deadline; and, to the extent you are drawing on Rule 26(f)(1), we do not think the 21 days referenced therein is relevant because there is no conference scheduled with the court and no deadline for the court to issue a scheduling order. Can you share the basis for the January 15 deadline?

In any event, we were planning to reach out this week, as Defendants' position on the Rule 26(f) conference is the same as in the motion we previously filed, and the Court granted: that the parties should not expend resources planning for discovery until the motions to dismiss are resolved. So we would like to know if Plaintiffs would stipulate to a further extension of the Rule 26(f) conference—by 3 months—given that the Court has not yet ruled on the motions to dismiss. If Plaintiffs will not agree, then we will need to meet-and-confer so that we can file another motion.

David and I are available in the following windows to meet-and confer about that extension motion. These windows would also work to meet and confer about other topics, except, to be clear, we are not agreeing to a Rule 26(f) conference. As noted, we think that should come after the parties have had time to assess the district court's order on the motions to dismiss.

- Tuesday, January 13: 1-3 Pacific
- Wednesday, January 14: 12-1 Pacific

Please let us know Plaintiffs' position on extending the case management deadlines, and, in the event we are not in agreement, which of these times works for Plaintiffs to meet and confer. And if Plaintiffs wish to hold a meet and confer that is not the Rule 26(f) conference, please let us know the general subject matter and what times work for you all.

Thanks,
Elaine

---

**From:** Brass, Rachel S. <RBrass@gibsondunn.com>
**Sent:** Friday, January 9, 2026 4:35 PM
**To:** Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; Fletcher, Stacie B. <SFletcher@gibsondunn.com>; David Meeker <David.Meeker@doj.ca.gov>; Jonathan Wiener <Jonathan.Wiener@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; Adams, John (ENRD) <John.Adams3@usdoj.gov>; joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Feldman, Will <WFeldman@gibsondunn.com>
**Subject:** Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board--Case Management Conference Statement

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Counsel,

Our deadline to meet and confer in advance of the case management statement due in February is January 15. Can you please send 3-4 slots next week on or before the 15th when you could have that call? As a practical matter, we think an hour would be most productive, although we'd hope we can be more efficient.

Best,
Rachel


**Rachel S. Brass**
Partner

T: +1 415.393.8293 | M: +1 415.264.5998
RBrass@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.


CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.