1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MYUNG J. PARK, State Bar No. 210866
   Supervising Deputy Attorney General
3  BENJAMIN P. LEMPERT, State Bar No. 344239
   M. ELAINE MECKENSTOCK, STATE BAR NO. 268861
4  CECILIA D. SEGAL, State Bar No. 310935
   JONATHAN A. WIENER, State Bar No. 265006
5  DAVID M. MEEKER, STATE BAR NO. 273814
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA  94244-2550
     Telephone:  (916) 210-6130
8    E-mail:  David.Meeker@doj.ca.gov
   *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAIMLER TRUCK NORTH AMERICA, LLC; INTERNATIONAL MOTORS, LLC; PACCAR, INC.;** and **VOLVO GROUP NORTH AMERICA, LLC,**<br><br>Plaintiffs,<br><br>**THE UNITED STATES OF AMERICA;** and **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br><br>Plaintiff-Intervenors<br><br>v.<br><br>**CALIFORNIA AIR RESOURCES BOARD, STEVEN S. CLIFF,** in his official capacity as the Executive Officer of the California Air Resources Board**;** and **GAVIN NEWSOM,** in his official capacity as the Governor of California**,**<br><br>Defendants. | 2:25-cv-02255-DC-AC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO VACATE AND STAY CASE MANAGEMENT DEADLINES PENDING RESOLUTION OF PLEADING-STAGE MOTIONS** |

1

1   For good cause shown, Defendants' Motion for Administrative Relief to vacate and stay
2 case management deadlines pending resolution of pleading-stage motions is **GRANTED**. The
3 current case management deadlines are vacated and stayed. The parties shall submit a joint status
4 report to the Court within 45 days after the Court rules on pleading-stage motions.

6  **IT IS SO ORDERED.**

8  Dated: _____     _____
                                              Honorable Dena Coggins
9                                             United States District Court Judge