| | |
|---|---|
| 1 | ROB BONTA, State Bar No. 202668<br>Attorney General of California |
| 2 | MYUNG J. PARK, State Bar No. 210866<br>Supervising Deputy Attorney General |
| 3 | BENJAMIN P. LEMPERT, State Bar No. 344239<br>DAVID M. MEEKER, State Bar No. 273814 |
| 4 | CECILIA D. SEGAL, STATE BAR NO. 310935<br>JONATHAN A. WIENER, State Bar No. 265006 |
| 5 | M. ELAINE MECKENSTOCK, State Bar No. 268861<br>Deputy Attorney General |
| 6 | 1515 Clay Street, 20th Floor<br>P.O. Box 70550 |
| 7 | Oakland, CA  94612-0550<br>Telephone:  (510) 879-0299 |
| 8 | Fax:  (510) 622-2270<br>E-mail:  Elaine.Meckenstock@doj.ca.gov |
| 9 | *Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAIMLER TRUCK NORTH AMERICA, LLC; INTERNATIONAL MOTORS, LLC; PACCAR, INC.;** and **VOLVO GROUP NORTH AMERICA, LLC,**<br><br>Plaintiffs,<br><br>**THE UNITED STATES OF AMERICA;** and **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>**CALIFORNIA AIR RESOURCES BOARD, STEVEN S. CLIFF,** in his official capacity as the Executive Officer of the California Air Resources Board; and **GAVIN NEWSOM**, in his official capacity as the Governor of California,<br><br>Defendants. | 2:25-cv-02255-DC-AC<br><br>**DECLARATION OF M. ELAINE MECKENSTOCK IN SUPPORT OF DEFENDANTS' RESPONSE AND PARTIAL OPPOSITION TO OEM PLAINTIFFS' MOTION FOR LEAVE TO AMEND THEIR COMPLAINT**<br><br>Date:        N/A (ECF 112)<br>Judge:       The Honorable Dena Coggins<br>Trial Date:  Not Set<br>Action Filed: August 11, 2025 |

I, M. Elaine Meckenstock, declare as follows:

1. I am a Deputy Attorney General in the California Attorney General's Office, counsel for Defendants in this matter, and admitted to practice in this Court. Unless otherwise indicated, this Declaration is based on my personal knowledge, and, if called as a witness, I could and would testify to the statements herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Order Granting Ex Parte Application for Extension of Time to Serve Summons and Complaint issued by Alameda Superior Court on December 24, 2025 in *CARB v. Daimler, et al.*, Case No. 25CV151420.

3. Attached hereto as **Exhibit B** is a true and correct copy of an email to OEM Plaintiffs' counsel in which I explained that a three-day deadline to meet and confer after the filing of any amended complaint was too tight, particularly given the uncertainty about when the deadline might be triggered.

4. I am lead counsel on this matter, as well as in *California v. United States*, Case No. 4:25-cv-04966-HSG in the Northern District of California. In the latter case, oral argument on the United States' motion to dismiss—which includes, but is not limited to, arguments concerning the constitutionality of the congressional resolutions also at issue here—is set for February 19, 2026. Preparing for that argument will occupy a significant portion of my time between now and then, and I will also require time and effort from other attorneys staffed on this case (*Daimler v. CARB*). I am also counsel on a Ninth Circuit protective petition for review challenging some of the same conduct at issue in *California v. United States*, in which we have a reply brief on an abeyance motion due February 13, 2026. And I am also staffed on two Ninth Circuit petitions for review challenging a Clean Air Act authorization granted to California for amendments to the State's regulatory program governing off-road sources of mobile pollution (e.g., portable equipment with engines). California's brief in that case is due March 19, 2026. I am also staffed on several other advice and litigation matters that require regular time and effort and can produce unexpected and urgent deadlines.

5. My colleague Cecilia Segal is staffed on this case, and is also lead counsel in *Am. Free Enter. Chamber of Com. v. Cliff*, No. 2:25-cv-03255-DC-AC (E.D. Cal.), the challenge to

the Clean Truck Partnership that is related to this case. She is also lead counsel in the Ninth Circuit appeals challenging denials of motions to intervene in *California v. United States*. There are four such appeals (so far), and the Court has set a briefing schedule with appellants' opening briefs due February 25, 2026 and a consolidated answering brief from California due March 27, 2026. She is also lead and/or supporting counsel in three other active litigation matters that require regular time and effort, and in which unexpected and urgent deadlines may arise.

6. My other colleagues staffed on this case are similarly busy. Indeed, at least two of them are likely unavailable for work on this matter for at least the next several weeks (or longer) due to the demands of their other cases.

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on January 30, 2026.

>    /s/ M. Elaine Meckenstock
>    Deputy Attorney General
>    *Attorney for Defendants*