# Exhibit A

FILED
Superior Court of California
County of Alameda

12/24/2025

Chad Flke, Executive Officer/Clerk of the Court
By: _____ Deputy
        B. Mercado

1

2

3

4

5

6

7

8

9

10

11

12

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ALAMEDA

13

| | |
|---|---|
| **CALIFORNIA AIR RESOURCES BOARD,** | Case No. 25CV151420 |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT** |
| **DAIMLER TRUCK NORTH AMERICA LLC, INTERNATIONAL MOTORS, LLC, PACCAR INC., & VOLVO GROUP NORTH AMERICA LLC, AND DOES 1-100, INCLUSIVE,** | Directed to Judge Chatterjee's Work Queue |
| Defendants. | Date:<br>Time:<br>Dept:       21<br>Judge:      Hon. Somnath Raj Chatterjee<br><br>Trial Date:   Not Set<br>Action Filed: Oct. 27, 2025 |

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Electronically Received 12/23/2025 03:59 PM

1

1    **[PROPOSED] ORDER GRANTING EX PARTE APPLICATION**

2    Plaintiff California Air Resources Board (CARB) requested that this Court issue an order

3    extending by 90 days the time to serve the Summons and Complaint in this action on Defendants

4    Daimler Truck North America LLC, International Motors, LLC, PACCAR Inc., and Volvo Group

5    North America LLC ("Manufacturers").

6    Plaintiff's request is GRANTED.

7    The new date to complete service of the Summons and Complaint is March 26, 2026,

8    unless otherwise extended by an order of this Court.

9    The date for the case management conference is unchanged.

10    Plaintiff shall give notice to any party that has appeared by the date of the issuance of this

11    Order.

12

13    Dated:  December _, 2025

     12/24/2025

     HON. SOMNATH RAJ CHATTERJEE
14    JUDGE OF SUPERIOR COURT
     COUNTY OF ALAMEDA
15    S. Raj Chatterjee / Judge

16

17

18

19

20

21

22

23

24

25

26

27

28    *Prepared by Attorneys for Plaintiff California Air Resources Board*
     SF68148311 2025 12 22 Proposed Order Granting Ex Parte Application to Extend Time to Serve

                                              2

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ALAMEDA | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Rene C. Davidson Courthouse<br>1225 Fallon Street, Oakland, CA 94612 | **FILED**<br>Superior Court of California<br>County of Alameda<br>12/26/2025<br>Chad Finke, Executive Officer / Clerk of the Court<br>By: _____ Deputy<br>B. Mercado |
| PLAINTIFF/PETITIONER:<br>California Air Resources Board | |
| DEFENDANT/RESPONDENT:<br>Daimler Truck North America, LLC et al | |

| **CERTIFICATE OF ELECTRONIC SERVICE CODE OF CIVIL PROCEDURE 1010.6** | CASE NUMBER:<br>25CV151420 |
|---|---|

**I, the below named Executive Officer/Clerk of Court of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served one copy of the Ex Parte Proposed Order entered herein upon each party or counsel of record in the above entitled action, by electronically serving the document(s) from my place of business, in accordance with standard court practices.**

Michael S. Dorsi
michael.dorsi@doj.ca.gov

Chad Finke, Executive Officer / Clerk of the Court

Dated: 12/26/2025                    By:

B. Mercado, Deputy Clerk

**CERTIFICATE OF ELECTRONIC SERVICE
CODE OF CIVIL PROCEDURE 1010.6**