# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| Daimler Truck North America LLC, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:25-cv-02255-DC |
| California Air Resources Board, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants California Air Resources Board, et al.

Date: 02/03/2026

/s/ Sarah M. Pfander
*Attorney's signature*

Sarah M. Pfander, CA Bar No. 347902
*Printed name and bar number*

Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013

*Address*

sarah.pfander@doj.ca.gov
*E-mail address*

(213) 269-6621
*Telephone number*

*FAX number*