1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MYUNG J. PARK, State Bar No. 210866
   Supervising Deputy Attorney General
3  BENJAMIN P. LEMPERT, State Bar No. 344239
   DAVID M. MEEKER, State Bar No. 273814
4  SARAH M. PFANDER, State Bar No. 347902
   CECILIA D. SEGAL, State Bar No. 310935
5  M. ELAINE MECKENSTOCK, State Bar No. 268861
   Deputy Attorney General
6     1515 Clay Street, 20th Floor
      P.O. Box 70550
7     Oakland, CA  94612-0550
      Telephone:  (510) 879-0299
8     Fax:  (510) 622-2270
      E-mail:  Elaine.Meckenstock@doj.ca.gov
9  *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAIMLER TRUCK NORTH AMERICA, LLC; INTERNATIONAL MOTORS, LLC; PACCAR, INC.; and VOLVO GROUP NORTH AMERICA, LLC,**<br><br>Plaintiffs,<br><br>**THE UNITED STATES OF AMERICA**; and **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>**CALIFORNIA AIR RESOURCES BOARD, STEVEN S. CLIFF**, in his official capacity as the Executive Officer of the California Air Resources Board; and **GAVIN NEWSOM**, in his official capacity as the Governor of California,<br><br>Defendants. | 2:25-cv-02255-DC-AC<br><br>**DEFENDANTS' NON-OPPOSITION TO PLAINTIFF-INTERVENORS' MOTION FOR LEAVE TO AMEND THEIR COMPLAINT (ECF 111)**<br><br>Date:         N/A (ECF 112)<br>Judge:        The Honorable Dena Coggins<br>Trial Date:   Not Set<br>Action Filed: August 11, 2025 |

Pursuant to Local Rule 230(c), Defendants provide this statement of non-opposition to the Motion for Leave to File First Amended Complaint (ECF 111) filed by Plaintiff-Intervenors United States and United States Environmental Protection Agency (collectively, United States).

Defendants respectfully request that the Court provide Defendants with 28 days to respond to any amended complaint it allows to be filed. *See also* ECF 113 at 10–13 (making similar request concerning OEM Plaintiffs' motion). Courts can and do grant such requests, made in non-opposition filings, particularly as this request does not seek relief from any existing deadline. *E.g.*, Def.'s Non-Opp. to Pl.'s Mot. to Amend Compl., *Williamson v. Stewart*, No. 2:22-CV-02169-EFB (PC) (E.D. Cal., filed Aug. 30, 2023), Dkt. No. 23; *Williamson v. Stewart*, No. 2:22-CV-02169-EFB (PC), 2023 WL 7130844, at *1 (E.D. Cal. Oct. 30, 2023) (defendants seeking 45 days to respond to the amended complaint in their statement of non-opposition, and court granting request).[1]

Defendants further request a consolidated deadline, in the event this Court allows both the United States and the private Plaintiffs to file amended complaints. Though the motions for leave to amend the complaint were filed at different times, Defendants respectfully ask that the Court set one deadline (a requested 28 days from the date of the last-filed amended complaint) for Defendants to respond to both amended complaints. A consolidated response deadline will serve judicial and party economy, particularly if Defendants move to dismiss both amended complaints (as they did with the original complaints), because it will allow for coordinated briefing and hearing on both motions.

---

[1] Defendants raise this request and the request for a consolidated deadline here, rather than in an administrative motion, to conserve the Court's resources but will formally move to extend the deadline once one is set by order on this motion, if that is the Court's preference.

Dated: February 6, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

*/s/ M. Elaine Meckenstock*
M. ELAINE MECKENSTOCK
Deputy Attorney General
*Attorneys for Defendants*