1   ROB BONTA, State Bar No. 202668
    Attorney General of California
2   MYUNG J. PARK, State Bar No. 210866
    Supervising Deputy Attorney General
3   BENJAMIN P. LEMPERT, State Bar No. 344239
    DAVID M. MEEKER, State Bar No. 273814
4   SARAH M. PFANDER, State Bar No. 347902
    CECILIA D. SEGAL, State Bar No. 310935
5   M. ELAINE MECKENSTOCK, State Bar No. 268861
    Deputy Attorney General
6    1515 Clay Street, 20th Floor
     P.O. Box 70550
7    Oakland, CA  94612-0550
     Telephone:  (510) 879-0299
8    Fax:  (510) 622-2270
     E-mail:  Elaine.Meckenstock@doj.ca.gov
9   *Attorneys for Defendants*

10                 IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14

|  |  |
|---|---|
| **DAIMLER TRUCK NORTH AMERICA, LLC; INTERNATIONAL MOTORS, LLC; PACCAR, INC.; and VOLVO GROUP NORTH AMERICA, LLC,**<br><br>Plaintiffs,<br><br>**THE UNITED STATES OF AMERICA; and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br><br>Plaintiff-Intervenors<br><br>v.<br><br>**CALIFORNIA AIR RESOURCES BOARD, STEVEN S. CLIFF,** in his official capacity as the Executive Officer of the California Air Resources Board; and **GAVIN NEWSOM,** in his official capacity as the Governor of California**,**<br><br>Defendants. | 2:25-cv-02255-DC-AC<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS DAIMLER TRUCK NORTH AMERICA ET AL.'S AMENDED COMPLAINT (ECF 118)**<br><br>Date:        May 1, 2026<br>Time:       1:30 PM<br>Courtroom:  8, 13th Floor<br>Judge:     Hon. Dena Coggins<br>Trial Date:  Not Set<br>Action Filed: August 11, 2025 |

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

YOU ARE HEREBY GIVEN NOTICE that on May 1, 2026, at 1:30 p.m., or as soon thereafter as this matter may be heard, Steven S. Cliff, in his official capacity as Executive Officer of the California Air Resources Board, and Gavin Newsom, in his official capacity as the Governor of the State of California, will and hereby do respectfully move to dismiss the Governor and all claims against the Executive Order, the May 2025 Manufacturers Advisory Correspondence, the Clean Truck Partnership, and the 2036 Sales Requirement (part of the Advanced Clean Fleets regulation).

This Motion to Dismiss is brought pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. Defendants' Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, Plaintiffs' Amended Complaint and the documents incorporated by reference therein, the concurrently filed Request for Judicial Notice and attached papers, all documents in the Court's file, and other such written and oral argument as may be presented to the Court.

Counsel for Defendants and Plaintiffs have exhausted meet and confer efforts. On Wednesday, March 4, 2026, counsel for Defendants and Plaintiffs met and conferred via videoconference. The parties were unable to resolve the disputed issues in this motion through meet and confer.

Dated:  March 10, 2026                    Respectfully submitted,

                                          ROB BONTA
                                          Attorney General of California
                                          MYUNG J. PARK
                                          Supervising Deputy Attorney General


                                          */s/ M. Elaine Meckenstock*
                                          M. ELAINE MECKENSTOCK
                                          Deputy Attorney General
                                          *Attorneys for Defendants*