1  Rob Bonta, State Bar No. 202668
   Attorney General of California
2  Myung J. Park, State Bar No. 210866
   Supervising Deputy Attorney General
3  Benjamin P. Lempert, State Bar No. 344239
   David M. Meeker, State Bar No. 273814
4  Sarah M. Pfander, State Bar No. 347902
   Cecilia D. Segal, State Bar No. 310935
5  M. Elaine Meckenstock, State Bar No. 268861
   Deputy Attorney General
6    1515 Clay Street, 20th Floor
     P.O. Box 70550
7    Oakland, CA  94612-0550
     Telephone:  (510) 879-0299
8    Fax:  (510) 622-2270
     E-mail:  Elaine.Meckenstock@doj.ca.gov
9  *Attorneys for Defendants*

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

| | |
|---|---|
| 14 **DAIMLER TRUCK NORTH AMERICA, LLC; INTERNATIONAL MOTORS, LLC; PACCAR, INC.;** and **VOLVO GROUP NORTH AMERICA, LLC,** | 2:25-cv-02255-DC-AC |
| Plaintiffs, | **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS DAIMLER TRUCK NORTH AMERICA ET AL.'S AMENDED COMPLAINT (ECF 118) AND UNITED STATES OF AMERICA, ET AL.'S AMENDED COMPLAINT IN INTERVENTION (ECF 119)** |
| **THE UNITED STATES OF AMERICA;** and **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,** | |
| Plaintiff-Intervenors | Date:        May 1, 2026<br>Time:        1:30 PM<br>Courtroom:   8, 13th Floor |
| **v.** | Judge:       Hon. Dena Coggins<br>Trial Date:  Not Set<br>Action Filed: August 11, 2025 |
| **CALIFORNIA AIR RESOURCES BOARD, STEVEN S. CLIFF,** in his official capacity as the Executive Officer of the California Air Resources Board; and **GAVIN NEWSOM,** in his official capacity as the Governor of California, | |
| Defendants. | |

1

Pursuant to Rule 201 of the Federal Rules of Evidence, Defendants respectfully request the Court take judicial notice of the following facts and documents:

1.     The existence and contents of a Stipulation and Order to Hold Case in Abeyance Pending Outcome of Rulemaking entered in *Nebraska v. Cliff*, 2:24-cv-01364 (E.D. Cal. entered May 5, 2025). A true and correct copy of the Stipulation and Order is attached hereto as **<u>Exhibit A</u>**, which was downloaded from the public docket on October 8, 2025.

2.     The existence and contents of Manufacturers Advisory Correspondence ECCD-2025-08 (August MAC) issued by the California Air Resources Board (CARB) on August 25, 2025. A true and correct copy of the August MAC is attached hereto as **<u>Exhibit B</u>**.  Exhibit B is publicly available at, and, on March 9, 2026, was downloaded from https://ww2.arb.ca.gov/sites/default/files/2025-08/MAC%20ECCD-2025-08.pdf.

3.     The existence and contents of a notice of emergency rulemaking issued by CARB on September 15, 2025. A true and correct copy of the notice is attached hereto as **<u>Exhibit C</u>**. Exhibit C is publicly available at, and, on March 9, 2026, was downloaded from https://ww2.arb.ca.gov/sites/default/files/barcu/regact/2025/emergencyvehemissions/notice.pdf.

4.     The existence and contents of a notice of public hearing to consider permanent adoption of emergency regulations issued by CARB on September 23, 2025. A true and correct copy of the notice is attached hereto as **<u>Exhibit D</u>**. Exhibit D is publicly available at, and, on March 9, 2026, was downloaded from https://ww2.arb.ca.gov/sites/default/files/barcu/regact/2025/orhdlcfs/notice.pdf.

5.     The existence and contents of a letter from Daimler Truck North America, LLC (DTNA) to the Chairman of the Federal Trade Commission, a true and correct copy of which is attached hereto as **<u>Exhibit E</u>**. Exhibit E is publicly available at, and, on March 9, 2026, was downloaded from: https://www.ftc.gov/system/files/ftc_gov/pdf/Daimler-Truck-Letter-of-Commitment-081025.pdf.

6.     The existence and contents of a letter from International Motors, LLC to the Chairman of the Federal Trade Commission, a true and correct copy of which is attached hereto as **<u>Exhibit F</u>**. Exhibit F is publicly available at, and, on March 9, 2026, was downloaded from:

1  https://www.ftc.gov/system/files/ftc_gov/pdf/International-Motors-

2  Executed_International_Letter_of_Commitment-081025.pdf.

3       7.    The existence and contents of a letter from PACCAR Inc. to the Chairman of the

4  Federal Trade Commission, a true and correct copy of which is attached hereto as **Exhibit G**.

5  Exhibit G is publicly available at, and, on March 9, 2026, was downloaded from:

6  https://www.ftc.gov/system/files/ftc_gov/pdf/PACCAR-Letter-of-Commitment-081025.pdf.

7       8.    The existence and contents of a letter from Volvo Group North America, LLC to the

8  Chairman of the Federal Trade Commission, a true and correct copy of which is attached hereto

9  as **Exhibit H**. Exhibit H is publicly available at, and, on March 9, 2026, was downloaded from:

10  https://www.ftc.gov/system/files/ftc_gov/pdf/Volvo-Letter-of-Commitment-081025_1.pdf.

11       9.    The existence and contents of a press release by the Engine Manufacturers

12  Association (EMA) dated July 6, 2023, a true and correct copy of which is attached hereto as

13  **Exhibit I**. Exhibit I is publicly available at, and on March 9, 2026, was downloaded from:

14  https://www.truckandenginemanufacturers.org/file.asp?A=Y&F=Clean%2BTruck%2BPartnershi

15  p%2Brelease+%281%29%2Epdf&N=Clean%2BTruck%2BPartnership%2Brelease+%281%29%

16  2Epdf&C=documents.

17       10.    The existence and contents of a notice of readoption of emergency rulemaking issued

18  by CARB on March 6, 2026. A true and correct copy of the notice is attached hereto as **Exhibit J**.

19  Exhibit J is publicly available at, and on March 9, 2026, was downloaded from:

20  https://ww2.arb.ca.gov/sites/default/files/barcu/regact/2025/emergencyvehemissions/readoptnotic

21  e1.pdf.

22       11.    The existence and contents of a CARB document titled *2022 State Strategy for the*

23  *State Implementation Plan*. A true and correct copy of the cover page, table of contents, and cited

24  portions of this document are attached hereto as **Exhibit K**. Exhibit K is publicly available at, and

25  on March 9, 2026, was downloaded from: https://ww2.arb.ca.gov/sites/default/files/2022-

26  08/2022_State_SIP_Strategy.pdf.

27       12.    The existence and contents of a CARB document titled *Revised Proposed 2016 State*

28  *Strategy for the State Implementation Plan*. A true and correct copy of the cover page, table of

1  contents, and cited portions of this document are attached hereto as **Exhibit L**. Exhibit L is

2  publicly available at, and on March 9, 2026, was downloaded from:

3  https://ww2.arb.ca.gov/sites/default/files/classic/planning/sip/2016sip/rev2016statesip.pdf.

4      13.    The existence and contents of the 2025 State of the Air report produced by the

5  American Lung Association. A true and correct copy of the cover page, table of contents, and

6  cited portions of the report are attached hereto as **Exhibit M**. Exhibit M is publicly available at,

7  and on March 9, 2026, was downloaded from: https://www.lung.org/getmedia/5d8035e5-4e86-

8  4205-b408-865550860783/State-of-the-Air-2025.pdf.

9      14.    The existence and contents of EPA's webpage listing 8-hour Ozone (2015)

10  nonattainment areas. A true and correct copy of that webpage is attached hereto as **Exhibit N**.

11  Exhibit N is publicly available at, and on March 9, 2026, was downloaded from:

12  https://www3.epa.gov/airquality/greenbook/jnc.html.

13      15.    The existence and contents of EPA's webpage listing particulate matter-2.5 (2012)

14  nonattainment areas. A true and correct copy of that webpage is attached hereto as **Exhibit O**.

15  Exhibit O is publicly available at, and on March 9, 2026, was downloaded from:

16  https://www3.epa.gov/airquality/greenbook/knc.html.

17      16.    The existence and contents of Manufacturers Advisory Correspondence ECCD-2025-

18  03 (May MAC) issued by the California Air Resources Board (CARB) on May 23, 2025. A true

19  and correct copy of the May MAC is attached hereto as **Exhibit P**.

20      17.    The existence and contents of Executive Order N-27-25 (EO) issued by the Governor

21  on June 12, 2025. A true and correct copy of the EO is attached as **Exhibit Q**. Exhibit Q is

22  publicly available at, and on March 9, 2026, was downloaded from: https://www.gov.ca.gov/wp-

23  content/uploads/2025/06/CRA-Response-EO-N-27-25_-bl-formatted-GGN-Signed-6-11-

24  954pmFinal.pdf.

25      18.    The existence and contents of a May 22, 2024 email from EMA to representatives of

26  state environmental regulatory agencies in Oregon, Washington, Massachusetts, New Jersey, and

27  New York with the subject line "Omnibus and ACT Implementation Issues," which the Plaintiffs

28  filed as Exhibit H to the Declaration of Jed Mendel in Support of Plaintiffs' Motion for a

Preliminary Injunction.  The exhibit is available on the docket at ECF 23-12.  Specifically, the email states:

> As you may know, EMA (and its [Original Equipment Manufacturer] members) and CARB entered into the Clean Trucks Partnership (CTP) Agreement last June, which established a consensual path forward toward cleaner conventionally-fueled trucks, and increasing percentages of [zero-emission vehicle] trucks.

Exhibits A through H, J through L, and N through P are the proper subject of judicial notice because the documents are publicly available from governments (including through their websites) and the facts for which they are relied upon here can be accurately and readily determined from these sources whose accuracy cannot reasonably be questioned.  *See, e.g.*, *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998-99 (9th Cir. 2010) (stating that it was "appropriate to take judicial notice" of information "made publicly available by government entities" on their websites where "neither party disputes the authenticity of the web sites or the accuracy of the information displayed therein"); *Martinez v. Mead Johnson & Co.*, No. 5:22-cv-00213-JWH-SHK, 2022 WL 15053334, at *4 (C.D. Cal. Oct. 22, 2022) (finding that FDA guidance was judicially noticeable because it was "publicly available and it was disseminated by a government agency"); *Hansen Beverage Co. v. Innovation Ventures, LLC*, No. 08-CV-1166-IEG (POR), 2009 WL 6597891, at *2 (S.D. Cal. Dec. 23, 2009) ("Information on government agency websites has often been treated as properly subject to judicial notice.").

The existence and contents of Exhibits I and M are also proper subjects of judicial notice because they are publicly available documents and the facts for which they are relief upon here can be accurately and readily determined from these sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b)(2); *see also In re Am. Apparel, Inc. S'holder Litig.*, 855 F. Supp. 2d 1043, 1062 (C.D. Cal. 2012) ("Courts in the Ninth Circuit routinely take judicial notice of press releases.").

Finally, the statements in the May 22, 2024 email from EMA to representatives of state environmental regulatory agencies (filed at ECF 23-12), are also the proper subject of judicial notice because the fact that EMA made the statements quoted in paragraph 18 can be accurately

and readily determined from these sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b)(2); *see also Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n. 6 (9th Cir. 2006) (Courts "may take judicial notice of court filings and other matters of public record").

Dated:  March 10, 2026                           Respectfully submitted,

                                                 ROB BONTA
                                                 Attorney General of California
                                                 MYUNG J. PARK
                                                 Supervising Deputy Attorney General


                                                 */s/ M. Elaine Meckenstock*
                                                 M. ELAINE MECKENSTOCK
                                                 Deputy Attorney General
                                                 *Attorneys for Defendants*