# Exhibit K

# 2022 State Strategy for the State Implementation Plan

## Adopted
## September 22, 2022



This document has been reviewed by the staff of the California Air Resources Board and approved for publication. Approval does not signify that the contents necessarily reflect the views and policies of the California Air Resources Board, nor does the mention of trade names or commercial products constitute endorsement or recommendation for use.

Electronic copies of this document are available for download from the California Air Resources Board's Internet site at: *https://ww2.arb.ca.gov/resources/documents/2022-state-strategy-state-implementation-plan-2022-state-sip-strategy*. In addition, written copies may be obtained from the Public Information Office, California Air Resources Board, 1001 I Street, 1st Floor, Visitors and Environmental Services Center, Sacramento, California 95814. Because of current travel, facility, and staffing restrictions, the California Air Resources Board's offices may have limited public access. Please contact Candace Clawson, Office Technician, at candace.clawson@arb.ca.gov if you need physical copies of the documents.

For individuals with sensory disabilities, this document is available in Braille, large print, audiocassette or computer disk. Please contact CARB's Disability Coordinator at (916) 323-4916 by voice or through the California Relay Services at 711, to place your request for disability services. If you are a person with limited English and would like to request interpreter services, please contact CARB's Bilingual Manager at (916) 323-7053.

For questions, contact:

Austin Hicks
Air Pollution Specialist
South Coast Air Quality Planning Section
California Air Resources Board
Phone: (279) 208-7240
Email: *austin.hicks@arb.ca.gov*

Or

Ariel Fideldy
Manager
South Coast Air Quality Planning Section
California Air Resources Board
Phone: (279) 208-7225
Email: *ariel.fideldy@arb.ca.gov*

# Table of Contents

Executive Summary ................................................................................................. 1

Chapter 1: Introduction ........................................................................................ 10

    Overview of Strategy ........................................................................................ 10

    Blueprint for Success ....................................................................................... 11

    Proposed Actions ............................................................................................. 13

    Health Impacts ................................................................................................. 15

    Economic and Environmental Analyses ......................................................... 18

    Next Steps ......................................................................................................... 18

Chapter 2: Nonattainment Areas and Emissions Reduction Needs .................... 20

    Federal Clean Air Act Requirements .............................................................. 20

    Nonattainment Areas ....................................................................................... 21

    Emission Reduction Needs .............................................................................. 23

Chapter 3: Public Process and Measure Suggestions ......................................... 28

    On-Road Heavy-Duty Vehicle Useful Life Regulation ................................... 28

    Additional Incentive Programs - Zero-Emission Trucks ................................ 28

    Enhanced Transportation Choices ................................................................. 29

    Indirect Source Rule – Suggested Control Measure or Regulation ............... 29

    BACT/BARCT Determination ......................................................................... 29

    Additional Building Emission Standards ........................................................ 30

    Pesticides Regulation ....................................................................................... 30

    Enhanced Bureau of Automotive Repair Consumer Assistance Program ..... 31

    Light-Duty Vehicle Fleet Regulation .............................................................. 31

Chapter 4: Proposed SIP Commitment ............................................................... 32

    Overview of Commitment ............................................................................... 32

    South Coast ...................................................................................................... 39

    San Joaquin Valley ........................................................................................... 42

    Coachella Valley ............................................................................................... 44

    Eastern Kern County ........................................................................................ 46

Sacramento Metro ................................................................................ 48

Western Mojave Desert ....................................................................... 50

Ventura County .................................................................................... 52

Commitment to Emissions Reduction from On-Road Mobile Sources ................ 54

Chapter 5: State SIP Measures ............................................................ 55

Proposed Measures: On-Road Medium- and Heavy-Duty Vehicles ................. 55

Proposed Measures: On-Road Light-Duty Vehicles ................................... 65

Proposed Measures: Reducing Vehicle Miles Travelled ............................. 72

Proposed Measures: Off-Road Equipment ............................................. 76

Proposed Measures: Consumer Products ............................................... 97

Proposed Measures: Residential and Commercial Buildings ...................... 101

Proposed Measures: Pesticides ......................................................... 104

Proposed Measures: Primarily-Federally and Internationally Regulated Sources ............ 106

Proposed CARB Measures ................................................................. 110

Federal Actions Needed .................................................................... 121

Chapter 6: Incentives ........................................................................ 140

Chapter 7: Infrastructure ................................................................... 146

Infrastructure Demand ...................................................................... 146

Barriers and Opportunities to Meeting the ZEV Infrastructure Demand .......... 159

Additional Policies to Accelerate Infrastructure Deployment ...................... 169


Appendix A: Economic Analysis .......................................................... 172

Direct Costs of State SIP Strategy Measures .......................................... 173

Statewide Economic Impacts (Macroeconomic Analysis) ........................... 193

## Executive Summary

The *2022 State Strategy for the State Implementation Plan* (2022 State SIP Strategy) is a Statewide planning document that identifies the strategies and controls under State authority that are needed to reduce emissions to reduce ground-level ozone, otherwise known as smog. These measures are needed across the State of California for areas to meet the federal 70 parts per billion (ppb) 8-hour ozone standard (70 ppb ozone standard) set by the U.S. Environmental Protection Agency (U.S. EPA) in 2015. More specifically, this document describes the State's proposed commitments to develop control measures and reduce emissions from State-regulated sources as needed to support attainment by the required attainment dates; these State measures and commitments will be incorporated into regional State Implementation Plans (SIPs) for the 70 ppb ozone standard for each nonattainment area, due to U.S. EPA in 2022.

This document, the Proposed 2022 State SIP Strategy, is California Air Resources Board's (CARB or Board) release of the 2022 State SIP Strategy being proposed for Board consideration. On January 31, 2022, the CARB released the *Draft 2022 State SIP Strategy* which built off of the *2022 State SIP Strategy: Draft Measures* document released in October 2021 and included additional measures and information needed to support nonattainment areas SIPs. This document now identifies all of the proposed measures, associated emissions reductions, and other elements needed to support attainment of the 70 ppb ozone standard. With the Proposed 2022 State SIP Strategy, CARB is exploring and proposing an unprecedented variety of new measures to reduce emissions from the sources under our authority using all mechanisms available. This level of action is needed to ensure federal air quality standards are attained and to deliver on our commitments to protect public health, particularly in light of the growing body of evidence on the adverse impacts of air pollution.

CARB has over 50 years of experience reducing emissions from mobile and other sources of pollution under State authority that have improved air quality and helped mitigate climate change. During the 1960s, there were as many as 186 smog alerts in a single year; today, alerts have been eliminated due to improvement in air quality. The State and our most polluted regions have seen dramatic improvements in air quality, all while California has achieved prosperous economic growth and become a world leader in environmental policies and clean technologies. Even with this progress, more than half (21 million out of nearly 40 million) of Californians live in areas that exceed the most

**Figure 1 – Ozone Air Quality Progress in California**



1

stringent 70 ppb ozone standard[1], with many areas also exceeding the previous ozone standards of 75 and 80 ppb, as seen in Figure 1. Further, a disproportionate number of those most impacted by high ozone levels live in low-income and disadvantaged communities that also typically experience greater exposure to diesel exhaust and other toxic air pollutants compared to surrounding areas.

In 2015, U.S. EPA lowered the 8-hour ozone standard from 75 ppb to the more health protective level of 70 ppb. Nineteen areas in California are nonattainment for the 70 ppb ozone standard (Figure 2); included within these nonattainment areas are over 99 percent of the disadvantaged communities in the State. Controlling ozone precursor emissions, in particular oxides of nitrogen (NOx), is key to attaining the federal ozone standards. Since mobile sources account for about three-fourths of NOx emissions statewide, many of these nineteen areas in California will need significant mobile source emissions reductions to meet the 70 ppb ozone standard in attainment years which range from 2020 through 2037. The 2037 attainment year applies to Extreme classified areas who have the most critical ozone air quality challenges. California has the only two areas in the nation with an Extreme classification for the 70 ppb ozone standard, the South Coast Air Basin (South Coast) and the San Joaquin Valley (Valley). While the Proposed 2022 State SIP Strategy is being developed primarily as a roadmap for attaining the 70 ppb ozone standard, the emissions reductions will also support attainment of other ozone (e.g. 80 ppb, 75 ppb) and fine particulate (PM2.5) national ambient air quality standards (NAAQS), make progress towards the State air quality standards, and improve visibility across the State.

**Figure 2 - 70 ppb Ozone Nonattainment Areas**



Many low-income and disadvantaged communities within the nonattainment areas, and across the State, continue to experience disproportionately high levels of air pollution and the resulting detrimental impacts to their health. Research shows large disparities in exposure to pollution between white and non-white populations in California, and between disadvantaged communities and other communities, with Black and Latino populations experiencing significantly greater air pollution impacts than white populations. Mobile source pollution shows some of the highest disparities; a CARB-funded study indicated that on average, mobile sources account for over 30 percent of total PM2.5 exposures.[2] Research has shown that mobile sources are the largest sources of pollution exposure disparity for Black populations and disadvantaged community residents, when compared to the average population in California. Specifically, mobile sources accounted for 45 percent of exposure disparity for the

---

[1] Based on 2020 monitored ozone design values contoured over population by census tract
[2] Apte et al (2019). A Method to Prioritize Sources for Reducing High PM2.5 Exposures in Environmental Justice Communities in California. CARB Research Contract Number 17RD006

Black population, and 37 percent of exposure disparity for people in disadvantaged communities.

Central to CARB's planning efforts and programs going forward will be prioritizing environmental justice, incorporating racial equity, and conducting meaningful community engagement as CARB strives to address the longstanding environmental and health inequities from elevated levels of toxics, criteria pollutants, and secondary impacts of climate change. It's imperative that we optimize our control programs to maximize emissions reductions and provide targeted near-term benefits in those communities that continue to bear the brunt of poor air quality. The Proposed 2022 State SIP Strategy will reduce emissions and the corresponding health risk in California's most impacted communities. As development and implementation of the Proposed 2022 State SIP Strategy progresses and forms the basis for future regulations, staff will continue to identify opportunities to mitigate air pollution associated racial inequities and meaningfully engage and partner with communities most impacted to address long standing challenges.

This Proposed 2022 State SIP Strategy effort builds on the measures and commitments already made in the *2016 State Strategy for the State Implementation Plan* (2016 State SIP Strategy), and expands on the scenarios and concepts included in the *2020 Mobile Source Strategy* (2020 MSS), CARB's multi-pollutant planning effort that identifies the pathways forward to achieve the State's many air quality, climate, and community risk reduction goals. CARB finalized the 2020 MSS in October 2021, as a conceptual road map for potential future measures. The measure concepts in the 2020 MSS form the basis for many of the measures in this document and have since been developed further and translated into detailed measures with, where possible, anticipated emissions reductions. This document, the Proposed 2022 State SIP Strategy, will be considered for adoption by the Board and embodies input from stakeholders and the Board, and staff assessment of the feasibility of specific measures. Board consideration is scheduled for September 2022. The Proposed 2022 State SIP Strategy is also being developed in parallel with the 2022 Climate Change Scoping Plan Update (2022 Scoping Plan Update); the 2022 Scoping Plan Update is on a similar development timeline and will lay out the State's path to achieving carbon neutrality by 2045. The 2022 Scoping Plan Update will incorporate actions in the Proposed 2022 State SIP Strategy and rely on these actions included in the SIP to also deliver greenhouse gas reductions.

On October 6, 2021, CARB staff released, in conjunction with a public workshop, the *2022 State SIP Strategy: Draft Measures* (Draft Measures) to solicit public feedback on potential measures. After incorporating feedback and further development, CARB released the Draft 2022 State SIP Strategy on January 31, 2022 for a public comment period which closed on March 4, 2022.  CARB facilitated additional public review and input by hosting another Public Workshop on February 10, 2022 and presenting a Board Informational update on February 24, 2022. The Draft Measures and Draft 2022 State SIP Strategy included not only CARB proposed measures, but also suggestions made by the public as part of our outreach to stakeholders across the State. These public suggestions are included in Chapter 3 below, with some being developed as proposed measures in the Proposed 2022 State SIP Strategy, as shown in Chapter 5. CARB staff will continue to assess the viability of all public suggestions as SIP measures. This document, the Proposed 2022 State SIP Strategy, also expands on the previous iterations to include additional proposed measure details, proposed measure timelines, and potential emissions reductions commitments to attain the standards with the objective of supporting attainment of the 70 ppb ozone standard within the attainment deadlines.

Control programs already adopted by CARB and upcoming measures that were included in the 2016 State SIP Strategy, as well as the local air district and U.S. EPA programs, provide a significant down payment on reducing the NOx emissions needed to meet the 70 ppb ozone standard and improve air quality throughout the State. As shown in Figure 2, these measures will by 2037, achieve almost a 36 percent reduction in total NOx emissions relative to 2018, with especially significant reductions in emissions from light-, medium-, and heavy-duty on-road vehicles. State control programs have also substantially reduced emissions of reactive organic gases (ROG), the other precursor to ozone, and will continue to do so into the future.

**Figure 3 - Statewide NOx Emissions by Sector under Current Control Program[3]**



However, more NOx emissions reductions from sources under local, State, and federal jurisdiction will be needed to attain the 70 ppb ozone standard, especially in the South Coast. Figure 4 lists the CARB measures currently being considered to support attainment of the 70 ppb 8-hour ozone standard statewide, and Table 1 lists the estimated emissions reductions from the measures as potential commitments for the nonattainment areas across the State. The SIPs for each nonattainment area are still under development, and the emissions reductions may change as each attainment demonstration is finalized. The aggregate commitment of emissions reductions from State sources to be proposed for Board consideration will be found in CARB's staff report for the respective nonattainment area's SIP.

---

[3] Source: CARB 2022 CEPAM v1.01; represents the current baseline emissions out to 100 nautical miles, with adopted CARB and district measures

**Figure 4 - Proposed 2022 State SIP Strategy Measures**



## On-Road Vehicles
- Advanced Clean Fleets Regulation
- Zero-Emissions Trucks Measure
- On-Road Motorcycles New Emissions Standards
- Clean Miles Standard

## Off-Road Vehicles and Equipment
- Tier 5 Off-Road New Compression-Ignition Engine Standards
- Amendments to the In-Use Off-Road Diesel-Fueled Fleets Regulation
- Transport Refrigeration Unit Regulation Part 2
- Commercial Harbor Craft Amendments
- Cargo Handling Equipment Amendments
- Off-Road Zero-Emission Targeted Manufacturer Rule
- Clean Off-Road Fleet Recognition Program
- Spark-Ignition Marine Engine Standards





## CARB Action: Off-Road Primarily-Federally and Internationally Regulated Sources
- In-Use Locomotive Regulation
- Future Measures for Aviation Emission Reductions
- Future Measures for Ocean-Going Vessel Emission Reductions

## Other Categories
- Consumer Products Regulation
- Zero-Emission Standards for Space and Water Heaters
- Enhanced Regional Emission Analysis in State Implementation Plans
- Pesticides: 1,3-Dichloropropene Health Risk Mitigation



**Table 1 – Potential Emissions Reductions Commitments**

| Nonattainment Area | 2026 NOx (tpd) | 2032 NOx (tpd) | 2037 NOx (tpd) | 2037 ROG (tpd) |
|---|---|---|---|---|
| Ventura County | 0.3 | n/a | n/a | n/a |
| Eastern Kern County | n/a | 1.8 | n/a | n/a |
| Sacramento Metro Area | n/a | 6.1 | n/a | n/a |
| Western Mojave Desert | n/a | 20.6 | n/a | n/a |
| Coachella Valley | n/a | n/a | 5.2 | 0.6 |
| San Joaquin Valley | n/a | n/a | 25.3 | 4.2 |
| South Coast* | n/a | n/a | 95.7 | 18.2 |

*Includes emissions reductions from Federal Actions Needed

For California to meet air quality standards, it is imperative that the federal government act decisively to reduce emissions from primarily-federally regulated sources of air pollution, including interstate trucks, ships, locomotives, aircraft, and certain categories of off-road equipment. CARB and air districts are exploring their respective authorities with regard to these sources and associated facilities, but federal action is critical. In 2020, NOx emissions from primarily-federally regulated sources exceeded emissions from California-regulated mobile sources statewide and, absent federal action, by 2031, NOx emissions from primarily-federally regulated sources will be double California-regulated mobile sources (Figure 5).

**Figure 5 – Federal Action Is Critical[4]**



Since the adoption of the 2016 State SIP Strategy, CARB and our local partners in California have taken concrete actions to not only petition federal agencies for action, but also to directly reduce emissions using programmatic mechanisms within our respective authorities. Unfortunately, U.S. EPA action to limit emissions from most of these sources has yet to materialize, and action on heavy-duty trucks is still in the proposal stage, making it more challenging to meet air quality standards and reduce air pollution that harms public health in California.

Moreover, as a result of the COVID-19 pandemic, countries across the world have seen supply chain disruption and an all-time high demand for goods and freight movement. Although CARB's regulations such as the Ocean-Going Vessels At Berth Regulation, the Mobile Cargo Handling Equipment Regulation, and the Drayage Truck Regulation can help to reduce emissions from increased freight movement, increased demand and strain on the supply chain reemphasizes that action by U.S. EPA and other federal and international entities to control sources primarily under their regulatory authority remains critical. These dramatic increases and congestion at port facilities, railyards, warehouses, and in surrounding communities in California emphasize the need for federal action to address freight sources including ocean-going vessels, locomotives, and interstate trucks to protect the health of California residents. This congestion is particularly acute at the San Pedro Bay Ports which include the Ports of Los Angeles and Long Beach. Port congestion has led to a significant increase in the number of container vessels sitting at anchor, with as many as 114 vessels continuously using auxiliary engines to provide power for shipboard functions as of November 2021.[5] This has resulted in average daily emissions from container ships increasing by 24.4 tpd of NOx and

---

[4] Source: CARB 2022 CEPAM v1.01; represents the current baseline emissions out to 100 nautical miles with adopted CARB and district measures

[5] CARB. Emissions Impact of Freight Movement Increases and Congestion near Ports of Los Angeles and Long Beach. *https://ww2.arb.ca.gov/sites/default/files/2022-01/SPBP_Freight_Congestion_Emissions_Jan2022.pdf*

0.6 tpd of particulate matter (PM) in the South Coast in November. As for increased freight movement, based on increased in containers moved between May and October 2021, increased freight movement in and out of the ports is expected to increase the activity of trucks, cargo handling equipment, and locomotives such that combined emissions from these sources increase by 5.6 tpd NOx and 0.1 tpd PM. These emission increases from ocean-going vessel congestion and freight movement negatively impact air quality, especially in communities near ports. During the worst of the port congestion in November 2021, the increased marine vessel anchorage emissions was comparable to the exhaust PM emissions from more than 100,000 Class 8 diesel trucks. Due to implementation of *new policies* for vessels queuing at the ports, congestion from containerships at anchor have since returned to normal pre-congestion conditions. However, these dramatic emission increases from vessels and related freight demonstrate how important immediate action is by federal and international entities to control emissions from sources under their regulatory authorities.

The Proposed 2022 State SIP Strategy reinforces the 2020 MSS call to action for air quality regulatory agencies, not only at the State and local level, but more importantly by the federal government. Figure 6 lists the actions needed at the federal and international levels for which CARB is proposing in the Proposed 2022 State SIP Strategy to undertake petitions and/or advocacy.

**Figure 6 – Federal Actions Needed**



### Federally-Certified On-Road Heavy-Duty Vehicles
•On-Road Heavy-Duty Low-NOx Engine Standards
•On-Road Heavy-Duty Vehicle Zero-Emission Engine Standards



### Preempted Off-Road Equipment
•More Stringent Emission Standards for Preempted Off-Road Engines
•Off-Road Zero-Emission Standards Where Feasible



### Locomotives
•More Stringent National Locomotive Emission Standards
•Zero-Emissions Standards for Locomotives
•Address Locomotive Remanufacturing Loophole



### Ocean-Going Vessels
•More Stringent NOx and PM Standards for Ocean-Going Vessel Requirements
•Cleaner Fuel and Visit Requirements for Ocean-Going Vessels



### Aviation
•More Stringent Aviation Engine Standards
•Cleaner Fuel and Visit Requirements for Aviation
•Zero-Emission Airport On Ground Support Requirements
•Airport Aviation Emissions Cap

Case 2:25-cv-02255-DC-AC     Document 121-11     Filed 03/10/26     Page 14 of 34

For most areas in California to attain the 70 ppb ozone standard, any and all potential reductions must be pursued, and a combination of State authority measures from the Proposed 2022 State SIP Strategy, local district measures, and federal action will be required. Although some of the potential measures included in this document primarily target reductions in greenhouse gas (GHG) emissions or toxic air contaminants, they are nonetheless included as they will also achieve criteria pollutant co-benefits.

The measures proposed in this document, in combination with ongoing implementation of current control programs, will reduce NOx emissions from mobile sources by at least 64 percent from today's levels Statewide by 2037, as well as reduce emissions of ROG by 58 percent. Of these Statewide reductions, a large portion will occur in and around communities near major roadways and freight facilities like ports, airports and warehouses, providing substantial health benefits. As outlined further in Chapter 3 and 4, the proposed measures and commitments will provide the reductions needed from these sources for meeting the 70 ppb ozone standard in the South Coast, the San Joaquin Valley, and the other nonattainment areas for which emissions reductions from new measures will be needed for attainment. In addition to the reductions identified above from CARB's proposed measures, actions to advance deployment of cleaner technologies will continue to be critical to supporting attainment of the 70 ppb ozone standard in the South Coast.

Public participation has been an essential part of developing the Proposed 2022 State SIP Strategy. CARB initiated the public process with a workshop in July 2021, released the Draft Measures document and held a second workshop in October 2021, released the Draft 2022 State SIP Strategy in January 2022, held a third workshop and informational update to the Board in February 2022, and has solicited input from numerous interested stakeholders in individual meetings. These workshops and Board updates provided forums for the proposed measures to be discussed in a public setting and provide additional opportunity for public feedback, input, and ideas. CARB initiated a 45-day California Environmental Quality Act (CEQA) comment period on March 29, 2022. Also, each measure in the Proposed 2022 State SIP Strategy will go through a thorough public process prior to being brought to the Board for consideration as a regulation or other program.

CARB is releasing this Proposed 2022 State SIP Strategy in advance of local air districts adopting plans for their respective nonattainment areas that rely on emissions reductions from measures in this document, and in advance of an August 23, 2022 public workshop. Moving forward, the Board will consider the Proposed 2022 State SIP Strategy on September 22, 2022, to be incorporated into the 70 ppb ozone standard SIPs due to U.S. EPA in 2022.

CARB staff recommends that the Board adopt the Proposed 2022 State SIP Strategy including the proposed commitments to pursue the list of measures according to the schedule in Table 3.

# Chapter 1: Introduction

## Overview of Strategy

The Proposed 2022 State SIP Strategy describes CARB staff's roadmap for reducing emissions from State sources to help local air districts attain the health-based 70 ppb ozone standard over the next fifteen years. Under State law, CARB is responsible for developing SIP emission reduction strategies for cars, trucks, and other mobile sources, as well as consumer products and other sources under State authority. The California Department of Pesticide Regulation (DPR) is the State agency responsible for controlling pesticide emissions. Local air districts are primarily responsible for controlling emissions from stationary sources such as factories and power plants. The upcoming SIPs for each of the ozone nonattainment areas in California will be developed jointly by CARB and the local air districts, building upon the Proposed 2022 State SIP Strategy, as well as local air district air quality planning documents.

Given that in 2015, U.S. EPA established a lower, more health protective ozone standard of 70 ppb, substantial reductions from all sources – mobile, area-wide and stationary – will be necessary to reach attainment. This will require comprehensive actions to transform the technologies and fuels we use, the design of our communities, and the way we move people and freight throughout the State. Nineteen areas in California, as shown in Figure 6, are designated as nonattainment for the 70 ppb ozone standard. Of the nineteen areas, ten areas are classified under the federal Clean Air Act as Moderate or above, and thus are required to develop a SIP revision including an attainment plan demonstrating how the area will attain the standard by the relevant date. Two areas of the State have the most critical air quality challenges – the South Coast and the San Joaquin Valley. These regions are the only two areas in the nation with an Extreme classification for the 70 ppb ozone standard.

Statewide, more than 21 million out of over 39 million Californians live in areas that exceed the federal ozone standards[6]; within these areas, there are many low-income and disadvantaged communities that are exposed to not only ozone, but also particulate and toxic, pollutant levels significantly higher than the federal standards which have immediate and detrimental health effects. That said, the health and economic impacts of exposure to elevated levels of ozone in California are also considerable; meeting the standards will pay substantial dividends in terms of reducing costs associated with emergency room visits and hospitalization, lost school days, and most critically, premature mortality. This year's SIPs are therefore an important step in bringing healthy air to all Californians.

In October 2021, CARB finalized the 2020 MSS which continues CARB's multi-pollutant planning approach to determine potential pathways forward for the various mobile sectors that are necessary to help achieve California's numerous air quality and climate goals over the next 30 years. Though the MSS itself is conceptual, and multiple combinations of regulations, incentive programs, and other actions can realize its goals, it serves as an important foundation for measure development. Because meeting the State's near- and longer-term goals requires action across the full spectrum of mobile sources, the 2020 MSS discussed on-road light- and heavy--duty vehicles, as well as a wide range of off-road equipment sectors. California's goals fostered an integrated planning approach in which, building off the success

---

[6] Based on 2020 monitored ozone design values contoured over population by census tract

of the 2016 MSS, the 2020 MSS demonstrated the need for a comprehensive transformation to cleaner vehicle technologies, fuels, and energy sources.

The 2020 MSS provides a framework that complements multiple related planning efforts that are currently underway at CARB. These other plans include regional SIPs described in this document, as well as the 2022 Scoping Plan Update which is focused on achieving GHG emissions reductions, and Community Emissions Reduction Programs developed by selected communities and their district partners as a part of CARB's Community Air Protection Program. Each of these planning efforts draws from the 2020 MSS released by CARB in October 2021 by taking concepts and developing specific roadmaps for meeting climate and air quality targets. As with these other planning efforts, the measures included in the Proposed 2022 State SIP Strategy build upon the concepts included in the 2020 MSS but have been further refined based on public and Board input. Further, the 2022 Scoping Plan Update will incorporate actions in the Proposed 2022 State SIP Strategy and rely on these actions included here to also deliver greenhouse gas reductions.

## Blueprint for Success

CARB's current control programs have achieved tremendous success in reducing NOx and ROG emissions. Ongoing implementation of these programs will result in substantial further emissions reductions through 2037 and provide a significant down payment for meeting the 70 ppb ozone air quality standard. As shown in Figure 7 existing control programs will reduce statewide NOx from 1395 tpd in 2018 to 858 tpd in 2037. Mobile sources, especially on-road control programs, will provide the majority of the anticipated emissions reductions such that the relative contribution of stationary sources will increase from 14 percent in 2018 to 22 percent in 2037. As shown in Figure 8, these same control programs will also reduce emissions of ROG which also contribute to ozone formation, from 1580 tpd in 2018 to 1356 tpd in 2037. As with NOx, relatively more emissions reductions will be achieved from mobile sources, with the relative contribution of stationary and area (i.e. widely dispersed) sources of ROG increasing.

**Figure 7 - Statewide NOx Emissions by Sector under Current Control Program**[7]



**Figure 8 – Statewide ROG Emissions by Sector under Current Control Program**[8]



Nonetheless, significant further reductions will be required to meet air quality standards across the State. Zero-emission vehicle (ZEV) commercialization in the light-duty sector is well underway. Longer-range battery electric vehicles are coming to market that are cost-competitive with gasoline fueled vehicles and fuel cell vehicles are now also seeing significant sales. Autonomous and connected vehicle technologies are being installed on an increasing number of new car models. A growing network of retail hydrogen stations is now available, along with a rapidly growing battery charger network. In the heavy-duty sector, cleaner combustion technologies are available in the market, and zero-emission technologies are commercially available for many uses and are being further demonstrated in a range of targeted applications, with model availability steadily growing across uses. Advanced

---

[7] Source: CARB 2022 CEPAM v1.01; represents the current baseline emissions out to 100 nautical miles with adopted CARB and district measures
[8] Source: CARB 2022 CEPAM v1.01; represents the current baseline emissions out to 100 nautical miles with adopted CARB and district measures

technologies for aircraft, locomotives, and ocean-going vessels pose a greater challenge, but further reductions can be achieved through cleaner engine standards, cleaner fuels, investment in promising zero-emission technologies, and greater system efficiencies.

The success of California's long-standing mobile program provides a blueprint for how to effectively implement CARB's long-term vision for reducing the State's air quality and climate footprint. The mobile source blueprint takes a portfolio approach that combines technology -forcing emissions standards for new vehicles, an accelerating transition to zero--emissions adoption for new and existing vehicles, targeted in-use regulations where needed, cleaner burning fuels in remaining combustion uses, durability requirements and inspection programs to ensure clean in-use performance, sales requirements for advanced technologies, pilot programs to demonstrate technologies, and incentive programs and other actions to accelerate technology deployment. Continuing partnerships across transportation and housing planning bodies to reduce vehicle miles travelled and shift to less polluting transportation sectors are another critically important part of this portfolio. Moreover, the portfolio operates on multiple scales: federal efforts on certain sources and district programs that can reduce emissions from indirect sources that increase mobile source emissions, such as ports and warehouses, further reduce emissions. The SIP measures described in this document continue this successful approach of pursuing in parallel regulatory, incentive, and market-based approaches.

## Proposed Actions

The proposed SIP measures identify the regulatory and programmatic approaches necessary to deploy cleaner technologies and fuels and ensure sufficient penetration to meet air quality standards by deadlines established in the Clean Air Act. Together, these efforts will provide CARB's commitment to achieve all of the reductions necessary from State-regulated sources to meet the 70 ppb ozone standard.

For passenger vehicles, the Proposed 2022 State SIP Strategy includes actions to increase the penetration of ZEV by targeting ride-hailing services offered by transportation network companies and, for motorcycles, the Proposed 2022 State SIP Strategy proposes more stringent exhaust and evaporative emissions standards along with zero-emissions sales thresholds. For heavy-duty vehicles, the Proposed 2022 State SIP Strategy calls for zero-emission requirements for fleets, and a requirement to transition heavy-duty vehicles to zero-emissions technologies at the end of their useful life.

Similar actions are proposed for off-road sources, with a focus on deployment of more stringent exhaust and evaporative emissions standards and ZEV technologies where feasible. For other sources including consumer products and residential and commercial buildings, the Proposed 2022 State SIP Strategy proposes reducing emissions through use of zero-emission technologies and cleaner product formulations.

Finally, for sources that are primarily-federally and internationally regulated, such as interstate trucks, preempted off-road equipment, locomotives, aviation, and ocean-going vessels, the Proposed 2022 State SIP Strategy includes proposed commitments for certain CARB actions within our authority. Further, this strategy proposes petitions and other advocacy calling for U.S. EPA and other federal and international entities to take action to provide the needed emissions reductions. Actions needed at the federal and international levels include setting more stringent engine standards, requiring zero-emission technologies where feasible, and

potential requirements to require that only the cleanest vessels and aircraft visit California, given the severity of our attainment challenges. Strong federal and international action is critical as these sources represent an increasing fraction of ozone-forming emissions in California.

California's South Coast is the region facing the greatest challenge in meeting the 70 ppb ozone standard, and continues to drive towards attainment of the previous 75 and 80 ppb 8-hour ozone standards. That said, approximately 47 percent of the reductions needed to meet the standard in South Coast by 2037 will come from ongoing implementation of the existing control program.

**Figure 9 – South Coast Air Basin NOx Emissions under Current Control Program (emissions out to 100 nautical miles)[9]**



However, more emissions reductions are needed in South Coast beyond the existing control program to reach the NOx carrying capacity of approximately 60 tpd established by the South Coast Air Quality Management District needed to meet the 70 ppb ozone standard. Figure 9 shows that although existing control programs are expected to reduce total NOx in South Coast from 350 tpd in 2018 to 184 tpd in 2037, an additional 124 tpd of reductions are needed by 2037 to achieve the 60 tpd NOx emissions carrying capacity. Of the 124 tpd of NOx emissions reductions needed, the Proposed 2022 State SIP Strategy measures will provide an estimated 89.3 tpd of NOx emissions reductions in 2037 for the South Coast. Further, an additional 6.4 tpd of NOx emissions reductions will be achieved from measures in the 2016 State SIP Strategy that were very recently adopted or are to be adopted in the coming year, and are thus yet to be incorporated into the baseline emissions inventory, as discussed in Chapter 4. The multipronged approach described in this document is critical to driving the technology development and deployment of the most stringent engine standards and zero-emission technologies into the fleet, needed not just to attain the 70 ppb ozone standards but also to meet California's GHG emission reduction goals.

---

[9] Source: CARB 2022 CEPAM v1.01; represents the current baseline emissions with adopted CARB and district measures

Implementing the Proposed 2022 State SIP Strategy will require early and sustained action, and include efforts not only by CARB, but also air districts, U.S. EPA, and other federal and international agencies. Partnerships with the private sector will also be critical for continued market development of identified technologies. Lessons learned through implementing policies that have helped to drive the commercialization of passenger ZEV technologies have illustrated the importance of coupling regulatory market signals with targeted actions to support demonstrations and incentives to accelerate their penetration when commercially available. Pilot and demonstration projects can help to prove the feasibility of new technologies in real-world applications, reducing barriers to entering the market, and potentially increasing private sector investments. To accelerate penetration once commercially available, targeted incentives play a critical role in reducing barriers to future market growth by ensuring that the needed zero--emission technologies can economically compete with existing technologies, as discussed further in Chapter 7. While significant investments will be necessary, California has a long and successful legacy of building a world class economy in concert with innovative and effective environmental and public health policies, including focused incentive programs.

## Health Impacts

Despite decades of progress in improving air quality, large areas of California still suffer some of the worst air quality in the nation. Air pollution, including emissions from mobile sources, contribute to a wide range of heart and lung illnesses, chronic health conditions, increased cancer rates, and premature death. Every year, over 5,000 premature deaths and hundreds of illnesses and emergency room visits for respiratory and cardiovascular disease in California are linked to PM2.5 pollution, of which more than half is produced by mobile sources.[10] Recent research demonstrates that fine particulate pollution impacts not only the heart and respiratory system, but also brain health and adverse birth outcomes.[11] The health impacts of exposure to elevated levels of ozone in California are also considerable, including higher levels of emergency room visits and hospitalization, lost school days, and most critically, premature mortality. Moreover, for the millions of California residents living in low-income and disadvantaged communities and experiencing disproportionate levels of negative health impacts from air pollution,[12] actions to reduce fossil fuel combustion and move to cleaner power sources are even more important.

---

[10] CARB. (2016). Mobile Source Strategy. *https://ww2.arb.ca.gov/resources/documents/2016-state-strategy-state-implementation-plan-federal-ozone-and-pm25-standards*

[11] USEPA. (2019a). Integrated Science Assessment for Ozone and Related Photochemical Oxidants (External Review Draft). Retrieved from *https://cfpub.epa.gov/ncea/isa/recordisplay.cfm?deid=344670*.
U.S. EPA (2019b). Policy Assessment for the Review of the National Ambient Air Quality Standards for Particulate Matter, External Review Draft

[12] American Lung Association. (2020). State of the Air; Union of Concerned Scientists, U. (2019). Inequitable Exposure to Air Pollution from Vehicles in California (2019); Cushing et al. (2015). Racial/ethnic disparities in cumulative environmental health impacts in California: evidence from a statewide environmental justice screening tool (CalEnviroScreen 1.1). American journal of public health, 105(11), 2341-2348.

[12] U.S. EPA (2019b). Policy Assessment for the Review of the National Ambient Air Quality Standards for Particulate Matter, External Review Draft.

[12] Ibid.

## Health Impacts from Mobile Source Emissions

Fossil fuel combustion from cars, trucks, buses, and on- and off-road equipment emits criteria air pollutants and their precursors, including NOx and oxides of sulfur (SOx) emissions. While NOx and SOx emissions are harmful in themselves, NOx is also a precursor to ozone, which can cause irritation and damage lung tissue, worsen asthma and chronic illnesses including obstructive pulmonary disease and reduce lung function.[13] Studies have linked short-term ozone exposure with increased risk of death.[14]

In addition to contributing to ozone, the biggest impact on health from NOx and SOx emissions comes when they combine in the atmosphere to form secondary PM2.5, often miles downwind of the sources. PM2.5 pollution contributes to more fatalities than other air pollutants, and can lodge deep in the lungs or pass through the lungs to enter the blood stream and affect the heart, brain, and other organs.[15] Short-term exposure to PM2.5 pollution is associated with increased hospitalizations and emergency room visits for heart and lung illnesses, and can lead to premature death.[16] Adverse health effects from long-term exposure to PM2.5 pollution include increased risk of heart attacks and heart disease, impaired lung development in children, the development and exacerbation of asthma, and premature death.[17] Other possible impacts from PM2.5 exposure that are being investigated include low birth weight and impacts to the brain.[18]

Diesel engines emit a complex mixture of air pollutants, including both gaseous and solid material. The solid material in diesel exhaust is known as diesel particulate matter (DPM or diesel PM). More than 90 percent of DPM is less than 1 μm in diameter (about 1/70th the diameter of a human hair), and thus is a subset of PM2.5.[19] DPM is typically composed of carbon particles ("soot", also called black carbon) and numerous organic compounds, including over 40 known cancer-causing organic substances such as benzene and formaldehyde. In 1998, CARB identified DPM as a toxic air contaminant which has been linked to increased cancer risk, respiratory and cardiac illnesses and premature deaths.[20] CARB estimates that about 70 percent of total known cancer risk related to air toxics in California is attributable to DPM.[21] Diesel exhaust also contains gaseous pollutants, including ROG and NOx that lead to the formation of secondary PM2.5 and ozone. Most major sources of diesel

---

[13] U.S. EPA (2019b). Policy Assessment for the Review of the National Ambient Air Quality Standards for Particulate Matter, External Review Draft.

[14] Ibid

[15] U.S. EPA. (2019a). Integrated Science Assessment for Ozone and Related Photochemical Oxidants (External Review Draft).

[16] Ibid.

[17] Ibid.

[18] Boothe, V. L., Shendell, D. G. (2008). Potential health effects associated with residential proximity to freeways and primary roads: review of scientific literature, 1999–2006. Journal of Environmental Health, 70(8), 33-41.; Wang et al (2020). Traffic-related Metrics and Adverse Birth Outcomes: A Systematic Review and Meta-analysis. Environmental Research, 109752.
Woods et al (2017). The influence of the built environment on adverse birth outcomes. Journal of Neonatal-Perinatal Medicine, 10(3), 233-248.
CARB (2018) Air Pollution and the Brain *https://ww2.arb.ca.gov/resources/fact-sheets/air-pollution-and-brain*

[19] CARB (2020). Overview: Diesel Exhaust & Health *https://ww2.arb.ca.gov/resources/overview-diesel-exhaust-and-health*

[20] Ibid.

[21] Ibid.

emissions, such as ships, trains, and trucks, operate in and around ports, rail yards, and heavily traveled roadways, which are often located near densely populated and disadvantaged communities.

Increased cargo imports and congestion of ocean-going vessels at ports across California, together with the related increased activity of trucks and locomotives moving containers in and out of the ports, has recently led to significant emissions increases. The increases in NOx emissions can contribute to elevated ozone and PM2.5 concentrations in areas near ports and freight facilities, areas that have major freeways and freight corridors such as throughout the San Joaquin Valley, and downwind areas such as the South Coast's Inland Empire. Further, these freight sources also emit DPM which, as just discussed, can have detrimental health impacts, especially in communities near ports such as the Ports of Los Angeles and Long Beach, and the Port of Stockton.

## Environmental Justice and Pollution Exposure Disparities

Low-income and disadvantaged communities have long faced disproportionate burdens from exposure to air pollution. Research shows large disparities in exposure to pollution between white and non-white populations in California, and between disadvantaged communities and other communities, with Black and Latino populations experiencing significantly greater air pollution impacts than white populations. Mobile source pollution shows some of the highest disparities; a CARB-funded study indicated that on average, mobile sources account for over 30 percent of total PM2.5 exposures.[22] Research has shown that mobile sources are the largest sources of pollution exposure disparity for Black populations and disadvantaged community residents, when compared to the average population in California. Specifically, mobile sources accounted for 45 percent of exposure disparity for the Black population, and 37 percent of exposure disparity for people in disadvantaged communities.

Recently, there has been increased interest in the development of new warehousing facilities within disadvantaged communities, which can significantly increase emissions in those communities. In response, some local governments have adopted moratoriums to halt development of future warehousing facilities while the emissions impacts are evaluated. Other local governments have adopted good neighbor policies to promote the use of available advanced technologies. These actions are excellent examples of local leadership that will result in near-term emissions reductions in environmental justice communities, and support reductions needed to provide for attainment of federal standards. CARB's unique authority to set emission reduction standards will continue to establish these cleaner advanced technologies

CARB's current control programs have drastically reduced emissions and improved air quality across the State over the last 50 years. As we continue to adopt and implement new regulations, including the measures included in the Proposed 2022 State SIP Strategy, we expect that we will continue to see air quality improvements such that we will meet federal and State air quality standards, as well as California's many other targets, and substantially reduce negative health impacts.

---

[22] Apte et al (2019). A Method to Prioritize Sources for Reducing High PM2.5 Exposures in Environmental Justice Communities in California. CARB Research Contract Number 17RD006

## Economic and Environmental Analyses

CARB has developed an economic analysis for the Proposed 2022 State SIP Strategy, as described in *Appendix A: Economic Analysis*. Appendix A describes the estimated statewide costs and benefits of all proposed measures through 2037, and includes an assessment of the broader macroeconomic impacts. In addition to the economic analysis included in the Proposed 2022 State SIP Strategy, a more detailed economic analysis will be developed for each specific measure as it progresses through the regulatory development process.

To evaluate the potential for significant adverse environmental impacts associated with implementation of the Proposed 2022 State SIP Strategy, CARB prepared a Draft Environmental Analysis (Draft EA), pursuant to its regulatory program certified by the Secretary of the Natural Resource Agency[23]. In accordance with the Public Resources Code[24], public agencies with certified regulatory programs are exempt from certain CEQA requirements, including but not limited to preparing environmental impact reports, negative declarations, and initial studies[25]. The resource areas from the CEQA Environmental Checklist are used as a framework for assessing the potential for significant impacts[26].

The Draft EA was released on March 29, 2022 and added as Appendix B to the Proposed 2022 State SIP Strategy. The Draft EA was released for public review and comment, and a docket was opened for a 45-day public review period. CARB will summarize and respond in writing to all comments submitted on the Draft EA in a supplemental response to environmental comments document. Prior to final action on the Proposed 2022 State SIP Strategy, the Board will consider for approval the Final EA and a response to environmental comments document.

## Next Steps

CARB is continuing to work with the local air districts on development of their SIPs for the 70 ppb ozone standard; as the measures and commitments from the 2022 State SIP strategy will be incorporated into these regional SIPs, CARB will continue to solicit additional stakeholder input on the potential commitments in the Proposed 2022 State SIP Strategy. CARB will present the Proposed 2022 State SIP Strategy for Board consideration at the September 2022 Board meeting. The Board will also consider the analysis of potential environmental impacts of the Proposed 2022 State SIP Strategy, which are analyzed and will be included in *Appendix B: The Final Environmental Analysis for the proposed 2022 State Strategy for the State Implementation Plan*. Further, the Board will hear the discussion of the overall impacts of the Proposed 2022 State SIP Strategy on the California economy.

The proposed measures included in the Proposed 2022 State SIP Strategy provide the basis for specific legal commitments in SIPs for individual air districts that will first be considered at the regional level. CARB will then consider approval of the regional SIPs and individual SIP emissions reduction commitments prior to submitting the plans to U.S. EPA. As part of this

---

[23] 14 CCR 15251(d); 17 CCR 60000–60008
[24] Section 21080.5 of CEQA
[25] 14 CCR 15250
[26] 17 CCR 60005(b)

effort, CARB has been closely coordinating with staff at each of the local air districts for which an attainment plan is required.