# Exhibit M



# State of the Air
## 2025 Report

# Table of Contents

**About this Report**

Acknowledgements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Why State of the Air? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Methodology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

**Key Findings**

Key Findings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

Ozone Pollution Trends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

Short-term Particle Pollution Trends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

Year-Round Particle Pollution Trends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

Populations at Risk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

Most Polluted Places to Live . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

Cleanest Places to Live . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

**Health Impact of Air Pollution**

Health Effects of Particle Pollution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

Health Effects of Ozone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

People at Risk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

**Recommendations for Action**

Defend EPA Funding . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34

Defend EPA Rules . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35

Move Forward at the State, City, Community and Individual Levels . . . . . . . . . . . . . . . . . 36

**Data Tables**

Understanding Grades and Tables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

Table 1: Populations at Risk by Grade and by Pollutant . . . . . . . . . . . . . . . . . . . . . . . . . . 38

Table 2 a-c: Populations at Risk in 25 Most Polluted Cities, by Pollutant . . . . . . . 39-41

Table 3 a-c: Cleanest Cities, by Pollutant . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42-44

Table 4 a-c: Cleanest Counties, by Pollutant . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45-48

State Data Tables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50

# Key Findings

The "State of the Air" 2025 report finds that even after decades of successful efforts to reduce sources of air pollution, 46% of Americans—156.1 million people—are living in places that get failing grades for unhealthy levels of ozone or particle pollution. This is nearly 25 million more people breathing unhealthy air compared to last year's report, and more than in any other "State of the Air" report in the last ten years.



Extreme heat, drought and wildfires are contributing to worsening levels of air pollution across much of the U.S., exposing a growing proportion of the population to ozone and particle pollution that put their health at risk.

The "State of the Air" report looks at two of the most widespread and dangerous air pollutants, fine particles and ozone. The air quality data used in the report are collected at official monitoring sites across the United States by federal, state, local and Tribal governments. The Lung Association calculates values reflecting the air pollution problem and assigns grades for daily and long-term measures of particle pollution and daily measures of ozone. Those values are also used to rank cities (metropolitan areas) and counties. This year's report presents data from 2021, 2022 and 2023, the most recent three years of quality-assured nationwide air pollution data publicly available. See **About This Report** for more detail about the methodology for data collection and analysis.



"State of the Air" 2025 is the 26th edition of this annual report, which was first published in 2000. From the beginning, the findings in "State of the Air" have reflected the successes of the Clean Air Act, as emissions from transportation, power plants and manufacturing have been reduced over time. Over the last decade, however, the findings of the report have added to the extensive evidence that a changing climate is making it harder to protect this hard-fought progress on air quality and human health. Increases in high ozone days and spikes in particle pollution related to extreme heat, drought and wildfires are putting millions of people at risk and adding challenges to the work that states and cities are doing across the nation to clean up air pollution.

After several years of reporting that the worst of the nation's air quality problems were increasingly concentrated in western states, "State of the Air" 2025 finds the geographic distribution of air pollution shifting back East. The year 2023, which is included in this year's report for the first time, brought improved conditions to the west coast but also a deadly heat wave in Texas and an unprecedented blanket of smoke from wildfires in Canada that drove levels of ozone and particle pollution in dozens of central and eastern states higher than they have been in many years.

Again this year, "State of the Air" finds that the burden of living with unhealthy air is not shared equally. Research has shown that communities of color are disproportionately exposed to unhealthy air and are also more likely to be living with one or more chronic conditions that make them more vulnerable to air pollution, including asthma, diabetes and heart disease. Although people of color make up 41.2% of the overall population of the U.S., they are 50.2% of the people living in a county with at least one failing grade. Notably, Hispanic individuals are nearly three times as likely as white individuals to live in a community with three failing grades.

In "State of the Air" 2025, the metropolitan areas that ranked worst in the country for each of the three pollutant measures are unchanged from last year's report. Bakersfield, California tops the list for worst short-term particle pollution for the third straight year. Bakersfield also continues to be the metropolitan area with the worst level of year-round particle pollution for the 6th year in a row. Los Angeles is the city with the worst ozone pollution in the nation, as it has been in 25 of the 26 years of reporting in "State of the Air"—although city residents are exposed to an average of 77 fewer days of unhealthy levels of ozone each year than they were in 2000.



More than 125 million people live in counties with **F grades** for ozone smog.

125M

## Ozone Pollution Trends

Ozone air pollution is making breathing difficult for more people living in the U.S. than any other single pollutant. In the years 2021, 2022, and 2023, 37% of the population, some 125.2 million people, were exposed to levels of ozone that put their health at risk. This is an increase of 24.6 million people over last year's figure, and includes tens of millions of infants and children, people age 65 or older and others whose conditions make them especially vulnerable to health harm from air pollution.

After several years of successful reductions in ozone pollution in many parts of the country thanks to clean-up measures enacted under the Clean Air Act, the results in "State of the Air" 2025 are a distressing reversal of that progress. The places that earned an "F" grade for ozone in this year's report were spread across 211 counties in 35 states and Washington DC. Ninety-three more counties earned an "F" grade than in last year's report, and 10 more states saw at least one of their counties added to the list. Many places that were considered untroubled by ozone smog in recent years of the report saw their air quality worsen, sometimes by quite a lot—137 counties lost their A grade, including 10 that went from an A to an F.

The hardest hit region of the country for this change is a large swath of states extending north to south from the Midwest and the Plains down to Texas. The worsening ozone was due in large part to two factors that came together in 2023—in the North, the transport of ozone-forming pollutants generated by the extensive, climate change-driven wildfires in Canada, and in the South, high temperatures combined with emissions creating ideal conditions for ozone formation.



Average Change in Ozone Weighted Average by State 2020-2022 to 2021-2023

The severity of the problem and the abruptness of the change are unprecedented in magnitude. Nationwide, nearly five times as many counties' ozone levels worsened as improved. Nine states saw the number of unhealthy days for ozone get worse in every one of their counties monitored for this pollutant, including all 27 monitored counties in Indiana, all 23 in Illinois, and all 17 in Missouri.

**The Role of Wildfires in Ozone Formation**

In May and June of 2023, Canada experienced its worst wildfire season on record. Smoke plumes from those fires spread across the states of the Upper Midwest and Northeast. In addition to smoke blanketing those states with high levels of particle pollution, the Upper Midwest experienced the highest regional-scale surface ozone levels ever recorded so early in the season. By analyzing findings from air quality monitors, satellites and measurements of atmospheric chemistry taken from research aircraft, scientists found a clear link between the fires and the extreme levels of ozone pollution hundreds of miles downwind.

Wildfire smoke is a very visible and well-recognized source of unhealthy levels of particle pollution. As worsening heat and drought driven by a changing climate have increased the number, size and intensity of wildfires in the U.S. and neighboring Canada, the number and severity of high particle pollution days have also been increasing.

At the same time, the role of wildfires in the development of ozone smog has been less obvious and less well-documented. The chemistry of ozone formation is complex and variable. Many different potential emission sources contribute its precursor components. That complexity, together with the variable mixture of pollutants in wildfire smoke, have made understanding and quantifying the relationship between wildfires and ozone a challenge for atmospheric scientists.

Burning of plants and other organic material, known as biomass, in wildland fires produces particulate matter along with hundreds of reactive gases, including nitrogen dioxide ($NO_2$), volatile organic compounds (VOCs) and carbon monoxide. All of these gases can play a role in ozone formation, especially in sunny and hot conditions. These emissions undergo a series of chemical reactions as the smoke plume moves away from the source of the fire. In general, ozone production increases as the plume ages and moves downwind. Plumes that drift over reservoirs of $NO_2$ pollution, such as urban centers and industrial corridors with highways, railroads and ports, are also more likely to produce elevated ozone levels.

Whether or not a particular wildfire event produces significantly elevated levels of ozone depends on a number of factors that affect the emission and transport of precursor gases. This includes the temperature of the combustion, the duration of active flame production (more $NO_2$ is produced during periods of active flaming than when a fire is smoldering), wind direction and how close to the surface the plume is transported.

Years of successful cleanup of emissions from transportation, energy generation and industrial processes have contributed to falling ozone levels across much of the country since the first "State of the Air" report was published in 2000. Unfortunately, as was shown in 2023, one bad fire season has the potential to offset that progress, at least temporarily, creating new challenges for air pollution control efforts and putting the health of the communities affected at increased risk.

<u>Sources</u>
Cooper O.R. et al. Early surface 2023 wildfires generated record-breaking surface ozone anomalies across the U.S. Upper Midwest. Geophysical Research Letters. 2024; 51:e2024GL111481.
Lin M et.al. Reactive nitrogen partitioning enhances the contribution of Canadian wildfire plumes to U.S. ozone air quality. Geophysical Research Letters. 2024; 51:e2024GL10969.

In spite of these startling results, it is worthwhile pointing out that a handful of western states experienced something of a respite in this year's report. More counties improved than worsened in California, Idaho, Nevada, New Mexico and Wyoming, even though ozone levels in many of their counties continued to be unhealthy on many days.

Despite the widespread worsening in parts of the country, the list of the Worst 25 cities for ozone pollution in "State of the Air" 2025 and their order of ranking remains relatively stable compared with last year's report.

The largest changes in rank are for Tulsa, OK, worsening from 31st to 19th worst, and for St. Louis, MO, from 30th to 21st worst. Both were most recently on the Worst 25 list in the 2016 report. Sheboygan, WI is the only other city to join the list this year, having last appeared on the 2021 most polluted list. Those three new cities take the places of San Luis Obispo, CA and Reno, NV, which improved enough to move off the worst 25 list, and Grand Rapids, MI, which worsened significantly, but not enough to remain on the list.

In one small piece of good news, none of the cities on the Worst 25 list reported a worst-ever average number of days of ozone smog. In fact, four cities, all in California—Fresno (for its fifth year in a row), Bakersfield, Sacramento, and Visalia—recorded their fewest-ever number of unhealthy days for ozone, though they all still earned "F" grades.

The geographical distribution of cities on the Worst 25 list repeats the pattern seen over



25 Cities Most Polluted by Ozone

1. Los Angeles-Long Beach, CA
2. Visalia, CA
3. Bakersfield-Delano, CA
4. Phoenix-Mesa, AZ
5. Fresno-Hanford-Corcoran, CA
6. Denver-Aurora-Greeley, CO
7. Houston-Pasadena, TX
8. San Diego-Chula Vista-Carlsbad, CA
9. Salt Lake City-Provo-Orem, UT-ID
10. Dallas-Fort Worth, TX-OK
11. Sacramento-Roseville, CA
12. Las Vegas-Henderson, NV
13. Fort Collins-Loveland, CO
14. San Jose-San Francisco-Oakland, CA
15. Chicago-Naperville, IL-IN-WI
16. New York-Newark, NY-NJ-CT-PA
17. El Centro, CA
18. El Paso-Las Cruces, TX-NM
19. Tulsa-Bartlesville-Muskogee, OK
20. San Antonio-New Braunfels-Kerrville, TX
21. St. Louis-St. Charles-Farmington, MO-IL
22. Albuquerque-Santa Fe-Los Alamos, NM
23. Colorado Springs, CO
24. Redding-Red Bluff, CA
24. Sheboygan, WI

the last decade—the highest levels of ozone air pollution continue to occur in the West. California retains its position of being the state with the most metro areas on the list with 9 of the 25 most-polluted cities. Arizona, Colorado, Nevada, New Mexico, Oklahoma, Texas and Utah account for 12 others. They are joined this year by four more easterly cities, Chicago, New York, St. Louis, and Sheboygan.

Although cleanup of ozone precursor pollutants from industrial, power generation, and mobile sources has been working to reduce ozone concentrations, the impact of climate change has resulted in widespread wildfire disasters and has also meant higher temperatures, dry, sunny skies and more frequent stagnation events. Taken together, these conditions produced much higher numbers of unhealthy ozone days than would otherwise be the case.

## Short-term Particle Pollution Trends



77 million people live in counties with F grades for daily particle pollution.

In the years 2021, 2022 and 2023, there were 77.2 million people living in counties across the U.S. that earned an F grade for unhealthy spikes in particle pollution. This represents an increase of 12.1 million more people than in last year's report, the seventh straight year of increasing health threat from this deadly pollutant.

Even compared with the past several years of "State of the Air" reports—in which many cities and counties experienced their highest weighted average number of days ever reported for fine particle pollution—results this year are again worse. In "State of the Air" 2025, 154 counties in 27 states get failing grades for short-term particle pollution. This is 44 more counties and 8 more states, plus Washington DC, than in last year's report. Although 27 counties in the West, including 17 counties in California, improved enough to get passing grades this year, those improvements are more than offset by the 68 counties that have been added, many of them in the Midwest and East. Connecticut, DC, Georgia, Illinois, New York, Ohio, South Dakota, Virginia and Wisconsin are all represented on the F list for the first time in years.

Wildfire has clearly emerged as a major driving factor in determining where in the country people are being exposed to unhealthy spikes in particle pollution. As states and counties experience shifting conditions of heat and precipitation—"good fire years" and "bad fire years"—their levels of air pollution can vary significantly. For example, compared to the disastrous 2020 fire year in California, the three years included in "State of the Air" 2025 were relatively better in the state, allowing counties like Santa Barbara and Marin to go from an F to an A grade in this year's report. In contrast, smoke from extensive wildfires in Canada in 2023 resulted in extremely high levels of fine particle pollution on many days throughout parts of the northeastern and north central U.S. that have not historically been thought of as "fire country."

Wildfires are also continuing to increase the severity of pollution, with smoke in eastern states resulting in this report's highest ever number of red and purple days for particle pollution (1,280 and 231 days, respectively). These are levels on the Air Quality Index that carry strong health warnings. On red Unhealthy days, not only are members of sensitive groups likelier to "experience more serious health effects," but also "some members of the general public may experience health effects." On purple Very Unhealthy days, "the risk of health effects is increased for everyone."



There were also 27 maroon Hazardous days, the highest category, days on which a health warning of emergency conditions is issued, saying, "Everyone is more likely to be affected." Although this is fewer maroon days than in "State of the Air" 2023 and 2024, it is a sharp change from the fewer than ten maroon days reported from 2004 to 2016.

This year's report finds that the health of 56.3 million people across 140 counties in 25 states was put at risk on severely polluted Very Unhealthy (purple) and Hazardous (maroon) days for fine particle pollution. This is 24 million more people than in last year's report. This is drastically worse than the findings in last year's "State of the Air" and a shocking demonstration of a trend that not only is continuing but worsening as a consequence of climate change.

In better news, comparing cities ranked the worst 25 in last year's report with those in this year's, the average number of days per year that residents were exposed to high levels of fine particle pollution decreased by about three days. (However, it was to a still seriously poor weighted average of 16.5 days.) All but one of the ten worst cities on the list improved in this year's report, including Bakersfield, California, which experienced a weighted average of 17.5 fewer bad air days in 2021-2023 for spikes in particle pollution. The exception was Visalia, California, which recorded its highest level of particle pollution spikes in the history of the report—for the third year in a row.



## 25 Cities Most Polluted by Daily PM

| Rank | City |
|---|---|
| 1 | Bakersfield-Delano, CA |
| 2 | Fairbanks-College, AK |
| 3 | Eugene-Springfield, OR |
| 3 | Visalia, CA |
| 5 | Fresno-Hanford-Corcoran, CA |
| 6 | Reno-Carson City-Gardnerville Ranchos, NV-CA |
| 7 | Los Angeles-Long Beach, CA |
| 8 | Yakima, WA |
| 9 | Seattle-Tacoma, WA |
| 10 | Sacramento-Roseville, CA |
| 11 | Medford-Grants Pass, OR |
| 11 | San Jose-San Francisco-Oakland, CA |
| 11 | Spokane-Spokane Valley-Coeur d'Alene, WA-ID |
| 14 | Bismarck, ND |
| 15 | Missoula, MT |
| 16 | Pittsburgh-Weirton-Steubenville, PA-OH-WV |
| 16 | Redding-Red Bluff, CA |
| 18 | Fargo-Wahpeton, ND-MN |
| 19 | Minot, ND |
| 20 | Helena, MT |
| 21 | Indianapolis-Carmel-Muncie, IN |
| 22 | Detroit-Warren-Ann Arbor, MI |
| 22 | Lancaster, PA |
| 22 | Logan, UT-ID |
| 25 | Salt Lake City-Provo-Orem, UT-ID |

Weighted Average Days

As a result of the geographic shifts in high levels of particle pollution, eight of last year's Worst 25 cities have been replaced in this year's report. Medford, Oregon and Lancaster and Pittsburgh, Pennsylvania rejoined the list after a one-year hiatus. Worsened air quality in Indianapolis, Indiana; Detroit, Michigan; and Bismarck, North Dakota led to them being added to the list. Helena, Montana and Minot, North Dakota, both newly designated Metropolitan Statistical Areas in 2023, join the list for the first time, though Helena's air quality would have put it among the worst 25 in last year's report had it been classified as a metro region.

Improved enough to leave the Worst 25 list this year are the western cities of Phoenix, Arizona; Chico, Salinas, and San Diego, California; Denver, Colorado; Boise City, Idaho; Las Vegas, Nevada and Portland, Oregon.



**85 million people** live in counties with failing grades for year-round particle pollution

85M

## Year-round Particle Pollution Trends

"State of the Air" 2025 finds that 85 million people living in 115 counties across 31 states have been exposed to year-round levels of particle pollution that do not meet the annual air quality standard. This is a small improvement over the 90.7 million people living in places that got failing marks in last year's report, but still a sobering reminder of the widespread, chronic nature of this deadly form of air pollution.

When looking nationwide at all the counties with measurements for this pollutant, the average severity of annual particle pollution is effectively unchanged since last year's report. By its nature, the year-round measure of average particle pollution is not as changeable from year to year as the daily measure. Variations over time may look smaller, but because they typically represent recurring exposures over many days and weeks, seemingly minor differences can have a big impact on public health.

Annual particle pollution levels are most often highest in places that are subject to multiple sources of emissions all year long, such as from highways, oil and gas extraction, power generation and industry. The additional pollution load from wildfire smoke, though comparatively short-lived in any one location, can strongly influence that location's annual average. In this year's report, this influence can be seen reflected in geographic shifts similar to that seen with short-term particle pollution.

Unsurprisingly, given the transport of wildfire smoke across the country, the states with the worst changes from last year's report are mainly in the north central and eastern parts of the U.S. Ten states, ranging from North Dakota to Maryland, saw the year-round average for fine particle pollution get worse in every one of their counties monitored for this pollutant.

In contrast, though California still ranks near the top for worst statewide average, there were 37 million more people living with improved levels than with worse levels compared with last year's report. All but one of California's 42 counties for which comparisons could be made show improvement.

In "State of the Air" 2025, the 25 most polluted cities for year-round particle pollution bucked the worsening trend of recent years by improving an average of about 0.4 micrograms per cubic meter (from 12.35 to 11.98 µg/m$^3$). Thirteen of them, all in western states, improved. Fresno-Hanford-Corcoran and Los Angeles-Long Beach, California, posted their lowest levels ever, though they are still among the worst five. Eleven metro areas worsened compared with their levels in last year's report. One (Indianapolis-Carmel-Muncie, IN) was unchanged. None of the 25 most polluted cities for this measure posted their worst-ever levels of year-round particle pollution.



Because of the geographic shift in areas of worse or improved particle pollution, there are more shifts in the rankings on the Worst 25 list than usual. Though the four worst metro areas keep their same ranks as in last year's report, most of the others on the list have moved up or down quite a bit.

Six metro areas experienced levels of air pollution that moved them onto the Worst 25 list. Cleveland, Ohio posted the most dramatic shift in the country, resulting in its rank dropping from 54th to 9th worst. Kalamazoo, Michigan and Brownsville and Texarkana, Texas are all making an appearance on this list for the first time. Missoula, Montana rejoins the list after a three-year absence. St. Louis, Missouri rounds out the additions this year.

Improving enough to leave the list are Augusta, Georgia; Chico, California; Kansas City, Missouri; Las Vegas and Reno, Nevada; Oklahoma City, Oklahoma and Corpus Christi, Texas.

## Populations at Risk

More than 265 million people live in the 885 counties with enough monitoring data to be assigned a grade for at least one pollutant in this year's report. The majority of U.S. counties actually don't have monitors—which means that many communities, especially rural ones, don't have official monitored information on their air quality.

> **Addressing Data Gaps in Unmonitored Counties**
>
> "State of the Air" has long served as a trusted resource for tracking national trends in ozone and particle pollution, but many counties remain unmonitored, leaving communities without access to vital air quality information. To help close these gaps, the American Lung Association's "Something in the Air" reports explore the potential of using emerging technologies to expand the understanding of pollution exposure in under-monitored regions.
>
> The "Something in the Air" series is intended to supplement the "State of the Air" report, providing a clearer picture of air quality where monitoring is limited. By utilizing satellite data and other emerging data tools to complement monitoring networks and expand air quality assessment, community members and decision-makers can better identify pollution hotspots, strengthen research and advocate for more comprehensive clean air protections. Together, these efforts work toward the same goal of ensuring all communities, especially those most at risk, have the information needed to fight for cleaner, healthier air. Learn more at Lung.org/something-in-the-air.

It is important to note that the population numbers included in this section are only for those places that collect air pollution data, and do not reflect the entire population of these groups in the U.S. The availability of data, and hence the population that is included in this report, differs for each pollutant.

All 156.1 million people in the U.S. living in places with failing grades for unhealthy levels of ozone or particle pollution are at risk of harm to their health. But some groups of people are especially vulnerable to illness and death from their exposure. See **People at Risk** for more detail about the factors that contribute to increased risk.



The number of people in these high-risk groups in "State of the Air" 2025 are as follows:

- **Children and older adults**—More than 34.6 million children under age 18 and some 25.2 million adults age 65 and over live in counties that received an F for at least one pollutant. Close to 9.5 million children and more than 6.7 million seniors live in counties failing all three measures.
- **People with underlying health conditions**
    - **Asthma**—More than 2.5 million children and nearly 11.8 million adults with asthma live in counties that received an F for at least one pollutant. More than 638,000 children and some 3.1 million adults with asthma live in counties failing all three measures.
    - **Chronic Obstructive Pulmonary Disease (COPD)**—Some 6.8 million people with COPD live in counties that received an F for at least one pollutant. Close to 1.7 million people with COPD live in counties failing all three measures.
    - **Lung Cancer**—Nearly 72,000 people diagnosed with lung cancer as of 2021 live in counties that received an F for at least one pollutant, and about 17,500 people ever diagnosed with lung cancer live in counties failing all three measures.
    - **Cardiovascular Disease**—Close to 9.7 million people with cardiovascular disease live in counties that received an F for at least one pollutant. Nearly 2.5 million people live in counties failing all three measures.
    - **Pregnancy**—Adverse impacts from air pollution have been shown both for those who are pregnant as well as for the developing fetus. More than 1.7 million pregnancies were recorded in 2023 in counties that received at least one failing grade for air pollution. Of those, close to 453,000 were in counties that received failing grades for all three measures.
- **People experiencing poverty**—Nineteen million people with incomes meeting the federal poverty definition live in counties that received an F for at least one pollutant. Close to 5.7 millig grade for ozone and/or particle pollution. Over 26.0 million people of color live in counties that received failing grades on all three measures, including some 15.2 million Hispanics.

For more detail about the number of people at risk by grade and by pollutant, see **Data Table 1**. The populations at risk are also included by county in the **State Data Tables**.

## Most Polluted Places to Live

In addition to the 25 worst cities for each pollutant listed above, the 25 most polluted counties for ozone and particle pollution are ranked in the tables below.

| Ozone Ranking | State | County | WA | PM Ranking | State | County | WA | Annual PM Ranking | State | County | DV |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | California | San Bernardino | 153.7 | 1 | California | Kern | 44.3 | 1 | California | Kern | 16.2 |
| 2 | California | Riverside | 113.7 | 2 | Alaska | Fairbanks North Star Borough | 38.7 | 2 | California | Tulare | 15.7 |
| 3 | California | Los Angeles | 98.5 | 3 | California | Tulare | 36.5 | 3 | California | Fresno | 14.8 |
| 4 | California | Tulare | 88.7 | 3 | Oregon | Lane | 36.5 | 4 | Oregon | Lane | 14.4 |
| 5 | California | Kern | 72.8 | 5 | California | Fresno | 28.8 | 5 | California | Kings | 14.1 |
| 6 | Arizona | Maricopa | 54.8 | 6 | California | Kings | 26.5 | 6 | California | Plumas | 14 |
| 7 | California | Fresno | 46.8 | 7 | California | Siskiyou | 26.2 | 7 | California | San Bernardino | 13.1 |
| 8 | Colorado | Jefferson | 36.7 | 8 | Oregon | Klamath | 20.8 | 8 | California | Stanislaus | 13 |
| 9 | Texas | Harris | 34.8 | 9 | Nevada | Douglas | 19.2 | 8 | Michigan | Wayne | 13 |
| 10 | California | San Diego | 27.5 | 10 | California | Inyo | 18.7 | 10 | Montana | Lincoln | 12.8 |
| 11 | Utah | Salt Lake | 25.7 | 11 | Nevada | Washoe | 18.5 | 11 | California | Riverside | 12.6 |
| 12 | Texas | Denton | 25.5 | 12 | Nevada | Carson City | 17.5 | 12 | Texas | Harris | 12.5 |
| 13 | Colorado | Douglas | 25.2 | 13 | California | Plumas | 17.3 | 13 | Washington | Okanogan | 12.3 |
| 14 | Utah | Uintah | 24.5 | 14 | Montana | Ravalli | 14.5 | 14 | California | Los Angeles | 12.2 |
| 15 | New Mexico | Eddy | 24.3 | 15 | California | Riverside | 14 | 14 | Ohio | Cuyahoga | 12.2 |
| 16 | California | Placer | 22.5 | 16 | Washington | Yakima | 13.8 | 16 | Alaska | Fairbanks North Star Borough | 12.1 |
| 17 | Nevada | Clark | 22.2 | 17 | Washington | Okanogan | 13.3 | 17 | Oregon | Klamath | 12 |
| 18 | Texas | Tarrant | 21.5 | 18 | Idaho | Lemhi | 12.8 | 18 | Indiana | Marion | 11.9 |
| 19 | Colorado | Larimer | 20.8 | 19 | Montana | Silver Bow | 12.3 | 19 | California | Siskiyou | 11.7 |
| 20 | California | Stanislaus | 20.5 | 19 | Washington | Snohomish | 12.3 | 20 | Pennsylvania | Allegheny | 11.6 |
| 21 | Illinois | Cook | 20.3 | 21 | California | Nevada | 12.2 | 21 | Illinois | Cook | 11.3 |
| 22 | Connecticut | Fairfield | 20.2 | 22 | California | Stanislaus | 12 | 22 | California | San Joaquin | 11.2 |
| 23 | Colorado | Arapahoe | 19.5 | 22 | Oregon | Jackson | 12 | 22 | California | Sutter | 11.2 |
| 24 | California | Imperial | 19.3 | 22 | Washington | Stevens | 12 | 22 | Ohio | Butler | 11.2 |
| 25 | Arizona | Pinal | 19.2 | 25 | North Dakota | Burleigh | 11.7 | 25 | California | Mendocino | 11 |

Twenty-seven counties, listed alphabetically by state below, received failing grades for all three measures of pollution:

| | |
|---|---|
| Arizona | Maricopa, Pinal |
| California | Fresno, Imperial, Kern, Kings, Los Angeles, Madera, Merced, Orange, Riverside, Sacramento, San Bernardino, Stanislaus, Sutter, Tulare |
| Illinois | Cook |
| Indiana | Lake, Marion |
| Michigan | Wayne |
| Ohio | Butler, Cuyahoga |
| Pennsylvania | Philadelphia |
| Nevada | Washoe |
| Utah | Salt Lake |
| Wisconsin | Milwaukee, Waukeshaw |

## Cleanest Places to Live

Many cities in the U.S. enjoy air that is considered clean for one or more of the pollution measures tracked in "State of the Air." In this year's report, 35 of the cities for which there is monitoring data had zero high ozone days and 22 cities had zero days with high levels of short-term particle pollution. This is a considerable worsening from last year's report, when 55 cities had no days of high ozone and 75 had no spikes in particle pollution. Because year-round particle pollution is scored differently, the cleanest cities for this measure can be ranked, and the best 25 are considered cleanest. See **Data Tables 3a-c.**

In another grim indicator of the deterioration of air quality nationwide in this year's report, only two cities—Bangor, Maine and San Juan-Bayamón, Puerto Rico—rank on all three cleanest cities lists. They both earned an A for ozone and short-term particle pollution and are among the 25 cities with the lowest year-round particle levels.

The other four cities that made the Cleanest Places to Live list last year, Johnson City-Kingsport-Bristol, TN-VA, Lincoln-Beatrice, NE, Urban Honolulu, HI and Wilmington NC, all had at least one bad particle pollution day that cost them an A and a return to the cleanest cities list.