# Exhibit N



**You are here:** EPA Home > Green Book > 8-Hour Ozone (2015) Nonattainment Area Area/State/County Report

# 8-Hour Ozone (2015) Nonattainment Area Area/State/County Report

Data is current as of February 28, 2026

---

**Allegan County, MI** (Serious - Nonattainment)
    MICHIGAN (Region V)
        Allegan County (P)

**Amador County, CA** (Marginal - Nonattainment)
    CALIFORNIA (Region IX)
        Amador County

**Baltimore, MD** (Serious - Nonattainment)
    MARYLAND (Region III)
        Anne Arundel County
        Baltimore County
        Baltimore city
        Carroll County
        Harford County
        Howard County

**Berrien County, MI** (Serious - Nonattainment)
    MICHIGAN (Region V)
        Berrien County

**Butte County, CA** (Marginal - Nonattainment)
    CALIFORNIA (Region IX)
        Butte County

**Calaveras County, CA** (Marginal - Nonattainment)
    CALIFORNIA (Region IX)
        Calaveras County

**Chicago, IL-IN-WI** (Serious - Nonattainment)
    ILLINOIS (Region V)
        Cook County
        DuPage County
        Grundy County (P)
            *Aux Sable Township and Goose Lake Township*
        Kane County
        Kendall County (P)
            *Oswego Township*
        Lake County
        McHenry County
        Will County
    INDIANA (Region V)
        Lake County (P)
        Porter County (P)
    WISCONSIN (Region V)
        Kenosha County (P)

**Cleveland, OH** (Serious - Nonattainment)
    OHIO (Region V)
        Cuyahoga County
        Geauga County
        Lake County
        Lorain County
        Medina County
        Portage County
        Summit County

**Dallas-Fort Worth, TX** (Serious - Nonattainment)
    TEXAS (Region VI)
        Collin County
        Dallas County
        Denton County
        Ellis County
        Johnson County
        Kaufman County
        Parker County
        Tarrant County
        Wise County

**Denver Metro/North Front Range, CO** (Serious - Nonattainment)
    COLORADO (Region VIII)
        Adams County
        Arapahoe County
        Boulder County
        Broomfield County
        Denver County
        Douglas County
        Jefferson County
        Larimer County (P)
        Weld County

**El Paso-Las Cruces, TX-NM** (Marginal - Nonattainment)
    NEW MEXICO (Region VI)
        Dona Ana County (P)
    TEXAS (Region VI)
        El Paso County

**Greater Connecticut, CT** (Serious - Nonattainment)
    CONNECTICUT (Region I)
        Hartford County
        Litchfield County
        New London County
        Tolland County
        Windham County

**Houston-Galveston-Brazoria, TX** (Serious - Nonattainment)
    TEXAS (Region VI)
        Brazoria County
        Chambers County
        Fort Bend County
        Galveston County
        Harris County
        Montgomery County

**Imperial County, CA** (Marginal - Nonattainment)
    CALIFORNIA (Region IX)
        Imperial County

**Kern County (Eastern Kern), CA** (Serious - Nonattainment)
    CALIFORNIA (Region IX)
        Kern County (P)

**Las Vegas, NV** (Serious - Nonattainment)
    NEVADA (Region IX)
        Clark County (P)
            *That portion of Clark County that lies in hydrographic area 212*

**Los Angeles-San Bernardino Counties (West Mojave Desert), CA** (Severe 15 - Nonattainment)
    CALIFORNIA (Region IX)
        Los Angeles County (P)
        San Bernardino County (P)

**Los Angeles-South Coast Air Basin, CA** (Extreme - Nonattainment)
    CALIFORNIA (Region IX)
        Los Angeles County (P)
        Orange County
        Riverside County (P)
        San Bernardino County (P)

**Louisville, KY-IN** (Moderate - Nonattainment)
    KENTUCKY (Region IV)
        Bullitt County
        Jefferson County
        Oldham County

**Mariposa County, CA** (Moderate - Nonattainment)
    CALIFORNIA (Region IX)
        Mariposa County

**Milwaukee, WI** (Serious - Nonattainment)
    WISCONSIN (Region V)
        Milwaukee County
        Ozaukee County
        Racine County (P)
        Washington County (P)
        Waukesha County (P)

**Morongo Band of Mission Indians, CA** (Serious - Nonattainment)
    CALIFORNIA (Region IX)
        Riverside County (P)

**Muskegon County, MI** (Serious - Nonattainment)
    MICHIGAN (Region V)
        Muskegon County (P)

**Nevada County (Western part), CA** (Serious - Nonattainment)
    CALIFORNIA (Region IX)
        Nevada County (P)

**New York-Northern New Jersey-Long Island, NY-NJ-CT** (Serious - Nonattainment)
    CONNECTICUT (Region I)
        Fairfield County
        Middlesex County
        New Haven County
    NEW JERSEY (Region II)
        Bergen County
        Essex County
        Hudson County

Hunterdon County
Middlesex County
Monmouth County
Morris County
Passaic County
Somerset County
Sussex County
Union County
Warren County
NEW YORK (Region II)
Bronx County
Kings County
Nassau County
New York County
Queens County
Richmond County
Rockland County
Suffolk County
Westchester County

**Northern Wasatch Front, UT** (Serious - Nonattainment)
UTAH (Region VIII)
Davis County
Salt Lake County
Tooele County (P)
Weber County (P)

**Pechanga Band of Luiseno Mission Indians of the Pechanga Reservation, CA** (Moderate - Nonattainment)
CALIFORNIA (Region IX)
Riverside County (P)
San Diego County (P)

**Philadelphia-Wilmington-Atlantic City, PA-NJ-MD-DE** (Serious - Nonattainment)
DELAWARE (Region III)
New Castle County
MARYLAND (Region III)
Cecil County
NEW JERSEY (Region II)
Atlantic County
Burlington County
Camden County
Cape May County
Cumberland County
Gloucester County
Mercer County
Ocean County
Salem County
PENNSYLVANIA (Region III)
Bucks County
Chester County
Delaware County
Montgomery County
Philadelphia County

**Phoenix-Mesa, AZ** (Moderate - Nonattainment)
ARIZONA (Region IX)
Gila County (P)
Maricopa County (P)
Pinal County (P)

**Riverside County (Coachella Valley), CA** (Severe 15 - Nonattainment)
    CALIFORNIA (Region IX)
        Riverside County (P)

**Sacramento Metro, CA** (Serious - Nonattainment)
    CALIFORNIA (Region IX)
        El Dorado County (P)
        Placer County (P)
        Sacramento County
        Solano County (P)
        Sutter County (P)
        Yolo County

**San Antonio, TX** (Serious - Nonattainment)
    TEXAS (Region VI)
        Bexar County

**San Diego County, CA** (Severe 15 - Nonattainment)
    CALIFORNIA (Region IX)
        San Diego County (P)

**San Francisco Bay Area, CA** (Marginal - Nonattainment)
    CALIFORNIA (Region IX)
        Alameda County
        Contra Costa County
        Marin County
        Napa County
        San Francisco County
        San Mateo County
        Santa Clara County
        Solano County (P)
        Sonoma County (P)

**San Joaquin Valley, CA** (Extreme - Nonattainment)
    CALIFORNIA (Region IX)
        Fresno County
        Kern County (P)
        Kings County
        Madera County
        Merced County
        San Joaquin County
        Stanislaus County
        Tulare County

**San Luis Obispo (Eastern part), CA** (Marginal - Nonattainment)
    CALIFORNIA (Region IX)
        San Luis Obispo County (P)

**Sheboygan County, WI** (Serious - Nonattainment)
    WISCONSIN (Region V)
        Sheboygan County (P)

**Southern Wasatch Front, UT** (Marginal - Nonattainment)
    UTAH (Region VIII)
        Utah County (P)

**St. Louis, MO-IL** (Serious - Nonattainment)
    ILLINOIS (Region V)
        Madison County
        Monroe County
        St. Clair County

Franklin County (P)
*Boles Township*
Jefferson County
St. Charles County
St. Louis County
St. Louis city

**Sutter Buttes, CA** (Marginal - Nonattainment)
CALIFORNIA (Region IX)
Sutter County (P)
*That portion of the Sutter Buttes mountain range at or above 2,000 feet in elevation*

**Tuolumne County, CA** (Marginal - Nonattainment)
CALIFORNIA (Region IX)
Tuolumne County

**Tuscan Buttes, CA** (Marginal (Rural Transport) - Nonattainment)
CALIFORNIA (Region IX)
Tehama County (P)
*Those portions of the immediate Tuscan Buttes area at or above 1,800 feet in elevation*

**Uinta Basin, UT** (Moderate - Nonattainment)
UTAH (Region VIII)
Duchesne County (P)
Uintah County (P)

**Ventura County, CA** (Serious - Nonattainment)
CALIFORNIA (Region IX)
Ventura County (P)
*That part of Ventura County excluding the Channel Islands of Anacapa and San Nicolas Islands*

**Washington, DC-MD-VA** (Moderate - Nonattainment)
DISTRICT OF COLUMBIA (Region III)
District of Columbia
MARYLAND (Region III)
Calvert County
Charles County
Frederick County
Montgomery County
Prince George's County
VIRGINIA (Region III)
Alexandria city
Arlington County
Fairfax County
Fairfax city
Falls Church city
Loudoun County
Manassas Park city
Manassas city
Prince William County

2026-02-28