# Exhibit O



**You are here:** EPA Home > Green Book > PM-2.5 (2012) Nonattainment Areas

# PM-2.5 (2012) Nonattainment Areas

Data is current as of February 28, 2026

---

**SERIOUS**
Los Angeles-South Coast Air Basin, CA
Plumas County, CA
San Joaquin Valley, CA

**MODERATE**
Allegheny County, PA
Imperial County, CA

**Discover.**

**Connect.**

**Ask.**

**Follow.**

2026-02-28