ROB BONTA, State Bar No. 202668
Attorney General of California
MYUNG J. PARK, State Bar No. 210866
Supervising Deputy Attorney General
BENJAMIN P. LEMPERT, State Bar No. 344239
DAVID M. MEEKER, State Bar No. 273814
SARAH M. PFANDER, State Bar No. 347902
CECILIA D. SEGAL, State Bar No. 310935
M. ELAINE MECKENSTOCK, State Bar No. 268861
Deputy Attorney General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-0299
 Fax:  (510) 622-2270
 E-mail:  Elaine.Meckenstock@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAIMLER TRUCK NORTH AMERICA, LLC; INTERNATIONAL MOTORS, LLC; PACCAR, INC.;** and **VOLVO GROUP NORTH AMERICA, LLC,**<br><br>Plaintiffs,<br><br>**THE UNITED STATES OF AMERICA;** and **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br><br>Plaintiff-Intervenors<br><br>v.<br><br>**CALIFORNIA AIR RESOURCES BOARD, STEVEN S. CLIFF,** in his official capacity as the Executive Officer of the California Air Resources Board; and **GAVIN NEWSOM,** in his official capacity as the Governor of California,<br><br>Defendants. | 2:25-cv-02255-DC-AC<br><br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' DEADLINE TO FILE REPLIES IN SUPPORT OF THEIR MOTIONS TO DISMISS** |

1

Under Local Rule 144, and this Court's Standing and Scheduling Orders, Plaintiffs Daimler Truck North America, LLC, International Motors, LLC, PACCAR, Inc., and Volvo Group North America LLC (collectively, "OEM Plaintiffs"); Plaintiffs-Intervenors United States and the U.S. Environmental Protection Agency (collectively, "United States"); and Defendants California Air Resources Board (CARB), Steven S. Cliff, in his official capacity as the Executive Officer of CARB, and Gavin Newsom, in his official capacity as the Governor of California (collectively, "Defendants"), acting by and through their respective counsel, stipulate and respectfully submit as follows:

WHEREAS, Defendants filed motions to dismiss on March 10, 2026, ECF 120, 122;

WHEREAS, the OEM Plaintiffs and the United States filed oppositions to Defendants' motions to dismiss on March 24, 2026, ECF 123, 126;

WHEREAS, under Local Rule 230(d), the deadline for Defendants to file replies in support of their motions to dismiss is April 3, 2026;

WHEREAS, Defendants have indicated they require 7 additional days to prepare their replies given that Defendants' counsel have two replies to prepare (one of which must be reviewed by two separate clients), as well as other conflicting work; and

WHEREAS, OEM Plaintiffs and the United States have agreed to the requested 7-day extension as a professional courtesy.

NOW, THEREFORE, it is hereby stipulated, subject to this Court's approval, that:

1.    Defendants may file replies in support of their motions to dismiss no later than April 10, 2026.

Joint Stip. & Prop. Order Extending Defendants' Deadline to File Replies in Sup. of MTD (2:25-cv-02255-DC-AC)

Dated:  March 25, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

*/s/ M. Elaine Meckenstock*
M. ELAINE MECKENSTOCK
Deputy Attorney General
*Attorneys for Defendants*

Dated:  March 25, 2026

Respectfully submitted,

*/s/ Benjamin Wagner*
BENJAMIN WAGNER, SBN 163581
**GIBSON, DUNN & CRUTCHER LLP**
RACHEL S. BRASS, SBN 219301
STACIE B. FLETCHER, *pro hac vice*
MIGUEL ESTRADA, *pro hac vice*
JACOB T. SPENCER, *pro hac vice*
VERONICA J.T. GOODSON, SBN 314367
*Attorneys for Plaintiff Daimler Truck North America LLC*
(as authorized on March 25, 2026)

Dated:  March 25, 2026

Respectfully submitted,

*/s/ Robin M. Hulshizer*
ROBIN M. HULSHIZER, SBN 158486
**LATHAM & WATKINS LLP**
ARTHUR FOERSTER, *pro hac vice*
KEVIN M. JAKOPCHEK, *pro hac vice*
BELINDA S. LEE
*Attorneys for Plaintiff International Motors, LLC*
(as authorized on March 25, 2026)

Joint Stip. & Prop. Order Extending Defendants' Deadline to File Replies in Sup. of MTD (2:25-cv-02255-DC-AC)

Dated: March 25, 2026                    Respectfully submitted,


*/s/ Joseph A. Ostoyich*
JOSEPH A. OSTOYICH, *pro hac vice*
**CLIFFORD CHANCE LLP**
WILLIAM LAVERY, *pro hac vice*
STEVE NICKELSBURG, *pro hac vice*
DANIELLE MORELLO, *pro hac vice*
DOROTHEA R. ALLOCCA, *pro hac vice*

**ILLOVSKY GATES & CALIA LLP**
EUGENE ILLOVSKY
KEVIN CALIA
*Attorneys for Plaintiff PACCAR Inc*
(as authorized on March 25, 2026)


Dated: March 25, 2026                    Respectfully submitted,


*/s/ Jeffrey M. Goldman*
JEFFREY M. GOLDMAN, SBN 233840
**TROUTMAN PEPPER LOCKE LLP**
T. SCOTT MILLS
JEREMY HEEP, *pro hac vice*
DANIEL J. BOLAND, *pro hac vice*
*Attorneys for Plaintiff Volvo Group North
America, LLC*
(as authorized on March 25, 2026)


Dated: March 25, 2026                    Respectfully submitted,

ADAM R.F. GUSTAFSON
*Acting Assistant Attorney General*

*/s/ Robert N. Stander*
ROBERT N. STANDER
Deputy Assistant Attorney General

JOHN K. ADAMS
DAVID D. MITCHELL
United States Department of Justice
Environment & Natural Resources Div.

ERIC GRANT
United States Attorney

*Counsel for Plaintiffs-Intervenors*
(as authorized on March 25, 2026)

4

Joint Stip. & Prop. Order Extending Defendants' Deadline to File Replies in Sup. of MTD (2:25-cv-02255-DC-AC)

**[PROPOSED] ORDER**

Based on the foregoing stipulation of the parties, and for good cause shown, the Court extends the following deadlines as indicated:

1. Defendants shall file replies in support of their motions to dismiss no later than April 10, 2026.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. DENA M. COGGINS
UNITED STATES DISTRICT JUDGE

Joint Stip. & Prop. Order Extending Defendants' Deadline to File Replies in Sup. of MTD (2:25-cv-02255-DC-AC)