GIBSON, DUNN & CRUTCHER LLP
BENJAMIN WAGNER, SBN 163581
310 University Avenue
Palo Alto, CA 94301-1744
Telephone:    650.849.5395
Facsimile:    640.849.5095
BWagner@gibsondunn.com

RACHEL S. BRASS, SBN 219301
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:    415.393.8293
Facsimile:    415.393.8306
RBrass@gibsondunn.com

STACIE B. FLETCHER, *pro hac vice*
MIGUEL A. ESTRADA, *pro hac vice*
JACOB T. SPENCER, *pro hac vice*
VERONICA J.T. GOODSON, SBN 314367
1700 M Street N.W.
Washington, D.C. 20036-4504
Telephone:    202.955.8500
Facsimile:    202.467.0539
SFletcher@gibsondunn.com
MEstrada@gibsondunn.com
JSpencer@gibsondunn.com
VGoodson@gibsondunn.com

*Attorneys for Plaintiff Daimler Truck North America LLC*
(additional counsel on signature pages)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

DAIMLER TRUCK NORTH AMERICA LLC, INTERNATIONAL MOTORS, LLC, PACCAR INC, and VOLVO GROUP NORTH AMERICA LLC,

        Plaintiffs,

        v.

STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board; and GAVIN NEWSOM, in his official capacity as the Governor of California,

        Defendants.

_____

THE UNITED STATES OF AMERICA, and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

        Plaintiffs-Intervenors,

        v.

CALIFORNIA AIR RESOURCES BOARD; and STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board,

        Defendants.

Case No. 2:25-cv-02255-DC-AC

**JOINT STIPULATION TO EXTEND THE PARTIES DEADLINE TO FILE A JOINT STATUS REPORT**

Judge:        Hon. Dena Coggins
Action Filed:    August 11, 2025

Gibson, Dunn &
Crutcher LLP

Pursuant to Civil Local Rule 144, and this Court's Standing and Scheduling Orders, Plaintiffs Daimler Truck North America, LLC, International Motors, LLC, PACCAR Inc., and Volvo Group North America LLC (collectively "OEM Plaintiffs"), Plaintiffs-Intervenors United States and the United States Environmental Protection Agency (collectively, "Federal Plaintiffs"), and Defendants California Air Resources Board (CARB), Steven S. Cliff, in his official capacity as the Executive Officer of CARB, and Gavin Newsom, in his official capacity as the Governor of California (collectively, "Defendants"), acting by and through their respective counsel, stipulate and respectfully submit as follows:

WHEREAS, the Court has ordered the parties to submit a joint status report regarding scheduling by no later than April 3, 2026, ECF No. 117;

WHEREAS, on April 1, 2026 OEM Plaintiffs and Plaintiffs-Intervenors filed motions for summary judgment, ECF. Nos. 129 & 130;

WHEREAS, on April 2, 2026, Defendants filed an administrative motion seeking procedural relief regarding the motions for summary judgment, ECF No. 131;

WHEREAS, on April 3, 2026, OEM Plaintiffs filed an opposition to Defendants' administrative motion, ECF No. 132, and Plaintiffs-Intervenors also intended to oppose that motion;

WHEREAS, the parties had previously prepared a near-final version of the required joint status report for filing on April 3, 2026;

WHEREAS, on April 3, 2026, the Court denied the motions for summary judgment filed by OEM Plaintiffs and Plaintiffs-Intervenors without prejudice to re-filing those motions after meeting and conferring with Defendants, and denied as moot Defendants' administrative motion, ECF No. 133;

WHEREAS, the parties intend to further meet and confer on Monday, April 6, 2026 regarding the summary judgment motions of OEM Plaintiffs and Plaintiffs-Intervenors, which meet and confer is not possible on Friday, April 3, 2026 given the number of parties involved and the holiday several are observing that same day; and

WHEREAS, the meet and confer planned for April 6, 2026, may alter the contents of the joint status report currently due on Friday, April 3.

NOW THEREFORE, it is hereby stipulated and agreed, subject to this Court's approval, that:

Gibson, Dunn & Crutcher LLP

1

The parties shall file their joint status report regarding scheduling by Wednesday, April 8, 2026.

Dated: April 3, 2026

Respectfully submitted on behalf of all under-signed parties,

_____
BENJAMIN WAGNER, SBN 163581

**GIBSON, DUNN & CRUTCHER LLP**

BENJAMIN WAGNER, State Bar No. 163581
310 University Avenue
Palo Alto, CA 94301-1744
Telephone:    650.849.5395
Facsimile:    640.849.5095
BWagner@gibsondunn.com

RACHEL S. BRASS, SBN 219301
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:    415.393.8293
Facsimile:    415.393.8306
RBrass@gibsondunn.com

STACIE B. FLETCHER, *pro hac vice*
MIGUEL A. ESTRADA, *pro hac vice*
JACOB T. SPENCER, *pro hac vice*
VERONICA J.T. GOODSON, SBN 314367
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone:    202.955.8500
Facsimile:    202.467.0539
SFletcher@gibsondunn.com
MEstrada@gibsondunn.com
JSpencer@gibsondunn.com
VGoodson@gibsondunn.com

*Attorneys for Plaintiff Daimler Truck North America LLC*

/s/ *Robin M. Hulshizer*
(as authorized on April 3, 2026)
ROBIN M. HULSHIZER, SBN 158486

**LATHAM & WATKINS LLP**

ROBIN M. HULSHIZER, SBN 158486
ARTHUR FOERSTER, *pro hac vice*
KEVIN M. JAKOPCHEK, *pro hac vice*
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: 312.876.7700
Facsimile: 312.993.9767

/s/ *Joseph A. Ostoyich*
(as authorized on April 3, 2026)
JOSEPH A. OSTOYICH (pro hac vice)

**CLIFFORD CHANCE LLP**

JOSEPH A. OSTOYICH, *pro hac vice*
WILLIAM LAVERY, *pro hac vice*
STEVE NICKELSBURG, *pro hac vice*
DANIELLE MORELLO, *pro hac vice*
DOROTHEA R. ALLOCCA, *pro hac vice*
2001 K Street NW
Washington, DC 20006-1001

Gibson, Dunn & Crutcher LLP

2

Robin.hulshizer@lw.com
Arthur.foerster@lw.com
Kevin.jakopchek@lw.com

BELINDA S. LEE, SBN 199635
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Belinda.lee@lw.com

*Attorneys for Plaintiff International Motors, LLC*

*/s/ Jeffrey M. Goldman*
(as authorized on April 3, 2026)
JEFFREY M. GOLDMAN, SBN 233840

**TROUTMAN PEPPER LOCKE LLP**

JEFFREY M. GOLDMAN, SBN 233840
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone:    213.928.9800
Facsimile:    213.928.9850
jeffrey.goldman@troutman.com

T. SCOTT MILLS, SBN 313554
600 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia 30308-2305
Telephone:    404.885.3000
Facsimile:    404.885.3900
scott.mills@troutman.com

JEREMY HEEP, *pro hac vice*
DANIEL J. BOLAND, *pro hac vice*
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103
Telephone:    215.981.4000
Facsimile:    215.981.4750
daniel.heep@troutman.com
daniel.boland@troutman.com

*Attorneys for Plaintiff Volvo Group North America, LLC*

Telephone: 202.253.9077
joseph.ostoyich@cliffordchance.com
william.lavery@cliffordchance.com
steve.nickelsburg@cliffordchance.com
danielle.morello@cliffordchance.com
dodi.allocca@cliffordchance.com

**ILLOVSKY GATES & CALIA LLP**

EUGENE ILLOVSKY, SBN 117892
KEVIN CALIA, SBN 227406
1611 Telegraph Avenue, Suite 806
Oakland, CA 94612
Telephone: 415.500.6643
Eugene@illovskygates.com
Kevin@illovskygates.com

*Attorneys for Plaintiff PACCAR Inc*

Gibson, Dunn &
Crutcher LLP

3

JOINT STIPULATION EXTENDING THE PARTIES' DEADLINE TO FILE A JOINT STATUS REPORT
CASE NO. 2:25-CV-02255-DC

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*
ROBERT N. STANDER
*Deputy Assistant Attorney General*

*/s/ John K. Adams*
(as authorized on April 3, 2026)

ERIC GRANT
*United States Attorney*
EDWARD A. OLSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
(916) 554-2821

JOHN K. ADAMS
DAVID D. MITCHELL
United States Department of Justice
Environment & Natural Resources Div.
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 353-5905
robert.stander@usdoj.gov
john.adams3@usdoj.gov
david.mitchell@usdoj.gov

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

*/s/ M. Elaine Meckenstock*
(as authorized on April 3, 2026)

M. ELAINE MECKENSTOCK
Deputy Attorney General

BENJAMIN P. LEMPERT
DAVID M. MEEKER
SARAH M. PFANDER
CECILIA D. SEGAL
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 879-0299
  Fax:  (510) 622-2270
  E-mail:  Elaine.Meckenstock@doj.ca.gov
*Attorneys for Defendants*

Gibson, Dunn &
Crutcher LLP

4

JOINT STIPULATION EXTENDING THE PARTIES' DEADLINE TO FILE A JOINT STATUS REPORT
CASE NO. 2:25-CV-02255-DC