GIBSON, DUNN & CRUTCHER LLP
BENJAMIN WAGNER, SBN 163581
310 University Avenue
Palo Alto, CA 94301-1744
Telephone:      650.849.5395
Facsimile:      650.849.5095
BWagner@gibsondunn.com

RACHEL S. BRASS, SBN 219301
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:      415.393.8293
Facsimile:      415.393.8306
RBrass@gibsondunn.com

STACIE B. FLETCHER, *pro hac vice*
MIGUEL A. ESTRADA, *pro hac vice*
JACOB T. SPENCER, *pro hac vice*
VERONICA J.T. GOODSON, SBN 314367
1700 M Street N.W.
Washington, D.C. 20036-4504
Telephone:      202.955.8500
Facsimile:      202.467.0539
SFletcher@gibsondunn.com
MEstrada@gibsondunn.com
JSpencer@gibsondunn.com
VGoodson@gibsondunn.com

*Attorneys for Plaintiff Daimler Truck North America LLC*
(additional counsel on signature pages)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

DAIMLER TRUCK NORTH AMERICA LLC, INTERNATIONAL MOTORS, LLC, PACCAR INC, and VOLVO GROUP NORTH AMERICA LLC,

Plaintiffs,

v.

STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board; and GAVIN NEWSOM, in his official capacity as the Governor of California,

Defendants.

_____

THE UNITED STATES OF AMERICA, and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

Plaintiffs-Intervenors,

v.

CALIFORNIA AIR RESOURCES BOARD; and STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board,

Defendants.

Civil Action No. 2:25-cv-02255-DC

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OEM PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Judge:            Hon. Dena Coggins
Action Filed:   August 11, 2025

Pursuant to Federal Rule of Evidence 201, Plaintiffs Daimler Truck North America LLC, International Motors, LLC, PACCAR Inc, and Volvo Group North America LLC ("OEM Plaintiffs") hereby request that the Court take judicial notice of the following documents in connection with OEM Plaintiffs' Opposition to Defendants' Motion to Dismiss the First Amended Complaint (Dkt. 123):

**Exhibit 1** is a true and correct copy of a Notice of Motion and Motion for Injunction to Enforce Stipulation and Order, or in the Alternative, For Order to Show Cause filed on April 3, 2026, in *Nebraska v. Cliff*, No. 2:24-cv-01364-TLN-CKD (E.D. Cal.) (ECF 106).

**Exhibit 2** is a true and correct copy of the Memorandum of Points and Authorities in support of that motion, also filed on April 3, 2026 (*Nebraska* ECF 106-1).

**Exhibit 3** is a true and correct copy of the Declaration of Zachary B. Pohlman in support of that motion, also filed on April 3, 2026 (*Nebraska* ECF 106-2).

## ARGUMENT

In its Motion to Dismiss (Dkt. 120), Defendants point to a stipulation and order in another case, Mot. 24, which states that CARB will not enforce the Advanced Clean Fleets ("ACF") combustion ban without a waiver—a stipulation CARB signed in May 2025. Stipulation & Order to Hold Case in Abeyance Pending Outcome of Rulemaking ¶ 3, *Nebraska v. Cliff*, No. 2:24-cv-01364-TKN-CKD (E.D. Cal. 2024), ECF No. 95 (May 2, 2025 order by Judge Nunley prohibiting CARB from "enforc[ing] the … 100% zero-emission-vehicle sales [requirement] beginning with model year 2036 (Cal. Code Regs., tit. 13, § 2016), until CARB obtains a Clean Air Act preemption waiver from EPA for that regulatory requirement"). As OEM Plaintiffs explained in their Opposition, Dkt. 123 at 15, less than six months after that order was entered, CARB did exactly what it forbids by seeking specific performance of the CTP—and, thus, the ACF 2036 combustion ban—in state court. *See* PI Order (Dkt. 94) at 31–32. Accordingly, OEM Plaintiffs explained, the order in Nebraska does not mitigate (let alone eliminate) Plaintiffs' here-and-now injury. *Contra* Mot. 24. And even if it did, CARB has already contravened it.

The State of Nebraska and others apparently agree.  The *Nebraska* plaintiffs have now filed a motion for an injunction to enforce the stipulation and order, or in the alternative, for an order to

show cause. *Nebraska*, No. 2:24-cv-01364-TLN-CKD (ECF 106). The plaintiffs in *Nebraska* argue that CARB's filing of its Alameda County lawsuit violates the "Stipulation and Order in which Defendants agreed not to 'enforce' a requirement that all heavy-duty trucks sold in California by 2036 be electric unless the California Air Resources Board ("CARB") obtains a preemption waiver from the federal government for that requirement." Mem. P. & A. ISO Mot. to Enforce at 1, *Nebraska*, No. 2:24-cv-01364-TLN-CKD (ECF 106-1). OEM Plaintiffs seek judicial notice of the fact of that filing and the Declaration filed in support thereof. Courts may take judicial notice of proceedings in other courts that "have a direct relation to matters at issue." *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (quotation omitted); *Cactus Corner LLC v. U.S. Dep't of Agric.*, 346 F. Supp. 2d 1075, 1092 (E.D. Cal. 2004).

Dated: April 9, 2026

GIBSON, DUNN & CRUTCHER LLP

By: _____

BENJAMIN WAGNER, SBN 163581

310 University Avenue
Palo Alto, CA 94301-1744
Telephone:       650.849.5395
Facsimile: 640.849.5095
BWagner@gibsondunn.com

RACHEL S. BRASS, SBN 219301

One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:       415.393.8293
Facsimile: 415.393.8306
RBrass@gibsondunn.com

STACIE B. FLETCHER (*pro hac vice*)
MIGUEL A. ESTRADA (*pro hac vice*)
JACOB T. SPENCER (*pro hac vice*)
VERONICA J.T. GOODSON, SBN 314367

1700 M Street N.W.
Washington, D.C. 20036-4504
Telephone:       202.955.8500
Facsimile: 202.467.0539
SFletcher@gibsondunn.com
MEstrada@gibsondunn.com
JSPencer@gibsondunn.com
VGoodson@gibsondunn.com

*Attorneys for Plaintiff Daimler Truck North America LLC*

REQUEST FOR JUDICIAL NOTICE ISO OEM PLAINTIFFS' OPP. TO MOTION TO DISMISS
CASE NO. 2:25-CV-02255-DC

/s/ Robin M. Hulshizer
(as authorized on April 9, 2026)
ROBIN M. HULSHIZER, SBN 158486

**LATHAM & WATKINS LLP**

ROBIN M. HULSHIZER, State Bar No. 158486
ARTHUR FOERSTER *(pro hac vice)*
KEVIN M. JAKOPCHEK *(pro hac vice)*

330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: 312.876.7700
Facsimile: 312.993.9767
Robin.hulshizer@lw.com
Arthur.foerster@lw.com
Kevin.jakopchek@lw.com

BELINDA S. LEE, State Bar No. 199635

505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Belinda.lee@lw.com

*Attorneys for Plaintiff International Motors, LLC*

/s/ Jeffrey M. Goldman
(as authorized on April 9, 2026)
JEFFREY M. GOLDMAN, SBN 233840

**TROUTMAN PEPPER LOCKE LLP**

JEFFREY M. GOLDMAN, State Bar No. 233840

350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone:    213.928.9800
Facsimile:    213.928.9850
jeffrey.goldman@troutman.com

T. SCOTT MILLS, State Bar No. 313554

600 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia 30308-2305
Telephone:    404.885.3000
Facsimile:    404.885.3900
scott.mills@troutman.com

JEREMY HEEP *(pro hac vice)*
DANIEL J. BOLAND *(pro hac vice)*

3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103
Telephone:    215.981.4000

/s/ Joseph A. Ostoyich
(as authorized on April 9, 2026)
JOSEPH A. OSTOYICH *(pro hac vice)*

**CLIFFORD CHANCE LLP**

JOSEPH A. OSTOYICH *(pro hac vice)*
WILLIAM LAVERY *(pro hac vice)*
STEVE NICKELSBURG *(pro hac vice)*
DANIELLE MORELLO *(pro hac vice)*
DOROTHEA R. ALLOCCA *(pro hac vice)*

2001 K Street NW
Washington, DC 20006-1001
Telephone: 202.253.9077
joseph.ostoyich@cliffordchance.com
william.lavery@cliffordchance.com
steve.nickelsburg@cliffordchance.com
danielle.morello@cliffordchance.com
dodi.allocca@cliffordchance.com

**ILLOVSKY GATES & CALIA LLP**

EUGENE ILLOVSKY, SBN 117892
KEVIN CALIA, SBN 227406

1611 Telegraph Avenue, Suite 806
Oakland, CA 94612
Eugene@illovskygates.com
Kevin@illovskygates.com

*Attorneys for Plaintiff PACCAR Inc*

4

Facsimile:     215.981.4750
jeremy.heep@troutman.com
daniel.boland@troutman.com

*Attorneys for Plaintiff Volvo Group North America LLC*

REQUEST FOR JUDICIAL NOTICE ISO OEM PLAINTIFFS' OPP. TO MOTION TO DISMISS
CASE NO. 2:25-CV-02255-DC