ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*
ROBERT N. STANDER
*Deputy Assistant Attorney General*
JOHN K. ADAMS
DAVID D. MITCHELL
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 353-5905
robert.stander@usdoj.gov
john.adams3@usdoj.gov
david.mitchell@usdoj.gov

ERIC GRANT
*United States Attorney*
501 I Street, Suite 10-100
Sacramento, California 95814
United States Department of Justice
(916) 554-2700

*Counsel for the United States*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIMLER TRUCK NORTH AMERICA LLC, INTERNATIONAL MOTORS, LLC, PACCAR INC, and VOLVO GROUP NORTH AMERICA LLC, | No. 2:25-cv-02255-DC-AC |
| Plaintiffs, | |
| THE UNITED STATES OF AMERICA, and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | **The United States' Notice of Motion and Motion for Summary Judgment** |
| Plaintiffs-Intervenors, | |
| v. | Date: August 7, 2026 |
| | Time: 1:30 p.m. |
| CALIFORNIA AIR RESOURCES BOARD and STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board, | Location: Courtroom 8, 13th Floor Judge: Hon. Dena Coggins |
| Defendants. | |

The United States' Notice of Motion and Motion for Summary Judgment

**PLEASE TAKE NOTICE THAT** on August 7, 2026 at 1:30 p.m., or as soon as the matter may be heard, before Judge Coggins of the United States District Court for the Eastern District of California in the Robert T. Matsui Federal Courthouse, in Courtroom 8, Plaintiff-Intervenors the United States of America and the United States Environmental Protection Agency (together, the "United States") will and do move this Court for summary judgment pursuant to Federal Rule of Civil Procedure 56 and Local Rule 230. The United States' motion is based on this notice of motion and motion, the accompanying memorandum, the attached declaration and exhibits, the record of this action, and argument that may be presented at any hearing on this motion.

Counsel for the United States and Defendants have exhausted meet and confer efforts. Counsel for the parties met and conferred on March 4, 2026 and April 1, 2026 regarding the substantive issues at stake in the United States' summary judgment motion. The parties were unable to resolve the disputed substantive issues raised in this motion. The parties further met and conferred on April 6, 2026, and by email thereafter, regarding the scope and briefing schedule for the United States' motion and stipulated to a briefing schedule. Dkt. 142.

Respectfully submitted,

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

ROBERT N. STANDER
*Deputy Assistant Attorney General*

Dated: April 20, 2026

  /s/ *John K. Adams*
JOHN K. ADAMS
DAVID D. MITCHELL
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 353-5905
robert.stander@usdoj.gov
john.adams3@usdoj.gov
david.mitchell@usdoj.gov

*Counsel for United States*

ERIC GRANT
*United States Attorney*
501 I Street, Suite 10-100
Sacramento, California 95814
(916) 554-2700

The United States' Notice of Motion and Motion for Summary Judgment