GIBSON, DUNN & CRUTCHER LLP
BENJAMIN WAGNER, SBN 163581
310 University Avenue
Palo Alto, CA 94301-1744
Telephone:     650.849.5395
Facsimile:     640.849.5095
BWagner@gibsondunn.com

RACHEL S. BRASS, SBN 219301
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:     415.393.8293
Facsimile:     415.393.8306
RBrass@gibsondunn.com

STACIE B. FLETCHER, *pro hac vice*
MIGUEL A. ESTRADA, *pro hac vice*
JACOB T. SPENCER, *pro hac vice*
VERONICA J.T. GOODSON, SBN 314367
1700 M Street N.W.
Washington, D.C. 20036-4504
Telephone:     202.955.8500
Facsimile:     202.467.0539
SFletcher@gibsondunn.com
MEstrada@gibsondunn.com
JSpencer@gibsondunn.com
VGoodson@gibsondunn.com

*Attorneys for Plaintiff Daimler Truck North America LLC*
(additional counsel on signature pages)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

DAIMLER TRUCK NORTH AMERICA LLC, INTERNATIONAL MOTORS, LLC, PACCAR INC, and VOLVO GROUP NORTH AMERICA LLC,

        Plaintiffs,

        v.

STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board; and GAVIN NEWSOM, in his official capacity as the Governor of California,

        Defendants.

THE UNITED STATES OF AMERICA, and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

        Plaintiffs-Intervenors,

        v.

CALIFORNIA AIR RESOURCES BOARD; and STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board,

        Defendants.

Civil Action No. 2:25-cv-02255-DC

**PLAINTIFFS' NOTICE OF MOTION FOR SUMMARY JUDGEMENT**

Date:              August 7, 2026
Time:              1:30 PM
Courtroom:   10, 13th Floor
Judge:            Hon. Dena Coggins
Action Filed:  August 11, 2025

## NOTICE OF MOTION

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**  PLEASE TAKE NO-TICE that on August 7, 2026, at 1:30 p.m. or as soon thereafter as this matter may be heard in Court-room 10 of the above-titled Court, Plaintiffs Daimler Truck North America LLC, International Motors, LLC, PACCAR Inc, and Volvo Group North America LLC (together, "Plaintiffs") will and hereby make the following motion.

Pursuant to Federal Rule of Procedure 56(a), Plaintiff OEMs respectfully move this Court to grant Plaintiffs judgment on all claims.  As detailed in the Memorandum filed concurrently herewith, Plaintiffs seek declaratory relief that Defendants' attempts to enforce emissions standards and certifi-cation requirements for new heavy-duty vehicles and engines without a waiver of federal preemption violate Section 209 of the Clean Air Act.  This motion is made on the grounds that Plaintiffs have shown there is no genuine dispute as to any material fact, and Plaintiffs are entitled to judgment as a matter of law.  This motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities in support, Plaintiffs' Local Rule 260(a) Statement of Undisputed Facts, the accompanying declarations of Rachel S. Brass and Stacie B. Fletcher, all pleadings and papers on file in this action, and upon such oral argument as may be heard by the Court.

Plaintiffs' counsel, along with counsel for Plaintiffs-Intervenors the United States, met and con-ferred with Defendants' counsel three times regarding this motion on both substance and administrative matters. *See* Brass Decl. ¶¶ 3, 6, 10, 20. On March 4, 2026, counsel for Plaintiffs, Plaintiffs-Intervenors, and Defendants met-and-conferred by videoconference. Plaintiffs indicated their intent to file a motion for summary judgment regarding the core issue of preemption. Brass Decl. ¶¶ 3–5. The parties dis-cussed, but were unable to come to resolution on, a briefing schedule for such a motion. Brass Decl. ¶ 5. The parties also disagreed on whether Plaintiffs should limit the issues in their summary judgment motion according to Defendants' preferences. Brass Decl. ¶ 5. During this meet-and-confer, Defend-ants also stated their intention to file a cross-motion for summary judgment. Brass Decl. ¶ 5.

On April 1, 2026, counsel for Plaintiffs, Plaintiffs-Intervenors, and Defendants again met-and-conferred regarding this summary judgment motion. Brass Decl. ¶ 10. Plaintiffs provided details re-garding the content of the motion, and confirmed with counsel for Defendants that all their questions

1

on the motion had been addressed. Brass Decl. ¶¶ 10–19. Defendants renewed their request for Plaintiffs to limit the contents of the motion, and Plaintiffs again declined. Brass Decl. ¶¶ 17. The parties also diverged on the appropriate briefing schedule for the comprehensive summary judgment motion planned by Plaintiffs. Brass Decl. ¶ 16–18. Defendants explained that because they urgently needed certainty about the briefing schedule, and they could not comply with the local rules' presumptive deadlines, they would follow Plaintiffs' summary judgment motion with a motion to seek administrative relief to limit the briefing on Plaintiffs' motion. Brass Decl. ¶ 17.

On April 6, the parties met and conferred for a third time. Brass Decl. ¶¶ 20–23. OEM Plaintiffs presented a global compromise position on briefing this summary judgment motion with the goal of avoiding extraneous motion practice. Brass Decl. ¶ 21–22. Specifically, OEM Plaintiffs proposed a briefing schedule substantially similar to the second briefing proposal in Defendants' motion for administrative relief, which would provide Defendants with more than the eight weeks they sought to oppose the Plaintiffs' motions for summary judgment and to file cross-motions. Brass Decl. ¶ 22. Between April 6 and April 17, the parties exchanged correspondence regarding the briefing schedule. Brass Decl. ¶¶ 24–25. On April 17, 2026, Defendants filed a joint stipulation and proposed order with a briefing schedule for the summary judgment motion. Dkt. 142. On April 20, 2026, the Court issued an order consistent with the stipulated schedule. Dkt. 143.

DATED: April 20, 2026

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

_____
BENJAMIN WAGNER, SBN 163581

**GIBSON, DUNN & CRUTCHER LLP**
BENJAMIN WAGNER, SBN 163581

310 University Avenue
Palo Alto, CA  94301-1744
Telephone:     650.849.5395
Facsimile:      640.849.5095
BWagner@gibsondunn.com

RACHEL S. BRASS, SBN 219301

One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715

2

Telephone:    415.393.8293
Facsimile:    415.393.8306
RBrass@gibsondunn.com

STACIE B. FLETCHER (*pro hac vice*)
MIGUEL A. ESTRADA (*pro hac vice*)
JACOB T. SPENCER (*pro hac vice*)
VERONICA J.T. GOODSON, SBN 314367

1700 M Street N.W.
Washington, D.C. 20036-4504
Telephone:    202.955.8500
Facsimile:    202.467.0539
SFletcher@gibsondunn.com
MEstrada@gibsondunn.com
JSPencer@gibsondunn.com
VGoodson@gibsondunn.com

*Attorneys for Plaintiff Daimler Truck North America LLC*

/s/ Robin M. Hulshizer
(as authorized on April 20, 2026)
ROBIN M. HULSHIZER, SBN 158486
**LATHAM & WATKINS LLP**
ROBIN M. HULSHIZER, State Bar No. 158486
ARTHUR FOERSTER (*pro hac vice*)
KEVIN M. JAKOPCHEK (*pro hac vice*)

330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: 312.876.7700
Facsimile: 312.993.9767
Robin.hulshizer@lw.com
Arthur.foerster@lw.com
Kevin.jakopchek@lw.com

BELINDA S. LEE, SBN 199635

505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Belinda.lee@lw.com

*Attorneys for Plaintiff International Motors, LLC*

/s/ Joseph A. Ostoyich
(as authorized on April 20, 2026)
JOSEPH A. OSTOYICH (*pro hac vice*)
**CLIFFORD CHANCE LLP**
JOSEPH A. OSTOYICH (*pro hac vice*)
WILLIAM LAVERY (*pro hac vice*)
STEVE NICKELSBURG (*pro hac vice*)
DANIELLE MORELLO (*pro hac vice*)
DOROTHEA R. ALLOCCA (*pro hac vice*)

2001 K Street NW
Washington, DC 20006-1001
Telephone: 202.253.9077
joseph.ostoyich@cliffordchance.com
william.lavery@cliffordchance.com
steve.nickelsburg@cliffordchance.com
danielle.morello@cliffordchance.com
dodi.allocca@cliffordchance.com

**ILLOVSKY GATES & CALIA LLP**
EUGENE ILLOVSKY, SBN 117892
KEVIN CALIA, SBN 227406

1611 Telegraph Avenue, Suite 806
Oakland, CA 94612
Eugene@illovskygates.com
Kevin@illovskygates.com

*Attorneys for Plaintiff PACCAR Inc*

/s/ Jeffrey M. Goldman
(as authorized on April 20, 2026)
JEFFREY M. GOLDMAN, SBN 233840
**TROUTMAN PEPPER LOCKE LLP**

3

JEFFREY M. GOLDMAN, SBN 233840

350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone:    213.928.9800
Facsimile:    213.928.9850
jeffrey.goldman@troutman.com

T. SCOTT MILLS, SBN 313554

600 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia 30308-2305
Telephone:    404.885.3000
Facsimile:    404.885.3900
scott.mills@troutman.com

JEREMY HEEP *(pro hac vice)*
DANIEL J. BOLAND *(pro hac vice)*

3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103
Telephone:    215.981.4000
Facsimile:    215.981.4750
jeremy.heep@troutman.com
daniel.boland@troutman.com

*Attorneys for Plaintiff Volvo Group North America LLC*

4