GIBSON, DUNN & CRUTCHER LLP
BENJAMIN WAGNER, SBN 163581
310 University Avenue
Palo Alto, CA 94301-1744
Telephone:    650.849.5395
Facsimile:    650.849.5095
BWagner@gibsondunn.com

RACHEL S. BRASS, SBN 219301
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:    415.393.8293
Facsimile:    415.393.8306
RBrass@gibsondunn.com

STACIE B. FLETCHER, *pro hac vice*
MIGUEL A. ESTRADA, *pro hac vice*
JACOB T. SPENCER, *pro hac vice*
VERONICA J.T. GOODSON, SBN 314367
1700 M Street N.W.
Washington, D.C. 20036-4504
Telephone:    202.955.8500
Facsimile:    202.467.0539
SFletcher@gibsondunn.com
MEstrada@gibsondunn.com
JSpencer@gibsondunn.com
VGoodson@gibsondunn.com

*Attorneys for Plaintiff Daimler Truck North America LLC*
(additional counsel on signature pages)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

DAIMLER TRUCK NORTH AMERICA LLC, INTERNATIONAL MOTORS, LLC, PACCAR INC, and VOLVO GROUP NORTH AMERICA LLC,

    Plaintiffs,

    v.

STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board; and GAVIN NEWSOM, in his official capacity as the Governor of California,

    Defendants.

_____

THE UNITED STATES OF AMERICA, and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

    Plaintiffs-Intervenors,

    v.

CALIFORNIA AIR RESOURCES BOARD; and STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board,

    Defendants.

Civil Action No. 2:25-cv-02255-DC

**DECLARATION OF STACIE B. FLETCHER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Judge:        Hon. Dena Coggins
Action Filed:   August 11, 2025

I, Stacie B. Fletcher, declare as follows:

1.      I am a partner at Gibson, Dunn & Crutcher LLP. I am a member in good standing of the bar of the Commonwealth of Virginia and admitted *pro hac vice* to practice before this Court. I submit this declaration in support of the Motion for Summary Judgment by Daimler Truck North America LLC, International Motors, LLC, PACCAR Inc, and Volvo Group North America LLC ("Plaintiffs") in the above-captioned matter. I am one of the counsel of record for Plaintiff Daimler Truck North America LLC. I have personal knowledge of the matters contained in this declaration. If called to testify to the matters set forth in this declaration, I could do so competently.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the "Master Memorandum of Agreement" located in U.S. EPA Docket A-97-20, Doc. No. EPA-HQ-OAR-1997-0062-0043, available for download at https://www.regulations.gov/document/EPA-HQ-OAR-1997-0062-0043.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of correspondence from Defendant Steven Cliff to the Honorable Jane Nishida, the Acting Administrator of the U.S. Environmental Protection Agency, regarding "Withdrawal of California's Request for a Waiver, Pursuant to Clean Air Act Section 209(b), and Request for Authorizations, Pursuant to Clean Air Act Section 209(e)(2), for the Advanced Clean Fleets (ACF) Regulation," U.S. EPA Docket EPA-HQ-OAR-2023-0589, Doc. No. EPA-HQ-OAR-2023-0589-0470, available for download at https://www.regulations.gov/document/EPA-HQ-OAR-2023-0589-0470.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of the Clean Truck Partnership, previously entered into the record in this matter as First Amended Complaint Exhibit A, Dkt. 118-1.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of correspondence from Adam R.F. Gustafson, Acting Assistant Attorney General, to Sean Waters, Vice President Product Compliance at Plaintiff Daimler Truck North America, previously entered into the record in this matter as First Amended Complaint Exhibit B, Dkt. 118-2.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of correspondence from Adam R.F. Gustafson, Acting Assistant Attorney General to Michael Noonan, Director, Certification and Compliance, at Plaintiff International Motors, LLC (formerly known as Navistar, Inc.), previously en-

DECLARATION OF STACIE B. FLETCHER ISO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:25-CV-02255-DC

tered into the record in this matter as Exhibit A to Michael Noonan's Declaration in Support of Plaintiffs' Motion for Preliminary Injunction, Dkt. 23-21.

7.    Attached hereto as **Exhibit 6** is a true and correct copy of correspondence from Adam R.F. Gustafson, Acting Assistant Attorney General to Dawn D. Fenton, Vice President, Government Relations & Public Affairs, at Plaintiff Volvo Group North America, LLC, previously entered into the record in this matter as Exhibit A to Andrea Brown's Declaration in Support of Plaintiffs' Motion for Preliminary Injunction, Dkt. 23-24.

8.    Attached hereto as **Exhibit 7** is a true and correct copy of CARB Manufacturers Advisory Correspondence ECCD-2025-3 (May 23, 2025), previously entered into the record in this matter as Exhibit A to Daniel Potter's Declaration in Support of Plaintiffs' Motion for Preliminary Injunction ("Potter Declaration"), Dkt. 23-16.

9.    Attached hereto as **Exhibit 8** is a true and correct copy of Manufacturers Advisory Correspondence ECCD-2025-8 (Aug. 25, 2025), previously entered into the record in this matter as Exhibit 2 to Plaintiffs' Request for Judicial Notice filed on August 29, 2025, Dkt. 58-2.

10.    Attached hereto as **Exhibit 9** is a true and correct copy of Executive Order N-27-25, previously entered into the record in this matter as Exhibit B to the Potter Declaration, Dkt. 23-17.

11.    Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from CARB's request to U.S. EPA for a Clean Air Act preemption waiver for Omnibus Low NOx, U.S. EPA Docket EPA-HQ-OAR-2022-0332, Doc. No. EPA-HQ-OAR-2022-0332-0009, available for download at https://www.regulations.gov/document/EPA-HQ-OAR-2022-0332-0009.

12.    Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from Enclosure 12 (Text of Omnibus Low NOx) to CARB's request to U.S. EPA for a Clean Air Act preemption waiver for Omnibus Low NOx, U.S. EPA Docket EPA-HQ-OAR-2022-0332, Doc. No. EPA-HQ-OAR-2022-0332-0005, available for download at https://www.regulations.gov/document/EPA-HQ-OAR-2022-0332-0005.

13.    Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from the Omnibus Low NOx Final Regulation Order, Title 13, available for download at https://www.regulations.gov/document/EPA-HQ-OAR-2022-0332-0005.

DECLARATION OF STACIE B. FLETCHER ISO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:25-CV-02255-DC

14.    Attached hereto as **Exhibit 13** is a true and correct copy of excerpts from the Advanced Clean Cars II Final Regulation Order, Title 13, Amendments to § 1900 et al., available for download at https://ww2.arb.ca.gov/sites/default/files/barcu/regact/2022/accii/2acciifro_lev_regs_etal.pdf.

15.    Attached hereto as **Exhibit 14** is a true and correct copy of excerpts from the Phase 2 Greenhouse Gas Regulations and Tractor-Trailer GHG Regulations Final Regulation Order, available for download at https://ww2.arb.ca.gov/sites/default/files/barcu/regact/2018/phase2/finalatta.pdf.

16.    On March 26, 2026, CARB announced that it had permanently adopted the Emergency Vehicle Emissions Regulations. As of the date of this filing, the permanent adoption is not yet documented in the California Regulatory Notice Register published on the California Office of Administrative Law's website. Attached hereto as **Exhibit 15** is a true and correct copy of a press release from CARB's website titled "CARB approves permanent adoption of Emergency Vehicle Emissions Regulation" (Mar. 26, 2026), available at https://ww2.arb.ca.gov/news/carb-approves-permanent-adoption-emergency-vehicle-emissions-regulation/.

17.    On April 3, 2026, CARB made publicly available the modified text of the Emergency Vehicle Emissions Regulations proposed for permanent adoption. Attached hereto as **Exhibit 16** is a true and correct copy of the Notice of Public Availability from CARB's website, available at https://ww2.arb.ca.gov/sites/default/files/barcu/regact/2025/orhdlcfs/15dnotice.pdf.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:        April 20, 2026

_____
Stacie B. Fletcher
GIBSON, DUNN & CRUTCHER LLP
1700 M Street N.W.
Washington, D.C. 20036-4504
Telephone: 202.955.8500
sfletcher@gibsondunn.com

DECLARATION OF STACIE B. FLETCHER ISO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:25-CV-02255-DC