# EXHIBIT 11

**Excerpt**

# Final Regulation Order

# Title 13

Date of Hearing: August 27, 2020

This Page Intentionally Left Blank

2

Date of Hearing: August 27, 2020

**Final Regulation Order**

**Amendments to**
**Title 13, California Code of Regulations**

Amend Sections 1900,1956.8, 1961.2, 1965, 1968.2, 1971.1, 1971.5, 2035, 2036, 2111, 2112, 2113, 2114, 2115, 2116, 2117, 2118, 2119, 2121, 2123, 2125, 2126, 2127, 2128, 2129, 2130, 2131, 2133, 2137, 2139, 2140, 2141, 2142, 2143, 2144, 2145, 2146, 2147, 2148, 2149, 2423, and 2485 of title 13, California Code of Regulations.  Adopt Sections 2139.5, 2166, 2166.1, 2167, 2168, 2169, 2169.1, 2169.2, 2169.3, 2169.4, 2169.5, 2169.6, 2169.7, 2169.8, and 2170 of title 13, California Code of Regulations.

Note:  Amendments to existing sections proposed and subject to comment in this rulemaking are shown in <u>underline</u> to indicate additions and ~~strikeout~~ to indicate deletions.  Subsections for which no changes are proposed in this rulemaking are indicated with [No change] or "* * * *".  "[INSERT DATE OF AMENDMENT]" is not actual proposed language but is a placeholder for a date that is to be determined upon the amendment's approval by the California Air Resources Board.

3

Date of Hearing: August 27, 2020

**§1971.1.  On-Board Diagnostic System Requirements--2010 and Subsequent Model-Year Heavy-Duty Engines**

\* \* \* \*

(c) *Definitions*.

\* \* \* \*

"OBD group" refers to a combination of engines, engine families, or engine ratings that use the same OBD strategies and similar calibrations.  A manufacturer is required to submit a grouping plan for Executive Officer review and approval detailing the OBD groups and the engine families and engine ratings within each group for a model year.

"Optional Low NOx emission standard" refers to the "Optional Low NOx emission standards," incorporated by reference in title 13, CCR, sections 1956.8(a)(2)(A) and (c)(1)(B) to which the engine is certified.

\* \* \* \*

(g) *Monitoring Requirements For All Engines.*

\* \* \* \*

(5)     Exceptions to Monitoring Requirements

(5.1)   Upon request of a manufacturer or upon the best engineering judgment of ARB, the Executive Officer may revise the emission threshold for any monitor in sections (e) through (g) if the most reliable monitoring method developed requires a higher threshold to prevent false indications of a malfunction. Additionally, except as specified in section (e)(8.2.1)(C), for 2010 through 2015 model year engines, the Executive Officer may revise the PM filter malfunction criteria of section (e)(8.2.1) to exclude detection of specific failure modes (e.g., partially melted substrates) if the most reliable monitoring method developed requires the exclusion of specific failure modes to prevent false indications of a malfunction.

(5.2)   Alternate Malfunction Criteria and Monitoring Test-Out Criteria

(5.2.1) Alternate malfunction criteria for diesel/compression-ignition engines:

(A) For 2010 through 2012 model year ~~diesel~~ engines, in determining the malfunction criteria for diesel engine monitors in sections (e)(1), (3), (4), (5), (8.2.2), (9.2.1)(A), and (e)(10), the manufacturer shall use a threshold of 2.5 times any of the applicable NMHC, CO, or NOx standards in lieu of 2.0 times any of the applicable standards.

(B) For 2015 through 2023 model year engines certified to Optional Low NOx emission standards of 0.10 g/bhp-hr or lower, in lieu of the NOx thresholds set forth in sections (e)(1) through (e)(11), the manufacturer shall use a threshold of 0.4 g/bhp-hr NOx (e.g., detect a malfunction before NOx emissions exceed 0.4 g/bhp-hr rather than before NOx emissions exceed 2.0 times the applicable NOx standard).

(C) For 2022 and 2023 model year engines that meet all the requirements under sections (g)(5.2.1)(C)(i) through (v) below, in lieu of the NOx and PM thresholds set forth in sections (e)(1) through (e)(11), the manufacturer shall use the NOx threshold specified in section (g)(5.2.1)(D) and the PM threshold specified in section (g)(5.2.1)(E).:

43

Date of Hearing: August 27, 2020

(i)   Certify to an FTP and SET NOx emission standard of 0.10 g/bhp-hr or lower,

(ii)  Certify to a low load cycle NOx emission standard of 0.30 g/bhp-hr or lower (as described in section I.11.B.8 of "California Exhaust Emission Standards and Test Procedures for 2004 and Subsequent Model Heavy-Duty Diesel Engines and Vehicles," incorporated by reference in section 1956.8(b), title 13, CCR),

(iii) Certify to an optional idle NOx standard of 10 g/hr (as described in section I.11.B.6.3 of "California Exhaust Emission Standards and Test Procedures for 2004 and Subsequent Model Heavy-Duty Diesel Engines and Vehicles," incorporated by reference in section 1956.8(b), title 13, CCR),

(iv)  Certify to an FTP, SET, and low load cycle (as described in section I.11.B.8 of "California Exhaust Emission Standards and Test Procedures for 2004 and Subsequent Model Heavy-Duty Diesel Engines and Vehicles," incorporated by reference in section 1956.8(b), title 13, CCR) PM emission standard of 0.005 g/bhp-hr or lower, and

(v)   Comply with the 3-binned moving average window method for in-use testing as described in section 86.1370.B of "California Exhaust Emission Standards and Test Procedures for 2004 and Subsequent Model Heavy-Duty Diesel Engines and Vehicles," incorporated by reference in section 1956.8(b), title 13, CCR.

(D) For 2024 and subsequent model year engines certified to an FTP NOx emission standard of 0.10 g/bhp-hr or lower, in lieu of the NOx thresholds set forth in sections (e)(1) through (e)(11), the manufacturer shall use a threshold of 0.40 g/bhp-hr NOx (e.g., detect a malfunction before NOx emissions exceed 0.40 g/bhp-hr rather than before NOx emissions exceed 2.0 times the applicable NOx standard).

(E) For 2024 and subsequent model year engines certified to an FTP PM emission standard of 0.005 g/bhp-hr or lower, in lieu of the PM thresholds set forth in sections (e)(1) through (e)(11), the manufacturer shall use a PM threshold of 0.03 g/bhp-hr as measured on the FTP and SET cycles, (e.g., detect a malfunction before PM emissions exceed 0.03 g/bhp-hr rather than before PM emissions exceed the applicable PM standards by more than 0.02 g/bhp-hr).

(5.2.2) Alternate malfunction criteria for gasoline/spark-ignited engines:

(A) For 2015 through 2023 model year engines certified to Optional Low NOx emission standards of 0.10 g/bhp-hr or lower, in lieu of the NOx thresholds set forth in sections (f)(1) through (f)(6) and (f)(8) through (f)(9), the manufacturer shall use the following threshold:

(i)   For monitors required to detect a malfunction before NOx emissions exceed 1.5 times the applicable NOx standard, the manufacturer shall use a threshold of 0.3 g/bhp-hr NOx (i.e., detect a malfunction before NOx emissions exceed 0.3 g/bhp-hr rather than before emissions exceed 1.5 times the applicable NOx standard).

(ii)  For monitors required to detect a malfunction before NOx emissions

44

Date of Hearing: August 27, 2020

exceed 1.75 times the applicable NOx standard, the manufacturer shall use a threshold of 0.35 g/bhp-hr NOx (i.e., detect a malfunction before NOx emissions exceed 0.35 g/bhp-hr rather than before emissions exceed 1.75 times the applicable NOx standard).

(iii) For monitors required to detect a malfunction before NOx emissions exceed 3.0 times the applicable NOx standard, the manufacturer shall use a threshold of 0.6 g/bhp-hr NOx (i.e., detect a malfunction before emissions exceed 0.6 g/bhp-hr rather than before emissions exceed 3.0 times the applicable NOx standard).

(B) For 2022 and 2023 model year engines that meet all the requirements under sections (g)(5.2.2)(B)(i) through (iii) below, in lieu of the NOx and PM thresholds set forth in sections (f)(1) through (f)(6) and (f)(8) through (f)(9), the manufacturer shall use the NOx threshold specified in section (g)(5.2.2)(C) and the PM threshold specified in section (g)(5.2.2)(D):

(i)  Certify to an FTP NOx emission standard of 0.10 g/bhp-hr or lower,

(ii) Certify to an FTP PM emission standard of 0.005 g/bhp-hr or lower, and

(iii) Comply with the 1-binned moving average window method for in-use testing as described in section 86.1370.B of "California Exhaust Emission Standards and Test Procedures for 2004 and Subsequent Model Heavy-Duty Otto-Cycle Engines and Vehicles," incorporated by reference in section 1956.8(d), title 13, CCR,

(C) For 2024 and subsequent model year engines certified to an FTP engine NOx standard of 0.10 g/bhp-hr or lower, in lieu of the NOx thresholds set forth in sections (f)(1) through (f)(6) and (f)(8) through (f)(9), the manufacturer shall use the following threshold:

(i)  For monitors required to detect a malfunction before NOx emissions exceed 1.5 times the applicable NOx standard, the manufacturer shall use a threshold of 0.30 g/bhp-hr NOx (i.e., detect a malfunction before NOx emissions exceed 0.30 g/bhp-hr rather than before emissions exceed 1.5 times the applicable NOx standard).

(ii) For monitors required to detect a malfunction before NOx emissions exceed 1.75 times the applicable NOx standard, the manufacturer shall use a threshold of 0.35 g/bhp-hr NOx (i.e., detect a malfunction before NOx emissions exceed 0.35 g/bhp-hr rather than before emissions exceed 1.75 times the applicable NOx standard).

(D) For 2024 and subsequent model year engines certified to an FTP engine PM standard of 0.005 g/bhp-hr or lower, in lieu of the PM thresholds set forth in sections (f)(1) through (f)(6) and (f)(8) through (f)(9), the manufacturer shall use a PM threshold of 0.015 g/bhp-hr (i.e., detect a malfunction before PM emissions exceed 0.015 g/bhp-hr rather than before PM emissions exceed 1.5 times the applicable PM standards).

5.2.3) Alternate malfunction criteria for engine cooling system thermostat monitor:

(A) Diesel/compression-ignition engines: For 2022 and 2023 model year engines that are certified to Optional Low NOx emission standards of 0.10

45

Date of Hearing: August 27, 2020

g/bhp-hr or lower or that meet the criteria under sections (g)(5.2.1)(C)(i) through (v), and 2024 and subsequent model year engines certified to an FTP engine NOx standard of 0.10 g/bhp-hr or lower or certified to an FTP engine PM standard of 0.005 g/bhp-hr or lower, for the thermostat monitor malfunction criteria specified under section (g)(1.2.1)(A)(ii) where fuel, spark timing, and/or other coolant temperature-based modifications to the engine control strategies would not cause an emissions increase of 50 or more percent of the applicable standards, the manufacturer shall use the following NOx or PM standard:

(i) For engines certified to an FTP engine NOx standard of 0.10 g/bhp-hr or lower, 0.20 g/bhp-hr for the applicable NOx standard.

(ii) For engines certified to an FTP engine PM standard of 0.005 g/bhp-hr or lower, 0.01 g/bhp-hr for the applicable PM standard.

(B) Gasoline/spark-ignited engines: For 2022 and 2023 model year engines that are certified to Optional Low NOx emission standards of 0.10 g/bhp-hr or lower or that meet the criteria under sections (g)(5.2.2)(B)(i) through (iii), 2022 and 2023 model year, and 2024 and subsequent model year engines certified to an FTP engine NOx standard of 0.10 g/bhp-hr or lower or certified to an FTP engine PM standard of 0.005 g/bhp-hr or lower, for the thermostat monitor malfunction criteria specified under section (g)(1.2.1)(A)(ii) where fuel, spark timing, and/or other coolant temperature-based modifications to the engine control strategies would not cause an emissions increase of 50 or more percent of the applicable standards, the manufacturer shall use the following NOx or PM standard:

(i) For engines certified to an FTP engine NOx standard of 0.10 g/bhp-hr or lower, 0.20 g/bhp-hr for the applicable NOx standard.

(ii) For engines certified to an FTP engine PM standard of 0.005 g/bhp-hr or lower, 0.01 g/bhp-hr for the applicable PM standard.

(5.2.4) Alternate test-out criteria for diesel/compression-ignition engines:

(A) For 2022 through 2023 model year engines certified to Optional Low NOx emission standards of 0.10 g/bhp-hr or lower, in lieu of the NOx test-out criteria specified in sections (e)(3.2.6)(B), (e)(5.2.3)(B)(i), (e)(8.2.4)(A)(iii), (e)(8.2.4)(B)(i), and (g)(3.2.2)(F)(ii), the manufacturer shall use the following criteria to determine if the specific component or function is exempt from the monitoring requirements:

(i) In lieu of the criterion where no malfunction can cause NOx emissions to increase by 15 percent or more of the applicable NOx standard, the manufacturer shall use the criterion where no malfunction can cause NOx emissions to increase by 0.03 g/bhp-hr or more.

(ii) In lieu of the criterion where no malfunction can cause NOx emissions to increase by 30 percent or more of the applicable NOx standard, the manufacturer shall use the criterion where no malfunction can cause NOx emissions to increase by 0.06 g/bhp-hr or more.

(iii) In lieu of the criterion where no malfunction can cause NOx emissions to exceed the applicable NOx standard, the manufacturer shall use the criterion where no malfunction can cause NOx emissions to exceed

46

Date of Hearing: August 27, 2020

0.20 g/bhp-hr.

(B) For 2022 and 2023 model year engines that meet all the requirements under sections (g)(5.2.4)(B)(i) through (v) below, in lieu of the NOx and PM test-out criteria specified in sections (e)(3.2.6)(B), (e)(5.2.3)(B)(i), (e)(8.2.4)(A)(iii), (e)(8.2.4)(B)(i), and (g)(3.2.2)(F)(ii), the manufacturer shall use the NOx criteria specified in section (g)(5.2.4)(C) and the PM criteria specified in section (g)(5.2.4)(D) to determine if the specific component or function is exempt from the monitoring requirements.:

  (i)   Certify to an FTP and SET NOx emission standard of 0.10 g/bhp-hr or lower,

  (ii)  Certify to a low load cycle NOx emission standard of 0.30 g/bhp-hr or lower (as described in section I.11.B.8 of "California Exhaust Emission Standards and Test Procedures for 2004 and Subsequent Model Heavy-Duty Diesel Engines and Vehicles," incorporated by reference in section 1956.8(b), title 13, CCR),

  (iii) Certify to an optional idle NOx standard of 10 g/hr (as described in section I.11.B.6.3 of "California Exhaust Emission Standards and Test Procedures for 2004 and Subsequent Model Heavy-Duty Diesel Engines and Vehicles," incorporated by reference in section 1956.8(b), title 13, CCR),

  (iv)  Certify to an FTP, SET, and low load cycle (as described in section I.11.B.8 of "California Exhaust Emission Standards and Test Procedures for 2004 and Subsequent Model Heavy-Duty Diesel Engines and Vehicles," incorporated by reference in section 1956.8(b), title 13, CCR) PM emission standard of 0.005 g/bhp-hr or lower, and

  (v)   Comply with the 3-binned moving average window method for in-use testing as described in section 86.1370.B of "California Exhaust Emission Standards and Test Procedures for 2004 and Subsequent Model Heavy-Duty Diesel Engines and Vehicles," incorporated by reference in section 1956.8(b), title 13, CCR.

(C) For 2024 and subsequent model year engines certified to an FTP NOx emission standard of 0.10 g/bhp-hr or lower, in lieu of the NOx test-out criteria specified in sections (e)(3.2.6)(B), (e)(5.2.3)(B)(i), (e)(8.2.4)(A)(iii), (e)(8.2.4)(B)(i), and (g)(3.2.2)(F)(ii), the manufacturer shall use the following criteria to determine if the specific component or function is exempt from the monitoring requirements:

  (i)   In lieu of the criterion where no malfunction can cause NOx emissions to increase by 15 percent or more of the applicable NOx standard, the manufacturer shall use the criterion where no malfunction can cause NOx emissions to increase by 0.03 g/bhp-hr or more.

  (ii)  In lieu of the criterion where no malfunction can cause NOx emissions to increase by 30 percent or more of the applicable NOx standard, the manufacturer shall use the criterion where no malfunction can cause NOx emissions to increase by 0.06 g/bhp-hr or more.

  (iii) In lieu of the criterion where no malfunction can cause NOx emissions to exceed the applicable NOx standard, the manufacturer shall use the

47

Date of Hearing: August 27, 2020

criterion where no malfunction can cause NOx emissions to exceed 0.20 g/bhp-hr.

(D) For 2024 and subsequent model year engines certified to an FTP PM emission standard of 0.005 g/bhp-hr or lower, in lieu of the PM test-out criteria specified in sections (e)(3.2.6)(B), (e)(8.2.4)(A)(iii), and (g)(3.2.2)(F)(ii), the manufacturer shall use the following criteria to determine if the specific component or function is exempt from the monitoring requirements:

(i) In lieu of the criterion where no malfunction can cause PM emissions to increase by 15 percent or more of the applicable PM standard, the manufacturer shall use the criterion where no malfunction can cause PM emissions to increase by 0.0015 g/bhp-hr or more.

(ii) In lieu of the criterion where no malfunction can cause PM emissions to exceed the applicable PM standard, the manufacturer shall use the criterion where no malfunction can cause PM emissions to exceed 0.01 g/bhp-hr.

\* \* \* \*

NOTE: Authority cited: Sections 39010, 39600, 39601, 39602.5, 43000.5, 43013, 43018, 43100, 43101, 43104, 43105, 43105.5, 43106, 43154, 43211, and 43212, Health and Safety Code.  Reference: Sections 39002, 39003, 39010, 39018, 39021.5, 39024, 39024.5, 39027, 39027.3, 39028, 39029, 39031, 39032, 39032.5, 39033, 39035, 39037.05, 39037.5, 39038, 39039, 39040, 39042, 39042.5, 39046, 39047, 39053, 39054, 39058, 39059, 39060, 39515, 39600, 39601, 39602.5, 43000, 43000.5, 43004, 43006, 43013, 43016, 43018, 43100, 43101, 43102, 43104, 43105, 43105.5, 43106, 43150, 43151, 43152, 43153, 43154, 43155, 43156, 43204, 43211, and 43212, Health and Safety Code.

48

Date of Hearing: August 27, 2020