# EXHIBIT 13

**Excerpt**

# Final Regulation Order

## Amendments to Sections 1900, 1961.2, 1961.3, 1965, 1976, 1978, 2037, 2038, 2112, 2139, 2140, 2147, 2317, and 2903, Title 13, California Code of Regulations

[Note: This version of the Final Regulation Order also complies with Government Code section 11346.2 subdivision (a)(3), and 11346.8, subdivision (c). The existing, original regulatory language currently adopted into the California Code of Regulations is shown in "normal type." The final amendments are shown in <u>underline</u> to indicate additions and ~~strikethrough~~ to indicate deletions from the existing regulatory text. The final amendments are being presented in two versions. For ease of readability, and to review the final amendments in an Accessible format that can toggle between amendments in strikeout/underline and a "clean" version with amendments incorporated into the regulatory text, please refer to the Word version of this Final Regulation Order.]

Chapter 1. Motor Vehicle Pollution Control Devices

Section 1900.      Definitions.

Section 1961.2.    Exhaust Emission Standards and Test Procedures - 2015 and Subsequent Model Passenger Cars, Light-Duty Trucks, and Medium-Duty Vehicles.

Section 1961.3.    Greenhouse Gas Exhaust Emission Standards and Test Procedures - 2017 and Subsequent Model Passenger Cars, Light-Duty Trucks, and Medium-Duty Passenger Vehicles.

Section 1965.      Emission Control, Smog Index, and Environmental Performance Labels - 1979 and Subsequent Model-Year Motor Vehicles.

Section 1976.      Standards and Test Procedures for Motor Vehicle Fuel Evaporative Emissions.

Section 1978.      Standards and Test Procedures for Vehicle Refueling Emissions.

Section 2037.      Defects Warranty Requirements for 1990 and Subsequent Model Passenger Cars, Light-Duty Trucks, Medium-Duty Vehicles, and Motor Vehicle Engines Used in Such Vehicles.

Section 2038.      Performance Warranty Requirements for 1990 and Subsequent Model Passenger Cars, Light-Duty Trucks, and Medium-Duty Vehicles, and Motor Vehicle Engines Used in Such Vehicles.

Chapter 2. Enforcement of Vehicle Emission Standards and Surveillance Testing

Section 2112.      Definitions.

Section 2139.      Testing.

Section 2140.      Notification and Use of Test Results.

Section 2147.      Demonstration of Compliance with Emission Standards.

Chapter 8. Clean Fuels Program

Section 2317.      Satisfaction of Designated Clean Fuel Requirements with a Substitute Fuel.

Chapter 16. Certification Fees for Mobile Sources

Section 2903.      Definitions.

5. Amend Title 13, CCR, Chapter 1, Section 1976 to read as follows:

**§ 1976. Standards and Test Procedures for Motor Vehicle Fuel Evaporative Emissions.**

\*    \*    \*    \*    \*

(b)(1)  Evaporative emissions for 1978 and subsequent model gasoline fueled, 1983 and subsequent model liquefied petroleum gas fueled, and 1993 and subsequent model alcohol fueled motor vehicles and hybrid electric vehicles subject to exhaust emission standards under this article, except (unless otherwise indicated) petroleum fueled diesel vehicles, compressed natural gas fueled vehicles, hybrid electric vehicles that have sealed fuel systems which can be demonstrated to have no evaporative emissions, and motorcycles, shall not exceed the following standards:

\*    \*    \*    \*    \*

(G)    For 2015 and subsequent model motor vehicles, the following evaporative emission requirements apply:

\*    \*    \*    \*    \*

7.    *Auxiliary engines and fuel systems.* For 2017 and subsequent model vehicles ≤6,000 lbs. GVWR equipped with an auxiliary engine and 2018 and subsequent model vehicles >6,000 lbs. GVWR equipped with an auxiliary engine, manufacturers shall demonstrate compliance in accordance with the provisions set forth in the "California Evaporative Emission Standards and Test Procedures for 2001 and Subsequent Model Motor Vehicles,"through 2025 Model Year Passenger Cars, Light-Duty Trucks, Medium-Duty Vehicles, and Heavy-Duty Vehicles and 2001 and Subsequent Model Year Motorcycles" or the "California Evaporative Emission Standards and Test Procedures for 2026 and Subsequent Model Year Passenger Cars, Light-Duty Trucks, Medium-Duty Vehicles, and Heavy-Duty Vehicles," as applicable, incorporated by reference in section 1976(c).  These requirements do not apply to 2021 and previous model vehicles certified by a small volume manufacturer.  For 2026 and subsequent model year motor vehicles, these requirements apply to any auxiliary fuel system, including a fuel fired heater.  These requirements also apply to motor vehicles that are exempt from exhaust emission certification, dedicated petroleum-fueled diesel vehicles, and dedicated compressed natural gas-fueled vehicles.

\*    \*    \*    \*    \*

(c) ——(H) For 2026 and subsequent model year motor vehicles, the following evaporative emission requirements apply in addition to the requirements in section 1976(b)(1)(G):

40

1.      *Running loss hydrocarbon emission standard.*  Running loss emissions shall not exceed 0.01 grams per mile for all vehicle types.

Phase-in schedule for running loss:

For each model year, a manufacturer shall certify, at a minimum, the specified percentage of its vehicle fleet to these standards according to the implementation schedule set forth below.  For this calculation, the manufacturer's vehicle fleet is defined as the total vehicles produced and delivered for sale by the manufacturer in California that are subject to this standard.

| *Model Year* | *Minimum Percentage of Vehicle Fleet*[1] |
|---|---|
| 2026 | 30 |
| 2027 | 60 |
| 2028 and subsequent | 100 |

[1] Small volume manufacturers are not required to comply with the phase-in schedule set forth in this table.  Instead, they must certify 100 percent of their 2028 and subsequent model year vehicle fleet to the standards.

2.      2028 and subsequent model year vehicles must meet the minimum canister size requirement for vehicles that have a tank pressure exceeding 10 inches of water during the running loss test.

a      Compliance with minimum canister size requirement is demonstrated using the equation in the "California Evaporative Emission Standards and Test Procedures for 2026 and Subsequent Model Year Passenger Cars, Light-Duty Trucks, Medium-Duty Vehicles, and Heavy-Duty Vehicles," incorporated by reference in section 1976(c).

*     *     *     *     *

(c)  *Test Procedures.*

The test procedures for determining compliance with the standards in subsection (b) above applicable to 1978 through 2000 model year vehicles are set forth in "California Evaporative Emission Standards and Test Procedures for 1978-2000 Model Motor Vehicles," adopted by the state board on April 16, 1975, as last amended August 5, 1999, which is incorporated herein by reference. The test procedures for determining compliance with standards applicable to 2001 through 2025 model year vehicles are set forth in the "California Evaporative Emission Standards and Test Procedures for

<u>2001 through 2025 Model Year Passenger Cars, Light-Duty Trucks, Medium-Duty Vehicles, and Heavy-Duty Vehicles and 2001 and Subsequent Model Year Motorcycles,"</u> adopted by the state board on August 5, 1999, and as last amended <u>August 25, 2022, which is incorporated herein by reference.  The test procedures for determining compliance with standards applicable to 2026 </u>and subsequent model year vehicles are set forth in the "California Evaporative Emission Standards and Test Procedures for 200~~1~~<u>26</u> and Subsequent Model ~~Motor~~<u>Year Passenger Cars, Light-Duty Trucks, Medium-Duty Vehicles, and Heavy-Duty</u> Vehicles," adopted by the state board on <u> </u>August ~~5, 1999, and as last amended September 2, 2015~~<u>25, 2022</u>, which is incorporated herein by reference.

\*        \*        \*        \*        \*

Note:  Authority cited:  Sections 39500, 39600, 39601, 39667, 43013, 43018, 43101, 43104, 43105, 43106 and 43107, Health and Safety Code.  Reference: Sections 39002, 39003, 39500, 39667, 43000, 43009.5, 43013, 43018, 43100, 43101, 43101.5, 43102, 43104, 43105, 43106, 43107, 43204 and 43205 Health and Safety Code.