# EXHIBIT 14

**Excerpt**

ATTACHMENT A

FINAL REGULATION ORDER FOR
PHASE 2 GREENHOUSE GAS REGULATIONS AND
TRACTOR-TRAILER GHG REGULATIONS

Note:  Set forth below are the amendments to title 13, California Code of Regulations (CCR), sections 1956.8, 1961.2, 1965, 2036, 2037, 2065, 2112, and 2141; and to title 17, CCR, sections 95300, 95301, 95302, 95303, 95304, 95305, 95306, 95307, 95311, 95662, and 95663.  Proposed amendments to existing sections are shown in <u>underline</u> to indicate additions and ~~strikeout~~ to indicate deletions, compared to preexisting regulatory language.  Subsections for which no changes are proposed in this rulemaking are indicated with [No change] or "* * * *".

1.  Amend section 1956.8, title 13, CCR, to read as follows:

**§ 1956.8.  Exhaust Emission Standards and Test Procedures - 1985 and Subsequent Model Heavy-Duty Engines and Vehicles.**

\*       \*       \*       \*

(a)(7)  Greenhouse Gas Emission Standards for new 2014 and Subsequent Model Heavy-Duty Diesel Engines, Heavy-Duty Natural Gas-Fueled and Liquefied-Petroleum-Gas-Fueled Engines Derived from Diesel-Cycle Engines, and Heavy-Duty Methanol-Fueled Diesel Engines.

(A)  The $CO_2$ emissions from new 2014 and subsequent model heavy-duty diesel engines, heavy-duty natural gas-fueled and liquefied-petroleum-gas-fueled engines derived from diesel-cycle engines, and heavy-duty methanol-fueled diesel engines, except in all cases engines used in medium-duty vehicles, shall not exceed:

**$CO_2$ Emission Standards for 2014 and Subsequent Model Heavy-Duty Diesel Engines[A, B, C, D]**
(in g/hp-hr)

| Model Years | Light heavy-duty – vocational | Medium heavy-duty – vocational | Heavy heavy-duty – vocational | Medium heavy-duty – tractor | Heavy heavy-duty – tractor |
|---|---|---|---|---|---|
| 2014-2016 | 600 | 600 | 567 | 502 | 475 |
| 2017 ~~and later~~ 2020 | 576 | 576 | 555 | 487 | 460 |
| 2017-2027 (Optional)[E] | 490 | 474 | 446 | 409 | 387 |
| 2021-2023 | 563 | 545 | 513 | 473 | 447 |
| 2024-2026 | 555 | 538 | 506 | 461 | 436 |
| 2027 and later | 552 | 535 | 503 | 457 | 432 |

[A]    *Family Certification Levels*.  A Family Certification Level (FCL) must be specified for each engine family, which may not be less than the certified emission level for the engine family.  The Family Emission Limit (FEL) for the engine family is equal to the FCL multiplied by 1.03.  The FCL serves as the $CO_2$ emission standard for the engine family with respect to certification and confirmatory testing instead of the standards specified in this subsection (a)(7)(A).  The FEL serves as the emission standard for the engine family with respect to all other testing.

[B]    *Averaging, Banking, and Trading Program and Credits*.  The requirements for the optional averaging, banking, and trading program and for generating credits are described in the applicable test procedures incorporated by reference in subsection (b).

[C]    *Alternate Phase-in Emission Standards*.  Alternate phase-in emission standards may be used in lieu of the required $CO_2$ emission standards in the table above.  To qualify for these alternate phase-in emission standards, the manufacturer must begin certifying all of its model year 2013 diesel engines within a given primary intended service class to the applicable alternate emission standards of this footnote (c) and continue through model year 2016.  This means that once a manufacturer chooses to certify a primary intended service class to the alternate emission standards of this footnote (c), it is not allowed to opt out of these standards.  Engines certified to these alternate emission standards are not eligible for early credits.  Note that these alternate emission standards for 2016 and later are the same as the otherwise applicable required emission standards for model year 2017 and later.

| *Alternate Phase-in $CO_2$ Emission Standards (in g/hp-hr)* | | | | | |
|---|---|---|---|---|---|
| Model Years | Light heavy-duty – vocational | Medium heavy-duty – vocational | Heavy heavy-duty – vocational | Medium heavy-duty – tractor | Heavy heavy-duty – tractor |
| 2013-2015 | 618 | 618 | 577 | 512 | 485 |
| 2016 | 576 | 576 | 555 | 487 | 460 |

[D]    *Alternate Emission Standards Based on 2011 Model Year Engines*.  For model years 2014 through 2016, heavy-duty diesel engines may be certified to these alternate emission standards based on 2011 model year engines, if they are not part of an averaging set in which a balance of banked credits remain.  These alternate standards are determined from the measured emission rate of the test engine of the applicable baseline 2011 engine family(ies) as described in the "California Exhaust Emission Standards and Test Procedures for 2004 and Subsequent Model Heavy-Duty Diesel-Engines and Vehicles," as incorporated by reference in section (b).  The alternate $CO_2$ standard for light and medium heavy-duty vocational-certified engines is equal to the baseline 2011 emission rate multiplied by 0.975.  The alternative $CO_2$ standard for tractor-certified engines and all other heavy heavy-duty engines is equal to the baseline 2011 emission rate multiplied by 0.970.

[E]    *Optional Low-$CO_2$ Emission Standards.*  Heavy-duty diesel engines certified to these Optional Low-$CO_2$ Emission Standards must also comply with the applicable methane and nitrous oxide emission standards set forth in subsections (a)(7)(B) and (a)(7)(C), respectively.  In addition, engines certified to these Optional

Low-$CO_2$ Emission Standards and participating in the Innovative Technology Regulation set forth in sections 2208 and 2208.1 are not eligible to participate in the averaging, banking, and trading program, or to generate credits for certification.

_____

(B)  The methane ($CH_4$) emissions from new 2014 and subsequent model heavy-duty diesel engines, heavy-duty natural gas-fueled and liquefied-petroleum-gas-fueled engines derived from diesel-cycle engines, and heavy-duty methanol-fueled diesel engines, except in all cases engines used in medium-duty vehicles, shall not exceed 0.10 g/hp-hr.

(C)  The nitrous oxide ($N_2O$) emissions from new 2014 and subsequent model heavy-duty diesel engines, heavy-duty natural gas-fueled and liquefied-petroleum-gas-fueled engines derived from diesel-cycle engines, and heavy-duty methanol-fueled diesel engines, except in all cases engines used in medium-duty vehicles, shall not exceed 0.10 g/hp-hr.

(b)  *Test Procedures*.  The test procedures for determining compliance with standards applicable to 1985 and subsequent model heavy-duty diesel engines and vehicles and the requirements for participating in the averaging, banking and trading programs, are set forth in the "California Exhaust Emission Standards and Test Procedures for 1985 through 2003 Model Heavy-Duty Diesel-Engines and Vehicles," adopted April 8, 1985, as last amended December 12, 2002, the "California Exhaust Emission Standards and Test Procedures for 2004 and Subsequent Model Heavy-Duty Diesel-Engines and Vehicles," adopted December 12, 2002, as last amended ~~September 1, 2017~~ December 19, 2018, and the "California Interim Certification Procedures for 2004 and Subsequent Model Hybrid-Electric and Other Hybrid Vehicles in the Urban Bus and Heavy-Duty Vehicle Classes," adopted October 24, 2002, as last amended October 21, 2014, which are incorporated by reference herein.

\*        \*        \*        \*

(c)(4)  Greenhouse Gas Emission Standards for New 2016 and Subsequent Model Heavy-Duty Otto-Cycle Engines.

(A)  _$CO_2$ Emission Standards._
1.  The $CO_2$ emissions from new 2016 ~~and subsequent~~ through 2020 model heavy-duty Otto-cycle engines, except in all cases engines used in medium-duty vehicles, shall not exceed 627 g/hp-hr.  This standard continues to apply in 2021 and later model years for all Otto-cycle engines that are not heavy heavy-duty engines.  An FCL must be specified for each engine family, which may not be less than the certified emission level for the engine family.  The FEL for the engine family is equal to the FCL multiplied by 1.03.  The FCL serves as the $CO_2$ emission standard for the engine family with respect to certification and confirmatory testing instead of the standard specified in this subsection (c)(4)(A).  The FEL serves as the emission standard for the engine family with respect to all other testing.  The requirements for the optional averaging, banking, and trading program and for

generating credits are described in the applicable test procedures incorporated by reference in subsection (d).

12.  As an option, 2017 through 2027 model year heavy-duty Otto-cycle engines, except in all cases engines used in medium-duty vehicles, may be certified to the Optional Low-$CO_2$ Emission Standard.  The $CO_2$ emissions from engines certified to the Optional Low-$CO_2$ Emission Standard may not exceed 490 g/hp-hr.  Engines certified to the Optional Low-$CO_2$ Emission Standard must also comply with the applicable $CH_4$ and $N_2O$ emission standards set forth in subsections (c)(4)(B) and (c)(4)(C), respectively.  In addition, engines certified to the Optional Low $CO_2$ Emission Standard and participating in the Innovative Technology Regulation set forth in sections 2208 and 2208.1 are not eligible to participate in the averaging, banking, and trading program, or to generate credits for certification.

3.  The $CO_2$ emissions from new 2021 and subsequent model heavy heavy-duty vocational Otto-cycle engines and new 2021 and subsequent model heavy heavy-duty tractor Otto-cycle engines shall not exceed:

| Model Years | Heavy Heavy-Duty – Vocational | Heavy Heavy-Duty – Tractor |
|---|---|---|
| 2021-2023 | 513 | 447 |
| 2024-2026 | 506 | 436 |
| 2027 and later | 503 | 432 |

(B)  The $CH_4$ emissions from new 2016 and subsequent model heavy-duty Otto-cycle engines, except in all cases engines used in medium-duty vehicles, shall not exceed 0.10 g/hp-hr.

(C)  The $N_2O$ emissions from new 2016 and subsequent model heavy-duty Otto-cycle engines, except in all cases engines used in medium-duty vehicles, shall not exceed 0.10 g/hp-hr.

(d) *Test Procedures*. The test procedures for determining compliance with standards applicable to 1987 and subsequent model heavy-duty Otto-cycle engines and vehicles are set forth in the "California Exhaust Emission Standards and Test Procedures for 1987 through 2003 Model Heavy-Duty Otto-Cycle Engines and Vehicles," adopted April 25, 1986, as last amended December 27, 2000, the "California Exhaust Emission Standards and Test Procedures for 2004 and Subsequent Model Heavy-Duty Otto-Cycle Engines and Vehicles," adopted December 27, 2000, as last amended September 1, 2017 December 19, 2018, and the "California Interim Certification Procedures for 2004 and Subsequent Model Hybrid-Electric and Other Hybrid Vehicles, in the Urban Bus and Heavy-Duty Vehicle Classes," adopted October 24, 2002, as last amended October 21, 2014, which are all incorporated by reference herein; and the "California Non-Methane Organic Gas Test Procedures for 1993 through 2016 Model Year Vehicles" and the "California Non-Methane Organic Gas Test

A-4

Procedures for 2017 and Subsequent Model Year Vehicles," which are incorporated by reference in section 1961.2.

\*       \*       \*       \*

(h)(6)  Greenhouse Gas Emission Standards for New 2014 and Subsequent Model Heavy-Duty Diesel Engines and 2016 and Subsequent Heavy-Duty Otto-Cycle Engines Used in Medium-Duty Low-Emission Vehicles, Ultra-Low-Emission Vehicles, and Super-Ultra-Low-Emission Vehicles.

(A)  The $CO_2$ emissions from new 2014 and subsequent model heavy-duty diesel engines and new 2016 and subsequent heavy-duty Otto-cycle engines used in medium-duty low-emission vehicles, ultra-low-emission vehicles, and super-ultra-low-emission vehicles shall not exceed:

---

**$CO_2$ Emission Standards for 2014 and Subsequent Model Heavy-Duty Diesel Engines and 2016 and Subsequent Model Heavy-Duty Otto-Cycle Engines Used in Medium-Duty Low-Emission Vehicles, Ultra-Low-Emission Vehicles, and Super-Ultra-Low Emission Vehicles[A, B]**
(in g/hp-hr)

| Model Years | Diesel Engines [C] | Otto-Cycle Engines |
|---|---|---|
| 2014 | 600 | - |
| 2015 | 600 | - |
| 2016 | 600 | 627 |
| 2017 ~~and later~~ 2020 | 576 | 627 |
| 2021-2023 | 563 | 627 |
| 2024-2026 | 555 | 627 |
| 2027 and later | 552 | 627 |

[A]    *Family Certification Levels*.  An FCL must be specified for each engine family, which may not be less than the certified emission level for the engine family.  The FEL for the engine family is equal to the FCL multiplied by 1.03.  The FCL serves as the $CO_2$ emission standard for the engine family with respect to certification and confirmatory testing instead of the standards specified in this subsection (h)(6)(A).  The FEL serves as the emission standard for the engine family with respect to all other testing.
[B]    *Averaging, Banking, and Trading Program and Credits*.  The requirements for the optional averaging, banking, and trading program and for generating credits are described in the applicable test procedures incorporated by reference in subsection (b).
[C]    *Alternate Emission Standards Based on 2011 Model Year Engines*.  For model years 2014 through 2016, heavy-duty diesel engines may be certified to these alternate emission standards if they are not part of an averaging set in which a balance of banked credits remain.  These alternate standards are determined from the measured emission rate of the test engine of the applicable baseline 2011 engine family(ies) as described in the California Exhaust Emission Standards and Test Procedures for 2004 and Subsequent Model Heavy-Duty Diesel-Engines and Vehicles, as incorporated by reference in section (b).  The alternate $CO_2$ standard for light heavy-duty vocational-certified engines is equal to the baseline 2011 emission rate multiplied by 0.975.

---

(B)  The $CH_4$ emissions from new 2014 and subsequent model heavy-duty diesel engines and new 2016 and subsequent heavy-duty Otto-cycle engines used

in medium-duty low-emission vehicles, ultra-low-emission vehicles, and super-ultra-low-emission vehicles shall not exceed 0.10 g/hp-hr.

(C)  The $N_2O$ emissions from new 2014 and subsequent model heavy-duty diesel engines and new 2016 and subsequent heavy-duty Otto-cycle engines used in medium-duty low-emission vehicles, ultra-low-emission vehicles, and super-ultra-low-emission vehicles shall not exceed 0.10 g/hp-hr.

(i)  Definitions Specific to this Section.  The following definitions apply to this section 1956.8.

(1)  "Certified emission level" means the highest deteriorated emission level in an engine family for a given pollutant from the applicable transient and/or steady-state testing, rounded to the same number of decimal places as the applicable standard.  Note that there may be two certified emission levels for $CO_2$ if a family is certified for both vocational and tractor use.

(2)  "Family certification level" (FCL) means a $CO_2$ emission level declared by the manufacturer that is at or above emission test results for all emission-data engines.  The FCL serves as the emission standard for the engine family with respect to certification testing if it is different than the otherwise applicable standard.  The FCL must be expressed to the same number of decimal places as the emission standard it replaces.

(3)  "Family emission limit" (FEL) means an emission level declared by the manufacturer to serve in place of an otherwise applicable emission standard (other than $CO_2$ standards) under the Average, Banking, and Trading Program. The FEL must be expressed to the same number of decimal places as the emission standard it replaces. The FEL serves as the emission standard for the engine family with respect to all required testing except certification testing for $CO_2$.  The $CO_2$ FEL is equal to the $CO_2$ FCL multiplied by 1.03 and rounded to the same number of decimal places as the standard (e.g., the nearest whole g/hp-hr for the 2016 $CO_2$ standards).

(4)  "Heavy heavy-duty engine" means an engine used in a vehicle that normally exceeds 33,000 pounds GVWR.  Heavy heavy-duty engines are designed for multiple rebuilds and have cylinder liners.  Vehicles in this group are normally tractors, trucks, straight trucks with dual rear axles, and buses used in inter-city, long-haul applications.

(5)  "Light heavy-duty engine" means an engine used in a vehicle that is normally at or below 19,500 pounds GVWR.  Light heavy-duty engines usually are not designed for rebuild and do not have cylinder liners.  Vehicle body types in this group might include any heavy-duty vehicle built for a light-duty truck chassis, van trucks, multi-stop vans, motor homes and other recreational vehicles, and some straight trucks with a single rear axle.  Typical applications would include personal transportation, light-load commercial delivery, passenger service, agriculture, and construction.

(6)  "Medium heavy-duty engine" mean an engine used in a vehicle that is normally between 19,5001 to 33,000 pounds GVWR.  Medium heavy-duty

A-6

engines may be designed for rebuild and may have cylinder liners.  Vehicle body types in this group would typically include school buses, straight trucks with ~~dual~~ single rear axles, city tractors, and a variety of special purpose vehicles such as small dump trucks, and refuse trucks.  Typical applications would include commercial short haul and intra-city delivery and pickup.

(7)  "Primary intended service class" means the class that best describes the vehicle for which the manufacturer designs and markets the engine.  The three primary intended service classes are light heavy-duty, medium heavy-duty, and heavy heavy-duty.

(8)  "Tractor" means a vehicle meeting the definition of "tractor" in 40 CFR §1037.801, as amended October 25, 2016, incorporated by reference herein, but not classified as a "vocational tractor" under 40 CFR §1037.630, as amended October 25, 2016, incorporated by reference herein or relating to such a vehicle.

(9)  "Tractor engine" means an engine certified for use in tractors. Where an engine family is certified for use in both tractors and vocational vehicles, "tractor engine" means an engine that the engine manufacturer reasonably believes will be (or has been) installed in a tractor.  Note that the Executive Officer may require a manufacturer to document how it determines that an engine is a tractor engine.

(10)  "Vocational engine" means an engine certified for use in vocational vehicles.  Where an engine family is certified for use in both tractors and vocational vehicles, "vocational engine" means an engine that the engine manufacturer reasonably believes will be (or has been) installed in a vocational vehicle.  Note that the provisions of this part may require a manufacturer to document how it determines that an engine is a vocational engine.

(11)  "Vocational vehicle" means a vehicle meeting the definition of "vocational" vehicle in 40 CFR §1037.801, as amended October 25, 2016.


Note:  Authority cited: Sections 38501, 38505, 38510, 38560, 38580, 39500, 39600, 39601, 40000, 43013, 43018, 43100, 43101, 43102, 43104, 43105, 43106, ~~43107~~ and 43806, Health and Safety Code; and Section 28114, Vehicle Code. Reference: Sections 38501, 38505, 38510, 38560, 38580, 39002, 39003, 39010, 39017, 39033, 39500, 39600, 39601, 39610, 39650, 39657, 39667, 39701, 40000, 43000, 43000.5, 43009, 43009.5, 43013, 43017, 43018, 43100, 43101, 43101.5, 43102, 43104, 43105, 43106, ~~43107,~~ 43202, 43204, 43205, 43205.5, 43206, 43210, 43211, 43212, 43213 and 43806, Health and Safety Code; and Section 28114, Vehicle Code.