# EXHIBIT 16

State of California
Air Resources Board

# Notice of Public Availability of Modified Text and Availability of Additional Documents and/or Information

## Proposal to Permanently Adopt the Emergency Vehicle Emissions Regulations

Public Hearing Date: March 26, 2026
Public Availability Date: April 3, 2026
Deadline for Public Comment: April 20, 2026

At its March 26, 2026 public hearing, the California Air Resources Board (CARB or Board) approved the permanent adoption of the Emergency Vehicle Emissions Regulations adopted via emergency rulemaking, which became effective on October 2, 2025. The Board approved for permanent adoption the proposed sections 1900, 1956.8, 1961.2, 1961.3, 1962.2, 1962.3, 1965, 1968.2, 1968.5, 1969, 1971.1, 1971.5, 1976, 1978, 2035, 2036, 2037, 2038, 2040, 2111, 2112, 2113, 2114, 2115, 2116, 2117, 2118, 2119, 2121, 2123, 2125, 2126, 2127, 2128, 2129, 2130, 2131, 2133, 2137, 2139, 2139.5, 2140, 2141, 2142, 2143, 2144, 2145, 2146, 2147, 2148, 2149, 2166, 2166.1, 2167, 2168, 2169, 2169.1, 2169.2, 2169.3, 2169.4, 2169.5, 2169.6, 2169.7, 2169.8, 2170, 2317, 2423, 2485, 2903, 1900.0.1, 1956.8.1, 1961.2.1, 1961.3.1, 1962.2.1, 1962.3.1, 1965.0.1, 1968.2.1, 1968.5.1, 1969.0.1, 1971.1.1, 1971.5.1, 1976.0.1, 1978.0.1, 2035.0.1, 2036.0.1, 2037.0.1, 2038.0.1, 2040.0.1, 2111.0.1, 2112.0.1, 2113.0.1, 2114.0.1, 2115.0.1, 2116.0.1, 2117.0.1, 2118.0.1, 2119.0.1, 2121.0.1, 2123.0.1, 2125.0.1, 2126.0.1, 2127.0.1, 2128.0.1, 2129.0.1, 2130.0.1, 2131.0.1, 2133.0.1, 2137.0.1, 2139.0.1, 2140.0.1, 2141.0.1, 2142.0.1, 2143.0.1, 2144.0.1, 2145.0.1, 2146.0.1, 2147.0.1, 2148.0.1, 2149.0.1, 2317.0.1, 2423.0.1, 2485.0.1, and 2903.0.1, Title 13, California Code of Regulations (CCR); sections 95300, 95301, 95302, 95303, 95304, 95305, 95306, 95307, 95308, 95309, 95310, 95311, 95312, 95660, 95661, 95662, 95663, 95664, 95300.0.1, 95301.0.1, 95302.0.1, 95303.0.1, 95304.0.1, 95305.0.1, 95306.0.1, 95307.0.1, 95308.0.1, 95309.0.1, 95310.0.1, 95311.0.1, 95312.0.1, 95660.0.1, 95661.0.1, 95662.0.1, 95663.0.1, and 95664.0.1, Title 17, CCR. The regulatory action confirmed that, until a court resolves the uncertainty created by the federal government's actions, certain antecedent regulations (displaced by Advanced Clean Cars II and On-Road Heavy-Duty Engine and Vehicle Omnibus (Omnibus) regulations) remain operative (as previously adopted) with the caveat that CARB may enforce Advanced Clean Cars II and Omnibus regulations, to the extent permitted by law, in the event a court of law

holds invalid the congressional resolutions[1] purporting to disapprove the waivers[2] for those regulations.

The Board directed the Executive Officer to make the modified regulatory language, and any additional conforming modifications available for public comment, with any additional supporting documents and information, for a period of at least 15 days as required by Government Code section 11346.8. The Board further directed the Executive Officer to consider written comments submitted during the public review period and make any further modifications that are appropriate available for public comment for at least 15 days and present the regulation to the Board for further consideration, if warranted, or take final action to adopt the regulation after addressing all appropriate modifications.

The resolution and all other regulatory documents for this rulemaking are available online on *CARB's website*. The original regulatory documents included proposals for three regulatory items: amendments to the Omnibus Regulation, amendments to the Low Carbon Fuel Standard (LCFS) Regulation, and Permanent Adoption of the Emergency Vehicle Emissions Regulations. At the March 26, 2026, public hearing, the Board considered only the Permanent Adoption of the Emergency Vehicle Emissions Regulations. A separate notice of public hearing may be released to consider adopting the proposed amendments to the Omnibus Regulation (Appendices A-1, A-2, B-1, B-2, B-3, C-A-1, C-A-2, C-B-1, C-B-2, C-B-3, D, and E, and the Omnibus portion of the Staff Report: Initial Statement of Reasons), and the LCFS Regulation (Appendices A-7 and F), at a later date.

CARB has determined that additional modifications are appropriate for the proposed amendments and has developed the proposed modifications (15-Day Changes) as stated below in the "Summary of Proposed Modifications" section of this Notice. The Appendices showing the specific proposed modifications to the text of the proposed regulation being made with these 15-Day Changes are shown in multiple ways to meet the requirements of the Administrative Procedure Act (APA) while also posting alternate/complementary versions that provide increased accessibility to view the modifications in multiple ways.

The Appendices are as follows:

**Appendix A-3 - Modifications to Sections 1900, 1956.8, 1961.2, 1961.3, 1961.4, 1962.2, 1962.3, 1962.4, 1965, 1968.2, 1968.5, 1969, 1971.1, 1971.5, 1976, 1978, 2035, 2036, 2037, 2038, 2040, 2111, 2112, 2113, 2114, 2115, 2116, 2117, 2118, 2119, 2121, 2123, 2125, 2126, 2127, 2128, 2129, 2130, 2131, 2133, 2137, 2139, 2139.5, 2140, 2141, 2142, 2143, 2144, 2145, 2146, 2147, 2148, 2149, 2166, 2166.1, 2167, 2168, 2169, 2169.1, 2169.2, 2169.3, 2169.4, 2169.5, 2169.6, 2169.7, 2169.8, 2170, 2317, 2423, 2485, and 2903, Title 13, CCR**

- Appendix A-3.1: Proposed 15-Day Changes to Proposed Regulation Order (compared to 45-Day Proposal)

- Appendix A-3.2: ~Alternative format to Appendix A-3.1~

- Appendix A-3.3: Proposed 15-Day Changes to Proposed Regulation Order (compared to Existing Regulatory Text) in Alternative format

---

[1] *H.J.Res.87  (119th Congress)*, *H.J.Res.88  (119th Congress)*, *H.J.Res.89 (119th Congress)*.
[2] *88 Fed. Reg. 20688*, *90 Fed. Reg. 642*, *90 Fed. Reg. 643*.

**Appendix A-4-1 - Modifications to Sections 1956.8.1, 1968.2.1, 1968.5.1, 1971.1.1, 1971.5.1, 2035.0.1, 2036.0.1, 2040.0.1, 2111.0.1, 2113.0.1, 2114.0.1, 2115.0.1, 2116.0.1, 2117.0.1, 2118.0.1, 2119.0.1, 2121.0.1, 2123.0.1, 2125.0.1, 2126.0.1, 2127.0.1, 2128.0.1, 2129.0.1, 2130.0.1, 2131.0.1, 2133.0.1, 2137.0.1, 2141.0.1, 2142.0.1, 2143.0.1, 2144.0.1, 2145.0.1, 2146.0.1, 2148.0.1, 2149.0.1, 2423.0.1, and 2485.0.1, Title 13, CCR**

- Appendix A-4-1.1: Proposed 15-Day Changes to Proposed Regulation Order (compared to 45-Day Proposal)

- Appendix A-4-1.2: ~Alternative format to Appendix -A-4-1.1~

- Appendix A-4-1.3: Proposed 15-Day Changes to Proposed Regulation Order (compared to Existing Regulatory Text) in Alternative format

**Appendix A-4-2 - Modifications to Sections 1900.0.1, 1961.2.1, 1961.3.1, 1962.2.1, 1962.3,1, 1965.0.1, 1969.0.1, 1976.0.1, 1978.0.1, 2037.0.1, 2038.0.1, 2112.0.1, 2139.0.1, 2140.0.1, 2147.0.1, 2317.0.1, and 2903.0.1, Title 13, CCR**

- Appendix A-4-2.1: Proposed 15-Day Changes to Proposed Regulation Order (compared to 45-Day Proposal)

- Appendix A-4-2.2: ~Alternative format to Appendix A-4-2.1~

- Appendix A-4-2.3: Proposed 15-Day Changes to Proposed Regulation Order (compared to Existing Regulatory Text) in Alternative format

**Appendix A-5 - Modifications to Sections 95300, 95301, 95302, 95303, 95304, 95305, 95306, 95307, 95308, 95309, 95310, 95311, 95312, 95660, 95661, 95662, 95663, and 95664, Title 17, CCR**

- Appendix A-5.1: Proposed 15-Day Changes to Proposed Regulation Order (compared to 45-Day Proposal)

- Appendix A-5.2: ~Alternative format to Appendix A-5.1~

- Appendix A-5.3: Proposed 15-Day Changes to Proposed Regulation Order (compared to Existing Regulatory Text) in Alternative format

**Appendix A-6 - Modifications to Sections 95300.0.1, 95301.0.1, 95302.0.1, 95303.0.1, 95304.0.1, 95305.0.1, 95306.0.1, 95307.0.1, 95308.0.1, 95309.0.1, 95310.0.1, 95311.0.1, 95312.0.1, 95660.0.1, 95661.0.1, 95662.0.1, 95663.0.1, and 95664.0.1, Title 17, CCR**

- Appendix A-6.1: Proposed 15-Day Changes to Proposed Regulation Order (compared to 45-Day Proposal)

- Appendix A-6.2: ~Alternative format to Appendix A-6.1~

- Appendix A-6.3: Proposed 15-Day Changes to Proposed Regulation Order (compared to Existing Regulatory Text) in Alternative format

The Appendices showing the specific proposed modifications to the text of the proposed regulation orders available for comment with this Notice are provided in the two formats denoted with the suffixes ".1" and ".2." The files with the ".3" suffixes are provided for informational purposes only and all comments should only reference files with the ".1" and ".2" suffixes.

In the version denoted Appendices A-3.1, A-4-1.1, A-4-2.1, A-5.1, and A-6.1, the *45-Day Proposal* (proposed regulatory language as posted on September 23, 2025) is shown in "normal type." The deletions and additions to the 45-Day Proposal that comprise the 15-Day Changes that are being made public and available for comment with this Notice are shown in ~~strikeout~~ to indicate deletions and underline to indicate additions.

In the version denoted Appendices A-3.2, A-4-1.2, A-4-2.2, A-5.2, and A-6.2, the 15-Day Changes are provided in tracked-changes format to meet the requirement for accessible electronic documents. The 45-Day Proposal is incorporated into this version as plain, clean text because they are not being made available for public comment by this Notice. The proposed 15-Day Changes are shown in tracked changes and are made public with this Notice and available for comment. To review this document in a clean format, without underline or strikeout to show changes, that shows all the proposed regulations being considered for adoption, please select "Simple Markup" or "No Markup," or accept all changes in Microsoft Word's Review menu. You can also change the view to the initial 45-Day Proposal (originally proposed regulatory text prior to these proposed modifications) by selecting "Original" or rejecting all tracked changes. Additionally, "Advanced Track Changes Options" will allow for further options regarding color and other markings.

In the version denoted Appendices A-3.3, A-4-1.3, A-4-2.3, A-5.3, and A-6.3, the *Existing Regulatory Text* as approved by the Office of Administrative Law (OAL) and filed with the Secretary of State on October 2, 2025, is shown as plain, clean text, while the proposed 15-Day Changes are shown in tracked changes. To review the net proposal in this document in a clean format (no underline or strikeout to show changes), please select "Simple Markup" or "No Markup" in Microsoft Word's Review menu or accept all changes. You can also change the view to the original (Existing Regulatory Text currently adopted into the CCR) by selecting "Original" or rejecting all tracked changes. By progressing through the changes and comparing them with the 15-Day Changes, the public can see the net and stepwise changes being proposed in relation to existing law. Please refer to the version denoted A-3.1, A-4-1.1, A-4-2.1, A-5.1, and A-6.1 to review the 15-Day Changes available for comment and its companion/alternate version A-3.2, A-4-1.2, A-4-2.2, A-5.2, and A-6.2, to view an accessible version showing the 15-Day Changes.

After the release of the 45-Day Proposal, additional non-substantive changes were incorporated in the regulatory text to ensure the regulatory text matched the historical version intended. Therefore, the Existing Regulatory Text is not identical to the 45-Day Proposal. As a result, the x.3 versions of the appendices are necessary to show all changes relative to the finalized Existing Regulatory Text.

In the Final Statement of Reasons, staff will respond to all comments received on the record during the comment periods. The APA requires that staff respond to comments received regarding all noticed changes. Therefore, staff will only address comments received during this 15-day comment period that are responsive to this Notice, documents added to the record, or the changes detailed in Appendices A-3.1, A-4-1.1, A-4-2.1, A-5.1, and A-6.1.

# Summary of Proposed Modifications

The following summary does not include all modifications to correct typographical or grammatical errors, changes in numbering or formatting, nor does it include all the non-substantive revisions made to improve clarity.

The modifications listed below include corrections to the 45-Day Proposal and proposed amendments to the Existing Regulatory Text.

- Corrections to the 45-Day Proposal

These modifications include minor corrections to the 45-Day Proposal to ensure consistency with the adopted emergency regulations approved by OAL. These modifications reflect minor corrections made after the release of the 45-Day Proposal on September 23, 2025, to permanently adopt the emergency regulations, and before the emergency regulations were filed with the Secretary of State on October 2, 2025. This follows the emergency regulation provisions of Government Code sections 11346.1 and 11349.6; along with title 1, sections 48 through 56, CCR, and in accordance with the *Emergency Notice*, as published on September 15, 2025. The Emergency Notice indicated that the purpose of the emergency regulations is to clarify that previously adopted regulations remain operative and that CARB would accordingly consider other changes to the sections affected. These corrections do not affect the regulatory intent or applicability. These corrections have been reflected in the emergency regulations filed with the Secretary of State on October 2, 2025.

- Proposed Amendments to the Existing Regulatory Text

These modifications include newly proposed amendments to the Existing Regulatory Text as approved by OAL and filed with the Secretary of State on October 2, 2025.

In addition to the modifications described in these two categories, additional modifications correcting grammar, punctuation and spelling have been made throughout the proposed changes. These changes are non-substantive.

## (A)    Proposed Modifications to Title 13, CCR (Appendix A-3)

### a. Appendix A-3.1: Proposed 15-Day Changes to Proposed Title 13 Regulation Order (Compared to 45-Day Proposal)

1. In sections 1900, 1956.8, 1961.2, 1961.3, 1962.2, 1962.3, 1965, 1968.2, 1968.5, 1969, 1971.1, 1971.5, 1976, 1978, 2035, 2036, 2037, 2038, 2040, 2111, 2112, 2113, 2114, 2115, 2116, 2117, 2118, 2119, 2121, 2123, 2125, 2126, 2127, 2128, 2129, 2130, 2131, 2133, 2137, 2139, 2139.5, 2140, 2141, 2142, 2143, 2144, 2145, 2146, 2147, 2148, 2149, 2166, 2166.1, 2167, 2168, 2169, 2169.1, 2169.2, 2169.3, 2169.4, 2169.5, 2169.6, 2169.7, 2169.8, 2170, 2317, 2423, 2485, and 2903, the proposed amendments add references to H.J. Res. 87 (119th Congress) and the April 6, 2023 waiver issued by the U.S. Environmental Protection Agency (U.S. EPA) (88 Federal Register 20,688). These revisions ensure that these sections fully and accurately identify the federal actions that may affect the applicability of California's emission standards. The April 6, 2023, waiver includes the Heavy-Duty Vehicle and Engine Emission Warranty and Maintenance Provisions, which are directly relevant to this rulemaking. The amendments are technical and clarifying in nature and do not change existing regulatory requirements.

5

Their purpose is to improve accuracy and completeness in the federal cross-references used to determine the operative standards pending judicial review.

2. In section 1900, the Reference citation to Health and Safety Code (HSC) section 43103 was removed to align with Existing Regulatory Text.

3. In section 1961.2, the Authority and Reference citations to HSC sections were revised by adding sections 39500 and 43106 to the Authority citations and adding section 43204 to the Reference citations to align with Existing Regulatory Text. In addition, the Reference citations to HSC sections 38562, 43018.5, 43107, and 43205.5 were removed to align with Existing Regulatory Text.

4. In section 1961.4, two introductory paragraphs that begin with "Unless and until a court of competent jurisdiction" and "However, if a court of competent jurisdiction" were added to clarify that this section serves as the alternative compliance option to section 1961.2.1 and that 1961.4 would be the only compliance option left if a court issues a final ruling that invalidates the congressional resolutions or that the U.S. EPA waivers mentioned in those paragraphs are in effect.

5. In section 1962.3, a proposed modification was made to correct an error in the second paragraph from "1900" to "1962.3."

6. In section 1962.4, two introductory paragraphs that begin with "Unless and until a court of competent jurisdiction…" and "However, if a court of competent jurisdiction…" were added to clarify that this section serves as the alternative compliance option to section 1962.2.1 and that 1962.4 would be the only compliance option left if a court issues a final ruling that invalidates the congressional resolutions or that the U.S. EPA waivers mentioned in those paragraphs are in effect.

7. In section 1971.5, the Authority and Reference citations to HSC sections were revised by adding sections 38501, 38510, and 39602.5 to the Authority citations and adding sections 38501, 38505, 38510, and 39602.5 to the Reference citations, to align with Existing Regulatory Text.

8. In section 2113, proposed modification was made to correct an error in Authority citation to HSC section from "28501" to "38501."

9. In section 2117, proposed modification was made to correct an error in Reference citation to HSC section from "3850" to "38510."

10. In section 2139, the Reference citation to HSC section 43103 was removed because this section had been repealed.

11. In section 2139.5, the Reference citation to HSC section 43103 was removed because this section had been repealed.

12. In section 2485, the phrase "; and Western Oil & Gas Assn. v. Orange County Air Pollution Control Dist. (1975), 14 Cal.3d.411" was removed from the Authority citation. This change is non-substantial.

13. In section 2485, the phrase "; and Sections 1201, 1900, 1962 and 2480, Title 13, California Code of Regulations" was removed from the Reference citation, to align with Existing Regulatory Text.

6

**b. Appendix A-3.3: Proposed 15-Day Changes to Proposed Title 13 Regulation Order (Compared to Existing Regulatory Text)**

1. In sections 1900, 1956.8, 1961.2, 1961.3, 1962.2, 1962.3, 1965, 1968.2, 1968.5, 1969, 1971.1, 1971.5, 1976, 1978, 2035, 2036, 2037, 2038, 2040, 2111, 2112, 2113, 2114, 2115, 2116, 2117, 2118, 2119, 2121, 2123, 2125, 2126, 2127, 2128, 2129, 2130, 2131, 2133, 2137, 2139, 2139.5, 2140, 2141, 2142, 2143, 2144, 2145, 2146, 2147, 2148, 2149, 2166, 2166.1, 2167, 2168, 2169, 2169.1, 2169.2, 2169.3, 2169.4, 2169.5, 2169.6, 2169.7, 2169.8, 2170, 2317, 2423, 2485, and 2903, the proposed amendments add references to H.J. Res. 87 (119th Congress) and the April 6, 2023 waiver issued by U.S. EPA (88 Federal Register 20,688). These revisions ensure that these sections fully and accurately identify the federal actions that may affect the applicability of California's emission standards. The April 6, 2023, waiver includes the Heavy-Duty Vehicle and Engine Emission Warranty and Maintenance Provisions, which are directly relevant to this rulemaking. The amendments are technical and clarifying in nature and do not change existing regulatory requirements. Their purpose is to improve accuracy and completeness in the federal cross-references used to determine the operative standards pending judicial review.

2. In section 1961.4, two introductory paragraphs that begin with "Unless and until a court of competent jurisdiction" and "However, if a court of competent jurisdiction" were added to clarify that this section serves as the alternative compliance option to section 1961.2.1 and that 1961.4 would be the only compliance option left if a court issues a final ruling that invalidates the congressional resolutions or that the U.S. EPA waivers mentioned in those paragraphs are in effect.

3. In section 1962.3, proposed modification was made to correct an error in the second paragraph from "1900" to "1962.3".

4. In section 1962.4, two introductory paragraphs that begin with "Unless and until a court of competent jurisdiction" and "However, if a court of competent jurisdiction" are added to clarify that this section serves as  the alternative compliance option to section 1962.2.1 and that 1962.4 would be the only compliance option left if a court issues a final ruling that invalidates the congressional resolutions or that the U.S. EPA waivers mentioned in those paragraphs are in effect.

5. In section 1968.5, the citation "and Engine Manufacturers Association v. California Air Resources Board (2014) 231 Cal.App.4th 1022" was moved from "Reference" to "Authority cited." This case is properly cited at the end of the authority section, as the case clarified CARB's authority to adopt certain provisions of the on-board diagnostic system regulations—specifically, the court held CARB's statutory authority under sections 39601, 43013, 43018, and 43000.5 (among others) authorizes the adoption of manufacturer in-use testing requirements. This change is non-substantial.

6. In section 2485, the phrase "; and Western Oil & Gas Assn. v. Orange County Air Pollution Control Dist. (1975), 14 Cal.3d.411" was removed from the Authority citation. This change is non-substantial.

**(B)    Proposed Modifications to Title 13, CCR, Alternative Sections (Appendix A-4-1)**

**a. Appendix A-4-1.1: Proposed 15-Day Changes to Proposed Title 13 Regulation Order (Compared to 45-Day Proposal)**

1. In sections 1956.8.1, 1968.2.1, 1968.5.1, 1971.1.1, 1971.5.1, 2035.0.1, 2036.0.1, 2040.0.1, 2111.0.1, 2113.0.1, 2114.0.1, 2115.0.1, 2116.0.1, 2117.0.1, 2118.0.1, 2119.0.1, 2121.0.1, 2123.0.1, 2125.0.1, 2126.0.1, 2127.0.1, 2128.0.1, 2129.0.1, 2130.0.1, 2131.0.1, 2133.0.1, 2137.0.1, 2141.0.1, 2142.0.1, 2143.0.1, 2144.0.1, 2145.0.1, 2146.0.1, 2148.0.1, 2149.0.1, 2423.0.1, and 2485.0.1, the following paragraph was added to the beginning of each section in the 45-Day Proposal, to align with Existing Regulatory Text adopted via emergency rulemaking, effective October 2, 2025: *For purposes of this section, any cross-referenced section in title 13 or title 17 of the California Code of Regulations shall refer to the section identified as the alternative version "(Alternative)" for the corresponding section, to the extent an alternative version of that section exists.* The intent of this paragraph is to address potential cross-referencing issues in the alternative version of the regulation.

2. In sections 1956.8.1, 2036.0.1, 2111.0.1, 2141.0.1, 2145.0.1, 2423.0.1, and 2485.0.1, the regulatory language has been updated to align with the previously adopted versions subject to an extant waiver. These amendments more accurately reflect the previously adopted regulatory language, as submitted to the U.S. EPA, which was unavailable at the time of the emergency adoption as published on September 15, 2025. Additional minor, non-substantial modifications were made to sections 1956.8.1, 2423.0.1 and 2485.0.1.

3. In section 1956.8.1, in addition to the updates noted above, in subsection (a)(6)(B), cross-reference to section 1900(b)(13) was revised to 1900(b). As clarified in the first paragraph of this section, cross-reference to section 1900 shall refer to the alternative version "(Alternative)" 1900.0.1, where "medium duty vehicle" is defined in subsection (b)(16) rather than (b)(13). This amendment is necessary to ensure the correct subsection is properly referenced.

4. In section 1968.2.1, proposed modification was made to align with Existing Regulatory Text, which include the following:

    - In subsection (e)(17.1), "if" was deleted.

5. In section 1968.5.1, the phrase ", which are incorporated by reference herein" was removed from subsection (a)(3) to correct an error, since the HSC sections and title 13 CCR sections mentioned in the paragraphs should not have been incorporated by reference.

6. In section 1968.5.1, proposed modifications were made to align with Existing Regulatory Text, which include the following:

    - In subsection (b)(7)(B)(iii), "Government Code section 6250" was revised to "Government Code section 7920.000."
    - In subsection (b)(7)(C)(iii), "(b)(6)(C)(iii)" was revised to "(b)(6)(C)(ii)."

8

7. In section 1971.1.1, in subsection (c), the phrase "(eff. 2013)" was added to the definition of "Engine family" to state the version of Code of Federal Regulations, Title 40, Section 86.098-24 (40 CFR § 86.098-24) referenced here. This amendment is necessary to ensure the version of the CFR section is properly referenced.

8. In section 1971.1.1, proposed modifications were made to align with Existing Regulatory Text, which include the following:

   - In subsection (d)(4.3.2)(H), subsection (iii) for "PM filter active/intrusive injection (section (e)(8.2.6))" was added.
   - In subsection (d)(5.1.2), a comma was deleted.
   - In subsection (e)(4.2.2), "the boost system has maximum detectable boost when little or no boost is expected" was revised to "the boost system has no detectable amount of boost when boost is expected."
   - In subsection (e)(6.2.1)(C)(i), "cause emission" was revised to "cause exhaust emissions."
   - In subsection (h)(2.1.2), the regulatory text was revised.
   - In subsection (j)(2.13), "the expected emission impact from each AECD activation," was added.
   - In subsection (I)(1.4.3)(B), "(h)(4.1.6)" was revised to "(h)(4.1.3)."
   - In subsection (I)(2.1), "six months after the start of vehicle production" was revised to "three months after the start of vehicle production."

9. In section 1971.5.1, the phrase ", which are incorporated by reference herein" was removed from subsection (a)(3) to correct an error, since the HSC sections and title 13 CCR sections mentioned in the paragraphs should not have been incorporated by reference.

10. In section 2126.0.1, cross reference in subsection (c) was updated from "Sections 6004 to 60053" to "Section 60055.1 et seq." to align with Existing Regulatory Text.

11. In section 2423.0.1, in addition to the updates noted above, modifications were made without regulatory effect to subsections (d)(6)(B), (d)(7), (d)(7)(A), (d)(7)(B), (d)(8), (f)(1), and (h)(1). These changes include updating references from "the ARB" and "ARB" to "CARB" and replacing "Mobile Source Operations Division" with "Emissions Certification and Compliance Division." These updates are necessary to reflect CARB's current official abbreviation and division name.

12. In section 2485.0.1, the phrase "; and Western Oil & Gas Assn. v. Orange County Air Pollution Control Dist. (1975), 14 Cal.3d.411" was removed from the Authority cited. This change is non-substantial.

13. In section 2485.0.1, the phrase "; and Sections 1201, 1900, 1962 and 2480, Title 13, California Code of Regulations" was removed from the Reference citation to align with Existing Regulatory Text.

**b.  Appendix A-4-1.3: Proposed 15-Day Changes to Proposed Title 13 Regulation Order (Compared to Existing Regulatory Text)**

1. In sections 1956.8.1, 2036.0.1, 2111.0.1, 2141.0.1, 2145.0.1, 2423.0.1, and 2485.0.1, the regulatory language has been updated to align with the previously adopted versions subject to an extant waiver. These amendments more accurately reflect the previously

9

adopted regulatory language, as submitted to the U.S. EPA, which was unavailable at the time of the emergency adoption as published on September 15, 2025. Additional minor, non-substantial modifications were made to sections 2423.0.1 and 2485.0.1, as listed below.

2. In sections 1968.5.1, the phrase ", which are incorporated by reference herein" was removed from subsection (a)(3) to correct an error, since the HSC sections and title 13 CCR sections mentioned in the paragraphs should not have been incorporated by reference.

3. In sections 1971.5.1, the phrase ", which are incorporated by reference herein" was removed from subsection (a)(3) to correct an error, since the HSC sections and title 13 CCR sections mentioned in the paragraphs should not have been incorporated by reference.

4. In section 2113.0.1, proposed modification was made by updating reference from "ARB" to "CARB" in subsection (b). This update is necessary to reflect CARB's current official abbreviation.

5. In section 2423.0.1, in addition to the updates noted above, modifications were made without regulatory effect to subsections (d)(6)(B), (d)(7), (d)(7)(A), (d)(7)(B), (d)(8), (f)(1), and (h)(1). These changes include updating references from "the ARB" and "ARB" to "CARB" and replacing "Mobile Source Operations Division" with "Emissions Certification and Compliance Division." These updates are necessary to reflect CARB's current official abbreviation and division name.

6. In section 2485.0.1, in addition to the updates noted above, the phrase "; and Western Oil & Gas Assn. v. Orange County Air Pollution Control Dist. (1975), 14 Cal.3d.411" was removed from the Authority and Reference citations. This change is non-substantial.

## (C)    Proposed Modifications to Title 13, CCR, Alternative Sections (Appendix A-4-2)

### a. Appendix A-4-2.1: Proposed 15-Day Changes to Proposed Title 13 Regulation Order (Compared to 45-Day Proposal)

1. In all sections 1900.0.1, 1961.2.1, 1961.3.1, 1962.2.1, 1962.3,1, 1965.0.1, 1969.0.1, 1976.0.1, 1978.0.1, 2037.0.1, 2038.0.1, 2112.0.1, 2139.0.1, 2140.0.1, 2147.0.1, 2317.0.1, and 2903.0.1, the following paragraph was added to the beginning of each section in the 45-Day Proposal, to align with Existing Regulatory Text adopted via emergency rulemaking, effective October 2, 2025: *For purposes of this section, any cross-referenced section in title 13 or title 17 of the California Code of Regulations shall refer to the section identified as the alternative version "(Alternative)" for the corresponding section, to the extent an alternative version of that section exists*. The intent of this paragraph is to address potential cross-referencing issues in the alternative version of the regulation.

2. In section 1961.2.1, the following corrections were made to align with Existing Regulatory Text:
   - Subsection (a)(11)(A): "Pollutant Emission Standards and Test Procedure for and" was changed to "Pollutant Exhaust Emission Standards and Test Procedure and."

10

- Subsections (b)(1)(B)1.a. and (b)(1)(B)1.b.: Added summation and quotient signs to the calculations.
- Subsection (b)(3)(A):
    i. Deleted subsection (b)(3)(A)1. except for its table.
    ii. Added a column to the table (formerly of deleted subsection (b)(3)(A)1.) to specify the phase-in requirements for vehicles certified to section 1956.8(c) or 1956.8(h).
    iii. Deleted subsection (b)(3)(A)2.
- Subsection (b)(3)(C)1.b.: Added summation signs to the calculations.
- Subsection (b)(3)(C)2.: "for LEV III MDVs Certified to subsection (a)(1) for" was changed to "for LEV III MDVs for."
- Subsection (b)(3)(C)2.a.:  "medium- duty test groups certified to subsection (a)(1) may" was changed to "medium-duty test groups may".
- Subsections (b)(3)(C)2.a., b., c., and d.: Deleted "instead of subsection (b)(3)(A)1" at the end of the sentence.
    i. Added a column to the tables to specify the phase-in requirements for vehicles certified to section 1956.8(c) or 1956.8(h).
- Subsection (b)(3)(D):
    i. Deleted "For the purpose of demonstrating compliance with the LEV III ... medium-duty vehicles delivered for sale in California." This used to be the second sentence.
    ii. "The phase-in percentages in subsection (b)(3) for vehicles certified to section 1956.8 shall be applied" was changed to "The percentages shall be applied."
    iii. Added "A manufacturer that elects to certify ... medium-duty vehicles for purposes of this subsection" as the last sentence.
- Subsection (c)(2)(A)2.:
    i. "ULEV170standard" was changed to "ULEV200standard" for the ULEV250s equation.
    ii. ""ULEV170standard" was changed to "ULEV150standard" for the SULEV170s equation.
- Subsection (c)(3)(B): "The emission credits earned" was changed to "For the 2015 and subsequent model years, the emission credits earned."

3. In section 1961.3.1, the following proposed corrections were made to align with Existing Regulatory Text:
    - Subsection (c)(4): This subsection was deleted.
    - Subsection (A)(7)(E): The reference to "40 § CFR 86.167-17" for the AC17 Air Conditioning Test Procedure was removed.
    - Subsection (a)(11): This subsection was deleted.
    - The Authority citations to HSC sections 38550 and 38566 were removed.

4. In section 1962.2.1, "Electric Vehicle Charging Requirements" was removed from the section title as this was an error.

5. In subsection 1962.2.1(h)(1), sections C.2, C.3, C.4, C.7, C.9, and D.3. from the "California Exhaust Emission Standards and Test Procedures for 2018 and Subsequent ... Medium-Duty Vehicle Classes" were expressly excluded. This clarifies that those sections do not apply if complying with section 1962.2.1.

6. In section 1962.2.1, the following corrections were made to align with Existing Regulatory Text:
   - Subsection (h)(1): Added "adopted March 22, 2012," before "amended September 3, 2015,".
   - Added subsections (i), (j), (k), and (l), in which they are "[Reserved.]."
   - The Reference citation to HSC section 43205 was changed to 43204.

7. In section 1965.0.1, the following corrections were made to align with Existing Regulatory Text:
   - Deleted the following at the end of the second paragraph: ", and the "California Greenhouse Gas Exhaust Emission Standards and Test Procedures for 2014 and Subsequent Model Heavy-Duty Vehicles," incorporated by reference in title 17, CCR, section 95663(d)."
   - The Authority citation to HSC sections 38501, 38505, 38510, 38560, 43013, 43018, 43101, 43104, and 43105 were removed.

8. In subsection 1969.0.1(h)(1), the subsection title "Diagnostic Tools" was deleted to align with Existing Regulatory Text.

9. In subsection 1976.0.1(b)(1)(A), footnotes 1 and 2 were added to the table in this subsection to align with Existing Regulatory Text.

10. In subsection 2037.0.1, the "Credits" header was deleted from the Reference and Authority citations to align with Existing Regulatory Text.

11. In subsection 2038.0.1(b)(2), this following modification was made to align with Existing Regulatory Text: "(2) Will, for a" changed to "Will, for a."

12. In section 2112.0.1, the following corrections were made to align with Existing Regulatory Text:
   - Subsection (l)(17): "1961.2(a)(1)" was changed to "1961(a)(1)."
   - Subsection (l)(19):
      i. "medium heavy-duty" was changed to "light heavy-duty."
      ii. "185,000 miles" was changed to "110,000 miles."
   - Subsection (l)(20.1): "period of 14  use" was changed to "period of use."
   - Subsection (l)(21)(A): "paragraph (20)" was changed to "paragraph (19)."
   - Deleted the following paragraph in Subsection (l)(24): "California-certified 2009 and subsequent model year spark-ignition inboard and sterndrive marine engines complying with the Option 1 requirements in Section 2442(b)(1) and California-certified 2008 and subsequent model-year spark-ignition inboard and sterndrive marine engines complying with the Option 2 requirements in Section 2442(b)(1), a period of ten years or 480 hours, whichever first occurs for engines 485 kilowatts and less, For engines greater than 485 kilowatts, a period of one year or 50 hours, whichever first occurs. Manufacturers of engines greater than 485 kilowatts may petition the Executive Officer for a approval of a shorter period when appropriate."
   - Added subsections (l)(24)(A) and (l)(24)(B) specifying the useful life periods for California-certified 2008 and subsequent model year spark-ignition sterndrive and inboard marine engines.

- Subsection (l)(26): "standards 15 of section 95663" was changed to "standards of section 95663."

13. In Appendix A to Article 2.1, the following correction was made to align with Existing Regulatory Text: "Model-Year Spark-Ignition Inboard and Sterndrive Marine Engines." was changed to "Model-Year Spark-Ignition Sterndrive/Inboard Marine Engines." in the first paragraph.

14. In subsection 2139.0.1 (c), "For medium-duty engines and vehicles certified to the Greenhouse Gas emission standards in sections 1956.8(a)(7) and 1956.8(h)(6), Title 13, California Code of Regulations, in-use compliance emission tests shall be performed pursuant to one of the following procedures:" was added. This revision addressed a clerical error made in the last rulemaking.

15. In section 2139.0.1, the following corrections were made to align with Existing Regulatory Text:
    - Subsection (d):
        i. The following were removed from the required in-use compliance tests for heavy-duty engines and vehicles: "California Exhaust Emission Standards and Test Procedures for 2004 and Subsequent Model Heavy-Duty Diesel Engines and Vehicles" incorporated by reference in title 13, California Code of Regulations, section 1956.8(b) and "California Exhaust Emission Standards and Test Procedures for 2004 and Subsequent Model Heavy-Duty Otto-Cycle Engines and Vehicles" incorporated by reference in title 13, California Code of Regulations, section 1956.8(d).
        ii. "For heavy-duty vehicles and trailers certified to" was changed to "For heavy-duty vehicles certified to."
    - Subsection (i):
        i. Deleted all occurrences of "or trailer" and "or trailers."
        ii. "testing of its vehicles, engines," was changed to "testing of its vehicles or engines."
    - The Authority citations to HSC sections 38501, 38505, 38510, and 38560 were removed. In addition, the Reference citation to HSC sections 38501, 38505, 38510, 38560, and 43103 were removed.

16. In section 2140.0.1, the following corrections were made to align with Existing Regulatory Text:
    - Deleted all occurrences of "or trailer" and "or trailers."
    - Subsection (c) was deleted.

17. In section 2147.0.1, the following corrections were made to align with Existing Regulatory Text:
    - Deleted all occurrences of "and trailers."
    - Subsection (b): "of Regulations, section 1960.1, 1961, 1961.2, 1961.3, or 1961.4," was changed to "of Regulations, section 1960.1, 1961, 1961.2, or 1961.3,".
    - Subsection (b)(3): "set forth in section 1960.1, 1961, or 1961.4," was changed to "set forth in section 1960.1, 1961, or 1961.2,".
    - Subsection (c):

13

i.   "vehicle, engine, or trailer emission" was changed to "vehicle or engine emission."

ii.   "subject to prior written approval" was changed to "subject to approval."

18. In section 2903.0.1, the following corrections were made to align with Existing Regulatory Text:

- "section 95663, subsection (d)" was changed to "section 95663, subsection (c)."
- For the "Specially produced motor vehicle (SPMV) manufacturer" definition: "Mode" was changed to "Model."
- For the "Test group" definition: "Test Procedures Passenger Cars" was changed to "Test Procedures for Passengers Cars."
- The "Zero emission powertrain family" definition was deleted.

**b. Appendix A-4-2.3: Proposed 15-Day Changes to Proposed Title 13 Regulation Order (Compared to Existing Regulatory Text)**

1. In section 1962.2.1, "Electric Vehicle Charging Requirements" was removed from the section title as this was an error.

2. In subsection 1962.2.1(h)(1), sections C.2, C.3, C.4, C.7, C.9, and D.3. from the "California Exhaust Emission Standards and Test Procedures for 2018 and Subsequent Model Zero-Emission Vehicles and Hybrid Electric Vehicles, in the Passenger Car, Light-Duty Truck and Medium-Duty Vehicle Classes" were expressly excluded. This clarifies that those sections do not apply if complying with section 1962.2.1.

3. In subsection 2139.0.1 (c), "For medium-duty engines and vehicles certified to the Greenhouse Gas emission standards in sections 1956.8(a)(7) and 1956.8(h)(6), Title 13, California Code of Regulations, in-use compliance emission tests shall be performed pursuant to one of the following procedures:" was added. This revision addressed a clerical error made in the last rulemaking.

4. In subsection 2140.0.1 (b), "or in title 17, California Code of Regulations, section 95663," was added. This revision addressed a clerical error in the last rulemaking.

## (D)   Proposed Modifications to Title 17, CCR (Appendix A-5)

**a. Appendix A-5.1: Proposed 15-Day Changes to Proposed Title 17 Regulation Order (Compared to 45-Day Proposal)**

1. In sections 95300, 95301, 95302, 95303, 95304, 95305, 95306, 95307, 95308, 95309, 95310, 95311, 95312, 95660, 95661, 95662, 95663, and 95664, the proposed amendments add references to H.J. Res. 87 (119th Congress) and the April 6, 2023, waiver issued by U.S. EPA (88 Federal Register 20,688). These revisions ensure that these sections fully and accurately identify the federal actions that may affect the applicability of California's emission standards. The April 6, 2023, waiver includes the Heavy-Duty Vehicle and Engine Emission Warranty and Maintenance Provisions, which are directly relevant to this rulemaking. The amendments are technical and clarifying in nature and do not change existing regulatory requirements. Their purpose is to improve accuracy and completeness in the federal cross-references used to determine the operative standards pending judicial review.

2. In sections 95300, 95301, 95302, 95303, 95304, 95305, 95306, 95307, 95308, 95309, 95310, 95311, 95312, 95660, 95661, 95662, 95663, and 95664, Authority cited and Reference notes were included at the end of the section, as required by the APA and OAL review criteria. This update aligns the regulation text with statutory requirements and OAL's formatting and citation standards, making it easier for the public to understand the CCR.

### b. Appendix A-5.3: Proposed 15-Day Changes to Proposed Title 17 Regulation Order (Compared to Existing Regulatory Text)

1. In sections 95300, 95301, 95302, 95303, 95304, 95305, 95306, 95307, 95308, 95309, 95310, 95311, 95312, 95660, 95661, 95662, 95663, and 95664, the proposed amendments add references to H.J. Res. 87 (119th Congress) and the April 6, 2023, waiver issued by U.S. EPA (88 Federal Register 20,688). These revisions ensure that these sections fully and accurately identify the federal actions that may affect the applicability of California's emission standards. The April 6, 2023, waiver includes the Heavy-Duty Vehicle and Engine Emission Warranty and Maintenance Provisions, which are directly relevant to this rulemaking. The amendments are technical and clarifying in nature and do not change existing regulatory requirements. Their purpose is to improve accuracy and completeness in the federal cross-references used to determine the operative standards pending judicial review.

### (E) Proposed Modifications to Title 17, CCR, Alternative Sections (Appendix A-6)

### a. Appendix A-6.1: Proposed 15-Day Changes to Proposed Title 17 Regulation Order (Compared to 45-Day Proposal)

1. In sections 95300.0.1, 95301.0.1, 95302.0.1, 95303.0.1, 95304.0.1, 95305.0.1, 95306.0.1, 95307.0.1, 95308.0.1, 95309.0.1, 95310.0.1, 95311.0.1, 95312.0.1, 95660.0.1, 95661.0.1, 95662.0.1, 95663.0.1, and 95664.0.1, the following paragraph was added to the beginning of each section in the 45-Day Proposal, to align with Existing Regulatory Text adopted via emergency rulemaking, effective October 2, 2025: *For purposes of this section, any cross-referenced section in title 13 or title 17 of the California Code of Regulations shall refer to the section identified as the alternative version "(Alternative)" for the corresponding section, to the extent an alternative version of that section exists.* The intent of this paragraph is to address potential cross-referencing issues in the alternative version of the regulation.

2. In section 95301.0.1, proposed modification was made to correct a typographical error in subsection (c) numbering from "(b)" to "(c)" to align with Existing Regulatory Text.

3. In section 95307.0.1, some compliance schedules were revised to align with California Regulatory Notice Register 2011, No. 50-Z, which include:

   - In subsection (b)(2)(A), "June 1, 2012" was revised to "January 1, 2012."
   - In subsection (b)(3), "June 1, 2012" was revised to "July 1, 2011."
   - In subsection (b)(4)(C), "June 1, 2012" was revised to "July 1, 2011."
   - In subsection (f)(1), ", or by June 1, 2012, whichever is later" was removed.
   - In subsection (f)(2), ", or by June 1, 2012, whichever is later" was removed.

- In subsection (g)(1), ", or by June 1, 2012, whichever is later" was removed.
- In subsection (g)(12), ", or by June 1, 2012, whichever is later" was removed.
- In subsection (g)(17), "June 1, 2012" was revised to "July 1, 2011."
- In subsection (g)(19), "May 1, 2012" was revised to "June 30, 2011."
- In subsection (g)(20), "June 1, 2012" was revised to "July 1, 2011."

### b. Appendix A-6.3: Proposed 15-Day Changes to Proposed Title 17 Regulation Order (Compared to Existing Regulatory Text)

Only minor, non-substantial edits were made, such as adding a missing space and period, and removing extra punctuation.

In addition to the modifications described above, additional modifications correcting grammar, punctuation and spelling have been made throughout the proposed changes. These changes are non-substantial.

# Additional Incorporated Documents Added to the Record

In the interest of completeness and in accordance with Government Code section 11347.1, subdivision (a), staff has also added to the rulemaking record and invites comments on the following additional documents.

## (A)    Title 13, CCR, Section 1956.8.1

- California Exhaust Emission Standards and Test Procedures for 1985 through 2003 Model Heavy-Duty Diesel-Engines and Vehicles, amended December 12, 2002, incorporated by reference in title 13, CCR, section 1956.8.1(b).
- California Exhaust Emission Standards and Test Procedures for 1987 through 2003 Model Heavy-Duty Otto-Cycle Engines and Vehicles, amended December 27, 2000, incorporated by reference in title 13, CCR, section 1956.8.1(d).
- California Non-Methane Organic Gas Test Procedures, amended December 6, 2012, incorporated by reference in title 13, CCR, section 1956.8.1(d).

## (B)    Title 13, CCR, Section 2423.0.1

- Part I-C (Parts 1039/1065/1068): California Exhaust Emission Standards and Test Procedures for New 2008–2010 Tier 4 Off-Road Compression-Ignition Engines, amended October 25, 2012, incorporated by reference in title 13, CCR, section 2421(a)(4)(A).
- Part I-D (Part 1039): California Exhaust Emission Standards and Test Procedures for New 2011 and Later Tier 4 Off-Road Compression-Ignition Engines, amended October 25, 2012, incorporated by reference in title 13, CCR, section 2421(a)(4)(B).
- Part I-E (Part 1065): California Exhaust Emission Standards and Test Procedures for New 2011 and Later Tier 4 Off-Road Compression-Ignition Engines, adopted October 25, 2012, incorporated by reference in title 13, CCR, section 2421(a)(4)(B).
- Part I-F (Part 1068): California Exhaust Emission Standards and Test Procedures for New 2011 and Later Tier 4 Off-Road Compression-Ignition Engines, amended October 25, 2012, incorporated by reference in title 13, CCR, section 2421(a)(4)(B).

**(C)   Title 13, CCR, Section 2485.0.1**

- California Exhaust Emission Standards and Test Procedures for 2004 and Subsequent Model Heavy-Duty Diesel Engines and Vehicles, amended October 21, 2014, incorporated by reference in title 13, CCR, section 2485.0.1(c).
- California 2001 through 2014 Model Criteria Pollutant Exhaust Emission Standards and Test Procedures and 2009 through 2016 Model Greenhouse Gas Exhaust Emission Standards and Test Procedures for Passenger Cars, Light-Duty Trucks, and Medium-Duty Vehicles, amended December 6, 2012, incorporated by reference in title 13, CCR, section 2485.0.1(c).

These documents are available for inspection at the California Air Resources Board, 1001 I Street, Sacramento, California, 95814, between the hours of 9:00am to 4:00pm, Monday through Friday (excluding holidays). To inspect these documents please contact Lindsay Garcia, Regulations Coordinator, at (916) 546-2286 or *Regulations@arb.ca.gov*.

# Agency Contacts

Inquiries concerning the substance of the proposed regulation may be directed to Daniel Hawelti, Staff Air Pollution Specialist, On-Road Heavy-Duty Diesel Section, at (951) 542-3195 or *daniel.hawelti@arb.ca.gov* or (designated back-up contact) Mitzi Magtoto, Staff Air Pollution Specialist, On-Road Heavy-Duty Diesel Section, at (279) 208-7363 or *mitzi.magtoto@arb.ca.gov*.

# Public Comments

Written comments will only be accepted on the modifications identified in this Notice. Comments may be submitted by postal mail or by electronic submittal no later than the due date to the following:

Postal mail:   Clerks' Office, California Air Resources Board
1001 I Street, Sacramento, California 95814

*Electronic submittal*:  https://ww2.arb.ca.gov/lispub/comm/bclist.php

Please note that under the California Public Records Act (Gov. Code § 6250 et seq.), your written and verbal comments, attachments, and associated contact information (e.g., your address, phone, email, etc.) become part of the public record and can be released to the public upon request.

In order to be considered by the Executive Officer, comments must be directed to CARB in one of the two forms described above and received by CARB no later than the deadline date for public comment listed at the beginning of this Notice. Only comments relating to the above-described modifications to the text of the regulations shall be considered by the Executive Officer.

If you need this document in an alternate format or another language, please contact the Clerks' Office at (916) 322-5594 or by facsimile at (916) 322-3928 no later than five (5) business days from the release date of this Notice. TTY/TDD/Speech to Speech users may dial 711 for the California Relay Service.

Si necesita este documento en un formato alterno u otro idioma, por favor llame a la oficina del Secretario del Consejo de Recursos Atmosféricos al (916) 322-5594 o envíe un fax al (916) 322-3928 no menos de cinco (5) días laborales a partir de la fecha del lanzamiento de este aviso. Para el Servicio Telefónico de California para Personas con Problemas Auditivos, ó de teléfonos TDD pueden marcar al 711.

California Air Resources Board

_____
Steven S. Cliff, Ph.D.,
Executive Officer

Date: April 2, 2026

Appendices

*The energy challenge facing California is real. Every Californian needs to take immediate action to reduce energy consumption. For a list of simple ways you can reduce demand and cut your energy costs, see CARB's website.*