# EXHIBIT 1

| **From:** | Brass, Rachel S. |
|---|---|
| **Sent:** | Tuesday, March 31, 2026 5:11 PM |
| **To:** | Elaine Meckenstock; Adams, John (ENRD); Fletcher, Stacie B.; Sarah Pfander; David Meeker; Benjamin Lempert; Cecilia Segal; Hughes, Jeffrey (ENRD) |
| **Cc:** | Stander, Robert (ENRD); joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Goodson, Veronica J.T.; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD); Feldman, Will; Mann, Martha (ENRD) |
| **Subject:** | RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board-- Case Management Conference Statement |
| **Attachments:** | DTNA - Case Management Statement(5004352300.16).docx |

Elaine,

In advance of our meet and confer, we attach a revised draft of the joint case management statement, and below address additional points from your March 26th email.

Regarding the schedule proposals in an earlier draft of the joint report, Defendants' proposed "schedule" was contrary to Rule 56 in that it attempted to limit OEM Plaintiffs' ability to move for summary judgment. See Rule 56(a) ("A party may move for summary judgment, identifying each claim or defense — or the part of each claim or defense — on which summary judgment is sought"); Rule 56(b) ("a party may file a motion for summary judgment at any time until 30 days after the close of all discovery."). As we stated previously, we are aware of no authority—and Defendants provided none—requiring leave of Defendants or the Court to file a motion for summary judgment on any or all issues in this case. In any event, because we will have filed for summary judgment before this joint report is filed, that draft of the joint report no longer made sense. Should Defendants seek relief of some kind that attempts to circumscribe Plaintiffs' ability to move on all counts, a joint status conference statement is not the proper format in which to request such relief regardless.

We have added to the attached draft joint report our views on the efficiency of OEM Plaintiffs' motion for summary judgment and refer you to that portion of the report for our position. To briefly re-summarize here: OEM Plaintiffs have moved for summary judgment on their claims because that is the most efficient and expeditious path to resolution of this litigation. Further, the OEMs must make ongoing compliance and certification decisions, and, as we have previously noted, Defendants have repeatedly stated that they believe they can levy retroactive penalties should they prevail in this litigation. Defendants could alleviate both of these concerns but have not done so. Finally, we do not agree that OEM Plaintiffs "waited" to amend their complaint. Since Defendants repeatedly and routinely announced new MACs or new law in response to Plaintiff OEM's filings in this case, it was perfectly reasonable to wait for the ground to settle. Indeed, Defendants only finalized their Emergency Rule last week.

As for a briefing schedule on the motions for summary judgment, we are happy to discuss that topic during our forthcoming meet and confer.

Thank you,
Rachel

**Rachel S. Brass**
Partner

T: +1 415.393.8293 | M: +1 415.264.5998
RBrass@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715

---

**From:** Brass, Rachel S. <RBrass@gibsondunn.com>
**Sent:** Monday, March 30, 2026 4:38 PM
**To:** Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; Adams, John (ENRD) <John.Adams3@usdoj.gov>; Fletcher, Stacie B. <SFletcher@gibsondunn.com>; Sarah Pfander <Sarah.Pfander@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>; Hughes, Jeffrey (ENRD) <Jeffrey.Hughes@usdoj.gov>
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Feldman, Will <WFeldman@gibsondunn.com>; Mann, Martha (ENRD) <Martha.Mann@usdoj.gov>
**Subject:** RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board--Case Management Conference Statement

Elaine,

We had proposed April 2, so that you had the benefit of our seeing the motions before deciding how much time you required to respond to them.   We had also understood that we had completed the substantive meet and confer; thus the dates.  Regardless, if you believe you can determine how much time you need sight unseen, we are happy to do this in one call.   Plaintiffs are available April 1 between noon and 1230.  We will send an invite.

We anticipate sending our updated draft sometime tomorrow, so you will have it when you return to the office on Wednesday.

Rachel

**Rachel S. Brass**
Partner

T: +1 415.393.8293 | M: +1 415.264.5998
RBrass@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715

---

**From:** Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>
**Sent:** Monday, March 30, 2026 3:35 PM
**To:** Adams, John (ENRD) <John.Adams3@usdoj.gov>; Brass, Rachel S. <RBrass@gibsondunn.com>; Fletcher, Stacie B. <SFletcher@gibsondunn.com>; Sarah Pfander <Sarah.Pfander@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>; Hughes, Jeffrey (ENRD) <Jeffrey.Hughes@usdoj.gov>

2

**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Feldman, Will <WFeldman@gibsondunn.com>; Mann, Martha (ENRD) <Martha.Mann@usdoj.gov>
**Subject:** RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board--Case Management Conference Statement

---

**This Message Is From an External Sender**
This message came from outside your organization.

---

Dear counsel,

We understand from the emails below that Plaintiffs want to meet and confer on or before Wednesday (when Plaintiffs plan to file summary judgement motions) and not after the filings, as Plaintiffs previously proposed.  In light of that, we can make ourselves available on Wednesday (4/1) between noon and 12:30 Pacific or between 2:30 and 3:30 Pacific.  Please let us know what works best for Plaintiffs.  We understand that we will also discuss the schedule for briefing Plaintiffs' motions.

Could you also let us know when we can expect any proposed revisions to the joint status report?  With the Tuesday holiday and Defendants' ongoing work on the two replies on our motions to dismiss, we will need some time to review any such proposals (and perhaps time for more back-and-forth) before the Friday deadline.

Best,
Elaine

---

**From:** Adams, John (ENRD) <John.Adams3@usdoj.gov>
**Sent:** Monday, March 30, 2026 12:11 PM
**To:** Brass, Rachel S. <RBrass@gibsondunn.com>; Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; Fletcher, Stacie B. <SFletcher@gibsondunn.com>; Sarah Pfander <Sarah.Pfander@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>; Hughes, Jeffrey (ENRD) <Jeffrey.Hughes@usdoj.gov>
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Feldman, Will <WFeldman@gibsondunn.com>; Mann, Martha (ENRD) <Martha.Mann@usdoj.gov>
**Subject:** RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board--Case Management Conference Statement

---

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

---

Elaine,

Someone from the United States will make themselves available today or Wednesday as well, to the extent Defendants believe we have not satisfied the meet and confer requirement, which is not our understanding as stated in my March 23 email.

3

John

John K. Adams
Chief of Staff and Senior Counsel
Environment and Natural Resources Div.
U.S. Department of Justice
John.Adams3@usdoj.gov
(202) 353-5905

---

**From:** Brass, Rachel S. <RBrass@gibsondunn.com>
**Sent:** Monday, March 30, 2026 3:00 PM
**To:** Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; Adams, John (ENRD) <John.Adams3@usdoj.gov>; Fletcher, Stacie B. <SFletcher@gibsondunn.com>; Sarah Pfander <Sarah.Pfander@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Feldman, Will <WFeldman@gibsondunn.com>; Mann, Martha (ENRD) <Martha.Mann@usdoj.gov>
**Subject:** [EXTERNAL] RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board-- Case Management Conference Statement

Elaine,

Thank you. Given your statement that Plaintiffs' prior explanation that they intend to move for summary judgment on all claims on grounds of preemption was an insufficient meet and confer, we will make ourselves available for a meet and confer today or Wednesday at your convenience. While we do not think the substance of our preemption arguments will be unexpected given the pleadings and the prior briefing in this case, if Defendants have any specific questions please let us know.

Alternatively, to the extent that Defendants agree that our prior meetings and subsequent written explanations, including the above, satisfies the meet and confer requirement, we are available on Thursday at noon PT or 1-3 pm PT.

Rachel

**Rachel S. Brass**
Partner

T: +1 415.393.8293 | M: +1 415.264.5998
RBrass@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715

---

**From:** Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>
**Sent:** Monday, March 30, 2026 11:13 AM
**To:** Brass, Rachel S. <RBrass@gibsondunn.com>; Adams, John (ENRD) <John.Adams3@usdoj.gov>; Fletcher, Stacie B. <SFletcher@gibsondunn.com>; Sarah Pfander <Sarah.Pfander@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>;

Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; joseph.ostoyich@cliffordchance.com;
Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Goodson, Veronica J.T.
<VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com;
dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>;
Feldman, Will <WFeldman@gibsondunn.com>; Mann, Martha (ENRD) <Martha.Mann@usdoj.gov>
**Subject:** RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board--Case
Management Conference Statement

Rachel,

I see.  I didn't understand that from your earlier email, so it appears we did have a
misunderstanding.  We are looking at our calendars and will get back to you as quickly as we can.  It
is a bit difficult, as tomorrow is a state holiday; and several of us have jampacked calendars today
and Wednesday (in part because of the Tuesday holiday).

While we try to find one or more windows today or Wednesday, can Plaintiffs identify a time that
works for you on Thursday among those I proposed (10:30 and noon Pacific or 1 to 3 pm
Pacific).  We do want to discuss the schedule after you file, as Plaintiffs proposed, and, as noted,
would like to do so quickly.

Thanks,
Elaine

**From:** Brass, Rachel S. <RBrass@gibsondunn.com>
**Sent:** Monday, March 30, 2026 9:12 AM
**To:** Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; Adams, John (ENRD) <John.Adams3@usdoj.gov>; Fletcher,
Stacie B. <SFletcher@gibsondunn.com>; Sarah Pfander <Sarah.Pfander@doj.ca.gov>; David Meeker
<David.Meeker@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal
<Cecilia.Segal@doj.ca.gov>
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; joseph.ostoyich@cliffordchance.com;
Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Goodson, Veronica J.T.
<VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com;
dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>;
Feldman, Will <WFeldman@gibsondunn.com>; Mann, Martha (ENRD) <Martha.Mann@usdoj.gov>
**Subject:** RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board--Case
Management Conference Statement

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Elaine,

Perhaps we had a misunderstanding.   Since your email suggests that you do not think we have met
and conferred on our MSJs, and we plan to file April 1, we were trying to find a time before that
filing.  Can you propose something before April 2 please?

Rachel

**Rachel S. Brass**
Partner

T: +1 415.393.8293 | M: +1 415.264.5998
RBrass@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715

---

**From:** Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>
**Sent:** Monday, March 30, 2026 9:09 AM
**To:** Brass, Rachel S. <RBrass@gibsondunn.com>; Adams, John (ENRD) <John.Adams3@usdoj.gov>; Fletcher, Stacie B. <SFletcher@gibsondunn.com>; Sarah Pfander <Sarah.Pfander@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Feldman, Will <WFeldman@gibsondunn.com>; Mann, Martha (ENRD) <Martha.Mann@usdoj.gov>
**Subject:** RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board--Case Management Conference Statement

Thanks, Rachel.  With apologies if my email was confusing, all of the times proposed were for April 2, not April 1, on the understanding that Plaintiffs would be filing on April 1 and that we would be meeting and conferring <u>after</u> that filing.  I have another meeting at 10:30 Pacific on April 1 but remain available at that time on April 2.  Can we move forward a day?  Or are Plaintiffs now planning to file earlier than April 1?

Best,
Elaine

---

**From:** Brass, Rachel S. <RBrass@gibsondunn.com>
**Sent:** Sunday, March 29, 2026 5:59 PM
**To:** Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; Adams, John (ENRD) <John.Adams3@usdoj.gov>; Fletcher, Stacie B. <SFletcher@gibsondunn.com>; Sarah Pfander <Sarah.Pfander@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Feldman, Will <WFeldman@gibsondunn.com>; Mann, Martha (ENRD) <Martha.Mann@usdoj.gov>
**Subject:** RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board--Case Management Conference Statement

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Elaine,

Thank you for your response.  We will follow up with a full response to your email and further revisions from the OEMs to the joint statement soon, but in the meantime we would like to confirm

6

our meet and confer for 10:30 am PT on Wednesday April 1.  We will circulate a calendar invitation shortly.

Thank you,
Rachel

**Rachel S. Brass**
Partner

T: +1 415.393.8293 | M: +1 415.264.5998
RBrass@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715

---

**From:** Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>
**Sent:** Thursday, March 26, 2026 5:02 PM
**To:** Adams, John (ENRD) <John.Adams3@usdoj.gov>; Brass, Rachel S. <RBrass@gibsondunn.com>; Fletcher, Stacie B. <SFletcher@gibsondunn.com>; Sarah Pfander <Sarah.Pfander@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Feldman, Will <WFeldman@gibsondunn.com>; Mann, Martha (ENRD) <Martha.Mann@usdoj.gov>
**Subject:** RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board--Case Management Conference Statement

Dear counsel,

Thank you for the revised draft joint status report. The section we inserted into the prior draft—labeled "Defendants' Proposed Briefing Order and Schedule"—was offered as an alternative to the briefing order and schedule in Plaintiffs' original draft.  It was also responsive to what we understand the Court is expecting in a "joint status report regarding scheduling," ECF 177—namely, the parties' views on how and when this case should proceed. We do not understand how a scheduling *proposal* is "contrary to the rules" or could otherwise be fairly characterized as in Rachel's email. Conflicting proposals are commonplace in such joint reports and leave the Court to decide which proposal it prefers (or to take a different tack entirely).

We also believe the Court's order was intended to pave the way for precisely those decisions—to provide the Court with the parties' views so that the Court could then decide how it wants the case to proceed and instruct the parties accordingly. That is, indeed, how the Court used the joint status report in the *AmFree* case.

We understand from your emails, however, that Plaintiffs do not intend to wait for such instructions from the Court (or for briefing or hearing to be completed on the motions to dismiss) and intend to proceed with filing motions for summary judgment on April 1, 2026. As we explained in our March 4 meet-and-confer and in our insert in the prior draft report, Defendants believe Plaintiffs' plan will be unduly burdensome and inefficient for both the parties and the Court—forcing the parties to rebrief, and the Court to consider, issues that may well be resolved or otherwise obviated by the motions to

dismiss here or the submitted motion to dismiss in the *California* case in the Northern District of California. And contrary to OEM Plaintiffs' characterization below, there is nothing "complicated" or "disorderly" about Defendants' counter-proposal—that any motions for summary judgment filed now avoid duplication with the motions to dismiss here and the submitted motion to dismiss in *California*.

Plaintiffs have provided no reason they need to move for summary judgment now—before the scheduling report is even due to the Court and while Defendants are working on their replies on the motions to dismiss—with respect to the Clean Truck Partnership (which is preliminarily enjoined), the Advanced Clean Trucks, Omnibus, Advanced Clean Cars II, and Advanced Clean Fleets regulations (none of which is being enforced), the Executive Order (which is not enforceable against any Plaintiff here), or the May MAC (which has been superseded). Indeed, the Court concluded Plaintiffs established no irreparable injury from those regulations, Executive Order, or May MAC, when it denied the request to preliminarily enjoin them. And Plaintiffs themselves waited several months to amend their complaints, underscoring the absence of any urgency.

We understand from your emails that Plaintiffs nonetheless intend to move for summary judgment on all of their claims.  We also understand that Plaintiffs refuse to include Defendants' alternative schedule proposal in the joint status report and have decided not to include Plaintiffs' original proposed schedule either. However, since the Court did request a "report regarding scheduling," Defendants have reinserted their views on how the case should proceed. Those and other revisions to Plaintiffs' most recent draft are attached.

In response to your question, John, Defendants do not currently anticipate the need for discovery against the US, based on what we understand its claims and arguments to be—with the exception noted in the prior draft status report (and again here) that we may seek discovery concerning standing and/or ripeness.  As with the OEM Plaintiffs, Defendants reserve their rights to seek discovery under Rule 56(d) once we see the US's summary judgment motion and thus have more information. I would also note that I don't believe the US has filled in all its sections (see sections E and F.ii). If I have missed something, please let me know.)

As far as the filing of Plaintiffs' summary judgment motions are concerned, we do not believe the meet-and-confer on March 4 satisfied the requirement "to meaningfully discuss the substance of the contemplated motion." Plaintiffs did indicate they plan to move on all claims, but we do not recall any meaningful discussion of the substance of the arguments Plaintiffs intend to make. Defendants are nonetheless willing to forego further meet-and-confer, given that Plaintiffs have clearly conveyed they intend to file on April 1 regardless. If that is incorrect, please let us know.

Finally, we accept your invitation to meet-and-confer on scheduling issues for the summary judgment motions after you file them. We would like to have that discussion quickly after you file, given that filing will start the clock for Defendants' response. Assuming you plan to file on April 1, we are available between 10:30 and noon Pacific or 1 to 3 pm Pacific on Thursday April 2.  Please let us know what would work for Plaintiffs.

Best,
Elaine

**From:** Adams, John (ENRD) <John.Adams3@usdoj.gov>
**Sent:** Monday, March 23, 2026 5:26 PM
**To:** Brass, Rachel S. <RBrass@gibsondunn.com>; Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; Fletcher, Stacie B. <SFletcher@gibsondunn.com>; Sarah Pfander <Sarah.Pfander@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Feldman, Will <WFeldman@gibsondunn.com>; Mann, Martha (ENRD) <Martha.Mann@usdoj.gov>
**Subject:** RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board--Case Management Conference Statement

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Elaine,

The United States will respond to Defendants' motion to dismiss tomorrow and does not object to the extension of time for Defendants' reply. The United States also intends to file a motion for summary judgment, as discussed at our March 4 meet and confer, and hopes that CARB will extend the same courtesy for more time for the United States to file its reply.

Like OEM Plaintiffs' forthcoming motion, the United States will only raise legal issues in its motion for summary judgment, and we do not believe CARB will need discovery to oppose. Moreover, at our March 4 meet and confer, I asked whether CARB intends to seek discovery in connection with the United States' amended complaint. We still have not received an answer.

We understand that the parties have satisfied the pre-motion conference requirement for summary judgment motions. Please let us know if you'd like to discuss further.

Thanks,

John


John K. Adams
Chief of Staff and Senior Counsel
Environment and Natural Resources Div.
U.S. Department of Justice
John.Adams3@usdoj.gov
(202) 353-5905

---

**From:** Brass, Rachel S. <RBrass@gibsondunn.com>
**Sent:** Monday, March 23, 2026 5:16 PM
**To:** Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; Fletcher, Stacie B. <SFletcher@gibsondunn.com>; Sarah Pfander <Sarah.Pfander@doj.ca.gov>; Adams, John (ENRD) <John.Adams3@usdoj.gov>; David Meeker <David.Meeker@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; joseph.ostoyich@cliffordchance.com;

Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Feldman, Will <WFeldman@gibsondunn.com>; Mann, Martha (ENRD) <Martha.Mann@usdoj.gov>

**Subject:** [EXTERNAL] RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board-- Case Management Conference Statement

Elaine,

Thank you for your email. Having seen in writing how complicated Defendants' proposal would be, the OEM Plaintiffs have elected to respond to Defendants' motion to dismiss during the prescribed time period and will file their opposition tomorrow (March 24). We understand that Defendants would like 17 days to prepare their reply. That would put Defendants' deadline to file their reply as Friday, April 10, 2026. OEM Plaintiffs do not object to that extension, so please feel free to add it to the joint report provided the United States Plaintiffs agree.

Defendants' summary judgment briefing proposal is contrary to the rules and disorderly. We are aware of no authority that requires Plaintiffs to seek Defendants' permission to file a motion for summary judgment or otherwise contemplates what you have included in your redline. For those reasons, OEM Plaintiffs intend to file the motion we discussed in our March 4 meet and confer. We understand from that same discussion, you intend to oppose. After we have filed that motion, we are happy to discuss a mutually agreeable briefing schedule. Our motion for summary judgment will raise only questions of law. To the extent that you need discovery to oppose, we have repeatedly sought to meet and confer with Defendants under Rule 26(f) and it is our understanding that you will not hold a Rule 26(f) conference at this time.

Please find attached a revised joint report reflecting a simpler approach to the issues here, as well as a redline to the version we received from you on March 9.

Finally, we understand that the parties have satisfied the pre-motion conference requirement for any cross-summary judgment motions Defendants intend to file as well. To the extent that Defendants would like to further confer on these motions or any other issues, please let us know.

Thank you,
Rachel


**Rachel S. Brass**
Partner

T: +1 415.393.8293 | M: +1 415.264.5998
RBrass@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715

---

**From:** Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>
**Sent:** Monday, March 23, 2026 1:35 PM
**To:** Fletcher, Stacie B. <SFletcher@gibsondunn.com>; Sarah Pfander <Sarah.Pfander@doj.ca.gov>; Adams, John (ENRD) <John.Adams3@usdoj.gov>; Brass, Rachel S. <RBrass@gibsondunn.com>; David Meeker <David.Meeker@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>

Cc: Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Feldman, Will <WFeldman@gibsondunn.com>; Mann, Martha (ENRD) <Martha.Mann@usdoj.gov>
Subject: RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board--Case Management Conference Statement

Dear counsel,

I'm following up on the revisions to the draft joint status report we sent on March 9 (per below). We would like to keep the draft moving forward, in light of the April 3 deadline to submit to the Court. Could you tell us when we will see Plaintiffs' suggested revisions or receive your ok to our revisions?

Relatedly, we had indicated in the revisions to the draft joint status report that we will need 17 days for our two reply briefs on the motions to dismiss. We had also expressed openness to short extensions for Plaintiffs' oppositions. As those oppositions are due tomorrow and we have not heard about any requests for extensions, we assume Plaintiffs plan to file those briefs tomorrow. Will Plaintiffs stipulate to an additional week for Defendants' replies—to April 17?

Thanks,
Elaine

---

From: Elaine Meckenstock
Sent: Monday, March 9, 2026 9:36 PM
To: 'Fletcher, Stacie B.' <SFletcher@gibsondunn.com>; Sarah Pfander <Sarah.Pfander@doj.ca.gov>; Adams, John (ENRD) <John.Adams3@usdoj.gov>; Brass, Rachel S. <RBrass@gibsondunn.com>; David Meeker <David.Meeker@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>
Cc: Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Feldman, Will <WFeldman@gibsondunn.com>; Mann, Martha (ENRD) <Martha.Mann@usdoj.gov>
Subject: RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board--Case Management Conference Statement

Hi Stacie (and others),

Thank you for the discussion last week.  Per that call, I'm attaching Defendants' markup of the draft joint status report, reflecting the proposal and schedule we outlined.  FYI, the markup from the US remains in redline (we did not accept those changes, though we do not object to them) but, due to metadata stripping, all the markup appears to be from one "author."  Apologies if that creates confusion, but we did not update or otherwise alter the suggested edits from the US regarding its positions.

As we discussed, and as indicated in the attached, Defendants are not refusing to provide any information about discovery at this time. We simply believe that the issues on which discovery may be required can be resolved via our renewed motions to dismiss (to be filed tomorrow) and that neither the court nor the parties should expend resources planning for and conferring about the

11

details of discovery that may never be needed.  This has been our consistent position. And it seems the parties agree that motion practice might eliminate the need for discovery (including planning for it), even if we disagree about *which* motions might do so.

We look forward to hearing from Plaintiffs as to the proposed schedules and to reviewing any further revisions to the draft.  We are happy to hop on Teams again if discussing in person would be more productive than via email.

Best,
Elaine

---

**From:** Fletcher, Stacie B. <SFletcher@gibsondunn.com>
**Sent:** Wednesday, March 4, 2026 8:58 AM
**To:** Sarah Pfander <Sarah.Pfander@doj.ca.gov>; Adams, John (ENRD) <John.Adams3@usdoj.gov>; Brass, Rachel S. <RBrass@gibsondunn.com>; Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Feldman, Will <WFeldman@gibsondunn.com>; Mann, Martha (ENRD) <Martha.Mann@usdoj.gov>
**Subject:** RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board--Case Management Conference Statement

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Sarah,

Thank you. We have circulated a dial-in for today's conference and look forward to speaking with you.  We do not agree with Defendants' characterization of our draft report. It is our position that this report comports with Rule 26(f), even if the parties need to confer at a later date to address what discovery, if any, remains following early dispositive motion practice.

As we have indicated since October, Plaintiff OEMs are requesting a Rule 26(f) conference and plan to file a motion for summary judgment on our preemption claims. We do not think discovery is needed on the forthcoming motion for summary judgment because preemption is a legal issue and can be decided without discovery. Early dispositive motion practice on preemption will advance the case in an efficient matter potentially eliminating discovery altogether for both parties.

We understand Defendants' position to be that they will not participate in a Rule 26(f) conference at this time and will not provide Plaintiff OEMs with any position on discovery prior to our forthcoming motion for summary judgment on preemption.

Thank you,
Stacie

**Stacie B. Fletcher**
Partner

T: +1 202.887.3627 | M: +1 202.664.9586
SFletcher@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-5306

---

**From:** Sarah Pfander <Sarah.Pfander@doj.ca.gov>
**Sent:** Tuesday, March 3, 2026 7:50 PM
**To:** Adams, John (ENRD) <John.Adams3@usdoj.gov>; Brass, Rachel S. <RBrass@gibsondunn.com>; Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Fletcher, Stacie B. <SFletcher@gibsondunn.com>; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Feldman, Will <WFeldman@gibsondunn.com>; Mann, Martha (ENRD) <Martha.Mann@usdoj.gov>
**Subject:** RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board--Case Management Conference Statement

Hi all,

2 pm tomorrow (March 4) works on our end.

Regarding the requirements of Rule 26(f), it is Defendants' current position that discovery may be needed, particularly as to the claims concerning the Clean Truck Partnership, but that the parties should not expend resources to develop and discuss details of discovery plans until the Court decides the motions to dismiss Defendants will be filing in a matter of days.  This is also consistent with Defendants' position in *AmFree* and is the joint position currently reflected in the *AmFree* status report, where all parties agreed to "meet and confer pursuant to Rule 26(f) *after* this Court rules on" motions for judgment on the pleadings or summary judgment. *AmFree,* No. 2:25-cv-03255, Dkt. 164 (emphasis added). The meet and confer referenced by the U.S. related entirely to the parties' proposed briefing schedule and the U.S.'s intent to file an administrative motion for leave to file a dispositive motion alongside AmFree; it is our recollection that the parties did not discuss discovery or Rule 26(f) at all. That report is labeled as "pursuant to Rule 26(f)" because, per the plain statements in the report, the report conveyed to the Court that the parties jointly opted to delay the Rule 26(f) conference.

In Plaintiffs' current draft of the status report,  Plaintiffs agree that the report they drafted does not comply with Rule 26(f)'s requirements, that a Rule 26(f) conference will have to take place later, and that the parties will conduct that conference "after this Court rules on" certain motions.  The parties may disagree about which motions that might be, and we can discuss that tomorrow, but as a higher-level matter, that statement accurately reflects Defendants' position as well.  Given that no party believes now is the time to create a discovery plan pursuant to Rule 26(f), it would appear that we are all in agreement that this is not the Rule 26(f) conference that would open discovery.  If there continues to be a disagreement about the label for tomorrow's meet-and-confer that requires further discussion, we can discuss that tomorrow (with the caveat that Defendants are not agreeing to hold the Rule 26(f) conference that opens discovery).

We look forward to speaking with you tomorrow,
Sarah

13

**From:** Adams, John (ENRD) <John.Adams3@usdoj.gov>
**Sent:** Monday, March 2, 2026 1:58 PM
**To:** Brass, Rachel S. <RBrass@gibsondunn.com>; Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>; Sarah Pfander <Sarah.Pfander@doj.ca.gov>
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Fletcher, Stacie B. <SFletcher@gibsondunn.com>; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Feldman, Will <WFeldman@gibsondunn.com>; Mann, Martha (ENRD) <Martha.Mann@usdoj.gov>
**Subject:** RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board--Case Management Conference Statement

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Rachel, 2 pm PT works for the United States.

Elaine, the United States participated in a Rule 26(f) conference in *AmFree*, as indicated in the Joint Proposed Briefing Schedule and Status Report, *AmFree,* No. 2:25-cv-03255, Dkt. 164, n.1 (E.D. Cal.).

John

John K. Adams
Chief of Staff and Senior Counsel
Environment and Natural Resources Div.
U.S. Department of Justice
John.Adams3@usdoj.gov
(202) 353-5905

---

**From:** Brass, Rachel S. <RBrass@gibsondunn.com>
**Sent:** Monday, March 2, 2026 12:52 PM
**To:** Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; Adams, John (ENRD) <John.Adams3@usdoj.gov>; David Meeker <David.Meeker@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>; Sarah Pfander <Sarah.Pfander@doj.ca.gov>
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Fletcher, Stacie B. <SFletcher@gibsondunn.com>; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Feldman, Will <WFeldman@gibsondunn.com>; Mann, Martha (ENRD) <Martha.Mann@usdoj.gov>
**Subject:** [EXTERNAL] RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board--Case Management Conference Statement

Elaine,

Thank you and we look forward to your additions to the joint report.  Please let us know if 2 pm PT on March 4 works, and we will circulate a dial in.

We are surprised by your position on the 26(f) conference.  As to your first point regarding the Court's order, the Court granted Defendants' motion to move the Rule 26(f) report due date only insofar as moving that deadline April 3, 2026; the Court did not grant Defendants' motion to stay the deadline for a conference under FRCP 26 and LR 240(b) until resolution of pleading-stage motions.  *See* Dkts. 112 & 117 (vacating earlier report deadline and resetting same for April 3, 2026).  Further, the Court's Initial Case Management Order orders the parties to confer pursuant to Rule 26(f) and LR 240(b), and the April 3 report is the same report that this Initial Case Management Order required (moved back multiple times at CARB's request).  *See* Dkt. 12.  To the extent that Defendants are reading into the Court's minute order that due on April 3, 2026 is a "joint status report regarding scheduling," we are aware of nothing in the Court's order that would exclude from that report the Rule 26(f) conference.  To the contrary, when the joint report was previously due on February 5, 2026, the Court also called that report a "Joint Status Report regarding scheduling," *see* Dkt. 90, and Defendants seem to have agreed that the "joint status report regarding scheduling" due on February 5 *included* a 26(f) conference report.  *See* Dkt. 108 at 2 (discussing report due on February 5, 2026 as relating to conference deadline under Rule 26(f) and LR 240(b)).

As to following the parties' filing in *AmFree*, it states in part "Pursuant to Federal Rule of Civil Procedure 26(f) . . . [the parties] submit this joint proposed briefing schedule and joint status report, which includes the Rule 26(f) discovery plan."  *AmFree* Joint Report at 2.  Of course, we welcome additional context as to how to best read that language if that joint report was not in fact filed following a 26(f) conference, contrary to the plain text of the filing.

As you know, similar to the Plaintiffs in *AmFree*, OEM Plaintiffs plan to file an early motion for summary judgment on the core issue in this case—whether Defendants have adopted and/or are attempting to enforce preempted regulations, including through CTP. In our view, preemption is a legal issue and does not require discovery. As such, early dispositive motion practice on preemption will advance the case in an efficient matter potentially eliminating discovery altogether for both parties. If Defendants believe discovery is warranted on that or other issues, now is the time to discuss that, along with the scope of such discovery, and a plan to complete it.  That is the required subject of a Rule 26(f) report.  Either way, the rules permit a conference to be requested at any time, your motion to stay the conference was not granted, and the Court has ordered it to proceed.  Should you believe that discovery is required before the preemption issues outlined above can be decided, we welcome your proposal of a specific discovery plan to accomplish that next week, and we can revise the joint report to so reflect.

Best,
Rachel

**Rachel S. Brass**
Partner

T: +1 415.393.8293 | M: +1 415.264.5998
RBrass@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715

---

**From:** Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>
**Sent:** Tuesday, February 24, 2026 8:17 PM
**To:** Adams, John (ENRD) <John.Adams3@usdoj.gov>; Brass, Rachel S. <RBrass@gibsondunn.com>; David Meeker <David.Meeker@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal

<Cecilia.Segal@doj.ca.gov>; Sarah Pfander <Sarah.Pfander@doj.ca.gov>
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Fletcher, Stacie B. <SFletcher@gibsondunn.com>; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Feldman, Will <WFeldman@gibsondunn.com>; Mann, Martha (ENRD) <Martha.Mann@usdoj.gov>
**Subject:** RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board--Case Management Conference Statement

Thank you, Rachel, for getting the ball rolling with a draft joint status report.  Defendants are working on our proposed edits and additions and will get those to you as soon as we can.  I am out of the office until March 4, so we won't have our edits back to you until after that.  We do not anticipate that being a problem, given that the report is not due to the Court until April 3, but let us know if you think otherwise.

As to the meet-and-confer, we are (as always) willing to confer with OEM Plaintiffs and the United States, but we are not prepared to have the Rule 26(f) conference that would open discovery.  We do not read the Court's requirement to "file a joint status report regarding scheduling" as imposing a Rule 26(f) deadline, particularly as we filed such a report in the related *AmFree* case without having the Rule 26(f) conference.  Nor do we read the draft joint status report you shared as suggesting that the parties will, in fact, have held a Rule 26(f) conference that covers any of the topics required by that Rule. Rather, the draft indicates OEM Plaintiffs do not believe any discovery is necessary and defers on all the issues parties would normally address at such a conference, saying "[t]he parties will further meet and confer on discovery pursuant to Rule 26(f)" later.  We find that language confusing, as in our experience there is only one Rule 26(f) conference—not an initial one and then a further one—and an actual Rule 26(f) conference should cover, rather than defer, the required topics. We thus suggest the report use the language in the *AmFree* report: "The parties will meet and confer on discovery pursuant to Rule 26(f) after [agreed upon trigger]."

With that in mind, for a meet-and-confer that all parties understand is not "the Rule 26(f) conference," we are available on March 4 (which we understand works for the OEM Plaintiffs and the United States) from noon Pacific on.  We will be prepared to meet and confer with Plaintiffs then about our motions to dismiss due March 10 and about the scheduling issues raised in the draft status report.  Please let us know what times would work best on that day.

Best,
Elaine

---

**From:** Adams, John (ENRD) <John.Adams3@usdoj.gov>
**Sent:** Tuesday, February 24, 2026 9:00 AM
**To:** Brass, Rachel S. <RBrass@gibsondunn.com>; Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>; Sarah Pfander <Sarah.Pfander@doj.ca.gov>
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Fletcher, Stacie B. <SFletcher@gibsondunn.com>; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Feldman, Will <WFeldman@gibsondunn.com>; Mann, Martha (ENRD)

16

<Martha.Mann@usdoj.gov>
**Subject:** RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board--Case Management Conference Statement

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Rachel,

The United States' edits are attached. We're available on the dates (2)-(3) and (5) listed below. We could also make ourselves available if CARB needs another date.

Thanks,

John

John K. Adams
Chief of Staff and Senior Counsel
Environment and Natural Resources Div.
U.S. Department of Justice
John.Adams3@usdoj.gov
(202) 353-5905

---

**From:** Brass, Rachel S. <RBrass@gibsondunn.com>
**Sent:** Monday, February 23, 2026 11:04 AM
**To:** Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>; Sarah Pfander <Sarah.Pfander@doj.ca.gov>
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; Adams, John (ENRD) <John.Adams3@usdoj.gov>; joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Fletcher, Stacie B. <SFletcher@gibsondunn.com>; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Feldman, Will <WFeldman@gibsondunn.com>
**Subject:** [EXTERNAL] Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board--Case Management Conference Statement

Per the Court's February 9, 2026 Minute Order (Dkt. 117), the parties' joint status and 26(f) report is due on April 3, 2026.  Please let us know CARB's availability for the 26(f) conference on the below dates.  We have attached an initial draft report to facilitate that conference.

1. Tuesday, February 24, 2026
2. Tuesday, March 3, 2026
3. Wednesday, March 4, 2026
4. Monday, March 9, 2026
5. Tuesday March 10, 2026

Please note that within the attached draft 26(f) statement, we have proposed moving back the due date of oppositions to any forthcoming motions to dismiss, as well as the filing of any cross-motion for summary judgment, by just over a week to April 1, 2026.

Thank you,
Rachel

**Rachel S. Brass**
Partner

T: +1 415.393.8293 | M: +1 415.264.5998
RBrass@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the

Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.