# EXHIBIT 2

| From: | Brass, Rachel S. |
|---|---|
| Sent: | Wednesday, March 25, 2026 3:26 PM |
| To: | Elaine Meckenstock; Adams, John (ENRD); Fletcher, Stacie B.; Sarah Pfander; David Meeker; Benjamin Lempert; Cecilia Segal |
| Cc: | Stander, Robert (ENRD); joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Goodson, Veronica J.T.; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD); Feldman, Will; Mann, Martha (ENRD) |
| Subject: | RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board--Case Management Conference Statement |
| Attachments: | OEM Edits_Stip and proposed order extending time for MTD replies.docx |

Elaine,

The proposed stipulation is generally fine with OEM Plaintiffs; we have included a few minor edits in the attached.  As edited you have OEM Plaintiffs' authority to sign and file.

Thank you,
Rachel


**Rachel S. Brass**
Partner

T: +1 415.393.8293 | M: +1 415.264.5998
RBrass@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715

---

**From:** Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>
**Sent:** Tuesday, March 24, 2026 3:34 PM
**To:** Adams, John (ENRD) <John.Adams3@usdoj.gov>; Brass, Rachel S. <RBrass@gibsondunn.com>; Fletcher, Stacie B. <SFletcher@gibsondunn.com>; Sarah Pfander <Sarah.Pfander@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Feldman, Will <WFeldman@gibsondunn.com>; Mann, Martha (ENRD) <Martha.Mann@usdoj.gov>
**Subject:** RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board--Case Management Conference Statement

**This Message Is From an External Sender**
This message came from outside your organization.

Dear counsel,

Thank you for your emails yesterday.  I'm responding now on the timing for Defendants' replies on the motion to dismiss, given time sensitivity there, and will respond later to the other issues.

Since both OEM Plaintiffs and the United States have agreed to a 7-day extension for Defendants' replies on the motions to dismiss, I'm attaching a simple stipulation and proposed order to that effect.  Such stipulations are routine and contemplated by the local rules (as demonstrated by the parties' prior stipulation concerning the replies on the prior motions to dismiss, ECF 89), so we think this is a more appropriate course than including an extension request in the joint status report as Rachel suggested, particularly given the report is not due until the same day (April 3) that our replies would be due absent extension.

Please let us know by 5 pm Pacific tomorrow if we have your authority to sign and file; if you intend to suggest revisions; or if you will not sign such a stipulation.  We would like to avoid motion practice on this, particularly since the parties are in agreement, but if we have to file such a motion, it would be useful to know that sooner rather than later.

Thank you,
Elaine

---

**From:** Adams, John (ENRD) <John.Adams3@usdoj.gov>
**Sent:** Monday, March 23, 2026 5:26 PM
**To:** Brass, Rachel S. <RBrass@gibsondunn.com>; Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; Fletcher, Stacie B. <SFletcher@gibsondunn.com>; Sarah Pfander <Sarah.Pfander@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Feldman, Will <WFeldman@gibsondunn.com>; Mann, Martha (ENRD) <Martha.Mann@usdoj.gov>
**Subject:** RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board--Case Management Conference Statement

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Elaine,

The United States will respond to Defendants' motion to dismiss tomorrow and does not object to the extension of time for Defendants' reply. The United States also intends to file a motion for summary judgment, as discussed at our March 4 meet and confer, and hopes that CARB will extend the same courtesy for more time for the United States to file its reply.

Like OEM Plaintiffs' forthcoming motion, the United States will only raise legal issues in its motion for summary judgment, and we do not believe CARB will need discovery to oppose. Moreover, at our March 4 meet and confer, I asked whether CARB intends to seek discovery in connection with the United States' amended complaint. We still have not received an answer.

2

We understand that the parties have satisfied the pre-motion conference requirement for summary judgment motions. Please let us know if you'd like to discuss further.

Thanks,

John


John K. Adams
Chief of Staff and Senior Counsel
Environment and Natural Resources Div.
U.S. Department of Justice
John.Adams3@usdoj.gov
(202) 353-5905

---

**From:** Brass, Rachel S. <RBrass@gibsondunn.com>
**Sent:** Monday, March 23, 2026 5:16 PM
**To:** Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; Fletcher, Stacie B. <SFletcher@gibsondunn.com>; Sarah Pfander <Sarah.Pfander@doj.ca.gov>; Adams, John (ENRD) <John.Adams3@usdoj.gov>; David Meeker <David.Meeker@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Feldman, Will <WFeldman@gibsondunn.com>; Mann, Martha (ENRD) <Martha.Mann@usdoj.gov>
**Subject:** [EXTERNAL] RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board-- Case Management Conference Statement

Elaine,

Thank you for your email.  Having seen in writing how complicated Defendants' proposal would be, the OEM Plaintiffs have elected to respond to Defendants' motion to dismiss during the prescribed time period and will file their opposition tomorrow (March 24).  We understand that Defendants would like 17 days to prepare their reply.  That would put Defendants' deadline to file their reply as Friday, April 10, 2026.  OEM Plaintiffs do not object to that extension, so please feel free to add it to the joint report provided the United States Plaintiffs agree.

Defendants' summary judgment briefing proposal is contrary to the rules and disorderly.  We are aware of no authority that requires Plaintiffs to seek Defendants' permission to file a motion for summary judgment or otherwise contemplates what you have included in your redline.   For those reasons, OEM Plaintiffs intend to file the motion we discussed in our March 4 meet and confer.  We understand from that same discussion, you intend to oppose.  After we have filed that motion, we are happy to discuss a mutually agreeable briefing schedule.  Our motion for summary judgment will raise only questions of law. To the extent that you need discovery to oppose, we have repeatedly sought to meet and confer with Defendants under Rule 26(f) and it is our understanding that you will not hold a Rule 26(f) conference at this time.

Please find attached a revised joint report reflecting a simpler approach to the issues here, as well as a redline to the version we received from you on March 9.

Finally, we understand that the parties have satisfied the pre-motion conference requirement for any cross-summary judgment motions Defendants intend to file as well.  To the extent that Defendants would like to further confer on these motions or any other issues, please let us know.

Thank you,
Rachel

**Rachel S. Brass**
Partner

T: +1 415.393.8293 | M: +1 415.264.5998
RBrass@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715

---

**From:** Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>
**Sent:** Monday, March 23, 2026 1:35 PM
**To:** Fletcher, Stacie B. <SFletcher@gibsondunn.com>; Sarah Pfander <Sarah.Pfander@doj.ca.gov>; Adams, John (ENRD) <John.Adams3@usdoj.gov>; Brass, Rachel S. <RBrass@gibsondunn.com>; David Meeker <David.Meeker@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Feldman, Will <WFeldman@gibsondunn.com>; Mann, Martha (ENRD) <Martha.Mann@usdoj.gov>
**Subject:** RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board--Case Management Conference Statement

Dear counsel,

I'm following up on the revisions to the draft joint status report we sent on March 9 (per below). We would like to keep the draft moving forward, in light of the April 3 deadline to submit to the Court. Could you tell us when we will see Plaintiffs' suggested revisions or receive your ok to our revisions?

Relatedly, we had indicated in the revisions to the draft joint status report that we will need 17 days for our two reply briefs on the motions to dismiss. We had also expressed openness to short extensions for Plaintiffs' oppositions. As those oppositions are due tomorrow and we have not heard about any requests for extensions, we assume Plaintiffs plan to file those briefs tomorrow. Will Plaintiffs stipulate to an additional week for Defendants' replies—to April 17?

Thanks,
Elaine

---

**From:** Elaine Meckenstock
**Sent:** Monday, March 9, 2026 9:36 PM
**To:** 'Fletcher, Stacie B.' <SFletcher@gibsondunn.com>; Sarah Pfander <Sarah.Pfander@doj.ca.gov>; Adams, John (ENRD) <John.Adams3@usdoj.gov>; Brass, Rachel S. <RBrass@gibsondunn.com>; David Meeker <David.Meeker@doj.ca.gov>;

Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; joseph.ostoyich@cliffordchance.com;
Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Goodson, Veronica J.T.
<VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com;
dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>;
Feldman, Will <WFeldman@gibsondunn.com>; Mann, Martha (ENRD) <Martha.Mann@usdoj.gov>
**Subject:** RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board--Case
Management Conference Statement

Hi Stacie (and others),

Thank you for the discussion last week.  Per that call, I'm attaching Defendants' markup of the draft joint status report, reflecting the proposal and schedule we outlined.  FYI, the markup from the US remains in redline (we did not accept those changes, though we do not object to them) but, due to metadata stripping, all the markup appears to be from one "author."  Apologies if that creates confusion, but we did not update or otherwise alter the suggested edits from the US regarding its positions.

As we discussed, and as indicated in the attached, Defendants are not refusing to provide any information about discovery at this time. We simply believe that the issues on which discovery may be required can be resolved via our renewed motions to dismiss (to be filed tomorrow) and that neither the court nor the parties should expend resources planning for and conferring about the details of discovery that may never be needed.  This has been our consistent position. And it seems the parties agree that motion practice might eliminate the need for discovery (including planning for it), even if we disagree about *which* motions might do so.

We look forward to hearing from Plaintiffs as to the proposed schedules and to reviewing any further revisions to the draft.  We are happy to hop on Teams again if discussing in person would be more productive than via email.

Best,
Elaine

---

**From:** Fletcher, Stacie B. <SFletcher@gibsondunn.com>
**Sent:** Wednesday, March 4, 2026 8:58 AM
**To:** Sarah Pfander <Sarah.Pfander@doj.ca.gov>; Adams, John (ENRD) <John.Adams3@usdoj.gov>; Brass, Rachel S.
<RBrass@gibsondunn.com>; Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; David Meeker
<David.Meeker@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal
<Cecilia.Segal@doj.ca.gov>
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; joseph.ostoyich@cliffordchance.com;
Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Goodson, Veronica J.T.
<VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com;
dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>;
Feldman, Will <WFeldman@gibsondunn.com>; Mann, Martha (ENRD) <Martha.Mann@usdoj.gov>
**Subject:** RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board--Case
Management Conference Statement

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Sarah,

Thank you. We have circulated a dial-in for today's conference and look forward to speaking with you.  We do not agree with Defendants' characterization of our draft report. It is our position that this report comports with Rule 26(f), even if the parties need to confer at a later date to address what discovery, if any, remains following early dispositive motion practice.

As we have indicated since October, Plaintiff OEMs are requesting a Rule 26(f) conference and plan to file a motion for summary judgment on our preemption claims. We do not think discovery is needed on the forthcoming motion for summary judgment because preemption is a legal issue and can be decided without discovery. Early dispositive motion practice on preemption will advance the case in an efficient matter potentially eliminating discovery altogether for both parties.

We understand Defendants' position to be that they will not participate in a Rule 26(f) conference at this time and will not provide Plaintiff OEMs with any position on discovery prior to our forthcoming motion for summary judgment on preemption.

Thank you,
Stacie

**Stacie B. Fletcher**
Partner

T: +1 202.887.3627 | M: +1 202.664.9586
SFletcher@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-5306

---

**From:** Sarah Pfander <Sarah.Pfander@doj.ca.gov>
**Sent:** Tuesday, March 3, 2026 7:50 PM
**To:** Adams, John (ENRD) <John.Adams3@usdoj.gov>; Brass, Rachel S. <RBrass@gibsondunn.com>; Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Fletcher, Stacie B. <SFletcher@gibsondunn.com>; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Feldman, Will <WFeldman@gibsondunn.com>; Mann, Martha (ENRD) <Martha.Mann@usdoj.gov>
**Subject:** RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board--Case Management Conference Statement

Hi all,

2 pm tomorrow (March 4) works on our end.

Regarding the requirements of Rule 26(f), it is Defendants' current position that discovery may be needed, particularly as to the claims concerning the Clean Truck Partnership, but that the parties should not expend resources to develop

and discuss details of discovery plans until the Court decides the motions to dismiss Defendants will be filing in a matter of days.  This is also consistent with Defendants' position in *AmFree* and is the joint position currently reflected in the *AmFree* status report, where all parties agreed to "meet and confer pursuant to Rule 26(f) *after* this Court rules on" motions for judgment on the pleadings or summary judgment. *AmFree,* No. 2:25-cv-03255, Dkt. 164 (emphasis added). The meet and confer referenced by the U.S. related entirely to the parties' proposed briefing schedule and the U.S.'s intent to file an administrative motion for leave to file a dispositive motion alongside AmFree; it is our recollection that the parties did not discuss discovery or Rule 26(f) at all. That report is labeled as "pursuant to Rule 26(f)" because, per the plain statements in the report, the report conveyed to the Court that the parties jointly opted to delay the Rule 26(f) conference.

In Plaintiffs' current draft of the status report,  Plaintiffs agree that the report they drafted does not comply with Rule 26(f)'s requirements, that a Rule 26(f) conference will have to take place later, and that the parties will conduct that conference "after this Court rules on" certain motions.  The parties may disagree about which motions that might be, and we can discuss that tomorrow, but as a higher-level matter, that statement accurately reflects Defendants' position as well.  Given that no party believes now is the time to create a discovery plan pursuant to Rule 26(f), it would appear that we are all in agreement that this is not the Rule 26(f) conference that would open discovery.  If there continues to be a disagreement about the label for tomorrow's meet-and-confer that requires further discussion, we can discuss that tomorrow (with the caveat that Defendants are not agreeing to hold the Rule 26(f) conference that opens discovery).

We look forward to speaking with you tomorrow,
Sarah

---

**From:** Adams, John (ENRD) <John.Adams3@usdoj.gov>
**Sent:** Monday, March 2, 2026 1:58 PM
**To:** Brass, Rachel S. <RBrass@gibsondunn.com>; Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>; Sarah Pfander <Sarah.Pfander@doj.ca.gov>
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Fletcher, Stacie B. <SFletcher@gibsondunn.com>; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Feldman, Will <WFeldman@gibsondunn.com>; Mann, Martha (ENRD) <Martha.Mann@usdoj.gov>
**Subject:** RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board--Case Management Conference Statement

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Rachel, 2 pm PT works for the United States.

Elaine, the United States participated in a Rule 26(f) conference in *AmFree*, as indicated in the Joint Proposed Briefing Schedule and Status Report, *AmFree,* No. 2:25-cv-03255, Dkt. 164, n.1 (E.D. Cal.).

John

John K. Adams
Chief of Staff and Senior Counsel
Environment and Natural Resources Div.
U.S. Department of Justice
John.Adams3@usdoj.gov

(202) 353-5905

**From:** Brass, Rachel S. <RBrass@gibsondunn.com>
**Sent:** Monday, March 2, 2026 12:52 PM
**To:** Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; Adams, John (ENRD) <John.Adams3@usdoj.gov>; David Meeker <David.Meeker@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>; Sarah Pfander <Sarah.Pfander@doj.ca.gov>
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Fletcher, Stacie B. <SFletcher@gibsondunn.com>; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Feldman, Will <WFeldman@gibsondunn.com>; Mann, Martha (ENRD) <Martha.Mann@usdoj.gov>
**Subject:** [EXTERNAL] RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board-- Case Management Conference Statement

Elaine,

Thank you and we look forward to your additions to the joint report.  Please let us know if 2 pm PT on March 4 works, and we will circulate a dial in.

We are surprised by your position on the 26(f) conference.  As to your first point regarding the Court's order, the Court granted Defendants' motion to move the Rule 26(f) report due date only insofar as moving that deadline April 3, 2026; the Court did not grant Defendants' motion to stay the deadline for a conference under FRCP 26 and LR 240(b) until resolution of pleading-stage motions.  *See* Dkts. 112 & 117 (vacating earlier report deadline and resetting same for April 3, 2026).  Further, the Court's Initial Case Management Order orders the parties to confer pursuant to Rule 26(f) and LR 240(b), and the April 3 report is the same report that this Initial Case Management Order required (moved back multiple times at CARB's request).  *See* Dkt. 12.  To the extent that Defendants are reading into the Court's minute order that due on April 3, 2026 is a "joint status report regarding scheduling," we are aware of nothing in the Court's order that would exclude from that report the Rule 26(f) conference.  To the contrary, when the joint report was previously due on February 5, 2026, the Court also called that report a "Joint Status Report regarding scheduling," *see* Dkt. 90, and Defendants seem to have agreed that the "joint status report regarding scheduling" due on February 5 *included* a 26(f) conference report.  *See* Dkt. 108 at 2 (discussing report due on February 5, 2026 as relating to conference deadline under Rule 26(f) and LR 240(b)).

As to following the parties' filing in *AmFree*, it states in part "Pursuant to Federal Rule of Civil Procedure 26(f) . . . [the parties] submit this joint proposed briefing schedule and joint status report, which includes the Rule 26(f) discovery plan."  *AmFree* Joint Report at 2.  Of course, we welcome additional context as to how to best read that language if that joint report was not in fact filed following a 26(f) conference, contrary to the plain text of the filing.

As you know, similar to the Plaintiffs in *AmFree*, OEM Plaintiffs plan to file an early motion for summary judgment on the core issue in this case—whether Defendants have adopted and/or are attempting to enforce preempted regulations, including through CTP. In our view, preemption is a legal issue and does not require discovery. As such, early dispositive motion practice on preemption will advance the case in an efficient matter potentially eliminating discovery altogether for both parties. If Defendants believe discovery is warranted on that or other issues, now is the time to discuss that, along with the scope of such discovery, and a plan to complete it.  That is the required subject of a Rule 26(f) report.  Either way, the rules permit a conference to be requested at any time, your

8

motion to stay the conference was not granted, and the Court has ordered it to proceed.  Should you believe that discovery is required before the preemption issues outlined above can be decided, we welcome your proposal of a specific discovery plan to accomplish that next week, and we can revise the joint report to so reflect.

Best,
Rachel

**Rachel S. Brass**
Partner

T: +1 415.393.8293 | M: +1 415.264.5998
RBrass@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715

---

**From:** Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>
**Sent:** Tuesday, February 24, 2026 8:17 PM
**To:** Adams, John (ENRD) <John.Adams3@usdoj.gov>; Brass, Rachel S. <RBrass@gibsondunn.com>; David Meeker <David.Meeker@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>; Sarah Pfander <Sarah.Pfander@doj.ca.gov>
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Fletcher, Stacie B. <SFletcher@gibsondunn.com>; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Feldman, Will <WFeldman@gibsondunn.com>; Mann, Martha (ENRD) <Martha.Mann@usdoj.gov>
**Subject:** RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board--Case Management Conference Statement

Thank you, Rachel, for getting the ball rolling with a draft joint status report.  Defendants are working on our proposed edits and additions and will get those to you as soon as we can.  I am out of the office until March 4, so we won't have our edits back to you until after that.  We do not anticipate that being a problem, given that the report is not due to the Court until April 3, but let us know if you think otherwise.

As to the meet-and-confer, we are (as always) willing to confer with OEM Plaintiffs and the United States, but we are not prepared to have the Rule 26(f) conference that would open discovery.  We do not read the Court's requirement to "file a joint status report regarding scheduling" as imposing a Rule 26(f) deadline, particularly as we filed such a report in the related *AmFree* case without having the Rule 26(f) conference.  Nor do we read the draft joint status report you shared as suggesting that the parties will, in fact, have held a Rule 26(f) conference that covers any of the topics required by that Rule. Rather, the draft indicates OEM Plaintiffs do not believe any discovery is necessary and defers on all the issues parties would normally address at such a conference, saying "[t]he parties will further meet and confer on discovery pursuant to Rule 26(f)" later.  We find that language confusing, as in our experience there is only one Rule 26(f) conference—not an initial one and then a further one—and an actual Rule 26(f) conference should cover, rather than defer, the required topics. We thus suggest the report use the language in the *AmFree* report: "The parties will meet and confer on discovery pursuant to Rule 26(f) after [agreed upon trigger]."

9

With that in mind, for a meet-and-confer that all parties understand is not "the Rule 26(f) conference," we are available on March 4 (which we understand works for the OEM Plaintiffs and the United States) from noon Pacific on.  We will be prepared to meet and confer with Plaintiffs then about our motions to dismiss due March 10 and about the scheduling issues raised in the draft status report.  Please let us know what times would work best on that day.

Best,
Elaine

---

**From:** Adams, John (ENRD) <John.Adams3@usdoj.gov>
**Sent:** Tuesday, February 24, 2026 9:00 AM
**To:** Brass, Rachel S. <RBrass@gibsondunn.com>; Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>; Sarah Pfander <Sarah.Pfander@doj.ca.gov>
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com; Scott.Mills@troutman.com; Fletcher, Stacie B. <SFletcher@gibsondunn.com>; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Feldman, Will <WFeldman@gibsondunn.com>; Mann, Martha (ENRD) <Martha.Mann@usdoj.gov>
**Subject:** RE: Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board--Case Management Conference Statement

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Rachel,

The United States' edits are attached. We're available on the dates (2)-(3) and (5) listed below. We could also make ourselves available if CARB needs another date.

Thanks,

John

John K. Adams
Chief of Staff and Senior Counsel
Environment and Natural Resources Div.
U.S. Department of Justice
John.Adams3@usdoj.gov
(202) 353-5905

---

**From:** Brass, Rachel S. <RBrass@gibsondunn.com>
**Sent:** Monday, February 23, 2026 11:04 AM
**To:** Elaine Meckenstock <Elaine.Meckenstock@doj.ca.gov>; David Meeker <David.Meeker@doj.ca.gov>; Benjamin Lempert <Benjamin.Lempert@doj.ca.gov>; Cecilia Segal <Cecilia.Segal@doj.ca.gov>; Sarah Pfander <Sarah.Pfander@doj.ca.gov>
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; Adams, John (ENRD) <John.Adams3@usdoj.gov>; joseph.ostoyich@cliffordchance.com; Arthur.Foerster@lw.com; Jeremy.Heep@troutman.com;

Scott.Mills@troutman.com; Fletcher, Stacie B. <SFletcher@gibsondunn.com>; Goodson, Veronica J.T. <VGoodson@gibsondunn.com>; ROBIN.HULSHIZER@lw.com; Kevin.Jakopchek@lw.com; dodi.allocca@cliffordchance.com; Daniel.Boland@troutman.com; Mitchell, David (ENRD) <David.Mitchell@usdoj.gov>; Feldman, Will <WFeldman@gibsondunn.com>

**Subject:** [EXTERNAL] Case 2:25-cv-02255-DC-AC Daimler Truck North America LLC et al v. CA Air Resources Board--Case Management Conference Statement

Per the Court's February 9, 2026 Minute Order (Dkt. 117), the parties' joint status and 26(f) report is due on April 3, 2026.  Please let us know CARB's availability for the 26(f) conference on the below dates.  We have attached an initial draft report to facilitate that conference.

1. Tuesday, February 24, 2026
2. Tuesday, March 3, 2026
3. Wednesday, March 4, 2026
4. Monday, March 9, 2026
5. Tuesday March 10, 2026

Please note that within the attached draft 26(f) statement, we have proposed moving back the due date of oppositions to any forthcoming motions to dismiss, as well as the filing of any cross-motion for summary judgment, by just over a week to April 1, 2026.

Thank you,
Rachel

**Rachel S. Brass**
Partner

T: +1 415.393.8293 | M: +1 415.264.5998
RBrass@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.