GIBSON, DUNN & CRUTCHER LLP
BENJAMIN WAGNER, SBN 163581
310 University Avenue
Palo Alto, CA 94301-1744
Telephone:    650.849.5395
Facsimile:    640.849.5095
BWagner@gibsondunn.com

RACHEL S. BRASS, SBN 219301
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:    415.393.8293
Facsimile:    415.393.8306
RBrass@gibsondunn.com

STACIE B. FLETCHER, *pro hac vice*
MIGUEL A. ESTRADA, *pro hac vice*
JACOB T. SPENCER, *pro hac vice*
VERONICA J.T. GOODSON, SBN 314367
1700 M Street N.W.
Washington, D.C. 20036-4504
Telephone:    202.955.8500
Facsimile:    202.467.0539
SFletcher@gibsondunn.com
MEstrada@gibsondunn.com
JSpencer@gibsondunn.com
VGoodson@gibsondunn.com

*Attorneys for Plaintiff Daimler Truck North America LLC*
(additional counsel on signature pages)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

DAIMLER TRUCK NORTH AMERICA LLC, INTERNATIONAL MOTORS, LLC, PACCAR INC, and VOLVO GROUP NORTH AMERICA LLC,

        Plaintiffs,

        v.

STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board; and GAVIN NEWSOM, in his official capacity as the Governor of California,

        Defendants.

_____

THE UNITED STATES OF AMERICA, and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

        Plaintiffs-Intervenors,

        v.

CALIFORNIA AIR RESOURCES BOARD; and STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board,

        Defendants.

Case No. 2:25-cv-02255-DC-AC

**JOINT STIPULATION AND PROPOSED ORDER REGARDING PAGE LIMITS**

Judge:            Hon. Dena Coggins
Action Filed:     August 11, 2025

**WHEREAS** the Parties met and conferred and jointly proposed a summary judgment briefing schedule and page limits for those briefs (Dkt. 142), which was entered by this Court on April 20, 2026 (Dkt. 143);

**WHEREAS** (i) the Environmental Defense Fund, the Natural Resources Defense Council, and the Sierra Club, (ii) Professor Greg Dotson, and (iii) the Center for Applied Environmental Law & Policy on behalf of a group of constitutional law scholars each seek to file an amicus brief in support of Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment;

**WHEREAS** the summary judgment briefing stipulation submitted by the parties on April 17, 2026 (Dkt. 142) and reflected in this Court's Order of April 20, 2026 (Dkt. 143) did not account for amicus briefs;

**WHEREAS** OEM Plaintiffs and the United States (collectively, "Plaintiffs"), and Defendants have conferred regarding this request;

**WHEREAS** the United States takes no position as to the request by amici, and the OEM Plaintiffs consent to the filing of amici's briefs, provided that each of the two Plaintiff groups is permitted five additional pages in their Replies in Support of their Motions for Summary Judgment and Oppositions to Defendants' Cross-Motion to be filed no later than June 26, 2026;

**WHEREAS** Defendants agree to that request provided they are given an additional five pages for their Reply should any amici file in support of Plaintiffs' briefs in Opposition to Defendants' Cross-Motion.

**THEREFORE**, in the interest of judicial economy and subject to this Court's approval, the parties stipulate as follows:

1.      This Court's Order of April 20, 2026 (Dkt. 143) shall be modified to allow OEM Plaintiffs and the United States five additional pages for a total of 29 pages each for their Replies in Support of their Motions for Summary Judgment and Oppositions to Defendants' Cross-Motion to be filed no later than **June 26, 2026**, in the event the Court permits participation by the three amici identified above, who will file their motions no later than **June 9, 2026**;

2.      The Court's Order of April 20, 2026 (Dkt. 143) is further modified to conditionally

Gibson, Dunn & Crutcher LLP

2

allow Defendants five additional pages for a total of 39 pages for their Reply in Support of Defendants' Cross-Motion in the event any amici similarly seek to support Plaintiffs' Oppositions to Defendants' Cross-Motion and the Court permits such amici to participate.

Dated: June 8, 2026

Respectfully submitted on behalf of all undersigned parties,

/s/ *Benjamin Wagner*

_____

BENJAMIN WAGNER, SBN 163581

**GIBSON, DUNN & CRUTCHER LLP**

BENJAMIN WAGNER, State Bar No. 163581
310 University Avenue
Palo Alto, CA 94301-1744
Telephone:   650.849.5395
Facsimile:   640.849.5095
BWagner@gibsondunn.com

RACHEL S. BRASS, SBN 219301
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:   415.393.8293
Facsimile:   415.393.8306
RBrass@gibsondunn.com

STACIE B. FLETCHER, *pro hac vice*
MIGUEL A. ESTRADA, *pro hac vice*
JACOB T. SPENCER, *pro hac vice*
VERONICA J.T. GOODSON, SBN 314367
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone:   202.955.8500
Facsimile:   202.467.0539
SFletcher@gibsondunn.com
MEstrada@gibsondunn.com
JSpencer@gibsondunn.com
VGoodson@gibsondunn.com

*Attorneys for Plaintiff Daimler Truck North America LLC*

/s/ *Robin M. Hulshizer*
(as authorized on June 8, 2026)
ROBIN M. HULSHIZER, SBN 158486

**LATHAM & WATKINS LLP**

ROBIN M. HULSHIZER, SBN 158486
ARTHUR FOERSTER, *pro hac vice*
KEVIN M. JAKOPCHEK, *pro hac vice*
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611

/s/ *Joseph A. Ostoyich*
(as authorized on June 8, 2026)
JOSEPH A. OSTOYICH (pro hac vice)

**CLIFFORD CHANCE LLP**

JOSEPH A. OSTOYICH, *pro hac vice*
WILLIAM LAVERY, *pro hac vice*
STEVE NICKELSBURG, *pro hac vice*
DANIELLE MORELLO, *pro hac vice*
DOROTHEA R. ALLOCCA, *pro hac vice*

Gibson, Dunn & Crutcher LLP

3

Telephone: 312.876.7700
Facsimile: 312.993.9767
Robin.hulshizer@lw.com
Arthur.foerster@lw.com
Kevin.jakopchek@lw.com

BELINDA S. LEE, SBN 199635
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Belinda.lee@lw.com

*Attorneys for Plaintiff International Motors, LLC*

/s/ *Jeffrey M. Goldman*
(as authorized on June 8, 2026)
JEFFREY M. GOLDMAN, SBN 233840

**TROUTMAN PEPPER LOCKE LLP**

JEFFREY M. GOLDMAN, SBN 233840
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone:    213.928.9800
Facsimile:    213.928.9850
jeffrey.goldman@troutman.com

T. SCOTT MILLS, SBN 313554
600 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia 30308-2305
Telephone:    404.885.3000
Facsimile:    404.885.3900
scott.mills@troutman.com

JEREMY HEEP, *pro hac vice*
DANIEL J. BOLAND, *pro hac vice*
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103
Telephone:    215.981.4000
Facsimile:    215.981.4750
daniel.heep@troutman.com
daniel.boland@troutman.com

*Attorneys for Plaintiff Volvo Group North America, LLC*

2001 K Street NW
Washington, DC 20006-1001
Telephone: 202.253.9077
joseph.ostoyich@cliffordchance.com
william.lavery@cliffordchance.com
steve.nickelsburg@cliffordchance.com
danielle.morello@cliffordchance.com
dodi.allocca@cliffordchance.com

**ILLOVSKY GATES & CALIA LLP**

EUGENE ILLOVSKY, SBN 117892
KEVIN CALIA, SBN 227406
1611 Telegraph Avenue, Suite 806
Oakland, CA 94612
Telephone: 415.500.6643
Eugene@illovskygates.com
Kevin@illovskygates.com

*Attorneys for Plaintiff PACCAR Inc*

Gibson, Dunn &
Crutcher LLP

4

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*
ROBERT N. STANDER
*Deputy Assistant Attorney General*

*/s/ David D. Mitchell*
(as authorized on June 8, 2026)

ERIC GRANT                                    DAVID D. MITCHELL
*United States Attorney*                      United States Department of Justice
EDWARD A. OLSEN                               Environment & Natural Resources Div.
Assistant United States Attorney              P.O. Box 7611
501 I Street, Suite 10-100                    Washington, D.C. 20044-7611
Sacramento, California 95814                  (202) 353-5905
(916) 554-2821                                robert.stander@usdoj.gov
                                              david.mitchell@usdoj.gov

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

*/s/ Benjamin P. Lempert*
(as authorized on June 8, 2026)

BENJAMIN P. LEMPERT
Deputy Attorney General

M. ELAINE MECKENSTOCK
DAVID M. MEEKER
SARAH M. PFANDER
CECILIA D. SEGAL
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-0299
 Fax:  (510) 622-2270
 E-mail:  Elaine.Meckenstock@doj.ca.gov
*Attorneys for Defendants*

Gibson, Dunn &
Crutcher LLP

5

JOINT STIPULATION AND PROPOSED ORDER REGARDING PAGE LIMITS
CASE NO. 2:25-CV-02255-DC

**PROPOSED ORDER**

The parties filed a joint stipulation regarding amendments to the April 20, 2026 scheduling order (Dkt. 143). Having considered the parties' stipulation, the Court **GRANTS** the parties' requests and **HEREBY ORDERS** as follows:

1.      This Court's Order of April 20, 2026 (Dkt. 143) shall be modified to allow OEM Plaintiffs and the United States five additional pages for a total of 29 pages each for their Replies in Support of their Motions for Summary Judgment and Oppositions to Defendants' Cross-Motion to be filed no later than **June 26, 2026**, in the event the Court permits participation by the three amici identified above, who will file their motions no later than **June 9, 2026**;

2.      The Court's Order of April 20, 2026 (Dkt. 143) is further modified to conditionally allow Defendants five additional pages for a total of 39 pages for their Reply in Support of Defendants' Cross-Motion in the event any amici similarly seek to support Plaintiffs' Oppositions to Defendants' Cross-Motion and the Court permits such amici to participate.

DATED: _____

_____
Honorable Dena Coggins
United States District Court Judge