

# United States District Court
# Eastern District of California

| Daimler Truck North America, et al |
| --- |

Plaintiff(s)

Case Number: | 2:25-cv-02255-DC-AC |

V.

| California Air Resources Board, et al |
| --- |

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Andrew Philip Su _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Environmental Defense Fund

On _____ 11/12/2021 _____ (date), I was admitted to practice and presently in good standing in the

_____ Oregon _____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: _____ 06/08/2026 _____          Signature of Applicant: /s/ Andrew Philip Su _____

**Pro Hac Vice Attorney**

Applicant's Name: Andrew Philip Su

Law Firm Name: Environmental Defense Fund

Address: 2060 Broadway St, Suite 300

City: Boulder          State: CO      Zip: 80302

Phone Number w/Area Code: (303) 447-7236

City and State of Residence: Boulder, CO

Primary E-mail Address: asu@edf.org

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Sean H. Donahue

Law Firm Name: Donahue, Goldberg, & Herzog

Address: 1008 Pennsylvania Avenue SE.

City: Washington          State: DC      Zip: 20003

Phone Number w/Area Code: (202) 277-7085          Bar # 264284

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 16, 2026

Dena Coggins
United States District Judge