

# United States District Court
# Eastern District of California

| | |
|---|---|
| Daimler Truck North America LLC, et al. | |
| Plaintiff(s) | Case Number: 2:25-cv-02255-DC-AC |
| V. | |
| California Air Resources Board, et al. | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Peter Heisler hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Amici Curiae William Araiza and Evan Zoldan

On 12/09/2023 (date), I was admitted to practice and presently in good standing in the

District of Columbia Court of Appeals (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: June 1, 2026        Signature of Applicant: /s/ Peter Heisler

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Peter Heisler |
| Law Firm Name: | Center for Applied Environmental Law and Policy |
| Address: | 712 H Street NE |
| | Suite 90006 |
| City: | Washington        State: DC    Zip: 20002 |
| Phone Number w/Area Code: | 6783722648 |
| City and State of Residence: | Washington, DC |
| Primary E-mail Address: | peter.heisler@caelp.org |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Theodore Lamm |
| Law Firm Name: | Center for Law, Energy and the Environment, UC Berkeley School of Law |
| Address: | 2680 Bancroft Way |
| City: | Berkeley        State: CA    Zip: 94720 |
| Phone Number w/Area Code: | 6468234693        Bar # 319230 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 16, 2026

Dena Coggins
United States District Judge

U.S. District Court – Pro Hac Vice Application
Page 2