# Exhibit 1

Case 2:25-cv-02255-DC-AC   Document 167-2   Filed 06/26/26   Page 2 of 4

Pursuant to the authority vested in the California Air Resources Board by Health and Safety Code Division 26, Part 5, Chapter 2; and pursuant to the authority vested in the undersigned by Health and Safety Code Sections 39515 and 39516 and Executive Order G-19-095;

**IT IS ORDERED AND RESOLVED:** The engines and emission control systems produced by the manufacturer as described below are certified for use in on-road motor vehicles with a manufacturer's Gross Vehicle Weight Rating (GVWR) over 14,000 pounds. Production engines shall be in all material respects the same as those for which certification is granted.

| Model Year | Engine Family | Combustion Cycle | Fuel Operation | Fuel Type(s) | Intended Vehicle Service Class | Intended GHG Vehicle Type |
|---|---|---|---|---|---|---|
| 2024 | RDDXH12.8NXC | Diesel | Dedicated | Diesel | Heavy Heavy-Duty | Vocational and Tractor |

| Emission Control Systems (ECS) | Special Features |
|---|---|
| [1]: Electronic Direct Injection (DDI), Charge Air Cooler (CAC), Exhaust Gas Recirculation (EGR), Electronic Control Module (ECM), Turbocharger (TC), Oxidation Catalyst (OC), Periodic Trap Oxidizer (PTOX), Selective Catalyst Reduction - Urea (SCR-U), Ammonia Oxidation Catalyst (AMOX) | None |

The certified engine models are attached.

The listed engine models comply with the following: 1) emission standard limits (STD) as demonstrated on the Federal Test Procedure (FTP) and Supplemental Emission Test (SET) test cycles, and on the Low-Load Cycle (LLC) test cycle and 2) Conformity Factors (CF) as demonstrated using the Three-Bin Moving Average Window (3B-MAW) method, as applicable, for exhaust criteria pollutants non-methane hydrocarbons (NMHC), nitrogen oxides (NOx), carbon monoxide (CO), and particulate matter (PM), and exhaust greenhouse gas (GHG) pollutants carbon dioxide ($CO_2$), methane ($CH_4$), and nitrous oxide ($N_2O$) as set forth in 13 CCR 1956.8 and the applicable California test procedures for heavy-duty diesel cycle engines, and 3) family emission limits (FEL) and family certification levels (FCL) declared by the manufacturer as allowed by the applicable California test procedures, stated in units of gram per brake horsepower-hour (g/bhp-hr), except as noted, or designated as not applicable (*).

| Applicable Standard | | Criteria | | | | GHG | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | NMHC | NOx | CO | PM | CO2 VOCV | CO2 TRAC | CH4 | N2O |
| Heavy-Duty Diesel Cycle Clean Idle 10g Alternate Phase 2 CO2 Standard Heavy Heavy Duty Vocational and Tractor | STD: FTP / SET | 0.14 | 0.050 | 15.5 | 0.005 | 506 | 442 | 0.10 | 0.10 |
| | STD: LLC | 0.14 | 0.200 | 15.5 | 0.005 | * | * | * | * |
| | FEL: FTP / SET | * | 0.100 | * | * | 511 | 453 | 0.10 | 0.10 |
| | FEL: LLC | * | * | * | * | * | * | * | * |
| | 3B-MAW | 2.0 | 2.0 | 2.0 | 2.0 | * | * | * | * |

**BE IT FURTHER RESOLVED:** Any declared FEL or FCL is the emission limit to which all engines must comply in lieu of the standard limit for certification purposes, subject to the restrictions of averaging, banking, or trading (ABT) programs allowed by the applicable California test procedures.

**BE IT FURTHER RESOLVED:** For the listed engine models, the manufacturer has submitted materials to demonstrate certification compliance with 13 CCR 1965 (emission control labels), 13 CCR 1971.1 (on-board diagnostic full or partial compliance), and 13 CCR 2035 et seq. (emission control warranty).

**BE IT FURTHER RESOLVED:** For engines in this engine family certified under 13 CCR 1956.8(a)(6)(C) [10 g/hr NOx] and section 11.A.6.3 of the applicable California test procedures, except those in vehicle applications exempted per 13 CCR 1956.8(a)(6)(B), the engine manufacturer shall provide an approved "Certified Clean Idle" label to be affixed to the vehicle into which the engine is installed.

Case 2:25-cv-02255-DC-AC    Document 167-2    Filed 06/26/26    Page 3 of 4

**BE IT FURTHER RESOLVED:** The listed engine models are certified in accordance with 13 CCR Section 1971.1(k) (deficiency and fines provisions for certification of heavy-duty on-board diagnostic (HD OBD) systems with identified deficiencies) and Health and Safety Code Section 43154.

Engines certified under this Executive Order must conform to all applicable California emission regulations.

This Executive Order hereby supersedes Executive Order A-290-0192 dated January 4, 2024

Executed on this _22nd_ day of November 2024.


Robin U. Lang, Chief
Emissions Certification and Compliance Division

**ATTACHMENT:  ENGINE MODELS**

Family:  RDDXH12.8NXC     EO Number:  A-290-0192-1     Date Applicable:  11/21/2024

| Model | Code | Trim | Config | Displacement | Peak Power | | | Peak Torque | | | ECS Num | GHG | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Power | Speed | Fueling | Torque | Speed | Fueling | | | |
| - | - | - | - | Liters | horsepower | rpm | lb/hr | lb-ft | rpm | lb/hr | - | - | - |
| DD13 | II | | I6 | 12.8 | 450 | 1500 | 136.5 | 1750 | 1000 | 151.7 | 1 | Both | |
| DD13 | XX | | I6 | 12.8 | 425 | 1500 | 127.8 | 1750 | 1000 | 151.7 | 1 | Both | |
| DD13 | XI | | I6 | 12.8 | 450 | 1625 | 139.1 | 1550 | 1100 | 95.5 | 1 | Both | |
| DD13 | XII | | I6 | 12.8 | 470 | 1625 | 145.6 | 1650 | 1100 | 101.7 | 1 | Both | |
| DD13 | XIII | | I6 | 12.8 | 450 | 1625 | 139.1 | 1650 | 1100 | 101.7 | 1 | Both | |
| DD13 | XIV | | I6 | 12.8 | 525 | 1625 | 164.8 | 1850 | 1100 | 114.2 | 1 | Both | |
| DD13 | XVII | | I6 | 12.8 | 410 | 1625 | 126.8 | 1650 | 1100 | 101.7 | 1 | Both | |
| DD13 | XVIII | | I6 | 12.8 | 505 | 1625 | 158.3 | 1850 | 1100 | 114.2 | 1 | Both | |
| DD13 | XIX | | I6 | 12.8 | 450 | 1625 | 139.1 | 1550 | 1100 | 95.5 | 1 | Both | |

Case 2:25-cv-02255-DC-AC     Document 167-2     Filed 06/26/26     Page 4 of 4