# Exhibit 3

DAIMLER

Daimler Trucks North America
Sean Waters
Vice President
Product Compliance and
Regulatory Affairs

August 25, 2020

The Honorable Mary Nichols
Chair, California Air Resources Board
1001 I Street Sacramento, CA 95814

Re: Heavy-Duty Engine and Vehicle Omnibus Regulation and Associated Amendments

Dear Chair Nichols,

Daimler Trucks North America (DTNA) is a manufacturer of heavy-duty vehicles and engines. Because DTNA builds both vehicles and engines potentially affected by ARB's proposed regulations and test procedures, DTNA has a strong interest in the proposed standards and regulations. DTNA is a member of the Truck and Engine Manufacturers Association (EMA), and Daimler supports and incorporates the comments provided by the association as its own.

Sincerely,

*Sean Waters*

Sean Waters
Vice President, Compliance and Regulatory Affairs
Daimler Trucks North America and Detroit Diesel Corporation

Daimler Trucks North America, LLC
4747 N. Channel Avenue
Portland OR 97217-7699
Phone: 503-745-2745