# Exhibit 4

**CALIFORNIA AIR RESOURCES BOARD**

Gavin Newsom, Governor
Yana Garcia, CalEPA Secretary
Lauren Sanchez, CARB Chair

Manufacturers Advisory Correspondence (MAC) ECCD-2026-03

To:     All Manufacturers Of

- Light-Duty Vehicle Test Groups
- Medium-Duty Vehicle Test Groups
- Heavy-Duty Engine Families
- Medium-Duty Engine Families
- Heavy-Duty Vehicle Evaporative Emissions Families
- Incomplete Medium-Duty Vehicle Evaporative Emissions Families
- Specially Constructed Vehicle Certified Engine Packages
- Specially Constructed Certified Engine Package Extensions
- Specially Produced Motor Vehicle Certified Engine Packages
- Specially Produced Motor Vehicle Manufacturers
- Heavy-Duty Greenhouse Gas Vehicle Families and Trailer Families
- Street-use Motorcycle Families and Motorcycle Engine Families
- On-Road Heavy-Duty Exempt Engines
- Zero-Emission Powertrain Families
- Aerodynamic Technologies
- Fuel-Fired Heaters
- All Other Interested Parties

From:   Robin U. Lang, Chief, Emission Certification and Compliance Division

Date:   June 17, 2026

Subject:  Certification Fees for New 2028 Model Year (MY) Light-Duty Vehicle Test Groups, Medium-Duty Vehicle Test Groups, Heavy-Duty Engine Families, Medium-Duty Engine Families, Heavy-Duty Vehicle Evaporative Emissions Families, Incomplete Medium-Duty Vehicle Evaporative Emissions Families, Heavy-Duty Greenhouse Gas Vehicle Families and Trailer Families, Street-use Motorcycle Families and Motorcycle Engine Families, On-Road Heavy-Duty Exempt Engines and Certification Fees for New 2027 Calendar Year (CY) Zero-Emission Powertrain Families, Aerodynamic Technologies, and Fuel-Fired Heaters

Enclosed with this letter is a Manufacturers Advisory Correspondence (MAC) that identifies the certification fees for new MY 2028 Light-Duty Vehicle Test Groups, Medium-Duty Vehicle Test Groups, Heavy-Duty Engine Families, Medium-Duty Engine Families, Heavy-Duty Vehicle Evaporative Emissions Families, Incomplete Medium-Duty Vehicle Evaporative Emissions Families, Heavy-Duty Greenhouse Gas Vehicle Families and Trailer Families,

MAC ECCD-2026-03
Page 2

Street-use Motorcycle Families and Motorcycle Engine Families, On-Road Heavy-Duty Exempt Engines and new CY 2027 Zero-Emission Powertrain Families, Aerodynamic Technologies, and Fuel-Fired Heaters.

CARB is issuing this MAC pursuant to statutory and regulatory directives that it annually adjust certification fees by the California Consumer Price Index. The issuance of this MAC does not change the process for obtaining CARB Executive Orders, including the availability of pathways described in MAC ECCD-2026-02 or codified in the California Code of Regulations.

Tables 1 through 7 at the end of this MAC are a summary of the MY 2027 certification fees for new Light-Duty Vehicle Test Groups, Medium-Duty Vehicle Test Groups, Heavy-Duty Engine Families, Medium-Duty Engine Families, Heavy-Duty Vehicle Evaporative Emissions Families, Incomplete Medium-Duty Vehicle Evaporative Emissions Families, Heavy-Duty Greenhouse Gas Vehicle Families and Trailer Families, Street-use Motorcycle Families and Motorcycle Engine Families, On-Road Heavy-Duty Exempt Engines and CY 2026 certification fees for new Zero-Emission Powertrain Families, Aerodynamic Technologies, and Fuel-Fired Heaters.

If you have any questions regarding this MAC, please contact Byron Ng, Staff Air Pollution Specialist at (951) 542-3301 or by e-mail at Byron.Ng@arb.ca.gov.

State of California

California Air Resources Board (CARB)

Manufacturers Advisory Correspondence (MAC) ECCD-2026-03

Subject:        Certification Fees for New 2028 Model-Year (MY) Light-Duty Vehicle Test Groups, Medium-Duty Vehicle Test Groups, Heavy-Duty Engine Families, Medium-Duty Engine Families, Heavy-Duty Vehicle Evaporative Emissions Families, Incomplete Medium-Duty Vehicle Evaporative Emissions Families, Specially Constructed Vehicle Certified Engine Packages, Specially Constructed Certified Engine Package Extensions, Specially Produced Motor Vehicle Certified Engine Packages, Specially Produced Motor Vehicle Manufacturers, Heavy-Duty Greenhouse Gas Vehicle Families and Trailer Families, Street-use Motorcycle Families and Motorcycle Engine Families, On-Road Heavy-Duty Exempt Engines and New 2027 Calendar-Year (CY) Zero-Emission Powertrain Families, Aerodynamic Technologies, and Fuel-Fired Heaters

Applicability:   - New MY 2028 Light-Duty Vehicle Test Groups, Medium-Duty Vehicle Test Groups, Heavy-Duty Engine Families, Medium-Duty Engine Families, Heavy-Duty Vehicle Evaporative Emissions Families, Incomplete Medium-Duty Vehicle Evaporative Emissions Families, Specially Constructed Vehicle Certified Engine Packages, Specially Constructed Certified Engine Package Extensions, Specially Produced Motor Vehicle Certified Engine Packages, Specially Produced Motor Vehicle Manufacturers, Heavy-Duty Greenhouse Gas Vehicle Families and Trailer Families, Street-use Motorcycle Families and Motorcycle Engine Families, On-Road Heavy-Duty Exempt Engines
                 - New CY 2027 Zero-Emission Powertrain Families, Aerodynamic Technologies, and Fuel-Fired Heaters

References:     Mobile Source Certification and Compliance Fee Regulation
                [Title 13, California Code of Regulations, Sections 2900 et seq. (13 CCR § 2900 et seq.)]

Policy:

1. <u>Certification Fees for Light-Duty Vehicle Test Groups, Medium-Duty Vehicle Test Groups, Heavy-Duty Engine Families, Medium-Duty Engine Families, Heavy-Duty Vehicle Evaporative Emissions Families, and Incomplete Medium-Duty Vehicle Evaporative Emissions Families</u>

Manufacturers Advisory Correspondence (MAC) ECCD-2026-03

According to 13 CCR § 2904(a)(4), the certification fees for MY 2028 Light-Duty Vehicle Test Groups, Medium-Duty Vehicle Test Groups, Heavy-Duty Engine Families, Medium-Duty Engine Families, Heavy-Duty Vehicle Evaporative Emissions Families, and Incomplete Medium-Duty Vehicle Evaporative Emissions Families are calculated using the California Consumer Price Index (CPI) for all items and all urban consumers in April that is two calendar years prior to the start of the current model year and in April of the previous year, i.e. April 2025 and April 2024, respectively. The CPI is published by the California Department of Industrial Relations. The MY 2028 certification fees are calculated below:

$$\begin{aligned} \text{MY 2028 Fees} &= \text{MY 2027 Fees} \times [1 + (\text{CY 2025 CPI} - \text{CY 2024 CPI}) / \text{CY 2024 CPI}] \\ &= \text{MY 2027 Fees} \times [1 + (352.063 - 342.734)/ 342.734] \\ &= \text{MY 2027 Fees} \times 1.02721936 \end{aligned}$$

"n/a" means the fee type does not apply to that category.

| MY 2028 Fees | Fee Type | | | |
|---|---|---|---|---|
| Category | Base Fee | Partial Carry-Over | Carry-Over | Zero-Emission |
| Light-duty vehicle test group and medium-duty vehicle test group | $51,678 | $25,840 | $12,919 | $12,919 |
| HD CI engine family and MD CI engine family | $134,743 | $67,372 | $33,686 | n/a |
| HDO engine family and MDO engine family | $47,161 | $23,581 | $11,790 | n/a |
| Heavy-duty vehicle evaporative emissions family and Incomplete MDV evaporative emissions family | $16,595 | $8,298 | $4,149 | n/a |

2. <u>Certification Fees for Specially Constructed Vehicle Certified Engine Packages, Specially Constructed Certified Engine Package Extensions, Specially Produced Motor Vehicle Certified Engine Packages, and Specially Produced Motor Vehicle Manufacturers.</u>

According to 13 CCR § 2904(a)(6), for the 2028 model year, the certification fees for Specially Constructed Vehicle Certified Engine Packages, Specially Constructed Certified Engine Package Extensions, Specially Produced Motor Vehicle Certified Engine Packages, and Specially Produced Motor Vehicle Manufacturers are calculated using the CPI for all items and all urban consumers in April that is two calendar years prior to the start of the current model year and in April of the previous year, i.e. April 2025 and April 2024, respectively.

The CPI is published by the California Department of Industrial Relations. The MY 2028 certification fees are calculated below:

MY 2028 Fees = MY 2027 Fees x [1 + (CY 2025 CPI – CY 2024 CPI) / CY 2024 CPI]
= MY 2027 Fees x [1 + (352.063 – 342.734)/ 342.734]
= MY 2027 Fees x 1.02721936

"n/a" means the fee type does not apply to that category.

| MY 2028 Fees | Fee Type | | | |
|---|---|---|---|---|
| Category | Base Fee | Partial Carry-Over | Carry-Over | Zero-Emission |
| SPCNS certified engine package | $24,805 | $12,404 | $6,200 | $6,200 |
| SPCNS certified engine package extension | $1,066 | n/a | n/a | n/a |
| SPMV certified engine package | $24,805 | $12,404 | $6,200 | $6,200 |
| SPMV manufacturer | $1,066 | n/a | n/a | n/a |

3. <u>Certification Fees for Heavy-Duty Greenhouse Gas Vehicle Families and Trailer Families.</u>

According to 13 CCR § 2904(b)(4), the certification fees for MY 2028 Heavy-Duty Greenhouse Gas Vehicle Families and Trailer Families are calculated using the CPI for all items and all urban consumers in April that is two calendar years prior to the start of the current model year and in April of the previous year, i.e. April 2025 and April 2024, respectively. The CPI is published by the California Department of Industrial Relations. The MY 2028 certification fees are calculated below:

MY 2028 Fees = MY 2027 Fees x [1 + (CY 2025 CPI – CY 2024 CPI) / CY 2024 CPI]
= MY 2027 Fees x [1 + (352.063 – 342.734)/ 342.734]
= MY 2027 Fees x 1.02721936

"n/a" means the fee type does not apply to that category.

| MY 2028 Fees | Fee Type | | | | |
|---|---|---|---|---|---|
| Category | Base Fee | Low California Production Manufacturer | HD GHG Partial Carry-Over | Carry-Over | Zero-Emission |
| Heavy-duty greenhouse gas vehicle family | $19,690 | $14,767 | $9,845 | $4,922 | $4,922 |
| Trailer family | $4,374 | n/a | $2,187 | $1,093 | n/a |

4. <u>Certification Fees for Street-use Motorcycle Families and Motorcycle Engine Families.</u>

According to 13 CCR § 2904(c)(4), the certification fees for MY 2028 Street-use Motorcycle Families and Motorcycle Engine Families are calculated using the CPI for all items and all urban consumers in April that is two calendar years prior to the start of the current model year and in April of the previous year, i.e. April 2025 and April 2024, respectively. The CPI is published by the California Department of Industrial Relations. The MY 2028 certification fees are calculated below:

$$\text{MY 2028 Fees} = \text{MY 2027 Fees} \times [1 + (\text{CY 2025 CPI} - \text{CY 2024 CPI}) / \text{CY 2024 CPI}]$$
$$= \text{MY 2027 Fees} \times [1 + (352.063 - 342.734)/ 342.734]$$
$$= \text{MY 2027 Fees} \times 1.02721936$$

| MY 2028 Fees | Fee Type | | | | |
|---|---|---|---|---|---|
| Category | Base Fee | Low California Production Manufacturer | Partial Carry-Over | Carry-Over | Low California Production for Sale Engine Family |
| Street-use motorcycle family and motorcycle engine family | $19,386 | $14,539 | $9,694 | $4,846 | $969 |

5. <u>Certification Fees for On-Road Heavy-Duty Exempt Engines.</u>

According to 13 CCR § 2904(d)(2), the certification fees for MY 2028 On-Road Heavy-Duty Exempt Engines are calculated using the CPI for all items and all urban consumers in April that is two calendar years prior to the start of the current model year and in April of the previous year, i.e. April 2025 and April 2024, respectively. The CPI is published by the

California Department of Industrial Relations. The MY 2028 certification fees are calculated below:

$$\text{MY 2028 Fees} = \text{MY 2027 Fees} \times [1 + (\text{CY 2025 CPI} - \text{CY 2024 CPI}) / \text{CY 2024 CPI}]$$
$$= \text{MY 2027 Fees} \times [1 + (352.063 - 342.734)/ 342.734]$$
$$= \text{MY 2027 Fees} \times 1.02721936$$

| MY 2028 Fees | Fee Type |
|---|---|
| Category | Base Fee |
| On-Road Heavy-Duty Exempt Engines | $109 |

6. <u>Certification Fees for Aerodynamic Technologies and Fuel-Fired Heaters.</u>

According to 13 CCR § 2904(e)(2), for the 2025 and subsequent calendar years, the certification fees for Aerodynamic Technologies and Fuel-Fired Heaters shall be equal to the fees applicable to the 2024 calendar year.  The certification fees for the following on-road categories shall be set as follows:

| CY 2027 Fees | Fee Type |
|---|---|
| Category | Base Fee |
| Aerodynamic technologies | $3,936 |
| Fuel-fired heater | $293 |

7. <u>Certification Fees for Zero-Emission Powertrain Families.</u>

According to 13 CCR § 2904(e)(2), the certification fees for CY 2027 Zero-Emission Powertrain Families are calculated using the CPI for all items and all urban consumers in April that is two calendar years prior to the start of the current calendar year and in April of the previous year, i.e. April 2025 and April 2024, respectively. The CPI is published by the California Department of Industrial Relations. The CY 2027 certification fees are calculated below:

$$\text{CY 2027 Fees} = \text{CY 2026 Fees} \times [1 + (\text{CY 2025 CPI} - \text{CY 2024 CPI}) / \text{CY 2024 CPI}]$$
$$= \text{CY 2026 Fees} \times [1 + (352.063 - 342.734)/ 342.734]$$
$$= \text{CY 2026 Fees} \times 1.02721936$$

| CY 2027 Fees | Fee Type |
|---|---|
| Category | Base Fee |
| Zero-emission powertrain family | $1,086 |

Manufacturers Advisory Correspondence (MAC) ECCD-2026-03

Table 1
Certification Fees for Light-Duty Vehicle Test Groups, Medium-Duty Vehicle Test
Groups, Heavy-Duty Engine Families, Medium-Duty Engine Families, Heavy-Duty
Vehicle Evaporative Emissions Families, and Incomplete Medium-Duty Vehicle
Evaporative Emissions Families

"n/a" means the fee type does not apply to that category.

| MY 2027 Fees | Fee Type | | | |
|---|---|---|---|---|
| Category | Base Fee | Partial Carry-Over | Carry-Over | Zero-Emission |
| Light-duty vehicle test group and medium-duty vehicle test group | $50,309 | $25,155 | $12,577 | $12,577 |
| HD CI engine family and MD CI engine family | $131,173 | $65,587 | $32,793 | n/a |
| HDO engine family and MDO engine family | $45,911 | $22,956 | $11,478 | n/a |
| Heavy-duty vehicle evaporative emissions family and Incomplete MDV evaporative emissions family | $16,155 | $8,078 | $4,039 | n/a |

Manufacturers Advisory Correspondence (MAC) ECCD-2026-03

Table 2
Certification Fees for Specially Constructed Vehicle Certified Engine Packages, Specially Constructed Certified Engine Package Extensions, Specially Produced Motor Vehicle Certified Engine Packages, and Specially Produced Motor Vehicle Manufacturers

"n/a" means the fee type does not apply to that category.

| MY 2027 Fees | Fee Type | | | |
|---|---|---|---|---|
| Category | Base Fee | Partial Carry-Over | Carry-Over | Zero-Emission |
| SPCNS certified engine package | $24,148 | $12,075 | $6,036 | $6,036 |
| SPCNS certified engine package extension | $1,038 | n/a | n/a | n/a |
| SPMV certified engine package | $24,148 | $12,075 | $6,036 | $6,036 |
| SPMV manufacturer | $1,038 | n/a | n/a | n/a |

Manufacturers Advisory Correspondence (MAC) ECCD-2026-03

Table 3
Certification Fees for Heavy-Duty Greenhouse Gas Vehicle Families and Trailer Families

"n/a" means the fee type does not apply to that category.

| MY 2027 Fees | Fee Type | | | | |
|---|---|---|---|---|---|
| Category | Base Fee | Low California Production Manufacturer | HD GHG Partial Carry-Over | Carry-Over | Zero-Emission |
| Heavy-duty greenhouse gas vehicle family | $19,168 | $14,376 | $9,584 | $4,792 | $4,792 |
| Trailer family | $4,258 | n/a | $2,129 | $1,064 | n/a |

Manufacturers Advisory Correspondence (MAC) ECCD-2026-03

Table 4
Certification Fees for Street-use Motorcycle Families and Motorcycle Engine Families

| MY 2027 Fees | Fee Type | | | | |
|---|---|---|---|---|---|
| Category | Base Fee | Low California Production Manufacturer | Partial Carry-Over | Carry-Over | Low California Production for Sale Engine Family |
| Street-use motorcycle family and motorcycle engine family | $18,872 | $14,154 | $9,437 | $4,718 | $943 |

Manufacturers Advisory Correspondence (MAC) ECCD-2026-03

Table 5
Certification Fees for On-Road Heavy-Duty Exempt Engines

| MY 2027 Fees | Fee Type |
|---|---|
| Category | Base Fee |
| On-Road Heavy-Duty Exempt Engines | $106 |

Manufacturers Advisory Correspondence (MAC) ECCD-2026-03

Table 6
Certification Fees for Aerodynamic Technologies and Fuel-Fired Heaters

| CY 2024 Fees | Fee Type |
|---|---|
| Category | Base Fee |
| Aerodynamic technologies | $3,936 |
| Fuel-fired heater | $293 |

Manufacturers Advisory Correspondence (MAC) ECCD-2026-03

Table 7
Certification Fees for Zero-Emission Powertrain Families

| CY 2026 Fees | Fee Type |
|---|---|
| Category | Base Fee |
| Zero-emission powertrain family | $1,057 |