LATHAM & WATKINS LLP
Belinda S. Lee (SBN 199635)
  *belinda.lee@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  +1.415.391.0600
Facsimile:  +1.415.395.8095

LATHAM & WATKINS LLP
Arthur F. Foerster (pro hac vice)
Kevin M. Jakopchek (pro hac vice)
Robin M. Hulshizer (pro hac vice)
  *arthur.foerster@lw.com*
  *kevin.jakopchek@lw.com*
  *robin.hulshizer@lw.com*
330 North Wabash Avenue, Suite 2800
Chicago, IL 29004
Telephone:  +1.312.876.7700
Facsimile:  +1.312.993.9767

*Attorneys for Plaintiff International Motors, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DAIMLER TRUCK NORTH AMERICA LLC, INTERNATIONAL MOTORS, LLC, PACCAR INC, and VOLVO GROUP NORTH AMERICA LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> CALIFORNIA AIR RESOURCES BOARD; STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board; GAVIN NEWSOME, in his official capacity as the Governor of California, <br><br> Defendants. | CASE NO. 2:25-CV-02255-DC <br><br> **DECLARATION OF MICHAEL NOONAN IN OPPOSITION TO DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT** |

I, Michael Noonan, declare as follows:

1.   I am over the age of eighteen, and if called as a witness, I could and would competently testify to the matters stated herein as they relate to Defendants' Cross-Motion for Summary Judgment associated with this declaration.  I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true.

2.   I have been employed by International Motors, LLC (f/k/a Navistar, Inc.) ("International") since October 2006.  I am currently the Vice President – Regulatory, Certification, and Compliance and have held this position since September 2023.  My responsibilities include the certification and compliance of International's powertrain and vehicle applications including both the testing and application process with the United States Environmental Protection Agency ("EPA"), powertrain software and calibration release, and regulatory strategy and affairs.  Prior to my current role, I was the Director of International's Certification and Compliance Department, holding that position from April 2018.  Before then, I was the Associate Director of Certification and Compliance from February 2017 to April 2018, and Certification Chief Engineer from February 2016 to February 2017.  From September 2013 to February 2016, I worked as an Engineering Senior Manager, and prior to that I held various other engineering positions at International from October 2006 to September 2013.

3.   Based in Lisle, Illinois, International is a long standing, leading manufacturer of Class 4 through 8 commercial vehicles, specifically, International® trucks and engines, IC Bus® school and commercial buses, as well as Fleetrite® aftermarket parts. With more than a million of our trucks on the road, one in five Class 6 through 8 vehicles is an International® truck.  And, nearly half of all school buses on the road today are our IC Bus® brand.

4.   The regulatory and legal landscape changed significantly since International and various other parties signed the Clean Truck Partnership ("CTP") with the California Air Resources Board ("CARB") in July 2023.  Most notably, both houses of Congress passed and the President signed into law Congressional Review Act resolutions revoking the waivers of preemption for California's Advanced Clean Trucks ("ACT"), Advanced Clean Cars II ("ACC II"), and Omnibus

Low NOx Rule ("Omnibus").  Shortly thereafter, the U.S. Department of Justice ("DOJ") ordered International and other signatories to the CTP to stop complying with those preempted regulations, as well as the CTP itself.  CARB also withdrew its waiver request for Advanced Clean Fleets ("ACF"), the companion fleet purchase mandate to ACT's sales mandate.  On information and belief, I also understand California never received a waiver for its Phase 2 greenhouse gas ("GHG") standards.

5. Despite the new legal landscape and DOJ's direction, CARB continues to make certification and compliance demands based on preempted standards, which if adhered to, have a significant financial impact to International and create challenges in short and long term product planning.  Through its May and August 2025 Manufacturer Advisory Correspondence ("MACs") and the subsequent Emergency Rulemaking, CARB clearly communicated that despite the actions of the President and Congress, it expects International to continue seeking California certification, leading the company to incur substantial costs, including considerable certification fees that no longer apply because of federal preemption.  While California's August MAC purportedly allows three certification pathways, CARB has stated that manufacturers who decline to certify to the preempted standards assume the risk of retroactive penalties.  This prospect of retroactive enforcement and danger of being penalized by a per-vehicle penalty of up to $48,788 presents a significant risk.  That risk and uncertainty prevent International from best serving its customers in California.  Such uncertainty also creates a challenging product planning environment and forces International to contemplate whether or not it should expend substantial capital and engineering resources on preempted regulations and threats of retroactive fees, where other truck manufacturers may not be doing so, creating an uneven playing field among manufacturers.

6. Further challenging International's California customers, Executive Order N-27-25 instructs CARB to disfavor manufacturers that do not continue certifying to the preempted standards by limiting their eligibility for state procurement programs and zero-emission vehicle incentive funding and excluding them from regulatory accommodations in upcoming rulemaking proceedings.  International must now and going forward evaluate CARB's threats of retroactive enforcement and disfavored treatment as it makes decisions on product development budgets and

timelines, certification investments, and market strategy, creating uncertainty for California customers regarding product availability.

7.    Despite having never secured a valid waiver of preemption from EPA, CARB also requires certification to the Phase 2 GHG standards to sell heavy-duty vehicles in California, and it has done so since model year 2021.  My understanding is that CARB is claiming in this litigation that it does not intend to enforce the GHG standards until it applies for and is issued a waiver of preemption.    My experience over the years of obtaining CARB Executive Orders for International's products is that CARB's practice is to retroactively enforce to the model year in which a regulation was adopted by the state.  This lack of clarity puts International in the untenable position of making a prediction on the regulatory framework that will be in effect.  If International later determines it made a wrong prediction when another competitor made a right prediction, International's competitiveness in the marketplace could potentially be impacted.

8.    Complicating matters even further for both International and its customers, ACT and ACF were designed to operate in tandem, yet CARB is unable to enforce ACF, because it withdrew its request for an EPA waiver.  Without ACF and with the very low customer adoption of electric vehicles, in part due to insufficient public infrastructure and a lack of federal incentives,  if CARB were permitted to enforce ACT through the CTP, the ACT credit framework could constrain the market, reduce product availability, and create uncertainty for both International and our customers.

9.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed and signed: June 26, 2026

_____
Michael Nooman

---

[1] *See, e.g.,* Int'l Council on Clean Transportation, *Road to Zero: Zero-Emission Bus and Truck Market Update, United States* (Jan. 2026), https://theicct.org/publication/r2z-zero-emission-bus-and-truck-market-us-july-september-2025-jan26/ (noting new zero emission medium- and heavy-duty trucks and buses registered in the U.S. during Q3 2025 were only 0.51% of total registrations).