GIBSON, DUNN & CRUTCHER LLP
BENJAMIN WAGNER, SBN 163581
310 University Avenue
Palo Alto, CA 94301-1744
Telephone:    650.849.5395
Facsimile:    650.849.5095
BWagner@gibsondunn.com

RACHEL S. BRASS, SBN 219301
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:    415.393.8293
Facsimile:    415.393.8306
RBrass@gibsondunn.com

STACIE B. FLETCHER, *pro hac vice*
MIGUEL A. ESTRADA, *pro hac vice*
JACOB T. SPENCER, *pro hac vice*
VERONICA J.T. GOODSON, SBN 314367
1700 M Street N.W.
Washington, D.C. 20036-4504
Telephone:    202.955.8500
Facsimile:    202.467.0539
SFletcher@gibsondunn.com
MEstrada@gibsondunn.com
JSpencer@gibsondunn.com
VGoodson@gibsondunn.com

*Attorneys for Plaintiff Daimler Truck North America LLC*
(additional counsel on signature pages)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIMLER TRUCK NORTH AMERICA LLC, INTERNATIONAL MOTORS, LLC, PACCAR INC, and VOLVO GROUP NORTH AMERICA LLC, <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board; and GAVIN NEWSOM, in his official capacity as the Governor of California, <br><br> Defendants. <br><br>———————————————————<br><br> THE UNITED STATES OF AMERICA, and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Plaintiffs-Intervenors, <br><br> v. <br><br> CALIFORNIA AIR RESOURCES BOARD; and STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board, <br><br> Defendants. | Case No. 2:25-cv-02255-DC-AC <br><br> **PLAINTIFFS' NOTICE OF OTHER CASE** |

Gibson, Dunn &
Crutcher LLP

Plaintiffs Daimler Truck North America LLC, International Motors, LLC, PACCAR Inc, and Volvo Group North America LLC ("OEM Plaintiffs") file this Notice to inform the Court of a new case filed by California in the United States District Court for the District of Columbia on June 22, 2026: *California v. U.S. Environmental Protection Agency*, No. 1:26-cv-02185-BAH ("*California v. EPA*"). That same day, California filed a Notice of Pendency of Other Action regarding *California v. EPA* in its Northern District of California litigation, *California v. United States*, No. 4:25-cv-04966, ECF 244 (N.D. Cal.), but has not filed a notice in this case. OEM Plaintiffs do not believe that *California v. EPA* is related under Local Rule 123 to the instant action, *Daimler Truck North America LLC v. California Air Resources Board*, No. 2:25-cv-02255-DC ("*Daimler*"), but given the overlapping subject matter and arguments, OEM Plaintiffs file this Notice out of candor and to provide the Court with full information regarding the context of this litigation.

*California v. EPA* centers around EPA's June 12, 2026 announcement that the agency would transmit four Clean Air Act preemption waivers to Congress for review under the Congressional Review Act ("CRA"). Complaint ¶¶ 7, 9, *California v. EPA*, ECF 1. California filed a motion for a preliminary injunction in *California v. EPA* on June 25, 2026. Mot. for Prelim. Inj., *California v. EPA*, ECF 13. According to California, to facilitate this submission, EPA "reclassif[ied]" those waivers "into 'rules.'" *Id.* at 1–2. California contends that both the reclassification and the submission of the waivers to Congress were unlawful. Complaint ¶¶ 94–127, *California v. EPA*, ECF 1. California seeks to halt the CRA process before Congress considers whether, and by what procedures, to disapprove the waivers, and requests vacatur of EPA's actions plus declaratory and injunctive relief. *Id.* at 28–29 (Prayer for Relief). California's motion will be fully briefed by July 17, 2026. *See* Minute Order, *California v. EPA*, No. 1:26-cv-02185-BAH (D.D.C. June 26, 2026).

This District's Local Rule 123 provides that counsel "shall" file a Notice of Related Cases to consider whether cases should be related when counsel has "reason to believe that an action on file … may be related to another action on file." L.R. 123. "Pursuant to Local Rule 123, cases may only be related if they are both filed within the Eastern District." *Coldwell Solar, Inc. v. ACIP*

Gibson, Dunn & Crutcher LLP

1

*Energy LLC*, 2021 WL 3857981, at *3 (E.D. Cal. Aug. 30, 2021). *California v. EPA* was not filed within this District and, therefore, is not related to the instant action under Local Rule 123.

In the new litigation, California raises many of the arguments it has raised in the instant case and before the Northern District of California in *California v. United States,* No. 4:25-cv-04966, including that EPA's purported "reclassifications" of the waivers violated the Administrative Procedure Act and were *ultra vires*. *Compare* Compl. ¶¶ 94–127, *California v. EPA*, ECF 1, *with* First Am. Compl. ¶¶ 120–148, *California v. United States*, ECF 157. The principal difference is the point in the CRA process at which California seeks relief: in *California v. United States* (and here in *Daimler*), California challenges laws that have already been enacted, while in *California v. EPA*, it requests relief before Congress acts. Compl. ¶¶ 94–127, *California v. EPA*, ECF 1; ECF 147-1 (Defs.' Cross-MSJ & Opp. Pls.' MSJ) at 18–26; First Am. Compl. ¶¶ 149–184, *California v. United States*, ECF 157. In support of that request, California contends that regulatory uncertainty, including the risk of sanctions resulting from a shift in the enforceability of state standard, leaves it unable to "wait and see" whether the waivers will be invalidated and that it must instead begin the "time-consuming and costly development" of compliance measures now, incurring costs that are irreparable because they cannot be recovered from a sovereign—a theory of harm that parallels what the OEM Plaintiffs have alleged in this action. Mot. for Prelim. Inj. at 31, *California v. EPA*, ECF 13-1.

Dated: July 15, 2026

Respectfully submitted on behalf of all under-signed parties,

BENJAMIN WAGNER, SBN 163581

**GIBSON, DUNN & CRUTCHER LLP**
BENJAMIN WAGNER, State Bar No. 163581
310 University Avenue
Palo Alto, CA 94301-1744
Telephone:    650.849.5395
Facsimile:     650.849.5095
BWagner@gibsondunn.com
RACHEL S. BRASS, SBN 219301

Gibson, Dunn & Crutcher LLP

One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:    415.393.8293
Facsimile:    415.393.8306
RBrass@gibsondunn.com

STACIE B. FLETCHER, *pro hac vice*
MIGUEL A. ESTRADA, *pro hac vice*
JACOB T. SPENCER, *pro hac vice*
VERONICA J.T. GOODSON, SBN 314367
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone:    202.955.8500
Facsimile:    202.467.0539
SFletcher@gibsondunn.com
MEstrada@gibsondunn.com
JSpencer@gibsondunn.com
VGoodson@gibsondunn.com

*Attorneys for Plaintiff Daimler Truck North America LLC*

/s/ *Robin M. Hulshizer*
(as authorized on July 13, 2026)
ROBIN M. HULSHIZER, SBN 158486

**LATHAM & WATKINS LLP**

ROBIN M. HULSHIZER, SBN 158486
ARTHUR FOERSTER, *pro hac vice*
KEVIN M. JAKOPCHEK, *pro hac vice*
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: 312.876.7700
Facsimile: 312.993.9767
Robin.hulshizer@lw.com
Arthur.foerster@lw.com
Kevin.jakopchek@lw.com

BELINDA S. LEE, SBN 199635
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Belinda.lee@lw.com

*Attorneys for Plaintiff International Motors, LLC*

/s/ *Jeffrey M. Goldman*
(as authorized on July 13, 2026)
JEFFREY M. GOLDMAN, SBN 233840

**TROUTMAN PEPPER LOCKE LLP**

JEFFREY M. GOLDMAN, SBN 233840
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

/s/ *Joseph A. Ostoyich*
(as authorized on July 14, 2026)
JOSEPH A. OSTOYICH (pro hac vice)

**CLIFFORD CHANCE LLP**

JOSEPH A. OSTOYICH, *pro hac vice*
WILLIAM LAVERY, *pro hac vice*
STEVE NICKELSBURG, *pro hac vice*
DANIELLE MORELLO, *pro hac vice*
DOROTHEA R. ALLOCCA, *pro hac vice*
2001 K Street NW
Washington, DC 20006-1001
Telephone: 202.253.9077
joseph.ostoyich@cliffordchance.com
william.lavery@cliffordchance.com
steve.nickelsburg@cliffordchance.com
danielle.morello@cliffordchance.com
dodi.allocca@cliffordchance.com

**ILLOVSKY GATES & CALIA LLP**

EUGENE ILLOVSKY, SBN 117892
KEVIN CALIA, SBN 227406
1611 Telegraph Avenue, Suite 806
Oakland, CA 94612
Telephone: 415.500.6643
Eugene@illovskygates.com
Kevin@illovskygates.com

*Attorneys for Plaintiff PACCAR Inc*

Gibson, Dunn &
Crutcher LLP

3

Telephone:    213.928.9800
Facsimile:    213.928.9850
jeffrey.goldman@troutman.com

T. SCOTT MILLS, SBN 313554
600 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia 30308-2305
Telephone:    404.885.3000
Facsimile:    404.885.3900
scott.mills@troutman.com

JEREMY HEEP, *pro hac vice*
DANIEL J. BOLAND, *pro hac vice*
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103
Telephone:    215.981.4000
Facsimile:    215.981.4750
daniel.heep@troutman.com
daniel.boland@troutman.com

*Attorneys for Plaintiff Volvo Group North America, LLC*

Gibson, Dunn &
Crutcher LLP

4