ROB BONTA, State Bar No. 202668
Attorney General of California
MYUNG J. PARK, State Bar No. 210866
Supervising Deputy Attorney General
BENJAMIN P. LEMPERT, State Bar No. 344239
DAVID M. MEEKER, State Bar No. 273814
SARAH M. PFANDER, State Bar No. 347902
CECILIA D. SEGAL, State Bar No. 310935
M. ELAINE MECKENSTOCK, State Bar No. 268861
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-0299
 Fax:  (510) 622-2270
 E-mail:  Elaine.Meckenstock@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAIMLER TRUCK NORTH AMERICA, LLC; INTERNATIONAL MOTORS, LLC; PACCAR, INC.; and VOLVO GROUP NORTH AMERICA, LLC,** | 2:25-cv-02255-DC-AC |
| Plaintiffs, | **DECLARATION OF SARAH M. PFANDER IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT** |
| **THE UNITED STATES OF AMERICA;** and **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,** | Judge:       The Honorable Dena Coggins<br>Trial Date:   None Set<br>Action Filed:  August 11, 2025 |
| Plaintiff-Intervenors, | |
| v. | |
| **CALIFORNIA AIR RESOURCES BOARD, STEVEN S. CLIFF,** in his official capacity as the Executive Officer of the California Air Resources Board; and **GAVIN NEWSOM,** in his official capacity as the Governor of California, | |
| Defendants. | |

1

I, Sarah M. Pfander, declare as follows:

1.    I am a Deputy Attorney General in the California Attorney General's Office, counsel for Defendants in this matter, and admitted to practice in this Court. Unless otherwise indicated, this Declaration is based on my personal knowledge, and, if called as a witness, I could and would testify to the statements herein.

2.    A true and correct copy of the press release by the U.S. Environmental Protection Agency (EPA) dated June 30, 2026 is attached hereto as **Exhibit A**. Exhibit A is publicly available at, and on July 17, 2026, was downloaded from: https://www.epa.gov/newsreleases/epa-fulfills-statutory-obligation-transmitting-four-california-waiver-rules-congress.

3.    A true and correct copy of the Complaint filed in the U.S. District Court for the District of Columbia, in the matter *California v. EPA*, Case No. 1:26-cv-02185-BAH is attached hereto as **Exhibit B**, which was downloaded from the public docket on July 17, 2026.

4.    A true and correct copy of EPA's Memorandum in Opposition to Platiniff's Motion for Preliminary Injunction and in Support of EPA's Motion to Dismiss, filed in *California v. EPA*, ECF No. 21, is attached hereto as **Exhibit C**, which was downloaded from the public docket on July 17, 2026.

5.    A true and correct copy of California's Reply in Support of Preliminary Injunction Motion and Opposition to EPA's Motion to Dismiss, filed in *California v. EPA*, ECF No. 27 is attached hereto as **Exhibit D**, which was downloaded from the public docket on July 22, 2026.

6.    A true and correct copy of an op-ed by Aaron Szabo, EPA Assistant Administrator for the Office of Air and Radiation, with the title *EPA will keep its foot on the gas in 2026, ending burdensome regulations*, published in *The Hill* on December 19, 2025, is attached hereto as **Exhibit E**. Exhibit E is publicly available at, and, on July 20, 2026, was downloaded from: https://thehill.com/opinion/energy-environment/5653704-epa-will-keep-its-foot-on-the-gas-in-2026-ending-burdensome-regulations/.

7.    A true and correct copy of the Final Brief of State and Local Government Respondent-Intervenors, filed on March 20, 2023 in the U.S. Court of Appeals for the D.C.

Pfander Decl. in Support of Reply re Cross-Mot. for Summary Judgment (2:25-cv-02255-DC-AC)

Circuit in *Ohio v. EPA*, No. 22-1081, Doc. No. 1990949 is attached as **Exhibit F**, which was downloaded from the public docket on July 23, 2026.

8.    A true and correct copy of the California Air Resources Board's (CARB's) June 30, 2026 Second Notice of Public Availability of Modified Text and Availability of Additional Documents and/or Information is attached hereto as **Exhibit G**. Exhibit G is publicly available at, and on July 23, 2026, was downloaded from:

https://ww2.arb.ca.gov/sites/default/files/barcu/regact/2025/orhdlcfs/2nd15d_notice.pdf.

9.    A true and correct copy of CARB's July 21, 2026 Third Notice of Public Availability of Modified Text and Availability of Additional Documents and/or Information is attached hereto as **Exhibit H**. Exhibit H is publicly available at, and on July 23, 2026, was downloaded from:

https://ww2.arb.ca.gov/sites/default/files/barcu/regact/2025/orhdlcfs/3rd15d_notice.pdf.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed on July 24, 2026.

*/s/ Sarah M. Pfander*
SARAH M. PFANDER
Deputy Attorney General
*Attorney for Defendants*

Pfander Decl. in Support of Reply re Cross-Mot. for Summary Judgment (2:25-cv-02255-DC-AC)