# Exhibit E

# EPA will keep its foot on the gas in 2026, ending burdensome regulations



*AP Photo/Matt Rourke, File*

Throughout the 2024 campaign, President Trump sent a very clear message to the U.S. auto industry: Under his leadership it would be revived. Biden-era vehicle policies were infeasible, unrealistic, and would not work either for American consumers or the auto industry.

Our predecessors believed they could force their climate agenda upon Americans and remove consumer choice. We saw this with their electric vehicle mandate, which Americans flat-out rejected. Implementing Trump's agenda, the Environmental Protection Agency is taking a different approach.

EPA Administrator Lee Zeldin made protecting and bringing back American auto jobs one of his five pillars for his Powering the Great American Comeback initiative. As the assistant administrator for the office of air and radiation, my team is delivering.

This year, we have announced significant proposals and actions to bring certainty back to industry and choice back to American families. We have done this while simultaneously following the law and furthering the agency's core mission of protecting human health and the environment.

1

This includes the agency's proposal to repeal the 2009 Endangerment Finding and subsequent greenhouse gas vehicle rules. As 2026 approaches, the agency is working to build on its 2025 accomplishments.

On March 12, 2025, EPA launched the most consequential day of deregulation in agency history to reduce red tape and bring common sense back to rulemaking. In 2026, Americans can expect to see the reconsideration of two regulations — one pertaining to Model Year 2027 and Later Light-and Medium-Duty Vehicles, and the 2022 Heavy-Duty Engine and Vehicle NOx rule.

The Biden administration imposed the former regulation in an attempt to force electric vehicles upon American families. This utterly failed, as the Biden officials developing the regulation vastly overestimated the future share of electric vehicles in the market. Where they projected shares of electric vehicles to be 17 percent in 2026, the actual share is only about 9 percent. This left automakers scrambling to adapt to something their customers didn't want.

The latter rule was no different. Starting in model year 2027, the Biden EPA would have hit truck companies, fleet owners, and individual truck drivers with a significant economic impact. The Trump EPA, in contrast, firmly believes we do not have to choose between fulfilling our core mission of protecting human health and the environment and boosting the economy.

Keeping promises is a very important principle to this administration. That is why, in early 2026, EPA will propose a two-year delay to the Biden administration's Model Year 2027 and Later Light-and Medium-Duty Vehicles regulation. The agency is also working on a new rule for Model Year 2029 and beyond that better reflects reality, promotes consumer choice, and helps bring down prices.

Additionally in early 2026, EPA will address the 2022 Heavy-Duty Engine and Vehicle NOx rule. The agency is identifying strategic opportunities to streamline costs and reduce regulatory burdens.

One change we intend to propose will revise the Biden-era rule's warranty provisions. This revision, if finalized, would reduce compliance costs by up to 50 percent. We are also considering an extension of what is known as "regulatory useful life." This gets a bit into the weeds, but American truckers understand its significance. The gist is that the Biden administration's changes increased the cost of engines — we intend to make engines cheaper and in turn lower the costs of the goods that trucks carry.

We are also looking into other changes that will increase choice and lower costs. Although the Trump administration would not have finalized the Biden standards, the required lead time within the Clean Air Act renders us unable to change the emissions standard itself.

At EPA, we are standing up for American families and businesses, while also doing our job to protect human health and the environment. This is a commitment we are proud to make and look forward to furthering on behalf of the president and the public in 2026.

*Aaron Szabo is EPA assistant administrator for the office of air and radiation.*

■

2