# Exhibit G

State of California
Air Resources Board

# Second Notice of Public Availability of Modified Text and Availability of Additional Documents and/or Information

## Proposal to Permanently Adopt the Emergency Vehicle Emissions Regulations

Public Hearing Date: March 26, 2026
Public Availability Date for First 15-Day Changes: April 3, 2026
Public Availability Date for Second 15-Day Changes: June 30, 2026
Deadline for Public Comment on Second 15-Day Changes: July 15, 2026

At its March 26, 2026 public hearing, the California Air Resources Board (CARB or Board) approved the permanent adoption of the Emergency Vehicle Emissions Regulations adopted via emergency rulemaking, which became effective on October 2, 2025. The Board approved for permanent adoption the proposed sections 1900, 1956.8, 1961.2, 1961.3, 1962.2, 1962.3, 1965, 1968.2, 1968.5, 1969, 1971.1, 1971.5, 1976, 1978, 2035, 2036, 2037, 2038, 2040, 2111, 2112, 2113, 2114, 2115, 2116, 2117, 2118, 2119, 2121, 2123, 2125, 2126, 2127, 2128, 2129, 2130, 2131, 2133, 2137, 2139, 2139.5, 2140, 2141, 2142, 2143, 2144, 2145, 2146, 2147, 2148, 2149, 2166, 2166.1, 2167, 2168, 2169, 2169.1, 2169.2, 2169.3, 2169.4, 2169.5, 2169.6, 2169.7, 2169.8, 2170, 2317, 2423, 2485, 2903, 1900.0.1, 1956.8.1, 1961.2.1, 1961.3.1, 1962.2.1, 1962.3.1, 1965.0.1, 1968.2.1, 1968.5.1, 1969.0.1, 1971.1.1, 1971.5.1, 1976.0.1, 1978.0.1, 2035.0.1, 2036.0.1, 2037.0.1, 2038.0.1, 2040.0.1, 2111.0.1, 2112.0.1, 2113.0.1, 2114.0.1, 2115.0.1, 2116.0.1, 2117.0.1, 2118.0.1, 2119.0.1, 2121.0.1, 2123.0.1, 2125.0.1, 2126.0.1, 2127.0.1, 2128.0.1, 2129.0.1, 2130.0.1, 2131.0.1, 2133.0.1, 2137.0.1, 2139.0.1, 2140.0.1, 2141.0.1, 2142.0.1, 2143.0.1, 2144.0.1, 2145.0.1, 2146.0.1, 2147.0.1, 2148.0.1, 2149.0.1, 2317.0.1, 2423.0.1, 2485.0.1, and 2903.0.1, Title 13, California Code of Regulations (CCR); sections 95300, 95301, 95302, 95303, 95304, 95305, 95306, 95307, 95308, 95309, 95310, 95311, 95312, 95660, 95661, 95662, 95663, 95664, 95300.0.1, 95301.0.1, 95302.0.1, 95303.0.1, 95304.0.1, 95305.0.1, 95306.0.1, 95307.0.1, 95308.0.1, 95309.0.1, 95310.0.1, 95311.0.1, 95312.0.1, 95660.0.1, 95661.0.1, 95662.0.1, 95663.0.1, and 95664.0.1, Title 17, CCR. The regulatory action confirmed that, until a court resolves the uncertainty created by the federal government's actions, certain antecedent regulations (displaced by Advanced Clean Cars II and On-Road Heavy-Duty Engine and Vehicle Omnibus (Omnibus) regulations) remain operative (as previously adopted) with the caveat that CARB may enforce Advanced Clean Cars II and Omnibus regulations, to the extent permitted by law, in the event a court of law

holds invalid the congressional resolutions[1] purporting to disapprove the waivers[2] for those regulations.

The Board directed the Executive Officer to make the modified regulatory language, and any additional conforming modifications available for public comment, with any additional supporting documents and information, for a period of at least 15 days as required by Government Code section 11346.8. The Board further directed the Executive Officer to consider written comments submitted during the public review period and make any further modifications that are appropriate available for public comment for at least 15 days and present the regulation to the Board for further consideration, if warranted, or take final action to adopt the regulation after addressing all appropriate modifications.

The resolution and all other regulatory documents for this rulemaking are available online on *CARB's website*. The original regulatory documents included proposals for three regulatory items: amendments to the Omnibus Regulation, amendments to the Low Carbon Fuel Standard (LCFS) Regulation, and Permanent Adoption of the Emergency Vehicle Emissions Regulations. At the March 26, 2026, public hearing, the Board considered only the Permanent Adoption of the Emergency Vehicle Emissions Regulations. A separate notice of public hearing may be released to consider adopting the proposed amendments to the Omnibus Regulation (Appendices A-1, A-2, B-1, B-2, B-3, C-A-1, C-A-2, C-B-1, C-B-2, C-B-3, D, and E, and the Omnibus portion of the Staff Report: Initial Statement of Reasons), and the LCFS Regulation (Appendices A-7 and F), at a later date.

On April 3, 2026, CARB posted a Notice of Public Availability of Modified Text and Availability of Additional Documents and/or Information (First 15-Day Changes), with a 15-day public comment period which ended on April 20, 2026.

CARB has determined that additional modifications are appropriate for the proposed amendments and has developed the proposed modifications (Second 15-Day Changes) as stated below in the "Summary of Proposed Modifications" section of this Notice. The Appendices showing the specific proposed modifications to the text of the proposed regulation being made with these Second 15-Day Changes are shown in multiple ways to meet the requirements of the Administrative Procedure Act (APA) while also posting alternate/complementary versions that provide increased accessibility to view the modifications in multiple ways.

The Appendices are as follows:

**Appendix A-3 - Modifications to Sections 1956.8, 1961.2, 1962.1, 1965, 2036, 2037, 2112, and 2141, Title 13, CCR**

- Appendix A-3.1: Proposed Second 15-Day Changes to Proposed Regulation Order (compared to the First 15-Day Changes)

- Appendix A-3.2: ~Alternative format to Appendix A-3.1~

- Appendix A-3.3: Proposed Second 15-Day Changes to Proposed Regulation Order (compared to Existing Regulatory Text) in Alternative format

---

[1] *H.J. Res. 87 (119th Congress)*, *H.J. Res. 88 (119th Congress)*, *H.J. Res. 89 (119th Congress)*.
[2] *88 Fed. Reg. 20688*, *90 Fed. Reg. 642*, *90 Fed. Reg. 643*.

**Appendix A-5 - Modifications to Sections 95300, 95301, 95302, 95303, 95304, 95305, 95306, 95307, 95311, 95662, and 95663, Title 17, CCR**

- Appendix A-5.1: Proposed Second 15-Day Changes to Proposed Regulation Order (compared to the First 15-Day Changes)

- Appendix A-5.2: ~Alternative format to Appendix A-5.1~

- Appendix A-5.3: Proposed Second 15-Day Changes to Proposed Regulation Order (compared to Existing Regulatory Text) in Alternative format

**Appendix A-8 - Modifications to Sections 1961.2.1, 1962.2.1, 1965.0.1, 1976.0.1 and 1978.0.1, and adding a new Section 1962.1.1, Title 13, CCR**

- Appendix A-8.1: Proposed Second 15-Day Changes to Proposed Regulation Order (compared to the First 15-Day Changes)

- Appendix A-8.2: ~Alternative format to Appendix A-8.1~

- Appendix A-8.3: Proposed Second 15-Day Changes to Proposed Regulation Order (compared to Existing Regulatory Text) in Alternative format

The Appendices showing the specific proposed modifications to the text of the proposed regulation orders available for comment with this Notice are provided in the two formats denoted with the suffixes ".1" and ".2." The files with the ".3" suffixes are provided for informational purposes only and all comments should only reference files with the ".1" and ".2" suffixes.

In the version denoted Appendices A-3.1, A-5.1, and A-8.1, the originally proposed regulatory text made available September 23, 2025 (*45-Day Proposal*), and the proposed modifications released on April 3, 2026 (*First 15-Day Changes*) are shown in "normal type." The deletions and additions to the First 15-Day Changes that comprise the Second 15-Day Changes that are being made public and available for comment with this Notice are shown in ~~strikeout~~ to indicate deletions and <u>underline</u> to indicate additions.

In the version denoted Appendices A-3.2, A-5.2, and A-8.2, the Second 15-Day Changes are provided in tracked-changes format to meet the requirement for accessible electronic documents. The 45-Day Proposal and the First 15-Day Changes are incorporated into this version as plain, clean text because they are not being made available for public comment by this Notice. The proposed Second 15-Day Changes are shown in tracked changes and are made public with this Notice and available for comment. To review this document in a clean format, without underline or strikeout to show changes, that shows all the proposed regulations being considered for adoption, please select "Simple Markup" or "No Markup," or accept all changes in Microsoft Word's Review menu. You can also change the view to the First 15-Day Changes by selecting "Original" or rejecting all tracked changes. Additionally, "Advanced Track Changes Options" will allow for further options regarding color and other markings.

In the version denoted Appendices A-3.3, A-5.3, and A-8.3 , the *Existing Regulatory Text* as approved by the Office of Administrative Law (OAL) and filed with the Secretary of State on October 2, 2025, is shown as plain, clean text, while the proposed First 15-Day Changes and Second 15-Day Changes are shown in tracked changes. To review the net proposal in this document in a clean format (no underline or strikeout to show changes), please select "Simple Markup" or "No Markup" in Microsoft Word's Review menu or accept all changes. You can also

change the view to the original (Existing Regulatory Text currently adopted into the CCR) by selecting "Original" or rejecting all tracked changes. By progressing through the changes and comparing them with the First 15-Day Changes and Second 15-Day Changes, the public can see the net and stepwise changes being proposed in relation to existing law. Please refer to the version denoted A-3.1, A-5.1, and A-8.1 to review the Second 15-Day Changes available for comment and its companion/alternate version A-3.2, A-5.2, and A-8.2, to view an accessible version showing the Second 15-Day Changes. After the release of the 45-Day Proposal, additional non-substantive changes were incorporated in the regulatory text to ensure the regulatory text matched the historical version intended. Therefore, the Existing Regulatory Text is not identical to the 45-Day Proposal. As a result, the A-3.3, A-5.3, and A-8.3 versions of the appendices are necessary to show all changes relative to the finalized Existing Regulatory Text.

In the Final Statement of Reasons, staff will respond to all comments received on the record as provided in the notice during the comment periods. The APA requires that staff respond to comments received regarding all noticed changes. Therefore, staff will only address comments received during this 15-day comment period that are responsive to this Notice, documents added to the record, or the changes detailed in Appendices A-3.1, A-5.1, and A-8.1.

## Summary of Proposed Modifications

The following summary does not include all modifications to correct typographical or grammatical errors, changes in numbering or formatting, nor does it include all the non-substantive revisions made to improve clarity.

### (A)    Proposed Modifications to Title 13, CCR (Appendix A-3)

**a. Appendix A-3.1: Proposed Second 15-Day Changes to Proposed Title 13 Regulation Order (Compared to the First 15-Day Changes)**

1. In sections 1956.8, 1961.2, 1965, 2036, 2037, 2112, and 2141, the proposed amendments add clarifying language stating that CARB is not enforcing the Phase 2 Greenhouse Gas (GHG) emission standards. Under section 209(b) of the Clean Air Act, California must obtain a waiver from the U.S. Environmental Protection Agency (U.S. EPA) before enforcing any state standards that apply to new on-road vehicles and engines. Because CARB did not seek a waiver for the Phase 2 GHG emission standards, those standards are currently preempted and cannot be enforced. Accordingly, CARB staff is proposing to add clarifying language stating that CARB will not enforce the Phase 2 GHG regulations until such time that a waiver is granted by the U.S. EPA.

2. In section 1962.1, two introductory paragraphs that begin with "Unless and until a court of competent jurisdiction" and "However, if a court of competent jurisdiction" were added to clarify that this section serves as the alternative compliance option to section 1962.1.1 and that 1962.1 would be the only compliance option left if a court issues a final ruling that invalidates the congressional resolutions or that the U.S. EPA waivers mentioned in those paragraphs are in effect.

## b. Appendix A-3.3: Proposed Second 15-Day Changes to Proposed Title 13 Regulation Order (Compared to Existing Regulatory Text)

1. In sections 1900, 1956.8, 1961.2, 1961.3, 1962.2, 1962.3, 1965, 1968.2, 1968.5, 1969, 1971.1, 1971.5, 1976, 1978, 2035, 2036, 2037, 2038, 2040, 2111, 2112, 2113, 2114, 2115, 2116, 2117, 2118, 2119, 2121, 2123, 2125, 2126, 2127, 2128, 2129, 2130, 2131, 2133, 2137, 2139, 2139.5, 2140, 2141, 2142, 2143, 2144, 2145, 2146, 2147, 2148, 2149, 2166, 2166.1, 2167, 2168, 2169, 2169.1, 2169.2, 2169.3, 2169.4, 2169.5, 2169.6, 2169.7, 2169.8, 2170, 2317, 2423, 2485, and 2903, the proposed amendments add references to H.J. Res. 87 (119th Congress) and the April 6, 2023, waiver issued by U.S. EPA (88 Fed. Re. 20,688, April 6, 2023). These revisions ensure that these sections fully and accurately identify the federal actions that may affect the applicability of California's emission standards. The April 6, 2023, waiver includes the Heavy-Duty Vehicle and Engine Emission Warranty and Maintenance Provisions, which are directly relevant to this rulemaking. The amendments are technical and clarifying in nature and do not change existing regulatory requirements. Their purpose is to improve accuracy and completeness in the federal cross-references used to determine the operative standards pending judicial review.

2. In section 1961.4, two introductory paragraphs that begin with "Unless and until a court of competent jurisdiction" and "However, if a court of competent jurisdiction" were added to clarify that this section serves as the alternative compliance option to section 1961.2.1 and that 1961.4 would be the only compliance option left if a court issues a final ruling that invalidates the congressional resolutions or that the U.S. EPA waivers mentioned in those paragraphs are in effect.

3. In section 1962.1, two introductory paragraphs that begin with "Unless and until a court of competent jurisdiction" and "However, if a court of competent jurisdiction" were added to clarify that this section serves as the alternative compliance option to section 1962.1.1 and that 1962.1 would be the only compliance option left if a court issues a final ruling that invalidates the congressional resolutions or that the U.S. EPA waivers mentioned in those paragraphs are in effect.

4. In section 1962.3, proposed modification was made to correct a clerical error in the second paragraph from "1900" to "1962.3" that would otherwise not be sensical.

5. In section 1962.4, two introductory paragraphs that begin with "Unless and until a court of competent jurisdiction" and "However, if a court of competent jurisdiction" are added to clarify that this section serves as  the alternative compliance option to section 1962.2.1 and that 1962.4 would be the only compliance option left if a court issues a final ruling that invalidates the congressional resolutions or that the U.S. EPA waivers mentioned in those paragraphs are in effect.

6. In section 1968.5, the citation "and Engine Manufacturers Association v. California Air Resources Board (2014) 231 Cal.App.4th 1022" was moved from "Reference" to "Authority cited." This case is properly cited at the end of the authority section, as the case clarified CARB's authority to adopt certain provisions of the on-board diagnostic system regulations—specifically, the court held CARB's statutory authority under sections 39601, 43013, 43018, and 43000.5 (among others) authorizes the adoption of manufacturer in-use testing requirements. This change is non-substantial.

7. In section 2485, the phrase "; and Western Oil & Gas Assn. v. Orange County Air Pollution Control Dist. (1975), 14 Cal.3d.411" was removed from the Authority citation. This change is non-substantial.

8. In sections 1956.8, 1961.2, 1965, 2036, 2037, 2112, and 2141, the proposed amendments add a clarifying language stating that CARB is not enforcing the Phase 2 GHG emission standards. Under section 209(b) of the Clean Air Act, California must obtain a waiver from the U.S. EPA before enforcing any state standards that apply to new on-road vehicles and engines. Because CARB did not seek a waiver for the Phase 2 GHG emission standards, those standards are currently preempted and cannot be enforced. Accordingly, CARB staff is proposing to add clarifying language stating that CARB will not enforce the Phase 2 GHG regulations until such time that a waiver is granted by the U.S. EPA.

## (B)   Proposed Modifications to Title 17, CCR (Appendix A-5)

### a. Appendix A-5.1: Proposed Second 15-Day Changes to Proposed Title 17 Regulation Order (Compared to the First 15-Day Changes)

1. In sections 95300, 95301, 95302, 95303, 95304, 95305, 95306, 95307, 95311, 95662, and 95663, the proposed amendments add a clarifying language stating that CARB is not enforcing the Phase 2 GHG emission standards. Under section 209(b) of the Clean Air Act, California must obtain a waiver from the U.S. EPA before enforcing any state standards that apply to new on-road vehicles and engines. Because CARB did not seek a waiver for the Phase 2 GHG emission standards, those standards are currently preempted and cannot be enforced. Accordingly, CARB staff is proposing to add clarifying language stating that CARB will not enforce the Phase 2 GHG regulations until such time that a waiver is granted by the U.S. EPA.

### b. Appendix A-5.3: Proposed Second 15-Day Changes to Proposed Title 17 Regulation Order (Compared to Existing Regulatory Text)

1. In sections 95300, 95301, 95302, 95303, 95304, 95305, 95306, 95307, 95308, 95309, 95310, 95311, 95312, 95660, 95661, 95662, 95663, and 95664, the proposed amendments add references to H.J. Res. 87 (119th Congress) and the April 6, 2023, waiver issued by U.S. EPA (88 Federal Register 20688). These revisions ensure that these sections fully and accurately identify the federal actions that may affect the applicability of California's emission standards. The April 6, 2023, waiver includes the Heavy-Duty Vehicle and Engine Emission Warranty and Maintenance Provisions, which are directly relevant to this rulemaking. The amendments are technical and clarifying in nature and do not change existing regulatory requirements. Their purpose is to improve accuracy and completeness in the federal cross-references used to determine the operative standards pending judicial review.

2. In sections 95300, 95301, 95302, 95303, 95304, 95305, 95306, 95307, 95311, 95662, and 95663, the proposed amendments add a clarifying language stating that CARB is not enforcing the Phase 2 GHG emission standards. Under section 209(b) of the Clean Air Act, California must obtain a waiver from the U.S. EPA before enforcing any state standards that apply to new on-road vehicles and engines. Because CARB did not seek a waiver for the Phase 2 GHG emission standards, those standards are currently preempted and cannot be enforced. Accordingly, CARB staff is proposing to add clarifying language stating

that CARB will not enforce the Phase 2 GHG regulations until such time that a waiver is granted by the U.S. EPA.

## (C) Proposed Modifications to Alternative Sections 1961.2.1, 1962.2.1, 1965.0.1, 1976.0.1, and 1978.0.1, and Adding a New Section 1962.1.1, Title 13, CCR (Appendix A-8)

### a. Appendix A-8.1: Proposed Second 15-Day Changes to Proposed Title 13 Regulation Order (Compared to the First 15-Day Changes)

1. The Emergency Vehicle Emissions Regulations clarify in Alternatives Sections 1961.2.1, 1962.1.1,1962.2.1, 1965.0.1, 1976.0.1, and 1978.0.1 that the criteria pollution provisions of the LEV III regulations remain operative, with the caveat that CARB may enforce Advanced Clean Cars II, to the extent permitted by law, if a court of law holds invalid the resolution purporting to disapprove the waiver under section 209(b) of the Clean Air Act. While the 45-Day Proposal reinstated the October 8, 2015 versions of sections 1961.2, 1962.2, 1965, 1976, and 1978, the proposed Amendments replace the text of the alternative section with the regulatory language from the December 31, 2012 version of section 1961.2, and replace the text of these alternative sections with the regulatory language from the December 31, 2012 versions of sections 1961.2, 1962.2, and 1976, and the August 7, 2012, versions of 1965 and 1978, all of which received a section 209(b) waiver under Clean Air Act in 2013, at 78 Fed. Reg. 2,112 (Jan. 9, 2013). This ensures that the alternative versions of the regulations have waivers of federal preemption as stated in the notice of proposed rulemaking.

2. In section 1961.2.1, the proposed modifications correct two typographical errors in the December 31, 2012, regulatory language. In subsection (a)(2)(B)1, Table "LEV III Particulate Emission Standard Values for Medium-Duty Vehicles, Other than Medium-Duty Passenger Vehicles," the weight range is corrected from "MDVs 10,000–140,000 lbs GVWR" to "MDVs 10,001–14,000 lbs GVWR." In subsection (c)(2)(B), under "For ULEV200s:", the denominator in the equation is corrected from "ULEV3200 standard" to "ULEV200 standard."

The Second 15-Day Proposal for sections 1961.2.1, 1962.2.1, 1965.0.1, 1976.0.1, and 1978.0.1 retains the following paragraph added to the beginning of each section during the First 15-Day Changes to align the 45-Day Proposal with Existing Regulatory Text adopted through emergency rulemaking effective October 2, 2025: *For purposes of this section, any cross-referenced section in title 13 or title 17 of the California Code of Regulations shall refer to the section identified as the alternative version "(Alternative)" for the corresponding section, to the extent an alternative version of that section exists.* Its intent is to provide clarity and prevent cross-referencing issues within the alternative regulatory text. This same paragraph was added to the beginning of the new section 1962.1.1 for the same reason. No other changes from the First 15-Day Changes are reflected in this Second 15-Day Proposal.

### b. Appendix A-8.3: Proposed Second 15-Day Changes to Proposed Title 13 Regulation Order (Compared to Existing Regulatory Text)

1. The existing regulatory text as approved by OAL and filed with the Secretary of State on October 2, 2025, reinstated the October 8, 2015, versions of sections 1961.2, 1962.2, 1965, 1976, and 1978 as alternative sections 1961.2.1, 1962.2.1, 1965.0.1, 1976.0.1, and 1978.0.1. Although these 2015 versions were previously operative under California

law, they postdate the 2013 U.S. EPA waiver (78 Fed. Reg. 2,112, Jan. 9, 2013) and therefore are not themselves the subject of that waiver. To ensure that the regulations reinstated through this emergency rulemaking are covered under a Clean Air Act section 209(b) waiver, as stated in the initial notice of proposed rulemaking, the Second 15-Day Changes replace the text of alternative sections 1961.2.1, 1962.2.1, and 1976.0.1 with the regulatory text of the December 31, 2012 versions of sections 1961.2, 1962.2, and 1976, and replace the text of alternative sections 1965.0.1, and 1978.0.1 with the August 7, 2012 versions of sections 1965 and 1978, all of which are covered by the 2013 waiver. In addition, the Second 15-Day Changes add new alternative section 1962.1.1, containing the December 31, 2012 version of section 1962.1.

## Additional Documents Incorporated by Reference (Cal. Code Regs., tit. 1, § 20, subd. (c)(3))

The following documents, standards, and test procedures would be incorporated in the Emergency Vehicle Emissions regulations by reference as specified by the following sections of emergency regulations or by the original regulatory section in which they were adopted:

- CARB, "California Exhaust Emission Standards and Test Procedures for 2018 and Subsequent Model Zero-Emission Vehicles, in the Passenger Car, Light-Duty Truck and Medium-Duty Vehicle Classes", amended December 6, 2012, incorporated by reference in 13, CCR, sections 1961.2.1 and 1962.2.1.
- CARB, "California Environmental Performance Label Specifications for 2009 and Subsequent Model Year Passenger Cars, Light-Duty Trucks, and Medium-Duty Passenger Vehicles", amended March 22, 2012, incorporated by reference in 13, CCR, section 1965.0.1.
- CARB, "California Test Procedure for Evaluating Substitute Fuels and New Clean Fuels Through 2014", amended March 22, 2012, incorporated by reference in 13, CCR, section 2317.0.1.

These documents are available for inspection at the California Air Resources Board, 1001 I Street, Sacramento, California, 95814, between the hours of 9:00am to 4:00pm, Monday through Friday (excluding holidays). To inspect these documents please contact Lindsay Garcia, Regulations Coordinator, at (916) 546-2286 or *Regulations@arb.ca.gov*.

## Agency Contacts

Inquiries concerning the substance of the proposed regulation may be directed to Daniel Hawelti, Staff Air Pollution Specialist, On-Road Heavy-Duty Diesel Section, at (951) 542-3195 or *daniel.hawelti@arb.ca.gov* or (designated back-up contact) Mitzi Magtoto, Staff Air Pollution Specialist, On-Road Heavy-Duty Diesel Section, at (279) 208-7363 or *mitzi.magtoto@arb.ca.gov*.

## Public Comments

Written comments will only be accepted on the modifications identified in this Notice. Comments may be submitted by postal mail or by electronic submittal no later than the due date to the following:

Postal mail:

>    Clerks' Office, California Air Resources Board
>    1001 I Street, Sacramento, California 95814

*Electronic submittal*:  *https://ww2.arb.ca.gov/lispub/comm/bclist.php*

Please note that under the California Public Records Act (Gov. Code § 7921.00 et seq.), your written and verbal comments, attachments, and associated contact information (e.g., your address, phone, email, etc.) become part of the public record and can be released to the public upon request.

In order to be considered by the Executive Officer, comments must be directed to CARB in one of the two forms described above and received by CARB no later than the deadline date for public comment listed at the beginning of this notice. Only comments relating to the above described modifications to the text of the regulations shall be considered by the Executive Officer.

If you need this document in an alternate format or another language, please contact the Clerks' Office at (916) 322-5594 or by facsimile at (916) 322-3928 no later than five (5) business days from the release date of this notice. TTY/TDD/Speech to Speech users may dial 711 for the California Relay Service.

Si necesita este documento en un formato alterno u otro idioma, por favor llame a la oficina del Secretario del Consejo de Recursos Atmosféricos al (916) 322-5594 o envíe un fax al (916) 322-3928 no menos de cinco (5) días laborales a partir de la fecha del lanzamiento de este aviso. TTY/TDD/Personas que necesiten este servicio pueden marcar el 711 para el Servicio de Retransmisión de Mensajes de California.

>    California Air Resources Board

>    _____
>    Steven S. Cliff Ph.D.,
>    Executive Officer

Date: June 30, 2026

Attachments

*The energy challenge facing California is real. Every Californian needs to take immediate action to reduce energy consumption. For a list of simple ways you can reduce demand and cut your energy costs, see CARB's website (ww2.arb.ca.gov).*