# Exhibit H

State of California
Air Resources Board

# Third Notice of Public Availability of Modified Text

## Proposed Amendments to the Permanent Adoption of the Emergency Vehicle Emissions Regulations

Public Hearing Date: March 26, 2026
Public Availability Date for First 15-Day Changes: April 3, 2026
Public Availability Date for Second 15-Day Changes: June 30, 2026
Public Availability Date for Third 15-Day Changes: July 21, 2026
Deadline for Public Comment on Third 15-Day Changes: August 5, 2026

At its March 26, 2026, public hearing, the California Air Resources Board (CARB or Board) approved the permanent adoption of the Emergency Vehicle Emissions Regulations adopted via emergency rulemaking, which became effective on October 2, 2025. The Board approved for permanent adoption the proposed sections 1900, 1956.8, 1961.2, 1961.3, 1962.2, 1962.3, 1965, 1968.2, 1968.5, 1969, 1971.1, 1971.5, 1976, 1978, 2035, 2036, 2037, 2038, 2040, 2111, 2112, 2113, 2114, 2115, 2116, 2117, 2118, 2119, 2121, 2123, 2125, 2126, 2127, 2128, 2129, 2130, 2131, 2133, 2137, 2139, 2139.5, 2140, 2141, 2142, 2143, 2144, 2145, 2146, 2147, 2148, 2149, 2166, 2166.1, 2167, 2168, 2169, 2169.1, 2169.2, 2169.3, 2169.4, 2169.5, 2169.6, 2169.7, 2169.8, 2170, 2317, 2423, 2485, 2903, 1900.0.1, 1956.8.1, 1961.2.1, 1961.3.1, 1962.2.1, 1962.3.1, 1965.0.1, 1968.2.1, 1968.5.1, 1969.0.1, 1971.1.1, 1971.5.1, 1976.0.1, 1978.0.1, 2035.0.1, 2036.0.1, 2037.0.1, 2038.0.1, 2040.0.1, 2111.0.1, 2112.0.1, 2113.0.1, 2114.0.1, 2115.0.1, 2116.0.1, 2117.0.1, 2118.0.1, 2119.0.1, 2121.0.1, 2123.0.1, 2125.0.1, 2126.0.1, 2127.0.1, 2128.0.1, 2129.0.1, 2130.0.1, 2131.0.1, 2133.0.1, 2137.0.1, 2139.0.1, 2140.0.1, 2141.0.1, 2142.0.1, 2143.0.1, 2144.0.1, 2145.0.1, 2146.0.1, 2147.0.1, 2148.0.1, 2149.0.1, 2317.0.1, 2423.0.1, 2485.0.1, and 2903.0.1, Title 13, California Code of Regulations (CCR); sections 95300, 95301, 95302, 95303, 95304, 95305, 95306, 95307, 95308, 95309, 95310, 95311, 95312, 95660, 95661, 95662, 95663, 95664, 95300.0.1, 95301.0.1, 95302.0.1, 95303.0.1, 95304.0.1, 95305.0.1, 95306.0.1, 95307.0.1, 95308.0.1, 95309.0.1, 95310.0.1, 95311.0.1, 95312.0.1, 95660.0.1, 95661.0.1, 95662.0.1, 95663.0.1, and 95664.0.1, Title 17, CCR. The regulatory action confirmed that, until a court resolves the uncertainty created by the federal government's actions, certain antecedent regulations (displaced by Advanced Clean Cars II and On-Road Heavy-Duty Engine and Vehicle Omnibus (Omnibus) regulations) remain operative (as previously adopted) with the caveat that CARB may enforce Advanced Clean Cars II and Omnibus regulations, to the extent permitted by law, in the event a court of law holds invalid the congressional resolutions[1] purporting to disapprove the waivers[2] for those regulations.

---

[1] *H.J. Res. 87 (119th Congress)*, *H.J. Res. 88 (119th Congress)*, *H.J. Res. 89 (119th Congress)*.
[2] *88 Fed. Reg. 20688* (Apr. 6, 2023), *90 Fed. Reg. 642* (Jan. 6, 2025), *90 Fed. Reg. 643* (Jan. 6, 2025).

The Board authorized the Executive Officer to modify the regulatory language that was approved by the Board in March, if determined to be appropriate, and the Board directed that any additional conforming modifications be made available for public comment, with any additional supporting documents and information, for a period of at least 15 days as required by Government Code section 11346.8. The Board further directed the Executive Officer to consider written comments submitted during the public review period and make any further modifications that are appropriate available for public comment for at least 15 days and present the regulation to the Board for further consideration, if warranted, or take final action to adopt the regulation after addressing all appropriate modifications.

The Board resolution and all other regulatory documents for this rulemaking are available online on CARB's website. The original regulatory documents included proposals for three regulatory items: amendments to the Omnibus Regulation, amendments to the Low Carbon Fuel Standard (LCFS) Regulation, and Permanent Adoption of the Emergency Vehicle Emissions Regulations. At the March 26, 2026, public hearing, the Board considered only the Permanent Adoption of the Emergency Vehicle Emissions Regulations.

On April 3, 2026, CARB posted a Notice of Public Availability of Modified Text and Availability of Additional Documents and/or Information (First 15-Day Changes), with a 15-day public comment period which ended on April 20, 2026.

On June 30, 2026, CARB posted a Second Notice of Public Availability of Modified Text and Availability of Additional Documents and/or Information (Second 15-Day Changes), with a 15-day public comment period, which ended on July 15, 2026.

CARB has determined that additional modifications are appropriate for the proposed amendments to correct inadvertent errors that were made in the Second 15-Day Changes. CARB has developed the proposed modifications (Third 15-Day Changes) as stated below in the "Summary of Proposed Modifications" section of this Third Notice of Public Availability of Modified Text (Notice). The Appendices showing the specific proposed modifications to the text of the proposed regulation being made with these Third 15-Day Changes are shown in multiple ways to meet the requirements of the Administrative Procedure Act (APA) while also posting alternate/complementary versions that provide increased accessibility.

The Appendices are as follows:

**Appendix A-9 - Modifications to Sections 1962.1.1, 1962.2.1, Title 13, CCR**

- Appendix A-9.1: Proposed Third 15-Day Changes to Proposed Regulation Order (compared to Second 15-Day Changes)

- Appendix A-9.2: ~Alternative format to Appendix A-9.1~

- Appendix A-9.3: Proposed Third 15-Day Changes to Proposed Regulation Order (compared to Existing Regulatory Text) in Alternative format

**Appendix A-10 - Modifications to Sections 1962.1, Title 13, CCR**

2

- Appendix A-10.1: Proposed Third 15-Day Changes to Proposed Regulation Order (compared to Second 15-Day Changes)

- Appendix A-10.2: ~Alternative format to Appendix A-10.1~

- Appendix A-10.3: Proposed Third 15-Day Changes to Proposed Regulation Order (compared to Existing Regulatory Text) in Alternative format

The Appendices showing the specific proposed modifications to the text of the proposed regulation orders available for comment with this Notice are provided in the three formats denoted with the suffixes ".1," ".2," and ".3." The files with the ".2" and ".3" suffixes are provided for informational purposes only and all comments should only reference files with the ".1" suffixes.

In the version denoted Appendices A-9.1 and A-10.1, the Second 15-Day Changes (proposed regulatory language as posted on June 30, 2026) is shown in "normal type." The deletions and additions to the Second 15-Day Changes that comprise the Third 15-Day Changes that are being made public and available for comment with this Notice are shown in ~~strikeout~~ to indicate deletions and <u>underline</u> to indicate additions.

In the version denoted Appendices A-9.2 and A-10.2, the Third 15-Day Changes are provided in tracked-changes format to meet the requirement for accessible electronic documents. The Second 15-Day Changes are incorporated into this version as plain, clean text because they are not being made available for public comment by this Notice. The proposed Third 15-Day Changes are shown in tracked changes and are made public with this Notice and available for comment. To review this document in a clean format, without underline or strikeout to show changes, that shows all the proposed regulations being considered for adoption, please select "Simple Markup" or "No Markup," or accept all changes in Microsoft Word's Review menu. You can also change the view to the proposed regulatory text as provided in the Second 15-Day Changes by selecting "Original" or rejecting all tracked changes. Additionally, "Advanced Track Changes Options" will allow for further options regarding color and other markings.

In the version denoted Appendices A-9.3 and A-10.3, the Existing Regulatory Text as approved by the Office of Administrative Law (OAL) and filed with the Secretary of State on October 2, 2025 (and thus currently codified in the CCR), is shown as plain, clean text, while the proposed Third 15-Day Changes are shown in tracked changes. To review in a clean format (no underline or strikeout to show changes) how the regulatory text would read if the Third 15-Day Changes are adopted, please select "Simple Markup" or "No Markup" in Microsoft Word's Review menu or accept all changes. You can also change the view to the original (Existing Regulatory Text currently adopted into the CCR) by selecting "Original" or rejecting all tracked changes. By progressing through the changes and comparing them with the Third 15-Day Changes, the public can see the changes being proposed in relation to existing law. Please refer to the version denoted A-9.1 and A-10.1 to review the Third 15-Day Changes available for comment and its companion/alternate version A-9.2 and A-10.2, to view an accessible version showing the Third 15-Day Changes. After the release of the 45-Day Proposal, additional changes were incorporated in the Existing Regulatory Text once the

emergency regulations were approved. Therefore, the Existing Regulatory Text is not identical to the 45-Day Proposal. As a result, the .3 versions of the appendices are necessary to show all changes relative to the finalized Existing Regulatory Text.

CARB staff will respond to all comments received on the record during the comment periods in the Final Statement of Reasons. The APA requires that staff respond to comments received regarding all noticed changes. Therefore, with regard to this Third 15-Day Changes proposal, staff will only address comments received during this 15-day comment period that are responsive to this Notice and the changes detailed in Appendices A-9.1 and A-10.1.

## Summary of Proposed Modifications

The following summary does not include all modifications to correct typographical or grammatical errors, changes in numbering or formatting, nor does it include all the non-substantive revisions made to improve clarity.

(A) **Proposed Modifications to Alternative Sections 1962.1.1 and 1962.2.1, Title 13, CCR, (Appendix A-9)**

a. **Appendix A-9.1: Proposed Third 15-Day Changes to Proposed Title 13 Regulation Order (Compared to Second 15-Day Changes)**

1. Alternative Section 1962.1.1 was erroneously proposed to be added in the Second 15-Day Changes and is now being proposed to be removed in the Third 15-Day Changes. Thus, the entirety of section 1962.1.1 in this appendix is struck out in the proposed regulatory text in comparison to the Second 15-Day Changes.

2. In alternative Section 1962.2.1, the 45-Day Proposal reflected the reinstatement of the October 8, 2015, versions of Section 1962.2. However, to ensure that the LEV III regulations that are being reinstated by this Emergency Vehicle Emissions Rulemaking are the versions that are covered under a Section 209(b) waiver of preemption under the Clean Air Act, the Second 15-Day Changes replaced the proposed regulatory text of 1962.2.1 with the version of the regulatory text that is covered by a Clean Air Act waiver of preemption. In so doing, CARB erroneously reinstated the entirety of 1962.2, which was originally granted a waiver, thereby inadvertently proposing to reinstate the zero emissions vehicle (ZEV) sales requirements that sunset in model year 2025. To be clear, CARB did not intend to propose reinstating the ZEV requirements that have sunset in model year 2025. To correct this unintentional error, the Third 15-Day Changes replaces the regulatory text proposed by the Second 15-Day Changes, with regulatory text for (a) and (h) only, that limits Section 1962.2.1 to only the sections that CARB reinstated in the emergency rulemaking and intends to permanently reinstate.

b. **Appendix A-9.3: Proposed Third 15-Day Changes to Proposed Title 13 Regulation Order (Compared to Existing Regulatory Text)**

1. Alternative Section 1962.1.1 was erroneously proposed to be added in the Second 15-Day Changes, but CARB does not intend to propose the addition of that section. Thus,

4

in the Third 15-Day Changes, the entirety of section 1962.1.1 is asterisked in this appendix in comparison to the existing regulatory text, since, as compared to the existing text, there are no differences.

2.  The existing regulatory text of 1962.2.1 contains subdivisions (a) and (h) of the 2015 version of section 1962.2, with subdivisions (b) through (g) not reinstated. Likewise, the Third 15-Day Changes propose to reinstate the 2012 versions of subdivisions (a) and (h), but not (b) through (g), because the 2012 versions are covered under a waiver of preemption, which corresponds to CARB's intention to include only regulations in the permanent adoption of the Emergency Vehicle Emissions Regulations which are covered under a waiver and which CARB intends to be part of the current regulatory program or alternative.

**(B)    Proposed Modifications to Section 1962.1, Title 13, CCR (Appendix A-10)**
    **a.  Appendix A-10.1: Proposed Third 15-Day Changes to Proposed Title 13 Regulation Order (Compared to Second 15-Day Changes)**

1.  In the Second 15-Day Changes, two introductory paragraphs, that begin with "Unless and until a court of competent jurisdiction" and "However, if a court of competent jurisdiction" were added to Section 1962.1 to clarify that this section serves as the alternative compliance option to section 1962.1.1, and that 1962.1 would be the only compliance option left if a court issues a final ruling that invalidates the congressional resolutions or that the U.S. Environmental Protection Agency (U.S. EPA) waivers mentioned in those paragraphs are in effect. However, CARB added section 1962.1.1 to the Emergency Vehicle Emissions Regulations by error and was not intending to reinstate these emissions standards for which the relevant dates have already passed. Thus, the Third 15-Day Changes undoes the Second 15-Day Changes made to Section 1962.1.

**2.  Appendix A-10.3: Proposed Third 15-Day Changes to Proposed Title 13 Regulation Order (Compared to Existing Regulatory Text)**

1.  The two introductory paragraphs in section 1962.1 were proposed in error in the Second 15-Day Changes; CARB does not intend to propose the addition of those paragraphs. The two introductory paragraphs are not part of the existing regulatory text; therefore, the Third 15-Day Changes regulatory text is exactly the same as the existing regulatory text with respect to Section 1962.1, reflected as asterisks in this appendix.

These documents are available for inspection at the California Air Resources Board, 1001 I Street, Sacramento, California, 95814, between the hours of 9:00am to 4:00pm, Monday through Friday (excluding holidays). To inspect these documents please contact Lindsay Garcia, Regulations Coordinator, at (916) 546-2286 or *Regulations@arb.ca.gov*.

## Agency Contacts

Inquiries concerning the substance of the proposed regulation may be directed to Daniel Hawelti, Staff Air Pollution Specialist, On-Road Heavy-Duty Diesel Section, at (951) 542-3195 or *daniel.hawelti@arb.ca.gov* or (designated back-up contact) Mitzi Magtoto, Staff Air Pollution Specialist, On-Road Heavy-Duty Diesel Section, at (279) 208-7363 or *mitzi.magtoto@arb.ca.gov*.

## Public Comments

Written comments will only be accepted on the modifications identified in this Notice. Comments may be submitted by postal mail or by electronic submittal no later than the due date to the following:

> Postal mail:
>
>> Clerks' Office, California Air Resources Board
>> 1001 I Street, Sacramento, California 95814
>
> *Electronic submittal*: *https://ww2.arb.ca.gov/lispub/comm/bclist.php*

Please note that under the California Public Records Act (Gov. Code § 7921.00 et seq.), your written and verbal comments, attachments, and associated contact information (e.g., your address, phone, email, etc.) become part of the public record and can be released to the public upon request.

In order to be considered by the Executive Officer, comments must be directed to CARB in one of the two forms described above and received by CARB no later than the deadline date for public comment listed at the beginning of this notice. Only comments relating to the above-described modifications to the text of the regulations shall be considered by the Executive Officer.

If you need this document in an alternate format or another language, please contact the Clerks' Office at (916) 322-5594 or by facsimile at (916) 322-3928 no later than five (5) business days from the release date of this notice. TTY/TDD/Speech to Speech users may dial 711 for the California Relay Service.

Si necesita este documento en un formato alterno u otro idioma, por favor llame a la oficina del Secretario del Consejo de Recursos Atmosféricos al (916) 322-5594 o envíe un fax al (916) 322-3928 no menos de cinco (5) días laborales a partir de la fecha del lanzamiento de este aviso. TTY/TDD/Personas que necesiten este servicio pueden marcar el 711 para el Servicio de Retransmisión de Mensajes de California.

California Air Resources Board

_____
Steven S. Cliff, Ph.D. Executive Officer

Date: July 20, 2026

Attachment(s)

*The energy challenge facing California is real. Every Californian needs to take immediate action to reduce energy consumption. For a list of simple ways you can reduce demand and cut your energy costs, see CARB's website (ww2.arb.ca.gov).*