ROB BONTA, State Bar No. 202668
Attorney General of California
MYUNG J. PARK, State Bar No. 210866
Supervising Deputy Attorney General
BENJAMIN P. LEMPERT, State Bar No. 344239
M. ELAINE MECKENSTOCK, State Bar No. 268861
DAVID M. MEEKER, State Bar No. 273814
SARAH M. PFANDER, State Bar No. 347902
CECILIA D. SEGAL, State Bar No. 310935
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94012
Telephone: (415) 510-3545
Fax: (415) 703-1107
E-mail: cecilia.segal@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**DAIMLER TRUCK NORTH AMERICA, LLC; INTERNATIONAL MOTORS, LLC; PACCAR, INC.;** and **VOLVO GROUP NORTH AMERICA, LLC,**

Plaintiffs,

**THE UNITED STATES OF AMERICA;** and **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**

Plaintiff-Intervenors,

**v.**

**CALIFORNIA AIR RESOURCES BOARD, STEVEN S. CLIFF,** in his official capacity as the Executive Officer of the California Air Resources Board; and **GAVIN NEWSOM,** in his official capacity as the Governor of California,

Defendants.

2:25-cv-02255-DC-AC

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Judge: The Honorable Dena Coggins
Trial Date: None Set
Action Filed: August 11, 2025

Pursuant to Civil Local Rule 230(m)(2), Defendants respectfully submit this Notice of Supplemental Authority that Defendants believe is relevant to the motions now pending before this Court.

On June 22, 2026, the State of California filed suit against the U.S. Environmental Protection Agency (EPA) in the U.S. District Court for the District Court of Columbia over EPA's determination that four waivers and authorizations granted to California between 2009 and 2024 under the Clean Air Act were rules, not adjudications, and its transmittal of those waivers and authorizations to Congress. *California v. EPA*, No. 1:26-cv-02185-BAH (D.D.C. filed June 22, 2026), ECF No. 1. On September 2, 2026, the court issued an opinion granting California's motion for a preliminary injunction and denying EPA's and intervenor-defendants' motions to dismiss. *California*, ECF No. 46. The opinion is attached here as **Exhibit A**.[1] On September 4, 2026, California supplemented its complaint to also challenge EPA's determination that an additional two waivers granted to California in 2023 and 2025 under the Clean Air Act were rules, not adjudications, and EPA's transmittal of those two waivers to Congress. *California*, ECF No. 48. On September 12, 2026, the court issued an opinion granting California's second motion for a preliminary injunction. *California*, ECF No. 55. The opinion is attached here as **Exhibit B**.[2]

Consistent with Local Rule 230(m)(2), Defendants advance no argument about the relevance of these opinions in this notice. However, should the Court determine that short supplemental briefing on these opinions would be helpful, Defendants respectfully propose that the parties be given two weeks from the date of the Court's order to file simultaneous briefs, with the Plaintiffs and Plaintiff-Intervenors each submitting briefs of no more than five pages in length and Defendants submitting a brief of no more than ten pages in length.

[1] This decision is also available on Westlaw at *California v. EPA*, No. 1:26-cv-02185-BAH, 2026 WL 2593640 (D.D.C. entered Sept. 2, 2026).

[2] EPA filed an appeal of these opinions and their corresponding orders on September 14, 2026. *California*, ECF No. 56.

Dated: September 17, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

*/s/ Cecilia D. Segal*
CECILIA D. SEGAL
Deputy Attorney General
*Attorneys for Defendants*